VLAND INC.                                                                83-2402844

---

| FORM 100/100W, SCHEDULE L   OTHER CURRENT LIABILITIES | STATEMENT   4 |
| --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED EXPENSES | 1,000. | 9,155. |
| OTHER PAYABLE | 0. | 6,180. |
| ACCRUED PAYROLL TAX | 0. | 371. |
| TOTAL TO FORM 100/100W, SCHEDULE L | 1,000. | 15,706. |

STATEMENT(S) 4

13440227 795876 VLAND          2019.03000 VLAND INC.          000158VLAND__1

STATE ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 12019 | COMPUTER EQUIPMENT | 013119 | 150DB | 5.00 | 1,618. | 0. | 1,618. | 1,618. | 1,618. | 1,618. |
| | TOTALS | | | | 1,618. | 0. | 1,618. | 1,618. | 1,618. | 1,618. |

12

000159

928108
04-01-19

Electronic Filing PDF Attachment

13

000160

TAXABLE YEAR

**2018 Water's-Edge Election**

CALIFORNIA FORM

**100-WE**

Sign Form 100-WE and attach to the back of Form 100W, or Form 100S. Keep a copy for the corporation's records.

| Corporation name | | | Key California corporation number |
|---|---|---|---|
| VLAND INC | | | 4  2  0  3  1  6  6 |
| Address (suite, room, or PMB no.) | | | |
| 1999 S BASCOM AVE 753 | | | |
| City | State | ZIP code | |
| CAMPBELL | C  A | 95008 | |

## WATER'S-EDGE ELECTION

The electing corporation, VLAND INC _____, elects to file on a water's-edge basis pursuant to Revenue and Taxation Code (R&TC) Sections 25110 and 25113.

☐ Check here if the common parent is electing on behalf of the water's-edge group. List each corporation covered by this election below. As the common parent of a controlled group, the corporation hereby elects for all members of the controlled group that are includable in the water's-edge combined report.

**PERIOD:** The election shall begin on the first day of the taxable year, (mm/dd/yyyy) ● 1 0 / 1 0 / 2 0 1 8 for which the election can be made and shall, except as otherwise provided by statute or herein, continue for 84 calendar months from that date. The election shall remain in effect until terminated.

**TERMINATION:** The election may be terminated in accordance with the rules provided by R&TC Section 25113.

| VLAND INC | | |
|---|---|---|
| Electing corporation name | | Signature of officer of electing corporation |
| 4  2  0  3  1  6  6 | 10/15/2019 | Chun Wang |
| Electing California corporation number | Date | Print or type name and title of signing officer |

## Corporations Covered by the Water's-Edge Election

| Key California corporation name* | Key California corporation number |
|---|---|
| VLAND INC | 4  2  0  3  1  6  6 |
| Common parent name | FEIN (if applicable) |
| V1 Group Limited | N  /  A |
| List of corporations covered by the election | |

| Corporation name | California corporation number |
|---|---|
| VLAND INC | 4  2  0  3  1  6  6 |
| V1 Group Limited | N  /  A |
| | |
| | |

*For definition of a Key Corporation, see FTB Pub. 1061, Guidelines for Corporations Filing a Combined Report.   Attach additional sheets if necessary.

### Instructions

Enter the corporation name, California corporation number, federal employer identification number (FEIN), if applicable, and address as listed on Form 100W or Form 100S.

Enter the name of the corporation making the election in the space provided described as electing corporation.

Be sure to check the box if a common parent is electing on behalf of members of the controlled group included in the water's-edge combined report. If there is no common parent election, each electing member of the water's-edge

group should file its own election, even if a single return is filed on a combined basis. See R&TC Section 25113 for more information. List all taxpayers covered by the common parent's election on this page. An election made on a group return of a self-assessed combined reporting group shall constitute an election by each taxpayer member included in that group return.

Enter the beginning date of the water's-edge election in the space provided. This date is generally the same as the beginning date for the taxable year that appears on Form 100W or Form 100S for the first taxable year of

the election. If the corporation is a member of a water's-edge combined group that has different fiscal-year ends, the election beginning date is the beginning date of the taxable year of the last member of the group to file its return and make the election. For example, if one member of the water's-edge group has a January 1, 2018, to December 31, 2018, taxable year, and the second member has an April 1, 2018, to March 31, 2019, taxable year, the beginning date of this water's-edge election is April 1, 2018. See R&TC Section 25113(c)(3) for more information.

An officer of the electing corporation must sign and date the election.

7001183

Form 100-WE 2018

000161

Form **8879-C**

**IRS e-file Signature Authorization for Form 1120**

OMB No. 1545-0123

For calendar year 2019, or tax year beginning _____ , 2019, ending _____ , 20 ___

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

Department of the Treasury
Internal Revenue Service

**2019**

| Name of corporation | Employer identification number |
|---|---|
| VLAND INC. | 83-2402844 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 Total income (Form 1120, line 11) | | 1 | |
| 2 Taxable income (Form 1120, line 30) | | 2 | −527,804. |
| 3 Total tax (Form 1120, line 31) | | 3 | |
| 4 Amount owed (Form 1120, line 35) | | 4 | |
| 5 Overpayment (Form 1120, line 36) | | 5 | |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **SPOTT, LUCEY & WALL, INC. CPAS** to enter my PIN **02844**
ERO firm name — do not enter all zeros

as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____   Date ▶ _____   Title ▶ **OFFICER**

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. **94035764309**
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _Liz Walls_   Date ▶ 3/7/2020

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**   Form **8879-C** (2019)
LHA

910211 10-31-19

11200214 795876 VLAND          2019.02030 VLAND INC.          VLAND___1

022
Date Accepted _____

DO NOT MAIL THIS FORM TO THE FTB

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2019** | **California e-file Return Authorization for Corporations** | **8453-C** |

| Corporation name | California Corporation No., CA SOS file no., or FEIN |
|---|---|
| VLAND INC. | 4203166 |

**Part I     Tax Return Information (whole dollars only)**

| | | |
|---|---|---|
| 1 Total income (Form 100, line 9; Form 100S, line 8; Form 100W, line 9 or Form 100X, line 6) | 1 | −527,804 |
| 2 Taxable income (Form 100, line 22; Form 100S, line 20; Form 100W, line 22 or Form 100X, line 10) | 2 | −527,804 |
| 3 Total tax (Form 100, line 30; Form 100S, line 29; Form 100W, line 30 or Form 100X, line 18) | 3 | |
| 4 Tax due (Form 100, line 39; Form 100S, line 38; Form 100W, line 36 or Form 100X, line 20) | 4 | |
| 5 Overpayment (Form 100, line 40; Form 100S, line 39; Form 100W, line 37 or Form 100X, line 27) | 5 | |

**Part II     Settle the Account Electronically for Taxable Year 2019**

6 ☐ Direct deposit of refund (For Forms 100, 100S, and 100W only.)

7 ☐ Electronic funds withdrawal     **7a** Amount _____     **7b** Withdrawal date (mm/dd/yyyy) _____

**Part III     Schedule of Estimated Tax Payments for Taxable Year 2020** (These are NOT installment payments for the current amount the corporation owes.)

| | First Payment | Second Payment | Third Payment | Fourth Payment |
|---|---|---|---|---|
| 8 Amount | | | | |
| 9 Withdrawal Date | | | | |

**Part IV     Banking Information (Have you verified the corporation's banking information?)**

10 Routing number _____

11 Account number _____     **12** Type of account: ☐ Checking   ☐ Savings

**Part V     Declaration of Officer**

I authorize the corporate account to be settled as designated in Part II. If I check Part II, Box 6, I declare that the bank account specified in Part IV for the direct deposit refund agrees with the authorization stated on my return. If I check Part II, Box 7, I authorize an electronic funds withdrawal for the amount listed on line 7a and any estimated payment amounts listed on Part III, line 8 from the bank account specified in Part IV.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2019 California income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. If the corporation is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the corporation's tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties. I authorize the corporation return and accompanying schedules and statements to be transmitted to the FTB by the ERO, transmitter, or intermediate service provider. **If the processing of the corporation's return or refund is delayed, I authorize the FTB to disclose to the ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

**Sign Here** ▶ _____     ▶ _____     OFFICER
　　　　　　　Signature of officer　　　　　　　　Date　　　　　　Title

**Part VI     Declaration of Electronic Return Originator (ERO) and Paid Preparer.**

I declare that I have reviewed the above corporation's return and that the entries on form FTB 8453-C are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the corporation's return. I declare, however, that form FTB 8453-C accurately reflects the data on the return.) I have obtained the corporate officer's signature on form FTB 8453-C before transmitting this return to the FTB; I have provided the corporate officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2019 Handbook for Authorized e-file Providers. I will keep form FTB 8453-C on file for four years from the due date of the return or four years from the date the corporation return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | | | Date | Check if also paid preparer | Check if self-employed | ERO's PTIN |
|---|---|---|---|---|---|---|
| **ERO Must Sign** | ERO's signature ▶ LiZhang | | 3/7/202 | ☒ | ☐ | P00364309 |
| | Firm's name (or yours if self-employed) and address ▶ | SPOTT, LUCEY & WALL, INC. CPAS | | | | Firm's FEIN 94-3172219 |
| | | 601 MONTGOMERY ST. #1400 | | | ZIP code | |
| | | SAN FRANCISCO, CA | | | | 94111 |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | | | Date | Check if self-employed | Paid preparer's PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Must Sign** | Paid preparer's signature ▶ | | | ☐ | |
| | Firm's name (or yours if self-employed) and address ▶ | | | Firm's FEIN | |
| | | | | ZIP code | |

**For Privacy Notice, get FTB 1131 ENG/SP.**     FTB 8453-C 2019

939101  12-13-19

9

# 2019 TAX RETURN FILING INSTRUCTIONS

## U.S. CORPORATION INCOME TAX RETURN

### FOR THE YEAR ENDING
December 31, 2019

| | |
|---|---|
| **Prepared for** | Vland Inc.<br>1999 S Bascom Ave. #753<br>Campbell, CA  95008 |
| **Prepared by** | Spott, Lucey & Wall, Inc. CPAs<br>601 Montgomery St. #1400<br>San Francisco, CA 94111 |
| **To be signed and dated by** | The appropriate corporate officer(s). |
| **Amount of tax** | Total tax $ 0<br>Less: payments and credits $ 0<br>Plus: other amount $ 0<br>Plus: interest and penalties $ 0<br>No pmt required $ |
| **Overpayment** | Credited to your estimated tax $ 0<br>Other amount $ 0<br>Refunded to you $ 0 |
| **Make check payable to** | Not applicable |
| **Mail tax return and check (if applicable) to** | This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-C to our office.  We will then submit your electronic return. |
| **Return must be mailed on or before** | Return federal Form 8879-C to us by April 15, 2020. |
| **Special Instructions** | |

900084 04-01-19

000164

# 2019 TAX RETURN FILING INSTRUCTIONS

CALIFORNIA FORM 100W

### FOR THE YEAR ENDING

December 31, 2019

| | |
|---|---|
| **Prepared for** | Vland Inc.<br>1999 S Bascom Ave. #753<br>Campbell, CA  95008 |
| **Prepared by** | Spott, Lucey & Wall, Inc. CPAs<br>601 Montgomery St. #1400<br>San Francisco, CA 94111 |
| **To be signed and dated by** | The appropriate corporate officer(s). |
| **Amount of tax** | Total tax $ 0.00<br>Less: payments and credits $ 0.00<br>Plus: other amount $ 0.00<br>Plus: interest and penalties $ 0.00<br>No pmt required $ |
| **Overpayment** | Credited to your estimated tax $ 0.00<br>Other amount $ 0.00<br>Refunded to you $ 0.00 |
| **Make check payable to** | Not applicable |
| **Mail tax return and check (if applicable) to** | This return has been prepared for electronic filing. If you wish to have it transmitted to the FTB, please sign, date and return Form 8453-C to our office. We will then submit the return to the FTB. |
| **Return must be mailed on or before** | Return Form 8453-C to us by April 15, 2020. |
| **Special Instructions** | |

900084 04-01-19

000165

# 2020 ESTIMATED TAX FILING INSTRUCTIONS

CALIFORNIA FORM 100-ES

**FOR THE YEAR ENDING**

December 31, 2020

| | |
|---|---|
| **Prepared for** | Vland Inc.<br>1999 S Bascom Ave. #753<br>Campbell, CA  95008 |
| **Prepared by** | Spott, Lucey & Wall, Inc. CPAs<br>601 Montgomery St. #1400<br>San Francisco, CA 94111 |

**Amount of tax**

| | | |
|---|---|---|
| Total Estimated Tax | $ | 800 |
| Less credit from prior year | $ | 0 |
| Less amount already paid on 2020 estimate | $ | 0 |
| Balance due | $ | 800 |

Payable in full or in installments as follows:

| Installment | Amount | Due Date |
|---|---|---|
| No. 1 | $        800 | April 15, 2020 |
| No. 2 | $ Not applicable | |
| No. 3 | $ Not applicable | |
| No. 4 | $ Not applicable | |

| | |
|---|---|
| **Make check payable to** | Franchise Tax Board |
| **Mail voucher and check (if applicable) to** | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA  94257-0531 |
| **Special Instructions** | |

900021 04-01-19

000166

# Form at bottom of page. 

| Installment 1 - | File and Pay by the 15th day of the 4th month of the taxable year. When the due date falls on a weekend or holiday, the deadline to file and pay without a penalty is extended to the next business day. |
|---|---|
| | **If no payment is due, do not mail this form.** |

| WHERE TO FILE: | Using black or blue ink, make the check or money order payable to the "Franchise Tax Board." Write the corporation number, FEIN, and CA SOS file number, if applicable, and "2020 Form 100-ES" on the check or money order. Detach form below. Enclose, but **do not** staple, the payment with this form and mail to: |
|---|---|
| | **FRANCHISE TAX BOARD**<br>**PO BOX 942857**<br>**SACRAMENTO CA 94257-0531** |
| | Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution. |

| ONLINE SERVICES: | Corporations can make payments online using Web Pay for Businesses. Corporations can make an immediate payment or schedule payments up to a year in advance. Go to **ftb.ca.gov/pay** for more information. |
|---|---|

### WORKSHEET FOR COMPUTATION OF ESTIMATED TAX
(Complete and retain for your files)

| | | | |
|---|---|---|---|
| 1. | Estimated Income | $ | |
| 2. | Tax - Amount on line 1 X _____   **MINIMUM TAX LIABILITY** | $ | 800 |
| 3. | Tax Credits | $ | |
| 4. | Balance (subtract line 3 from line 2) (not less than minimum tax, if applicable) | $ | 800 |
| 5. | Other taxes | $ | |
| 6. | Total estimated tax - Add lines 4 and 5 (not less than minimum tax, if applicable) | $ | 800 |
| 7. | Overpayment on prior year return designated to be credited to this estimate | $ | |
| 8. | Amount already paid towards estimated tax | $ | |
| 9. | Net estimated tax | $ | 800 |

----- DETACH HERE ---------------- IF NO PAYMENT IS DUE, DO NOT MAIL THIS FORM ------------ DETACH HERE ------

Caution: The corporation may be required to pay electronically. See instructions.

| TAXABLE YEAR | | Installment 1 |
|---|---|---|
| **2020** | **Corporation Estimated Tax** | CALIFORNIA FORM<br>**100-ES** |

```
4203166     VLAN  83-2402844    000000000000      20      FORM  1
TYB  01-01-2020    TYE  12-31-2020
VLAND INC

1999 S BASCOM AVE 753
CAMPBELL         CA  95008

EST TAX AMT         800.  QSUB TAX AMT
                              Amount of Payment        800.
```

| 939821 12-13-19 | 022 | 6101206 | | Form 100-ES 2019 |
|---|---|---|---|---|

000167

# SPOTT, LUCEY & WALL, INC.
### CERTIFIED PUBLIC ACCOUNTANTS

| | | | | |
|---|---|---|---|---|
| CHARLOTTE R. WALL | (415) 217-6903 | | HELENA YANG | (415) 217-5134 |
| RUSSELL T. MANSKY | (415) 217-6906 | **601 MONTGOMERY STREET** | CAROLINE HAO | (415) 217-5132 |
| MING P. FANG | (415) 217-6909 | | MAXIM DOROVSKIKH | (415) 217-8883 |
| LI ZHANG | (415) 217-6907 | **SUITE 1400** | QI WANG | (415) 217-6904 |
| DEVAN FRIDAY | (415) 217-6944 | | VERONICA WANYOIKE | (415) 217-6939 |
| KRYSTLE CHOW | (415) 217-6942 | **SAN FRANCISCO, CA 94111-2618** | AARON FELDHAUS | (415) 217-6948 |
| JORDAN REICHELT | (415) 217-6961 | | KAYLA KIM | (415) 217-6943 |
| ANTHONY AMODEI | (415) 217-6964 | | PATRICK KUAN | (415) 217-8811 |
| TYLER DIXON | (415) 217-6941 | | MELODY HUANG | (415) 217-6945 |
| YUEMEI LIANG | (415) 217-6908 | | JILLIAN NITZ | (415) 217-6962 |
| CLIFFORD DANSKINE | (415) 217-8884 | | BELLA GUAN | (415) 217-6905 |
| CLAIRE ZHANG | (415) 217-6963 | | TOM CAO | (415) 217-6960 |

March 2, 2020

Ms. Chun Wang
Vland, Inc.

*Delivered via Client Portal*

Dear Chun:

## VLAND, INC.
## FEDERAL AND CALIFORNIA CORPORATE INCOME TAX RETURNS FOR THE YEAR ENDED DECEMBER 31, 2019

Based on data provided by you, we have prepared and enclosed the federal and California income tax returns for the year ended December 31, 2019 showing no federal or California tax due. If the returns meet with your approval, please sign and date the enclosed e-file authorization forms and return them to us by April 15, 2020. Upon receipt of the e-file signature authorization forms, we will electronically file the returns on the Corporation's behalf.

## ESTIMATED TAX PAYMENTS FOR THE YEAR ENDING DECEMBER 31, 2020

The Corporation is required to deposit at least 100% of its 2019 or 100% of 2020 federal and California tax liabilities in order to avoid penalties for underpayment of estimated tax. We understand that the corporation does not anticipate taxable income for the year ending December 31, 2020. Under these circumstances, no federal income tax and $800 California Minimum Franchise Tax is due in order to avoid penalties for underpayment of estimated tax. Accordingly, we have prepared and enclosed 2020 California Estimated Tax voucher (Form 100-ES) showing $800 tax due. If the voucher meets with your approval, it should be filed in accordance with the enclosed instructions. Please write the Corporation's number (83-2402844) and "2020 Form 100-ES" on the check.

000168

**CALIFORNIA'S WATER'S EDGE ELECTION (FORM 100-WE)**

The enclosed California return includes a copy of the election to restrict California taxation of the Corporation and its worldwide unitary affiliates, if any, to operations within the United States. In any year in which the tax return was prepared on this basis, the Water's Edge Election (Form 100-WE) must be attached to the return. The Corporation as well as its parent corporation will need to retain records of operations for up to 8 years.

Please contact Tom Cao or me if you have any questions.

Yours very truly,

LI ZHANG
Enclosures - As stated



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 942857
SACRAMENTO CA 94257-4040

# This is Not a Bill

NOTICE DATE: 01/29/20

## Summary of Account Payments, Transfers, and Credits

VLAND INC.
1999 S BASCOM AVE # 753
CAMPBELL CA 95008-2216

ENTITY ID: CORP 4203166

TAX YEAR: 2019

## Why You Received This Letter

As a courtesy, provided is a summary of up to the last 15 payments, transfers, or credits on your **2019** tax year account. Consider this information when you or your tax professional prepares your tax return. Payments made within 45 days of the date of this letter may not display below.

### Account Summary

| Effective Date | Description | Amount |
|---|---|---|
| 04-04-2019 | ESTIMATE PAYMENT | 800.00 |

## MyFTB Account

If you filed a recent California tax return, you may be eligible to register for a MyFTB account where you and/or your representative can access and view your payment and transaction history. Go to **ftb.ca.gov** and search for **myftb.**

## Connect With Us

Web:      **ftb.ca.gov**
Phone:    800.852.5711 from 7 a.m. to 5 p.m. weekdays, except state holidays
          916.845.6500 from outside the United States
TTY/TDD:  800.822.6268 for persons with hearing or speech impairments

FTB 3713 MEO (REV 01-2020)

000170

# EXHIBIT B-1

000171



## Vland Inc. CEO Chun Wang 职位说明书

| 职位名称 | CEO | 所属部门 | | 职位等级 | |
|---|---|---|---|---|---|
| 直属上级 | V1 Group 董事会 | 直接下级 | 游戏，游学，医疗服务 | | |

**职位概要:**

制定公司战略方向。制定公司销售策略和财务指标。招聘合格员工，进行团队建设。确保公司经营符合当地的法律法规，确保税务和庸佣员工合规。参加总公司董事会，并及时向总公司汇报美国分公司财务报表。带领团队与集团总公司及其相应分公司保持紧密联系。

**工作内容:**

1) 决定公司长期和短期的发展方向，制定发展战略，并随时根据国际和美国市场情况进行调整;(20%)
2) 制定公司销售策略和销售目标，并监督市场开发部门以贯彻营销策略;(20%)
3) 审阅并签署商业合同，批复员工上报的商业提案;(20%)
4) 监督公司财务状况了，每月上报集团总公司财务报表;(10%)
5) 根据公司情况调整人力配备，做出晋升或辞庸员工的决策;(10%)
6) 完善公司各项工作制度，监督以确保公司符合美国当地庸佣员工的法律要求，确保公司完成季度及年度的税务申报;(15%)
7) 接待集团总公司来人，完成集团董事会交办的其他工作;(5%)

**任职资格:**

**教育背景:**

◆ 本科及以上学历。

**晋级条件: 1-5 档**

在考忠本人的技能、资历、学历、经验和工作效率等因素的前提下，来确定在一个职位等级中所处的位置。

本人已认真阅读职位说明书和绩效考核表，并将严格按照说明书中规定的岗位职责执行。

签字: _____       日期: 01/05/2020



# Vland Inc. <u>CEO</u> Chun Wang Job Description

| Job Title | CEO | Sector | | Position level | |
|---|---|---|---|---|---|
| Supervisor : | V1 Group Board of Directors | Directly subordinate | games, education tours, and medical services | | |

**Job summary:**

Direct the company's strategic direction. Develop company sales strategy and financial revenue. Recruit qualified employees and conduct team building. Ensure that the company's operations comply with local laws and regulations, and ensure compliance with taxation and employment of employees. Participate in the board of directors of the head office and report the financial statements of the US branch to the head office in a timely manner. Lead the team to maintain close contact with the group headquarters and its corresponding branches.

**Work content:**

1) Direct the company's long-term and short-term development direction, development strategies planning, and make adjustments according to the international and American market conditions at any time; **(20%)**

2) Formulate the company's sales strategy and sales target, and supervise the market development department to implement the marketing strategy; **(20%)**

3) Review and sign business contracts, and approve business proposals submitted by employees; **(20%)**

4) Supervise the company's financial status and report monthly financial statements of the group company; **(10%)**

5) Adjust human resources according to the company's situation, and make decisions about promotion or dismissal of employees; **(10%)**

6) Improve the company's various work systems, supervise to ensure that the company meets the legal requirements of local employees in the United States, and ensure that the company completes quarterly and annual tax declarations; **(15%)**

7) Receive visitors from the group company and complete other tasks assigned by the group board of directors . **(5%)**

**Qualifications:**

<u>Education background:</u>
Bachelor degree or above.

Promoting conditions: 1-5 grades

Determine the position in a position in consideration of factors such as my skills, qualifications, education, experience and work efficiency.

I have carefully read the job description and performance appraisal form, and will strictly follow the job responsibilities specified in the description.

000173

Signature:                          Date:

000174

# EXHIBIT B-2

000175



# VLand 财务报表 1至 9月

Laurence Lam send to Wang …

2019-11-18 02:28:52

王董事，烦请提供2019年1至9月的财务报表。

请于下周内传来。我现编制集团的第3度季度综合账。

谢！

林

**From:** Wang Chun <zhanglijun2012@outlook.com>
**Sent:** Friday, November 15, 2019 3:37 PM
**To:** Laurence Lam <laurencelam@vodone.com.hk>
**Subject:** Change

Laurence 你好！

以后请把董事长的工资发到附件的银行，知道我给你通知 变更为止。谢谢

王淳

获取 Outlook for iOS

Reply to all



第一视频集团
V1 GROUP LIMITED

New

Inbox                    3259

Todo

Draft

Sent

> My Folders            9

Inbox

Reply    Reply All    Forward

Move ˅    Mark ˅    More ˅    Delete

VLand 财务报表 1至
9月                                    2019-11-18 02:28:52

Laurence Lam send to Wang …

王董事，烦请提供2019年1至9月的财务报表。

请于下周内传来。我现编制集团的第3度季度综合账。

谢！    Dear Mr. Wang,
        Please provide financial statment as of
        Jan 9, 2019 by next week. I am working on
        group financial report.
        Thanks,
林       Lin

**From:** Wang Chun <zhanglijun2012@outlook.com>
**Sent:** Friday, November 15, 2019 3:37 PM
**To:** Laurence Lam <laurencelam@vodone.com.hk>
**Subject:** Change

Laurence 你好！

以后请把董事长的工资发到附件的银行，知道我给你通知 变更为止。谢谢

王淳

获取 Outlook for iOS
Dear Laurence,
Please deposit CEO salary into attached bank account in
the future until furthur notice. Thanks.
Chun Wang

Reply to all

# EXHIBIT B-3

000178





V1 第一视频集团
V1 GROUP LIMITED

| Inbox | Search m··· ✕ | V1 –董事··· ✕ | ◧ |

| Reply ˅ | Reply All ˅ | Forward | | ‹ | › |
| Move ˅ | Mark ˅ | More ˅ | Delete |

**V1 –董事会会议通知**

Laurence Lam send to zhangli··· 📎 2Attachments 2019–03–12 11:07:23

**V1 Board Meeting notice**

各位尊敬的董事，你们好！

我司于3月27日召开董事会会议，烦请看议程。

北京时间早上11时30分。（美国时间26日20：30）

在国内：请打4006 786 766 密码：XXXXXXX4#

在香港：请打 2112 1888　密码：XXXXXX4#　　　Sorry, privacy

在美国：LA: 1 562 265 1449　密码：XXXXXXX4#　or

　　其他：1 866 213 0992/ 1 866 226 1406　密码：XXXXXX4#

谢！　Dear Board of members,
　　　We are going to host board meeting on Mar 27, please see
　　　attached agneda.

林　　Beijing time 11:30, US time Mar 26, 20:30
　　　In China, please call 4006 786 766
　　　In Hong Kong: please call 2112 1888
　　　In US: LA: 1 562 265 1449
　　　　　others 1 866 213 0992/1 866 226 1406
　　　Thank you!

**Attachments(2 Item)**　Pack and download all

Lin

Reply to all



↺

**V1** 第一视频集团
V1 GROUP LIMITED

☐ New  ⬇

| Inbox | FW: V1 ce··· ✕ | 医学美容产··· ✕ |

Reply  Reply All  Forward  ‹  ›

Move ˅  Mark ˅  More ˅  Delete

Inbox  3255

Todo

Draft

Sent

> My Folders  9

回覆: V1 – 2019年8
月29日（星期四）董
事会会议开会通知
（北京时间早上10时
30分）

⚑˅ 🕘 🗎 🗂

2019-08-13 03:44:01

Laurence Lam send to zhangli···

˅

各位尊敬的董事们，你们好！

因陆博士于当天有其他董事会会议同时举行，经他与有关公司协调，建议
（美国西岸时间2019年8月28日下午6时正）举行，董事会会议于上午9时30

敬希各位董事留意。

谢！

林

寄件者: Laurence Lam [mailto:laurencelam@vodone.com.hk]
寄件日期: 2019年8月8日 11:42
收件者: zhanglijun@v1.cn; wangchun@v1.cn; JQ; jimloke@gmail.com; gongzk@nankai.ed
主旨: V1 - 2019年8月29日（星期四）董事会会议开会通知（北京时间早上10时30分）

各位尊敬的董事们，你们好！

本公司于2019年8月29日（星期四）早上10时30分（北京时间）举行董事会

审议审核委员会所审批有关本集团截至2019年6月30日止未经审核的中期绩

1. 审议2019年中期业绩公告。

⚫ 审议本公司2019年中期、年报中审旦包括

Reply to all

❓



回覆: V1 – 2019年8月29日（星期四）董事会会议开会通知（北京时间早上10时30分）

Laurence Lam send to zhangli···

**Replied: Board meeting on Aug 29, 2019 (Thursday), (Beijing Time 10:30am)**

2019-08-13 03:44:01

---

各位尊敬的董事们，你们好！

因陆博士于当天有其他董事会会议同时举行，经他与有关公司协调，建议（美国西岸时间2019年8月28日下午6时正）举行，董事会会议于上午9时3(

敬希各位董事留意。

谢！

林

Dear Board of members,
Dr. Lu has another board meeting at the same time. Due to time conflict and re-coordinate, board meeting will be hosted on 9:30am (US Pacific time Aug 28, 2019,6:00pm)
Thank you!
Lin

寄件者: Laurence Lam [mailto:laurencelam@vodone.com.hk]
寄件日期: 2019年8月8日 11:42
收件者: zhanglijun@v1.cn; wangchun@v1.cn; JQ; jimloke@gmail.com; gongzk@nankai.ed
主旨: V1 - 2019年8月29日（星期四）董事会会议开会通知（北京时间早上10时30分）

各位尊敬的董事们，你们好！

本公司于2019年8月29日（星期四）早上10时30分（北京时间）举行董事会

审议审核委员会所审批有关本集团截至2019年6月30日止未经审核的中期绩

1. 审议2019年中期业绩公告。

2. 审议本公司2019年中期  年报中宏包括

Reply to all



各位尊敬的董事们，你们好！

本公司于2019年12月19日（星期四）早上11时15分（北京时间）举行董事

1  审议本集团截至2019年9月30日止未经审核的第3季度综合财务报表；

2  讨论本集团2019年第3季度营运情况；

3  审议本公司与绿专修订认沽权补充协议；

4  追认本公司更改香港办事处地址及智能体育彩票零售公告事宜；及

5  上述议程以外的其他事项。

如未能亲临北京总部，请以电话方式参加：

在国内：  请打4006 786 766  密码：8438977#

000183



Dear Board of Members,
We will hold board meeting on Dec 19,
2019 (Thursday), Beijing time 11:15a,.
1. Deliberate group unaudited financial
   report as of Sep 30, 2019, Q3;
2. Discuss group 2019 Q3 operation
   status;
3. Deliberate put warrants amendment agreement
   between V1 Group and Greenpro Capital;
4. Confirm changing of address for Hong
   Kong office and Sports Lottery retail
   annoucement;
5. Others.

If could not attend in person at Beijing
headquarter, please call in following
numbers:
In China: please call 4006 786 766

各位尊敬的董事们，你们好！

本公司于2019年12月19日（星期四）早上11时15分（北京时间）举行董事

1  审议本集团截至2019年9月30日止未经审核的第3季度综合财务报表；

2  讨论本集团2019年第3季度营运情况；

3  审议本公司与绿专修订认沽权补充协议；

4  追认本公司更改香港办事处地址及智能体育彩票零售公告事宜；及

5  上述议程以外的其他事项。

如未能亲临北京总部，请以电话方式参加：

在国内：  请打4006 786 766 密码：8438977#

000184



V1 群集团
V1 GROUP LIMITED

↩ New ⬇

Inbox                3258
Todo
Draft
Sent
> My Folders            9

Inbox  × × × × × × × ×

Reply ∨   Reply All ∨   Forward          ⟨  ⟩
Move ∨   Mark ∨   More ∨   Delete

V1 – 2019年12月19
日（星期四）董事会      📎 8Attachments  2019-12-16 07:26:29
会议（北京时间早上
11时30分）
Laurence Lam send to zhangli···                           ⌄

各位尊敬的董事们，你们好！

本公司于2019年12月19日（星期四）早上11时30分（北京时间）举行董事

1  审议本集团截至2019年9月30日止未经审核的第3季度综合财务报表；

2  讨论本集团2019年第3季度营运情况；

3  审议本公司与绿专修订认沽权补充协议；

4  追认本公司更改香港办事处地址及智能体育彩票零售公告事宜；及

5  上述议程以外的其他事项。

如未能亲临北京总部，请以电话方式参加：

在国内：  请打4006 786 766 密码：8438977#

Reply to all

000185



Dear Board of Members,
We will hold board meeting on Dec 19,
2019 (Thursday), Beijing time 11:30am,.
1. Deliberate group unaudited financial
report as of Sep 30, 2019, Q3;
2. Discuss group 2019 Q3 operation
status;
3. Deliberate put warrants amendment agreement
between V1 Group and Greenpro Capital;
4. Confirm changing of address for Hong
Kong office and Sports Lottery retail
announcement;
5. Others.

If could not attend in person at Beijing
headquarters, please call in following
numbers:
In China: please call 4006 786 766

各位尊敬的董事们，你们好！

本公司于2019年12月19日（星期四）早上11时30分（北京时间）举行董事：

1  审议本集团截至2019年9月30日止未经审核的第3季度综合财务报表；

2  讨论本集团2019年第3季度营运情况；

3  审议本公司与绿专修订认沽权补充协议；

4  追认本公司更改香港办事处地址及智能体育彩票零售公告事宜；及

5  上述议程以外的其他事项。

如未能亲临北京总部，请以电话方式参加：

在国内：  请打4006 786 766 密码：8438977#

000186

# EXHIBIT B-4

000187

## 2020 年 VLAND Inc 业务收入奖励政策

1，2020 年 Vland Inc.公司计划業績總目標：
　　2020 年公司计划实际业务收入 USD$▓▓萬元。其中预计遊戲佔比 70%，醫療和遊學服務各佔比 15%。　　Sorry，Business secrets

2，公司人员奖励方法：
　　1）新业务奖励：Vland Inc.业务收入的 15%，其中各岗位奖励指导比例：
直接銷售員 70%，直接經理 13%，經理之上高管 13%，其他 4%
　　2）成熟业务第二年和第三年 10%，其中各岗位奖励指导比例同上。

3，说明：
　　1）业务收入：指 Vland Inc.实际收款额。
　　2）新业务收入：指同类型的业务第一年的业务收入。
　　3）成熟业务：指同类型的业务第一年（不含）以后的业务收入。

　　本制度自 2020 年 1 月 1 日起生效。

Vland Inc.

2020 年 1 月 13 日

000188

2020 Vland Business Develop Reward Policy

1.  2020 Vland Inc. target revenue:
    Company is forecasting actual business income at $XXX (Confidentiality), Games incomes is 70%,
    medical and education business account 15% respectively.
2.  Company employees reward policy:
    1)  New business: 15% of Vland Inc business income, detail percentage: direct sale 70%, direct
        manager 13%, manager above direct manager 13% and others 4%.
    2)  10% of income of mature business for 2nd year and 3rd year. Detail percentage is same as
        above.
3.  Note:
    1)  Business income: Vland Inc. actual account receivable
    2)  New business income: 1st year business income of same type of business.
    3)  Mature business: business income after 1st year (not include) of same type of business.


Effected on Jan 1st, 2020

# Vland Inc 员工外出报销制度

员工因工作原因出差，在出差前应向总经理提交《工作汇报单》，经同意后再按本制度规定开始买票订房等安排出差计划，报销时应提交费用单和《工作汇报单》。

Vland Inc.出差公司报销标准如下：

1. 餐费标准：
    1) 员工出差的工作餐平均不超过 USD.$70.00 元/人/天(含)。每餐费用可以根据情况自行调节。
    指导原则：早餐平均不超过 USD.$20.00 元/人/天(含)，中餐平均不超过 USD.$20.00 元/人/天(含)，晚餐平均不超过 USD.$30.00 元/人/天(含)。
    2) 如邀请客户一起工作餐，每人每天餐费标准不变，用餐总额按实际参加人数累加。
    3) 如邀请用餐客人超过 5 名（不含）以上，应在发出邀请前向公司总经理汇报，经许可后再发出要请，否则自付超出部分。

2. 住宿标准：平均不超过 USD.$120.00 元/人/天。

3. 交通费：

    1）飞机：经济舱。
    2）自驾车：按美国标准。
    3）其他：城市铁路交通、公交、出租或 Uber。

本制度自 2020 年 1 月 1 日生效。

Vland Inc.

2020 年 1 月 22 日

000190

## Vland Inc 员工外出报销制度
## Vland Inc. Employee Reimbursement Policy

员工因工作原因出差，在出差前应向总经理提交《工作汇报单》，经同意后再按本制度规定开始买票订房等安排出差计划，报销时应提交费用单和《工作汇报单》。

Employees who travel for work reasons should submit the "Work Report Form" to the general manager before the business trip. After approval, they can start buying tickets and book rooms according to the regulations of this system to arrange the travel plan. When reimbursing, they should submit the expense list and the "Work Report Form".

Vland Inc.出差公司报销标准如下：

Vland Inc. business trip reimburse standard:

1. 餐费标准：

   Meal:

   1）员工出差的工作餐平均不超过 USD.$70.00 元/人/天(含)。每餐费用可以根据情况自行调节。

   During business trip is $70 per dim. Employees could adjust single meal expense.

   指导原则：早餐平均不超过 USD.$20.00 元/人/天(含)，中餐平均不超过 USD.$20.00 元/人/天(含)，晚餐平均不超过 USD.$30.00 元/人/天(含)。

   Reference: $20/day for breakfast, $20/day for lunch, $30/day for dinner.

   2）如邀请客户一起工作餐，每人每天餐费标准不变，用餐总额按实际参加人数累加。

   If inviting customers, per dim is same, total amount will be based on actual number of participants

   3）如邀请用餐客人超过 5 名（不含）以上，应在发出邀请前向公司总经理汇报，经许可后再发出要请，否则自付超出部分。

   If inviting over 5 customers, invitation need to be send out after company approval, otherwise company is not responsible for exact expense.

2. 住宿标准：平均不超过 USD.$120.00 元/人/天。

   Accommodation: $120/day/person

3. 交通费：

   Travel expense:

   1）飞机：经济舱。

   Air ticket: economy class

   2）自驾车：按美国标准。

   Car: by US standard.

3）其他：城市铁路交通、公交、出租或 Uber。
Others: public transportation, taxi or Uber.

本制度自 2020 年 1 月 1 日生效。
Effected on Jan 1, 2020.

Vland Inc.

2020 年 1 月 22 日

000192

## Vland Inc.公司员工的医疗保险政策

1，Vland Inc.公司(以下简称公司)，2020 年公司在 United （Unitedhealthcare）的 Silver 等级为所有员工上了医疗保险。

2，凡在公司规定的医疗保险等级及其以下等级，公司正式员工均享受全额报销。超出等级部分的医保由员工自己支付超出部分的费用。

3，公司员工的家属可以随公司一起上医疗保险，但员工家属的医疗保险费用的全额由此员工自付。

4，公司员工离开公司，则公司负责的医疗保险从离开之日起取消。

Vland Inc.

000193

# Vland Inc.公司员工的医疗保险政策
## Vland Inc. Medical Policy

1，Vland Inc.公司(以下简称公司)，2020 年公司在 United （Unitedhealthcare）的 Silver 等级为所有员工上了医疗保险.

Vland Inc. (here refer as "Company"), has purchased Silver Group benefit plan from United Health Care for all employees.

2，凡在公司规定的医疗保险等级及其以下等级，公司正式员工均享受全额报销。超出等级部分的医保由员工自己支付超出部分的费用。

Company employees who is at or lower company medical level can get full reimbursement. The medical insurance for the part beyond the level shall be paid by the employees themselves.

3，公司员工的家属可以随公司一起上医疗保险，但员工家属的医疗保险费用的全额由此员工自付。

Family members of company employees can be added to plan, employees are responsible for family member insurance expense.

4，公司员工离开公司，则公司负责的医疗保险从离开之日起取消。

Insurance will be canceled the day company employees leave.

Vland Inc.

000195

Sheet1

**Vland Inc. 工作单**

填表人：

填表时间：

上级经理：

汇报事项：

合同 □　　差旅 □　　请客户用餐 □　　参加会议 □

其他 □

汇报事项说明：

填表人
签字：

000196

Sheet1

| 直属经理<br>意见： | | |
| --- | --- | --- |
| 直属经理<br>签字： | | |
| 总经理<br>意见： | | |
| 总经理<br>签字： | | |

说明：
工作汇报单：要求签合同前，请客户联谊前，出差前，包括出差时的超标报销，应填写此表单。经公司CEO签字同意后方可继续工作。签合同时报销或报销时应把此表单一并同合同或报销单等报CEO。

Sheet1

## Vland Inc. Work Sheet

| Applicant Name | Tianyi Wang | Date | | 18-Feb-20 | | | |
|---|---|---|---|---|---|---|---|
| Supervisor | Ke Yang | | | | | | |
| Report Topic | | | | | | | |
| Contract ☐ | Business Trip ☐ | Customer Invitation X | | Participate Conference X | | | |
| X | | | | ) | | | |
| Explanations : | | | | | | | |
| | | | | | | | |
| Applicant Signature | | | | | | | |

000197

000198

Sheet1

| | |
|---|---|
| Supervisor Comments | |
| Supervisor Signature | |
| General Manager Comments | |
| Manager Signature | |

Note :

WorkSheet : Applicant should fill out this form and get approval by CEO before contract signing, invite customers, business trip, including reimburse extra business expenses. Submit this form to CEO with contract or reimbursement.

Sheet1

VLAND INC. Expense Report

| | Employee Name | | | Department No. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Manager Name | | | Page 1 of 1 | | | | | | | | |

Business Purpose:

**EMPLOYEE DAILY EXPENSES**

| Date | Description of Expenses | Airfare | Ground Transportation (Bus, Gas, Rental Car, Taxi, Train) | Lodging | Meals | Entertainment | Toll & Parking | Phone & Internet | Mileage | | Office and Misc. Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (m/d/yr) | | | | | | | | | Miles | 0.58 (2019) | | | |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| Sub Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

000199

Sheet1

Note: Attach all receipts to the expense report in chronological order, with description

| | | Total (page 1) | $0.00 |
| --- | --- | --- | --- |
| | | Total (page 2, if any) | |
| | | Total (page 3, if any) | $0.00 |
| | | Total (all pages) | $0.00 |

**SUMMARY**

| | |
| --- | --- |
| Company paid Airfare/Travel advance | |
| Amount Due: Employee/Company | $0.00 |
| (Attach check for amount due if Company is circled) | |

| Employee Signature | | Date |
| --- | --- | --- |

**APPROVALS**

**EMPLOYEE ADVANCES/COMPANY PAID EXPENSES**

| Date | Description | Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| Total | | $0.00 |

| | | Date Reimbursed |
| --- | --- | --- |
| Department Manager | | |
| | Accounting | |

000200

000201

Sheet1

| 展会汇总 | | |
|---|---|---|
| 游戏名称 | | |
| 游戏种类 | | |
| 游戏特点 | | |
| 商家名称 | | |
| 商家联系人 | | |
| 谈判情况 | | |
| 后续跟盯 | | |
| 商家国籍 | | |
| 商家地址 | | |
| 商家联系方式 | | |
| 展会地点： | | |
| 填表人： | | |

000202

Sheet1

说明：
要求参加所有展会要填写此表格。展会期间每天晚上完成当
天表格的填写并email 公司CEO。
为了在展会上快速接触客户，绿色表格部分可以在回酒店后
填好，其他部分在展会上简单填写，待当天展会后再把具体
项目填好。

000203

Sheet1

| Exhibition Report | | |
|---|---|---|
| **Game Name** | | |
| Type of Game | | |
| Game Features | | |
| Developer | | |
| Contact Information of Developer | | |
| Negotiation Status | | |
| Follow-up | | |
| Nationality of Developer | | |
| Developer Address | | |
| Developer Contact information | | |
| Exhibition Address | | |
| Prepared by | | |

000204

Sheet1

Note:
It is required to fill out this form to participate in all exhibitions. During the exhibition, complete the form of the day and email the company CEO every night.
In order to quickly contact customers at the exhibition, the green form part can be filled out after returning to the hotel, and the other parts can be simply filled out at the exhibition, and the specific items will be filled out after the exhibition that day.

# EXHIBIT B-5

000205

000206

Sheet1

谈判重点

| 种类 | 游戏状况 | 谈判重点 | 先决条件 |
|---|---|---|---|
| 小研发 | 产品未上线，没有成熟产品 | 1、了解研发擅长领域，2、现场简单交流介绍引入两种合作模式，谈合作。3、回公司向对方发送邮件， | |
| | 产品已在海外上线 | 1、可以直接沟通引入，2、最好沟通达成较低预付分成款引入。多少？ | 如在苹果或谷歌应用市场游戏游戏榜单排名较高，用户评论人数较多的游戏 |
| 成熟研发 | 产品未上线，有成功经验 | 1、了解代理价格预期，2、了解游戏上线进度，以及是否经过测试，用户反馈如何，3、谈合作意向 | |
| | 产品已在海外上线 | 可直接沟通代理中国区的预付分成款金额。 | 如在苹果或谷歌应用市场游戏游戏榜单排名较高，用户评论人数较高，且参与评论人数较多的游戏 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Sheet1

000207

| 合作谈判方法 | | |
|---|---|---|
| 小 | 没有成熟产品，产品，未上线 | 1，了解研发擅长领域，<br>2，现场简单交流介绍游戏引入两种合作模式<br>3，回公司向对方发送邮件，沟通合作意向。 |
| 研 | | |
| 发 | | |

Sheet1

000208

| | 产品已在海外上线 | 1、可以直接沟通引入，<br>2、最好沟通达成较低预付分成款引入。 | 如在苹果或谷歌应用市场游戏榜单排名较高，用户评分较高，且参与评论人数较多的游戏 |
|---|---|---|---|
| 成<br>熟<br>研<br>发 | 成熟研发，有成功经验，产品未上线 | 1、了解代理价格预期，<br>2、了解游戏上线进度，以及是否经过测试，用户反馈如何， | |
| | 成熟研发，有成功经验，产品已在海外上线 | 1、可直接沟通代理中国区的预付分成款金额。 | 如在苹果或谷歌应用市场游戏榜单排名较高，用户评分较高，且参与评论人数较多的游戏 |

Sheet1

Negotiation Bullet Points

| Type | Game Status | Negotiation Bullet Points | Prerequisites |
|---|---|---|---|
| low cost games | Products not launched yet, no mature product | 1 , Understand R&D 2 , Communicate and introduce two types of games corporation 3 , Follow-up with other company afterwards. | |
| | Product has been launched overseas | 1 , Communicate direct introduce game 2 , Better to achieve low down payments and installments | If launched in Apple Store or Google Store and has high ranking, high rating and more reviews. |
| Mature R&D | Products has not launched yet, success experience | 1 , Understand target agent fee 2 , Understand game launch status, test results and player feedback 3 , negotiate corporation | |
| | Product has been launched overseas | Communicate China area agent fee, down payment and installment | If launched in Apple Store or Google Store and has high ranking, high rating and more reviews. |
| | | | |
| | | | |
| | | | |
| Coorporation Negotiation Methods | | | |
| Type | Game Status | Negotiation Bullet Points | Prerequisites |

000209

Sheet1

| | | | |
|---|---|---|---|
| low cost games | Products not launched yet, no mature product | 1 , Understand R&D<br>2 , Communicate and introduce two types of games corporation<br>3 , Follow-up with other company afterwards. | |
| | Porduct has been launched overseas | 1 , Communicate direct introduce game<br>2 , Better to achieve low down payments and installments | If launched in Apple Store or Google Store and has high ranking, high rating and more reviews. |
| Mature R&D | Products has not launched yet, success experience | 1 , Understand target agent fee<br>2 , Understand game launch status, test results and player feedback<br>3 . negotiate corporation | |
| | Product has been launched overseas | 1. Communicate China area agent fee, down payment and installment | If launched in Apple Store or Google Store and has high ranking, high rating and more reviews. |

000210

# EXHIBIT C-1

000211



## Vland Inc. Ke Yang 经理职位说明书

| 职位名称 | 经理 | 所属部门 | | 职位等级 | |
|---|---|---|---|---|---|
| 直属上级 | Vland Inc. CEO | 直接下级 | 游戏，游学，医疗服务 | | |

**职位概要：**

熟练掌握公司相关业务及市场运作，协助制定相关销售策略，带领团队取得客户合作，并完成既定的财务指标，积极、按时、准确地完成领导交办的其他工作。

**工作内容：**

1) 组织团队执行营销策略，完成公司制定的销售目标，完成团队既定净利润额：（25%）
2) 客户拓展与客户关系，不断开发新客户并维护老客户；（20%）
3) 督促完成合作客户的应收款；（15%）
4) 团队管理，组织员工培训及贯彻营销策略：（15%）
5) 负责刊登广告，完成网络招聘及员工入系离职等人力资源事宜：（15%）
6) 积极、按时、准确地完成领导交办的其他工作。（10%）

**任职资格：**

教育背景：
◆ 专业本科及以上学历。

**晋级条件：1-5 档**

在考虑本人的技能、资历、学历、经验和工作效率等因素的前提下，来确定在一个职位等级中所处的位置。

本人已认真阅读职位说明书和绩效考核表，并将严格按照说明书中规定的岗位职责执行。

签字： 杨丽          日期：2020. 1. 10



## Vland Inc. Ke Yang Manager Job Description

| Job Title | Manager | Department | | Job Level | |
|---|---|---|---|---|---|
| Supevisor | Vland Inc. CEO | Direct Subordinate | Games, Education Tour, Medical Service | | |

**Job Summary:**

Proficiency in the company's relevant business and market operations, assist in formulating relevant sales strategies, and lead the team to obtain Cooperate with customers, complete the established financial indicators, and complete other tasks assigned by the leader actively, on time and accurately.

**Work content:**

1. Organize the team to implement marketing strategies, complete the company's sales targets, and complete the team's established net profit; (25%)
2. Expand customer relationships with customers, continuously develop new customers and maintain old customers; (20%)
3. Supervise and complete cooperative customers (15%)
4. Team management, organization of staff training and implementation of marketing strategies; (15%)
5. Responsible for publishing advertisements, completing online recruitment, employee entry and resignation and other human resources matters; (15%)
6. Active, timely and accurate Complete other tasks assigned by the leader. (10%)

**Qualifications:**

Education background:

Bachelor degree or above.

Promoting conditions: 1-5 grades

Determine the position in a position in consideration of factors such as my skills, qualifications, education, experience and work efficiency.

I have carefully read the job description and performance appraisal form, and will strictly follow the job responsibilities specified in the description.

Signature:                                Date:

★密

# 2020年  月   Ke Yang  绩效考核评估表

| 被考核人姓名 | Ke Yang | 入职时间 | | 考核人姓名 | Chun Wang |
|---|---|---|---|---|---|
| 部门 | 医疗服务 | 职位 | | 考核周期 | (3个月) |

| 维度 | 指标名称 | 考核标准 | 权重% | 指标属性 | 自评 | 主管领导评分 | 扣分原因 |
|---|---|---|---|---|---|---|---|
| | 完成公司经营目标 | 2020年目标USD. | 90% | | | | |
| | | 第一季度5%·USD. | 90% | | | | |
| | | 第二季度15%·USD. | 90% | 定量 | | | |
| | | 第三季度50%·USD.$ | 90% | | | | |
| | | 第四季度30%·USD.$ | 90% | | | | |
| | 维护公司客户·维护公司经营秩序 | 积极开拓并维护公司客户。自觉维护公司日常经营秩序和环境。 | 5% | 定性 | | | |
| | 保护公司数据安全·不外泄 | 自觉保护公司数据安全·不外泄。 | 5% | 定性 | | | |

绩效得分汇总：

绩效改进措施：

被考核人：Ke Yang

签字：_____

日期：_____

考核人：Chun Wang

签字：_____

日期：_____

CEO签字：_____

日期：_____

Sorry Business secret

000214

月度绩效考核评估表

# 2020年　月　Ke Yang Evaluation Form

*Confidential

000215

| Employee Name | Ke Yang | Employee Starting Date | | | Supervisor Name | Chun Wang |
|---|---|---|---|---|---|---|
| Department | Medical Service | Job | | | Evaluation Period | 3 months |

| 维度 | Name | Evaluation Standard (Business Secret) | Percentage | | Self Evaluation | Supervisor Comment | Deduction Causes |
|---|---|---|---|---|---|---|---|
| | | 2020 Target Revenue USD.$xx7 | 90% | | | | |
| | | Q1 5%, USD.$x... | 90% | | | | |
| | Complete company operation target | Q2 15%, USD.$xx7 | 90% | Quantitative | | | |
| | | Q3 50%, USD.$xx... | 90% | | | | |
| | | Q4 30%, USD.$xx7 | 90% | | | | |
| | Maintain company customers and maintain company business operation | Actively develop and maintain company customers relationship. Consciously maintain the company's daily operating order and environment. | 5% | Qualitative | | | |
| | Protect company data | Consciously protect the company data | 5% | Qualitative | | | |

**Evaluation Result**

Improvement

| Employee : Ke Yang | Supervisor : Chun Wang |
|---|---|
| Signature : | Signature : |
| Date : | Date : |

CEO Signature : _____    Date : _____

# EMPLOYMENT AGREEMENT

This Employment Agreement ("Agreement") is made and effective as of July 1, 2019 ("Effective Date") by and between a Business Entity known as VLAND INC., having its principal place of business at _Vland Inc._ ("Company") and _Yang, Ke_ with a mailing address of _1999 S Bascom Ave., Suite 753,_ City of _Campbell_ , State of California ("Employee").

WHEREAS, Company intends to hire Employee for the position of Manager and Employee desires to provide their services on the conditions set forth.

IN CONSIDERATION of promises and other good and valuable consideration the parties agree to the following:

## I.     Title and Employment.

Employee's title will be Manager ("Position"). This Agreement shall **not include** partial ownership in the business operations of Company.

Employee agrees that they will act in accordance with this Agreement and with the best interests of Company in mind, which may or may not require them to present the best of their skills, experience, and talents, to perform all the duties required of the position. In carrying out the duties and responsibilities of their position, Employee agrees to adhere to any and all policies, procedures, rules, regulations, as administered by Company. In addition, Employee agrees to abide by all local, county, State, and Federal laws while employed by Company.

## II.     Responsibilities.

Employee's job duty involves company operational management, excluding financial issues.

Employee shall be expected to work **full-time.**

## III.     Employment Period.

The Start Date of employment is September 15th, 2019. The first three consecutive months is probation period ("Probation Period") with monthly payment of $3,500. The Company may confirm the employment after assessment of Employee's job performance during or right after the probation period. Starting November 15th,2019, if the employment is confirmed, Employee shall receive monthly salary in the amount of $3,750. This Agreement may be terminated by either Employee or Company, at any time, with or without cause. Upon the termination of

Employee's employment with Company for any reason, neither party hereto will have any further obligation or liability under this Agreement to the other party, except as set forth in Sections VII of this Agreement below.

## IV.   Compensation.

a.   Base Salary.  For the term of this Agreement, Employee will be paid a monthly base salary ("Base Salary") at $3,750 per month, subject to applicable withholding, in accordance with Company's normal payroll procedures. Employee's Base Salary will be subject to an annual review and adjustment by Company, if appropriate, based on the then current market conditions and local cost of living

b.   Performance Bonus. Following the end of each fiscal year, Employee shall be entitled to receive a performance bonus up to $15,000 per year as set by the Board based upon performance criteria to be set by the Board.

c.   Profit Bonus: Following the end of each fiscal year and subject to the approval of the Board, the Employee shall be eligible to receive a discretionary profit bonus. The payment of the profit bonus will be conditioned on the Company's achievement of corporate performance objectives approved by the Board.

## V.   Employee Benefits.

During the Term of the employment and subject to applicable eligibility requirements of position, tenure, salary, age, health and other qualifications, and/or pursuant to the terms of the applicable benefit provider or other policies, Employee may participate in such benefit plans or programs as are available to all of Company's other employees, including without limitation medical, dental, disability, and 401K Plan. Other than certain benefits prescribed by law, Employee will not be eligible for Benefits, Vacation Time, or Personal Leave during the Probation Period.

a.   Vacation day: Employee will be entitled to ten (10) days paid vacation, including sick and personal days, per year. Unused days will not carry over to the next calendar year. Employee must provide at least three days' prior notice for the use of 1 Vacation Day and one month **prior** notice for the use of consecutive Vacation Days. Employee is eligible for this Benefit after the 3-month/90-day probation period. Employee will **not** begin accruing paid Vacation Day during the Probation Period.

000217

b. Employee will also be entitled to the following paid holidays within the Calendar Year:

| New Year's Day | January 1st (if 1/1 falls on a Saturday or Sunday, the paid holiday will be on the closer of the corresponding Friday or Monday) |
|---|---|
| Memorial Day | (date depends on year) |
| Independence Day | July 4th (if 7/4 falls on a Saturday or Sunday, the paid holiday will be on the closer of the corresponding Friday or Monday) |
| Labor Day | (date depends on year) |
| Thanksgiving | (date depends on year) |
| Friday immediately following Thanksgiving | (date depends on year) |
| Christmas | December 25th (if 12/25 falls on a Saturday or Sunday, the paid holiday will be on the closer of the corresponding Friday or Monday) |
| Christmas Eve Day **or** Day immediately following Christmas | Regardless of whether 12/24 or 12/26 falls on a weekend, you may have a paid holiday in addition to Christmas on 12/25. Essentially, two paid holidays during the week of Christmas |

*Any paid holiday that falls on a Saturday or Sunday will be observed on the preceding Friday or proceeding Monday, respectively.

VI.    **Employee's Representations and Warranties.**

Employee represents and warrants to Company as follows:

a. Employee's academic credentials and other information provided to Company are true and accurate in all material respects;

b. Employee is validly authorized to work in the United States, and neither Employee's entry into this Agreement, nor Employee's performance of his or her obligations hereunder, will result in a violation of any law or order applicable to Employee; and

Employee's Initials - _____        Page 3

    c. Employee's entry into this Agreement and performance of his or her obligations hereunder will not conflict with or result in a breach of the terms, conditions, or provisions of any other agreement or obligation, current or pending, to which Employee is a party or will be a party, or by which Employee is bound or will be bound, including any non-competition or confidentiality agreements.

Employee will be held liable for any damages caused by his or her breach of any of the representations or warranties made under this Section VI.

## VII.   **Non-Compete**.

For all periods that Employee is employed pursuant to this Agreement, Employee shall not directly or indirectly:

    a. Engage in any business in the State of California without prior written consent of Company which could or would result in a breach of Sections VIII and/or IX below, including but not limited to activities, whether direct or indirect, as proprietor, partner, shareholder, principal, agent, or employee.

    b. In any manner induce, attempt to induce, or assist others to induce or attempt to induce any employee, partner, independent contractor, or agent of Company to terminate its, his/her association with Company, or do anything to interfere with the relationship between Company and any executive or management level employee of Company.

    c. The parties hereto intend that the covenants and agreements contained in this Section VII shall be deemed to be a series of separate covenants and agreements, one for each and every county, state, city and other jurisdiction in California with respect to which Company's business has been or is hereafter carried on. If any of the foregoing is determined by any court of competent jurisdiction to be invalid or unenforceable by reason of such agreement extending for too great a period of time or over too great a geographical area, or by reason of its being too extensive in any other respect, such agreement shall be interpreted to extend only over the maximum period of time and geographical area and to the maximum extend enforceable, all as determined by such court in such action. Any determination that any provision hereof is invalid or unenforceable, in whole or in part, shall have no effect on the validity or enforceability of any remaining provision hereof.

000219

d.  Notwithstanding the foregoing, nothing herein shall prevent Employee, following the termination of his/her employment, whichever is later, from being associated with any person or entity engaged in any activities or matters which constitute a primary line of business of Company at the time of such termination so long as such association does not result in a violation of Sections VIII and/or IX below. Employee represents and warrants that he/she is not restricted or prohibited in any way from entering into this Agreement or performing services hereunder at any time, whether by non-competition, covenant, or otherwise, and shall indemnify, defend and hold Company harmless from and against any damages, claims, costs (including attorney's fees) or liabilities as a result of the incorrectness of such representation and warranty.

## VIII.   Trade Secrets.

Employee has not disclosed to Company, and Employee has been advised that Company will not accept at any time during the course of Employee's employment at Company, the disclosure of any trade secret (as that term is defined in California Civil Code Section 3426 et. seq.) by Employee which would constitute a breach by Employee of any obligation to any third party, including any former employers. Employee represents and warrants he/she has informed Company of the existence of any and all agreements between Employee and third parties which may in any way relate to, impact, or prevent Employee's employment at Company. Employee represents and warrants he/she has not taken any act prior to signing this Agreement that constitutes a breach of any agreement which may in any way relate to, impact, or prevent Employee's employment at Company.

## IX.   Confidential and Proprietary Information.

Employee recognizes that he will occupy a position of trust with respect to business information of a confidential or proprietary nature which is the property of Company and which has been and will be imparted to him/her from time to time in the course of the performance of his/her duties under this Agreement. All agreements, documents, studies, analyses, data, statistics, marketing materials, leads and lead lists developed or prepared by Employee during the term of this Agreement (excluding only personal day planners maintained by Employee) shall be and remain confidential and shall be the sole property of Company. Employee hereby acknowledges that Company develops and utilizes valuable procedures, confidential information and copyrighted materials, including but not limited to names of clients, names of potential clients, name of third party professionals, leads and lead lists, all of which constitute a valuable part of Company's assets built up by Company's ingenuity, time, labor and expense over a period of many years and all of which constitute Company trade secrets. Employee agrees that:

000220

a. He shall not at any time, whether during the Term or thereafter, use, divulge or disclose directly or indirectly any confidential or proprietary information of the Companies to any person, except that he may use and disclose to other Company personnel such confidential and proprietary information in the course of the performance of his duties hereunder or when legally required to do so in connection with any pending litigation or administrative inquiry; and

b. He shall return promptly upon the termination of this Agreement or otherwise upon the request of Company any and all copies of any documentation or materials containing any confidential or proprietary information of Company.

For purposes of this Agreement, the term "Confidential or Proprietary Information" of Company shall include all information which is owned by Company and which is not at the time publicly available or generally known to persons engaged in businesses similar to that of Company, including practices, procedures and methods and other facts relating to the business of Company; practices, procedures and methods and other facts related to marketing, advertising, financial matters, clients, client lists of Company and similar information of a confidential and proprietary nature. Employee agrees that his breach of this Section IX will cause irreparable harm to Company. Employee agrees that the remedy at law for any breach of this Section IX will be inadequate and, in addition to any other remedy available to Company, Company shall be entitled to injunctive relief for any actual or threatened breach of this Section IX without proof that any actual damages have been caused by such breach.

## X.    Early Termination.

Either Company or Employee may terminate this Agreement at any time, with or without cause, by delivering written notice of its election to the other. Termination of this Agreement pursuant to this Section X shall not relieve Employee of his obligations to comply with Sections VIII and/or IX hereof, which provisions shall survive the termination of this Agreement.

## XI.    Return of Property.

Employee shall return any and all property of Company upon the termination of employment. This includes, but is not limited to, equipment, electronics, records, access, notes, data, tests, vehicles, reports, models, or any property that is requested by Company.

## XII.    Alternative Dispute Resolution.

Employee's Initials - _____          Page 6

a.  <u>Arbitrable Claims</u>. Company and Employee mutually consent to the resolution by final and binding arbitration of any and all disputes, controversies or claims related in any way to Employee's employment with Company, including, but not limited to, any dispute, controversy or claim of alleged discrimination, harassment or retaliation (including, but not limited to, claims based on race, sex, sexual preference, religion, national origin, age, marital or family status, medical condition, handicap or disability), any claim arising out of or relating to this Agreement or the breach thereof, and any dispute as to the arbitrability of a matter under this provision (collectively, "Claims"). Notwithstanding the foregoing, this arbitration provision will not apply to any disputes or claims relating to or arising out of the misuse or misappropriation of trade secrets or proprietary information, or of any claim or charge which, by law, cannot be the subject of a compulsory arbitration agreement. Company and Employee expressly acknowledge that they waive the right to litigate Claims in a judicial forum before a judge or jury, except as provided in Section XII(g) below.

b.  <u>Claim Initiation/Time Limits</u>. A party must notify the other party in of a request to arbitrate Claims within the same statute of limitations applicable to the legal claim asserted. The written request for arbitration must specify: (i) the factual basis on which Claims are made; (ii) the statutory provision or legal theory under which Claims are made; and (iii) the nature and extent of any relief or remedy sought.

c.  <u>Procedures</u>. The arbitration will be administered in accordance with the Employment Arbitration Rules and Mediation Procedures then in effect ("Rules") of the American Arbitration Association ("AAA"), a copy of which is available upon request to Company, in Santa Clara County, California, before a panel of three arbitrators, experienced in employment law and licensed to practice law in that jurisdiction, who have been selected in accordance with such Rules.

d.  <u>Expenses</u>. With respect to any Claims, Company and Employee shall pay their own legal fees (including counsel fees), accounting fees and related expenses incurred by them in obtaining or defending any right or benefit under such Claims, including without limitation all court costs, transcript costs, fees of experts, witness fees, duplicating costs, printing and binding costs, telephone charges, postage, delivery service fees and all other disbursements or expenditures of the types customarily incurred in connection with prosecuting, defending or investigating any arbitration, action or suit irrespective of the outcome of such arbitration, action, or suit; provided, however, that, irrespective of the outcome of any arbitration, Company will pay any filing costs, arbitrator fees or expenses for any arbitration proceeding.

e.  <u>Responsibilities of Arbitrator; Award; Judgment</u>. The arbitration panel will act as the impartial decision maker of any Claims that come within the scope of this

000222

arbitration provision. The arbitration panel will have the powers and authorities provided by Rules. The arbitration panel will have the authority to issue a summary disposition if there are no material factual issues in dispute requiring a hearing and Company or Employee is clearly entitled to an award in its or his favor. The arbitration panel will not have the power or authority to add to, detract from or modify any provision of this Agreement, or any related agreements or plans, including but not limited to any equity awards. The arbitration panel, in rendering an award in any arbitration conducted pursuant to this provision, shall issue a reasoned award stating the findings of fact and conclusions of law on which it is based, and the arbitrators shall be required to follow the law of the state designated by the parties herein. Any judgment on or enforcement of any award, including an award providing for interim or permanent injunctive relief, rendered by the arbitration panel may be entered, enforced or appealed from in any court having jurisdiction thereof. Any arbitration proceedings, decision or award rendered hereunder, and the validity, effect and interpretation of this arbitration provision, shall be governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

f.  Confidentiality. It is part of the essence of this Agreement that any Claims hereunder shall be resolved expeditiously and as confidentially as possible. Accordingly, Company and Employee agree that all proceedings in any arbitration shall be conducted under seal and kept strictly confidential. In that regard, no party shall use, disclose or permit the disclosure of any information, evidence or documents produced by any other party in the arbitration proceedings or about the existence, contents or results of the proceedings except as necessary and appropriate for the preparation and conduct of the arbitration proceedings, or as necessary and appropriate for submission in any regulatory investigation or to defend any Claims resolved in the arbitration, or as may be required by any legal process, or as required in an action in aid of arbitration or for enforcement of or appeal from an arbitral award. Before making any disclosure permitted by the preceding sentence, the party intending to make such disclosure shall give the other party reasonable written notice of the intended disclosure and afford such other party a reasonable opportunity to protect its interests.

g.  Injunctive Relief. Notwithstanding the foregoing, each party shall be entitled to seek injunctive or other equitable relief from any court of competent jurisdiction in Santa Clara County, California without the need to resort to arbitration, and each party hereto hereby consents to the jurisdiction in any such court and unconditionally waives any defense of forum non convenience, and irrevocably agrees to be bound by any judgment rendered thereby in connection with this Agreement.

h.   <u>Decision of Arbitrator</u>. The Arbitrator shall issue a single judgment at the close of the proceeding, which shall dispose of all of the claims of the parties that are the subject of the arbitration. Any decision rendered by the Arbitrator shall be final, binding and conclusive and judgment shall be entered pursuant to Section 644 of the Code of Civil Procedure in any court in the State of California having jurisdiction.

i.   <u>Appeal</u>. The judgment entered upon the decision of the Arbitrator shall be subject to all post-trial procedures and to appeal in the same manner as an appeal from any order or judgment in a civil action.

## XIII.   Miscellaneous.

a.   Independent Legal Advice. Employee acknowledges that Company has advised Employee of his or her right to obtain independent legal counsel, has provided Employee with a reasonable opportunity to obtain independent legal advice with respect to this Agreement, and that Employee has either (i) had such independent legal advice prior to executing this Agreement; or (ii) willingly chosen not to obtain such advice and to execute this Agreement without having obtained such advice.

b.   Assignment. This Agreement is for the unique personal services of Employee and may not be assigned by Employee without the express written consent of Company and its affiliates.

c.   Compliance. Employee agrees to adhere to all sections of this Agreement in addition to any rules, regulations, handbook or policies of Company including obeying all local and federal laws.

d.   Amendments. This Agreement may be modified or amended under the condition that any such amendment is attached and authorized by all parties.

e.   Severability. Each provision, sub-provision or term of this Agreement is intended to be severable and shall continue in full force and effect although other provisions herein may be determined invalid or void for any reason.

f.   Waiver of Contractual Right. If Company fails to enforce a provision or a section of this Agreement, it shall not be determined as a waiver or limitation. Either party

Employee's Initials - _____     Page 9

000224

shall remain the right to enforce and compel the compliance of this Agreement to its fullest extent.

g.  Attorneys' Fees and Costs. Subject to Section XII hereof, in the event suit is brought to enforce the terms of this Agreement, the prevailing party shall be entitled to costs and reasonable attorney's fees, including without limitation those costs and fees incurred upon any appeal, as awarded by the court.

h.  Entire Agreement; Amendments. This Agreement replaces and supersedes in their entirety any and all prior agreements, express or implied, written or oral, performed or unperformed, pertaining to the employment of Employee and the compensation to be paid to him therefore, and all such prior agreements and understandings are hereby terminated and shall be of no further force or effect.

i.  Counterparts and Electronic Signatures. This Agreement and any ancillary agreements may be executed in one or more counterparts, each of which shall be deemed to be an original and all of which, when taken together, shall be deemed to be one and the same agreement or document. A signed copy of this Agreement or any ancillary agreement transmitted by facsimile, email or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original executed copy of this Agreement or such ancillary agreement for all purposes.

j.  Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of California.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed as of the day and year first above written.

**THE EMPLOYEE:**

Employee's Initials - _____

000225

By:

Date   September 13, 2019

**THE COMPANY:**

VLAND INC.
a California corporation

By:  Chun Wang

Its: September 13, 2019

President

Date: _____

==Please insert the Letterhead==

## Vland Inc. Offer Letter

==[Ke Yang]==
Address:_____

[09/01/2019]

_____

_____

### Re: Position of __Manager__

Dear [Ke Yang],

VLAND INC. is pleased to offer you the position of Manager, reporting to the [Vland Inc. CEO], [Chun Wang]. This is a [full-time],[exempt] position, 40 hours per week. The wage is [USD.45,000.00, included performance bonus up to $15,000] per year. Your start date will be September 1st, 2019. You will be eligible for our company's standard benefit including vacation days after an initial 90-day probationary employment period.

Please note that this letter and your response are not meant to constitute a contract of employment for a specific term.   Upon acceptance of this offer, both you and VLAND INC. retain the right to terminate your employment at any time, with or without cause.

You agree not to use on behalf of VLAND INC. or its affiliates, or disclose to VLAND INC. or its affiliates, any information known to you which any of your prior employers may reasonably assert to be confidential and proprietary to that employer.

This offer will remain valid until _September 10, 2019. You may indicate your agreement with the terms and accept this offer by signing and dating this offer letter returning them to me. Your employment and start date are also contingent upon successful completion of the background check process. We are enthusiastic about the prospect of your joining VLAND INC. We believe that your qualifications will enable you to make a significant contribution to the future and we look forward to our association with you.

Very Truly Yours,
VLAND INC.

_____
CEO:   Chun Wang

I have read and understood this offer letter and hereby acknowledge, accept, and agree to the terms as set forth above and further acknowledge that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

_____
[Ke Yang]

Date signed: __09/01/2019__

# EMPLOYMENT AGREEMENT

This Employment Agreement ("Agreement") is made and effective as of July 1, 2019 ("Effective Date") by and between a Business Entity known as VLAND INC., having its principal place of business at Vland Inc. ("Company") and Yang, Ke with a mailing address of 1999 S Bascom Ave., Suite 753, City of Campbell , State of California ("Employee").

WHEREAS, Company intends to hire Employee for the position of Secretary and Employee desires to provide their services on the conditions set forth.

IN CONSIDERATION of promises and other good and valuable consideration the parties agree to the following:

I.      **Title and Employment**.

Employee's title will be Secretary ("Position"). This Agreement shall **not include** partial ownership in the business operations of Company.

Employee agrees that they will act in accordance with this Agreement and with the best interests of Company in mind, which may or may not require them to present the best of their skills, experience, and talents, to perform all the duties required of the position. In carrying out the duties and responsibilities of their position, Employee agrees to adhere to any and all policies, procedures, rules, regulations, as administered by Company. In addition, Employee agrees to abide by all local, county, State, and Federal laws while employed by Company.

II.      **Responsibilities**.

Employee's job duty involves administrative support for company operation, excluding financial issues.

Employee shall be expected to work **full-time**.

III.      **Employment Period.**

Employee's Initials - Ke      Page 1

000228

The Start Date of employment is July 1, 2019. This Agreement will become effective on July 1, 2019. This Agreement may be terminated by either Employee or Company, at any time, with or without cause. Upon the termination of Employee's employment with Company for any reason, neither party hereto will have any further obligation or liability under this Agreement to the other party, except as set forth in Sections VII of this Agreement below.

IV.   **Compensation**.

a. Base Salary.  For the term of this Agreement, Employee will be paid a monthly base salary ("Base Salary") of $3,000 per month, subject to applicable withholding, in accordance with Company's normal payroll procedures. Employee's Base Salary will be subject to an annual review and adjustment by Company, if appropriate, based on the then current market conditions and local cost of living.

b. Performance Bonus: Following the end of each fiscal year and subject to the approval of the Board, the Employee shall be eligible to receive a discretionary performance bonus. The payment of the performance bonus will be conditioned on the Company's achievement of corporate performance objectives approved by the Board.

V.   **Employee Benefits**.

During the Term of the employment and subject to applicable eligibility requirements of position, tenure, salary, age, health and other qualifications, and/or pursuant to the terms of the applicable benefit provider or other policies, Employee may participate in such benefit plans or programs as are available to all of Company's other employees, including without limitation medical, dental, disability, and 401K Plan. Other than certain benefits prescribed by law, Employee will not be eligible for Benefits, Vacation Time, or Personal Leave until after the first 60 days of employment ("Trial Period"). In addition, Employee will not be eligible for vacation time, sick leave, or any time off that would be paid or unpaid.

a. Vacation day: Employee will be entitled to ten (10) days paid vacation, including sick and personal days, per year. Unused days will not carry over to the next calendar year. Employee must provide at least three days' prior notice for the use of 1 Vacation Day and one month **prior** notice for the use of consecutive Vacation Days. Employee is eligible for this Benefit after the 2-month/60-day customary probation period. Employee will **not** begin accruing paid Vacation Day during the probation period.

Employee's Initials - _/K_      Page 2

000229

b.  Employee will also be entitled to the following paid holidays within the Calendar Year:

| New Year's Day | January 1st (if 1/1 falls on a Saturday or Sunday, the paid holiday will be on the closer of the corresponding Friday or Monday) |
|---|---|
| Memorial Day | (date depends on year) |
| Independence Day | July 4th (if 7/4 falls on a Saturday or Sunday, the paid holiday will be on the closer of the corresponding Friday or Monday) |
| Labor Day | (date depends on year) |
| Thanksgiving | (date depends on year) |
| Friday immediately following Thanksgiving | (date depends on year) |
| Christmas | December 25th (if 12/25 falls on a Saturday or Sunday, the paid holiday will be on the closer of the corresponding Friday or Monday) |
| Christmas Eve Day **or** Day immediately following Christmas | Regardless of whether 12/24 or 12/26 falls on a weekend, you may have a paid holiday in addition to Christmas on 12/25. Essentially, two paid holidays during the week of Christmas |

*Any paid holiday that falls on a Saturday or Sunday will be observed on the preceding Friday or proceeding Monday, respectively.

VI.    **Employee's Representations and Warranties.**

Employee represents and warrants to Company as follows:

a.  Employee's academic credentials and other information provided to Company are true and accurate in all material respects;

b.  Employee is validly authorized to work in the United States, and neither Employee's entry into this Agreement, nor Employee's performance of his or her

Employee's Initials - *YL*    Page 3

000230

obligations hereunder, will result in a violation of any law or order applicable to Employee; and

c. Employee's entry into this Agreement and performance of his or her obligations hereunder will not conflict with or result in a breach of the terms, conditions, or provisions of any other agreement or obligation, current or pending, to which Employee is a party or will be a party, or by which Employee is bound or will be bound, including any non-competition or confidentiality agreements.

Employee will be held liable for any damages caused by his or her breach of any of the representations or warranties made under this Section VI.

## VII.    Non-Compete.

For all periods that Employee is employed pursuant to this Agreement, Employee shall not directly or indirectly:

a. Engage in any business in the State of California without prior written consent of Company which could or would result in a breach of Sections VIII and/or IX below, including but not limited to activities, whether direct or indirect, as proprietor, partner, shareholder, principal, agent, or employee.

b. In any manner induce, attempt to induce, or assist others to induce or attempt to induce any employee, partner, independent contractor, or agent of Company to terminate its, his/her association with Company, or do anything to interfere with the relationship between Company and any executive or management level employee of Company.

c. The parties hereto intend that the covenants and agreements contained in this Section VII shall be deemed to be a series of separate covenants and agreements, one for each and every county, state, city and other jurisdiction in California with respect to which Company's business has been or is hereafter carried on. If any of the foregoing is determined by any court of competent jurisdiction to be invalid or unenforceable by reason of such agreement extending for too great a period of time or over too great a geographical area, or by reason of its being too extensive in any other respect, such agreement shall be interpreted to extend only over the maximum period of time and geographical area and to the maximum extend enforceable, all as determined by such court in such action. Any determination that

Employee's Initials - *UK*        Page 4

any provision hereof is invalid or unenforceable, in whole or in part, shall have no effect on the validity or enforceability of any remaining provision hereof.

d.   Notwithstanding the foregoing, nothing herein shall prevent Employee, following the termination of his/her employment, whichever is later, from being associated with any person or entity engaged in any activities or matters which constitute a primary line of business of Company at the time of such termination so long as such association does not result in a violation of Sections VIII and/or IX below. Employee represents and warrants that he/she is not restricted or prohibited in any way from entering into this Agreement or performing services hereunder at any time, whether by non-competition, covenant, or otherwise, and shall indemnify, defend and hold Company harmless from and against any damages, claims, costs (including attorney's fees) or liabilities as a result of the incorrectness of such representation and warranty.

## VIII.   Trade Secrets.

Employee has not disclosed to Company, and Employee has been advised that Company will not accept at any time during the course of Employee's employment at Company, the disclosure of any trade secret (as that term is defined in California Civil Code Section 3426 et. seq.) by Employee which would constitute a breach by Employee of any obligation to any third party, including any former employers. Employee represents and warrants he/she has informed Company of the existence of any and all agreements between Employee and third parties which may in any way relate to, impact, or prevent Employee's employment at Company. Employee represents and warrants he/she has not taken any act prior to signing this Agreement that constitutes a breach of any agreement which may in any way relate to, impact, or prevent Employee's employment at Company.

## IX.   Confidential and Proprietary Information.

Employee recognizes that he will occupy a position of trust with respect to business information of a confidential or proprietary nature which is the property of Company and which has been and will be imparted to him/her from time to time in the course of the performance of his/her duties under this Agreement. All agreements, documents, studies, analyses, data, statistics, marketing materials, leads and lead lists developed or prepared by Employee during the term of this Agreement (excluding only personal day planners maintained by Employee) shall be and remain confidential and shall be the sole property of Company. Employee hereby acknowledges that Company develops and utilizes valuable procedures, confidential information and copyrighted materials, including but not limited to names of clients, names of potential clients, name of third party professionals, leads and lead lists, all of which constitute a valuable part of Company's

Employee's Initials - _YK_    Page 5

assets built up by Company's ingenuity, time, labor and expense over a period of many years and all of which constitute Company trade secrets. Employee agrees that:

a. He shall not at any time, whether during the Term or thereafter, use, divulge or disclose directly or indirectly any confidential or proprietary information of the Companies to any person, except that he may use and disclose to other Company personnel such confidential and proprietary information in the course of the performance of his duties hereunder or when legally required to do so in connection with any pending litigation or administrative inquiry; and

b. He shall return promptly upon the termination of this Agreement or otherwise upon the request of Company any and all copies of any documentation or materials containing any confidential or proprietary information of Company.

For purposes of this Agreement, the term "Confidential or Proprietary Information" of Company shall include all information which is owned by Company and which is not at the time publicly available or generally known to persons engaged in businesses similar to that of Company, including practices, procedures and methods and other facts relating to the business of Company; practices, procedures and methods and other facts related to marketing, advertising, financial matters, clients, client lists of Company and similar information of a confidential and proprietary nature. Employee agrees that his breach of this Section IX will cause irreparable harm to Company. Employee agrees that the remedy at law for any breach of this Section IX will be inadequate and, in addition to any other remedy available to Company, Company shall be entitled to injunctive relief for any actual or threatened breach of this Section IX without proof that any actual damages have been caused by such breach.

## X.    Early Termination.

Either Company or Employee may terminate this Agreement at any time, with or without cause, by delivering written notice of its election to the other. Termination of this Agreement pursuant to this Section X shall not relieve Employee of his obligations to comply with Sections VIII and/or IX hereof, which provisions shall survive the termination of this Agreement.

## XI.    Return of Property.

Employee shall return any and all property of Company upon the termination of employment. This includes, but is not limited to, equipment, electronics, records, access, notes, data, tests, vehicles, reports, models, or any property that is requested by Company.

Employee's Initials - _Yk_          Page 6

XII.   **Alternative Dispute Resolution.**

    a.   <u>Arbitrable Claims</u>. Company and Employee mutually consent to the resolution by final and binding arbitration of any and all disputes, controversies or claims related in any way to Employee's employment with Company, including, but not limited to, any dispute, controversy or claim of alleged discrimination, harassment or retaliation (including, but not limited to, claims based on race, sex, sexual preference, religion, national origin, age, marital or family status, medical condition, handicap or disability), any claim arising out of or relating to this Agreement or the breach thereof, and any dispute as to the arbitrability of a matter under this provision (collectively, "Claims"). Notwithstanding the foregoing, this arbitration provision will not apply to any disputes or claims relating to or arising out of the misuse or misappropriation of trade secrets or proprietary information, or of any claim or charge which, by law, cannot be the subject of a compulsory arbitration agreement. Company and Employee expressly acknowledge that they waive the right to litigate Claims in a judicial forum before a judge or jury, except as provided in Section XII(g) below.

    b.   <u>Claim Initiation/Time Limits</u>. A party must notify the other party in of a request to arbitrate Claims within the same statute of limitations applicable to the legal claim asserted. The written request for arbitration must specify: (i) the factual basis on which Claims are made; (ii) the statutory provision or legal theory under which Claims are made; and (iii) the nature and extent of any relief or remedy sought.

    c.   <u>Procedures</u>. The arbitration will be administered in accordance with the Employment Arbitration Rules and Mediation Procedures then in effect ("Rules") of the American Arbitration Association ("AAA"), a copy of which is available upon request to Company, in Los Angeles County, California, before a panel of three arbitrators, experienced in employment law and licensed to practice law in that jurisdiction, who have been selected in accordance with such Rules.

    d.   <u>Expenses</u>. With respect to any Claims, Company and Employee shall pay their own legal fees (including counsel fees), accounting fees and related expenses incurred by them in obtaining or defending any right or benefit under such Claims, including without limitation all court costs, transcript costs, fees of experts, witness fees, duplicating costs, printing and binding costs, telephone charges, postage, delivery service fees and all other disbursements or expenditures of the types customarily incurred in connection with prosecuting, defending or investigating any arbitration, action or suit irrespective of the outcome of such arbitration, action, or suit; provided, however, that, irrespective of the outcome of any arbitration,

Employee's Initials - _____   Page 7

000234

Company will pay any filing costs, arbitrator fees or expenses for any arbitration proceeding.

e.  Responsibilities of Arbitrator; Award; Judgment. The arbitration panel will act as the impartial decision maker of any Claims that come within the scope of this arbitration provision. The arbitration panel will have the powers and authorities provided by Rules. The arbitration panel will have the authority to issue a summary disposition if there are no material factual issues in dispute requiring a hearing and Company or Employee is clearly entitled to an award in its or his favor. The arbitration panel will not have the power or authority to add to, detract from or modify any provision of this Agreement, or any related agreements or plans, including but not limited to any equity awards. The arbitration panel, in rendering an award in any arbitration conducted pursuant to this provision, shall issue a reasoned award stating the findings of fact and conclusions of law on which it is based, and the arbitrators shall be required to follow the law of the state designated by the parties herein. Any judgment on or enforcement of any award, including an award providing for interim or permanent injunctive relief, rendered by the arbitration panel may be entered, enforced or appealed from in any court having jurisdiction thereof. Any arbitration proceedings, decision or award rendered hereunder, and the validity, effect and interpretation of this arbitration provision, shall be governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

f.  Confidentiality. It is part of the essence of this Agreement that any Claims hereunder shall be resolved expeditiously and as confidentially as possible. Accordingly, Company and Employee agree that all proceedings in any arbitration shall be conducted under seal and kept strictly confidential. In that regard, no party shall use, disclose or permit the disclosure of any information, evidence or documents produced by any other party in the arbitration proceedings or about the existence, contents or results of the proceedings except as necessary and appropriate for the preparation and conduct of the arbitration proceedings, or as necessary and appropriate for submission in any regulatory investigation or to defend any Claims resolved in the arbitration, or as may be required by any legal process, or as required in an action in aid of arbitration or for enforcement of or appeal from an arbitral award. Before making any disclosure permitted by the preceding sentence, the party intending to make such disclosure shall give the other party reasonable written notice of the intended disclosure and afford such other party a reasonable opportunity to protect its interests.

g.  Injunctive Relief. Notwithstanding the foregoing, each party shall be entitled to seek injunctive or other equitable relief from any court of competent jurisdiction in Los Angeles County, California without the need to resort to arbitration, and each party hereto hereby consents to the jurisdiction in any such court and unconditionally waives any defense of forum non convenience, and irrevocably

Employee's Initials - _____      Page 8

000235

agrees to be bound by any judgment rendered thereby in connection with this Agreement.

h. <u>Decision of Arbitrator</u>. The Arbitrator shall issue a single judgment at the close of the proceeding, which shall dispose of all of the claims of the parties that are the subject of the arbitration. Any decision rendered by the Arbitrator shall be final, binding and conclusive and judgment shall be entered pursuant to Section 644 of the Code of Civil Procedure in any court in the State of California having jurisdiction.

i. <u>Appeal</u>. The judgment entered upon the decision of the Arbitrator shall be subject to all post-trial procedures and to appeal in the same manner as an appeal from any order or judgment in a civil action.

## XIII. Miscellaneous.

a. Independent Legal Advice. Employee acknowledges that Company has advised Employee of his or her right to obtain independent legal counsel, has provided Employee with a reasonable opportunity to obtain independent legal advice with respect to this Agreement, and that Employee has either (i) had such independent legal advice prior to executing this Agreement; or (ii) willingly chosen not to obtain such advice and to execute this Agreement without having obtained such advice.

b. Assignment. This Agreement is for the unique personal services of Employee and may not be assigned by Employee without the express written consent of Company and its affiliates.

c. Compliance. Employee agrees to adhere to all sections of this Agreement in addition to any rules, regulations, handbook or policies of Company including obeying all local and federal laws.

d. Amendments. This Agreement may be modified or amended under the condition that any such amendment is attached and authorized by all parties.

e. Severability. Each provision, sub-provision or term of this Agreement is intended to be severable and shall continue in full force and effect although other provisions herein may be determined invalid or void for any reason.

Employee's Initials - _YK_    Page 9

000236

f.   Waiver of Contractual Right. If Company fails to enforce a provision or a section of this Agreement, it shall not be determined as a waiver or limitation. Either party shall remain the right to enforce and compel the compliance of this Agreement to its fullest extent.

g.   Attorneys' Fees and Costs. Subject to Section XII hereof, in the event suit is brought to enforce the terms of this Agreement, the prevailing party shall be entitled to costs and reasonable attorney's fees, including without limitation those costs and fees incurred upon any appeal, as awarded by the court.

h.   Entire Agreement; Amendments. This Agreement replaces and supersedes in their entirety any and all prior agreements, express or implied, written or oral, performed or unperformed, pertaining to the employment of Employee and the compensation to be paid to him therefore, and all such prior agreements and understandings are hereby terminated and shall be of no further force or effect.

i.   Counterparts and Electronic Signatures. This Agreement and any ancillary agreements may be executed in one or more counterparts, each of which shall be deemed to be an original and all of which, when taken together, shall be deemed to be one and the same agreement or document. A signed copy of this Agreement or any ancillary agreement transmitted by facsimile, email or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original executed copy of this Agreement or such ancillary agreement for all purposes.

j.   Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of California.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed as of the day and year first above written.

**THE EMPLOYEE:**

Employee's Initials - _YK_     Page 10

000237

By: 杨斯 yangke

Date   July 01,2019

**THE COMPANY:**

VLAND INC.
a California corporation

By: Chun Wang

Its: July 01,2019

President

Date: _____

Please insert the Letterhead

# Vland Inc. Offer Letter

[KeYang]
Address:_____                                    [05/23/2019]
_____
_____

      **Re: Position of  Secretary**

Dear [KeYang],

VLAND INC. is pleased to offer you the position of  Secretary  , reporting to the [Vland Inc. CEO], [Chun Wang]. This is a [full-time] [exempt] position, 40 hours per week.   The wage is [USD.3000.00] per [month]. Your start date will be June 1st, 2019. You will be eligible for our company's standard benefit including vacation days after an initial 90-day probationary employment period.

Please note that this letter and your response are not meant to constitute a contract of employment for a specific term.   Upon acceptance of this offer, both you and VLAND INC. retain the right to terminate your employment at any time, with or without cause.

You agree not to use on behalf of VLAND INC. or its affiliates, or disclose to VLAND INC. or its affiliates, any information known to you which any of your prior employers may reasonably assert to be confidential and proprietary to that employer.

This offer will remain valid until June 1st , 2019. You may indicate your agreement with the terms and accept this offer by signing and dating this offer letter returning them to me. Your employment and start date are also contingent upon successful completion of the background check process. We are enthusiastic about the prospect of your joining VLAND INC. We believe that your qualifications will enable you to make a significant contribution to the future and we look forward to our association with you.

                        Very Truly Yours,
                        VLAND INC. CEO

                        _____
                        Chun Wang

I have read and understood this offer letter and hereby acknowledge, accept, and agree to the terms as set forth above and further acknowledge that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

==Please insert the Letterhead==

Yang Ke  杨柯

_____

[Ke Yang]

Date signed: 05/31/2019

000240

## Resume

Name: Yang Ke   Gender: Female

Date of Birth: March 8, 1955

Place of Birth: Beijing ,China

1978.9—1982.9  Student of French Department, Beijing Institute of Foreign Language No. 2

1982.10—1987.3  Clerk at Beijing Light Industry Import and Export Corporation

1987.4—1991.3  Attaché, Third Secretary at the Commercial Office of the Chinese Embassy in Denmark

1991.5—  Clerk of China Resources Group Co., Ltd. (Beijing), retired since 2010

000241

# EXHIBIT C-2

000242



## Vland Inc. Tianyi Wang 职位说明书

| 职位名称 | 市场 | 所属部门 | 过改 | 职位等级 | |
|---|---|---|---|---|---|
| 直属上级 | Vland Inc. 经理 | 直接下级 | | | |

**职位概要:**

为达到公司相关营成业务及市场运作，协助制定相关销售策略，促级推广和拓展组织空用用户，完成商定的财务指标、积极、按时、准确地完成领导交办的其他工作。

**工作内容:**

1) 完成团队既定指们工作; (35%)
2) 客户拓展与客户关系、不断开发新客户并维护老客户; (30%)
3) 积极完成合作客户的应收款; (15%)
4) 协助制定和执行销售策略; (10%)
5) 积极、按时、准确地完成领导交办的其他工作。(10%)

**任职资格:**

**教育背景:**

◆ 专业本科及以上学历。

**行级条件:** 1-5 档

在考虑本人的技能、资历、学历、丝级和工作效率等因素的背景下、来确定在一个职位等级中所处的位置。

---

本人已认真阅读职位说明书和绩效考核表，并将严格按照说明书中规定的岗位职责执行。

签字: 王天艺        日期: 21/10/2020

Tianyi Wang



# Vland Inc. <u>**Tianyi Wang**</u> Job Description

| Job Title | Market | Department | | Game | Job Level | |
|---|---|---|---|---|---|---|
| Supervisor | Vland Inc. Manager | Direct Subordinate | | | | |

**Job Summary:**

Proficiency in the company's game business and market operations, assist in formulating relevant sales strategies, and actively promote and expand the organization and management of users, Complete the established financial indicators, and complete other tasks assigned by the leader actively, on time and accurately.

**Work content:**

1. Complete the set sales of the team; (35%)
2. Expand the relationship between customers and customers, continuously develop new customers and maintain old customers; (30%)
3. Supervise and urge the completion of cooperating customers' receivables; (15%)
4. Assist in the formulation and execution of marketing Strategy; (10%)
5. Actively, on time and accurately complete other tasks assigned by the leader. (10%)

**Qualifications:**

<u>Education background:</u>

- Bachelor degree or above.

Promoting conditions: 1-5 grades

Determine the position in a position in consideration of factors such as my skills, qualifications, education, experience and work efficiency.

I have carefully read the job description and performance appraisal form, and will strictly follow the job responsibilities specified in the description.

Signature:             Date:

000244

★密

## 2020年　　月　Tianyi Wang　绩效考核评估表

000245

| 被考核人姓名 | Tianyi Wang | | | | | 考核人姓名 | Ke Yang |
|---|---|---|---|---|---|---|---|
| 部门 | 游戏 | 入职时间 | | | | 考核周期 | （3个月） |
| | | 职位 | | | | | |
| 维度 | 指标名称 | 考核标准 | 权重 | 指标属性 | 自评 | 主管领导评分 | 扣分原因 |
| | 完成公司经营目标 | 2020年目标USD.○万（Sorry, Business see 5） | 权重 | | | | |
| | | 第一季度5%，USD.○5万 | 90% | | | | |
| | | 第二季度15%，USD.○5万 | 90% | 定量 | | | |
| | | 第三季度50%，USD.○万 | 90% | | | | |
| | | 第四季度30%，USD.○万 | 90% | | | | |
| | 维护公司客户，维护公司经营秩序 | 积极开拓并维护公司客户，自觉维护公司日常经营秩序和环境。 | 5% | 定性 | | | |
| | 保护公司数据安全，不外泄 | 自觉保护公司数据安全，不外泄。 | 5% | 定性 | | | |
| 绩效得分汇总： | | | | | | | |

绩效改进措施：

被考核人：Tianyi Wang

签字：＿＿＿＿＿＿＿

日期：＿＿＿＿＿＿＿

考核人：Ke Yang

签字：＿＿＿＿＿＿＿

日期：＿＿＿＿＿＿＿

CEO签字：＿＿＿＿＿＿＿

日期：＿＿＿＿＿＿＿

月度绩效考核评估表

# 2020年 __月 Tianyi Wang Evaluation Form

*Confidential

| Employee Name | Tianyi Wang | | Supervisor Name | Ke Yang |
|---|---|---|---|---|
| Department | Games | Employee Starting Date / Job | Evaluation Period | 3 months |

| 维度 | Name | Evaluation Standard (Business Secret) | Percentage | | Self Evaluation | Supervisor Comment | Deduction Causes |
|---|---|---|---|---|---|---|---|
| | Complete company operation target | 2020 Target Revenue USD.$xx7 | 90% | Quantitative | | | |
| | | Q1 5% , USD.$xx | 90% | | | | |
| | | Q2 15% , USD.$xx7 | 90% | | | | |
| | | Q3 50% , USD.$xx | 90% | | | | |
| | | Q4 30% , USD.$xx7 | 90% | | | | |
| | Maintain company customers and maintain company business operation | Actively develop and maintain company customers relationship. Consciously maintain the company's daily operating order and environment. | 5% | Qualitative | | | |
| | Protect company data | Consciously protect the company data | 5% | Qualitative | | | |

## Evaluation Result

## Improvement

Employee : Tianyi Wang          Supervisor : Ke Yang

Signature : _____         Signature : _____

Date : _____             Date : _____

CEO Signature : _____          Date : _____

000246

**Vland Inc. Offer Letter**

[Tianyi Wang]

Address: 20488 Stevens Creek Blvd, Suite 1199
Cupertino, CA 9801X
[10/18/2019]

**Re: Position of Marketing**

Dear [Tianyi Wang],

VLAND INC. is pleased to offer you the position of Marketing Specialist , reporting to the Manager, Ke Yang. This is a [full-time],[exempt] position. The wage is $35,000.00USD per year. Your start date will be October,18, 2019. You will be eligible for our company's standard benefit including vacation days after an initial 90-day probationary employment period.

Please note that this letter and your response are not meant to constitute a contract of employment for a specific term. Upon acceptance of this offer, both you and VLAND INC. retain the right to terminate your employment at any time, with or without cause.

You agree not to use on behalf of VLAND INC. or its affiliates, or disclose to VLAND INC. or its affiliates, any information known to you which any of your prior employers may reasonably assert to be confidential and proprietary to that employer.

This offer will remain valid until  October 23, 2019. You may indicate your agreement with the terms and accept this offer by signing and dating this offer letter returning them to me. Your employment and start date are also contingent upon successful completion of the background check process. We are enthusiastic about the prospect of your joining VLAND INC. We believe that your qualifications will enable you to make a significant contribution to the future and we look forward to our association with you.

Very Truly Yours,
VLAND INC.

[Chun Wang], [President]

I have read and understood this offer letter and hereby acknowledge, accept, and agree to the terms as set forth above and further acknowledge that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

Tianyi    Wang
[Name of Employee]

Date signed: Oct 22nd 2019

000247

**Fwd:** 通知

admin@usvland.com <admin@usvland.com>
周二 2020/7/14 11:49
收件人：zhanglijun2012@outlook.com <zhanglijun2012@outlook.com>

📎 1 个附件(4 KB)
Forwarded Message;


----- Forwarded message from admin@usvland.com -----
  Date: Tue, 04 Feb 2020 02:16:23 +0800
  From: admin@usvland.com
Subject: 通知
    To: tianyiwang@usvland.com


----- End forwarded message -----

000248

# Tianyi Wang

nexxxxxxxxx2019@gmxxxxxxxxxxx

(xxx)xxxxxxxx   *Sorry privacy*

## Education

**University of California, Santa Cruz**                    Santa Cruz, CA

B.S. in Biology                                                        June 2017

**De Anza College**                                              Cupertino, CA

A.A. in Biology                                                       June 2015

**Monta Vista High School**                                Cupertino, CA

H.S. Diploma                                                         June 2012

## Scholarships and Awards

Regent Scholar, University of California, Santa Cruz

Member, Phi Theta Kappa, De Anza College

Purple and Gold Award, Monta Vista High School

## Employment

**Marketing Editor, Cheers Publishing**            December 2018 to April 2019

Beijing, China

Planned book signing events, and created social media content for newly released books. Represented the company to meet foreign authors to coordinate events. Hosted special speakers event with over one hundred audience, and planned a three hundred people book fan event.

**Student Associate, SRI International**              June 2016 to September 2016

Menlo Park, CA

000249

Assisted in viral oncology research. Sorted and digitized cancer cell line inventory. Learned safety protocols for working with human tissue samples. Prepared

equipment for experiments. Processed human blood and tissue samples for experiments.

**Cashier, Happy Lemon**                          September 2017 to Augest
2018 Cupertino, CA

Provided excellent customer service as cashier and also delivered drinks and food, trained new employees. Worked in kitchen food preparation, managed stocked food material, did both opening  preparation and closing clean ups.

**Waiter, China Café**                          September 2014 to March 2015

Mountain View, CA

Provided excellent customer service, with the goal of making customers feel happy, comfortable and satisfied.  Learned and applied food safety protocols.

## Languages

Fluent in both Mandarin and English

**Vland Inc. 工作单**

填表人: 王天艺　　　填表时间: ~~1月30~~ 2/18/2020

上级经理: 杨柯

汇报事项:

合同 □　　　差旅 □　　　请客户用餐 ☑　　　参加会议 ☑

其他 ☑　　　硬盘外壳

汇报事项说明:

1. 通过魏总介绍, 第一次与蓝叠 Blue Stack.
中国区 CEO Amy Chen 会面. 中午在 Orchard
City Kitchen 用餐 后在 Campbell 办公室沟
通未来合作. 用餐 $82.86
2. 2月 波士顿 Pax 游戏展会, 门票二张, $454.
3. 3月 旧金山 GDC 游戏展会 门票一张、$199.
　　　　　　　　　　　　4. 硬盘外壳 $26.13.

填表人
签字: 王天艺

直属经理
意见: 杨柯　　同意.

直属经理
签字: 杨柯

总经理
意见: 同意　　　　9/8　　2/18/2020

000251

Sheet1

000252

## Vland Inc. Work Sheet

| Applicant Name | Tianyi Wang | Date | 18-Feb-20 | | | | |
|---|---|---|---|---|---|---|---|
| Supervisor | Ke Yang | | | | | | |
| Report Topic | | | | | | | |
| Contract ☐ | Business Trip ☐ | Customer Invitation ☒ | Participate Conference ☒ | | | | |
| Others ☐☒ | Hard Drive Case | | | | | | |

Explanations :

1. Meeting with CEO of Blue Stack China, Amy Chen; Lunch at Orchard City Kitchen; Conference at Campbell office after lunch; Lunch expense $82.86; 2. Feb Boston PAX Gaming Exhibition tickets *2, $454; 3. Mar San Francisco GDC Gaming Exhibition ticket, $199; 4. Hard Drive Case, $ 26.15.

| Applicant Signature | Tianyi Wang | | | | | | |

Sheet1

000253

| Supervisor Comments | | Approved | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Supervisor Signature | | Ke Yang | | | | | | |
| General Manager Comments | | Approved | | | | | | |
| Manager Signature | | Chun Wang | | | | | | |

Note :

WorkSheet : Applicant should fill out this form and get approval by CEO before contract signing, invite customers, business trip, including reimburse extra business expenses. submit this form to CEO with contract or reimbursement.



```
        ORCHARD CITY KITCHEN
   1875 South Bascom Ave Ste 190
        Campbell, CA 95008

Server: PALOMA M
               01/30/20 12:11 PM
Check #16              Table 11


KFC                    $8.50
Rice Rice Baby        $13.50
KALBI                 $17.50
Swordfish             $22.00
Living Wage Surcharge (5.00%)
                       $3.08

Subtotal              $64.58
Sales Tax              $5.98
Tip                   $12.30
Total                 $82.86

Input Type    C (EMV Chip Read)
MasterCard        xxxxxxxx5382
Time                   1:27 PM

Transaction Type         Sale
Authorization        Approved
Approval Code          009192
Payment ID       ChKwHWwPMgTK
Application ID  A0000000041010
Application Label   MasterCard
Terminal ID    e6bb15fe1cfb5dba
Card Reader    MAGTEK_EDYNAMO
          TIANYI WANG
```

000254

# EXHIBIT C-3

000255



# Vland Inc. Dan Wang 职位说明书

| 职位名称 | 市场和秘书 | 所属部门 | 医疗服务 | 职位等级 | |
|---|---|---|---|---|---|
| 直属上级 | Vland Inc.经理 | 直接下级 | | | |

**职位概要：**

    熟练掌握公司相关医疗服务业务及市场运作，协助制定相关销售策略，积极推广和拓展组织管理用户，完成既定的财务指标。协助公司领导处理各项行政事宜，积极、按时、准确地完成领导交办的其他工作。

**工作内容：**

1) 完成团队既定销售额；(25%)
2) 客户拓展与客户关系，不断开发新客户并维护老客户；(20%)
3) 督促完成合作客户的应收款；(15%)
4) 协助制定和执行营销策略；(10%)
5) 协助总裁和经理处理行政事宜。(30%)

**任职资格：**

**教育背景：**

◆   专业本科及以上学历。

**晋级条件：1-5 档**

在考虑本人的技能、资历、学历、经验和工作效率等因素的前提下，来确定在一个职位等级中所处的位置。

**本人已认真阅读职位说明书和绩效考核表，并将严格按照说明书中规定的岗位职责执行。**

签字：              日期：

000256



## Vland Inc. Dan Wang Job Description

| Job Title | Market and Secretary | Department | Medical Service | Job Level | |
|---|---|---|---|---|---|
| Supervisor | Vland Inc. Manager | Direct Subordinate | | | |

**Job Summary:**

Proficient in the company's relevant medical service business and market operations, assist in formulating relevant sales strategies, and actively promote and expand Organize and manage users and complete established financial indicators. Assist company leaders to deal with various administrative matters, and complete other tasks assigned by the leaders in a positive, timely and accurate manner.

**Work content:**

1. Complete the team's established sales; (25%)
2. Expand the relationship between customers and customers, continuously develop new customers and maintain old customers; (20%)
3. Supervise and urge the completion of cooperating customers' receivables; (15%)
4. Assist in formulating and executing marketing Strategy; (10%)
5. Assist the president and manager in administrative matters. (30%)

**Qualifications:**

Education background:

Bachelor degree or above.

Promoting conditions: 1-5 grades

Determine the position in a position in consideration of factors such as my skills, qualifications, education, experience and work efficiency.

I have carefully read the job description and performance appraisal form, and will strictly follow the job responsibilities specified in the description.

Signature:                    Date:

000257

★密

# 2020年  月   Dan Wang   绩效考核评估表

| 被考核人姓名 | Dan Wang | 入职时间 | | 考核人姓名 | Ke Yang |
|---|---|---|---|---|---|
| 部门 | 医疗服务 | 职位 | | 考核周期 | （3个月） |

| 维度 | 指标名称 | 考核标准 | 权重% | 指标属性 | 自评 | 主管领导评分 | 扣分原因 |
|---|---|---|---|---|---|---|---|
| | 完成公司经营目标 | 2020年目标USD.$⬛ * | 90% | | | | |
| | | 第一季度5%，USD.$⬛万 | 90% | | | | |
| | | 第二季度15%，USD.$⬛5万 | 90% | 定量 | | | |
| | | 第三季度50%，USD.$⬛万 | 90% | | | | |
| | | 第四季度30%，USD.$⬛万 | 90% | | | | |
| | 维护公司客户，维护公司经营秩序 | 积极开拓并维护公司客户。自觉维护公司日常经营秩序和环境。 | 5% | 定性 | | | |
| | 保护公司数据安全，不外泄 | 自觉保护公司数据安全，不外泄。 | 5% | 定性 | | | |

绩效得分汇总：

绩效改进措施：

被考核人：Dan Wang

签字：

日期：

考核人：Ke Yang

签字：

日期：

CEO签字：

日期：

000258

000259

月度績效考核评估表

# 2020年 _月_  Dan Wang Evaluation Form

*Confidential

| Employee Name | Dan Wang | | Supervisor Name | Ke Yang |
| --- | --- | --- | --- | --- |
| Department | Medical Service | Employee Starting Date / Job | Evaluation Period | 3 months |

| Name | Evaluation Standard | Percentage | | Self Evaluation | Supervisor Comment | Deduction Causes |
| --- | --- | --- | --- | --- | --- | --- |
| 维度 | 2020 Target Revenue USD.$xx | 90% | | | | |
| | Q1 5% , USD.$x | 90% | | | | |
| Complete company operation target | Q2 15% , USD.$xx | 90% | Quantitative | | | |
| | Q3 50% , USD.$xx | 90% | | | | |
| | Q4 30% , USD.$xx | 90% | | | | |
| Maintain company customers and maintain company business operation | Actively develop and maintain company customers relationship. Consciously maintain the company's daily operating order and environment. | 5% | Qualitative | | | |
| Protect company data | Consciously protect the company data | 5% | Qualitative | | | |

## Evaluation Result

## Improvement

| Employee : Dan Wang | Supervisor : Ke Yang |
| --- | --- |
| Signature : | Signature : |
| Date : | Date : |

CEO Signature : _____  Date : _____

# Vland Inc. Offer Letter

Ms. Danielle Wang
Address: ~~San Jose, CA 95129~~                                    12/2/2019

### Re: Position of <u>Marketing</u>

Dear Ms. Danielle Wang,

VLAND INC. is pleased to offer you the position of <u>Marketing Specialist and Secretary</u>, reporting to the <u>Manager, Ke Yang.</u> This is a <u>full-time, exempt</u> position. The wage is <u>$35,000.00USD. per year.</u> Your start date will be <u>January,6th,2020.</u> You will be eligible for our company's standard benefit including vacation days after an initial 90-day probationary employment period.

Please note that this letter and your response are not meant to constitute a contract of employment for a specific term. Upon acceptance of this offer, both you and VLAND INC. retain the right to terminate your employment at any time, with or without cause.

You agree not to use on behalf of VLAND INC. or its affiliates, or disclose to VLAND INC. or its affiliates, any information known to you which any of your prior employers may reasonably assert to be confidential and proprietary to that employer.

This offer will remain valid until <u>December 6th, 2019.</u> You may indicate your agreement with the terms and accept this offer by signing and dating this offer letter returning them to me. Your employment and start date are also contingent upon successful completion of the background check process. We are enthusiastic about the prospect of your joining VLAND INC. We believe that your qualifications will enable you to make a significant contribution to the future and we look forward to our association with you.

Very Truly Yours,
VLAND INC.

_____

[Chun Wang], [President]

_____

I have read and understood this offer letter and hereby acknowledge, accept, and agree to the terms as set forth above and further acknowledge that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

_____          Date signed: _____

[Name of Employee]

000260

## Fwd: offer letter

admin@usvland.com <admin@usvland.com>
周二 2020/7/14 11:37
收件人：zhanglijun2012@outlook.com <zhanglijun2012@outlook.com>

📎 1 个附件(4 KB)
Forwarded Message;


----- Forwarded message from admin@usvland.com -----
    Date: Wed, 04 Dec 2019 04:33:57 +0800
    From: admin@usvland.com
Subject: offer letter
      To: danxwang538xqia@indeedemail.com

王丹：你好！

此将offer letter 发给你。如有问题请联系我们。公司电话：408 879 2305，或发邮件。谢谢。

VLAND   INC

----- End forwarded message -----

000261

## Fwd: offer letter

admin@usvland.com <admin@usvland.com>

周二 2020/7/14 11:37

收件人：zhanglijun2012@outlook.com <zhanglijun2012@outlook.com>

📎 1 个附件(4 KB)

Forwarded Message;


----- Forwarded message from admin@usvland.com -----
  Date: Wed, 04 Dec 2019 04:33:57 +0800
  From: admin@usvland.com
Subject: offer letter
    To: xxxxxxx5538xxx@xxxxxemail.com

王丹：你好！

此将offer letter 发给你。如有问题请联系我们。公司电话：408 879 2305，或发邮件。谢谢。

VLAND  INC

----- End forwarded message -----

  Dan Wang,
  Please find attached offer letter. If you have any question, please contact us. Our company number is
  408-879-2305 or email us. Thank you.
  VLAND INC

## Fwd: 确认offer letter

admin@usvland.com <admin@usvland.com>
周二 2020/7/14 11:39
收件人：zhanglijun2012@outlook.com <zhanglijun2012@outlook.com>

📎 1 个附件(5 KB)
Forwarded Message;

----- Forwarded message from admin@usvland.com -----
   Date: Fri, 06 Dec 2019 08:32:01 +0800
   From: admin@usvland.com
Subject: Fwd: 确认offer letter
    To: zhanglijun2012@outlook.com

Offer letter 确认收到。我将于2020年1月13日起去公司上班。
请问我几点到？

谢谢
王丹

On Thu, Dec 5, 2019 at 2:19 PM V LAND INC.
xxxxxxxxxx@xxxxxxxx.com>
wrote:

----- End forwarded message -----

000263

## Fwd: 确认offer letter

admin@usvland.com <admin@usvland.com>
周二 2020/7/14 11:39
收件人: zhanglijun2012@outlook.com <zhanglijun2012@outlook.com>

📎 1 个附件(5 KB)
Forwarded Message;


----- Forwarded message from admin@usvland.com -----
   Date: Fri, 06 Dec 2019 08:32:01 +0800
   From: admin@usvland.com
Subject: Fwd: 确认offer letter
     To: zhanglijun2012@outlook.com

Offer letter 确认收到。我将于2020年1月13日起去公司上班。请问我几点到?

I have confirmed receiving offer letter. I will start to work from Jan 13, 2020. Please let me know what time I should arrive office?
Thank you,
Dan Wang

谢谢
王丹

On Thu, Dec 5, 2019 at 2:19 PM V LAND INC.
xxxxxxxxxxxxxxxxxxxxxxx@xxxxxxxmail.com>
wrote:

----- End forwarded message -----

**Vland Inc.** 通知信

Wang Chun <zhanglijun2012@outlook.com>
周四 2020/1/30 10:21
收件人：keyang@usvland.com <keyang@usvland.com>

📎 1 个附件(13 KB)
公司通知信-Dan-20200130.docx;

**Dan Wang你好，**

　　因劳工合同双方无法就公司管理模式达成一致意见，现解除Vland Inc. 于2020年 1月13日与Dan Wang签订的Employment Agreement。公司将支付Dan Wang至2020年1月1日至2020年1月30日期间劳务薪水，您的最后工作日为2020年1月30日。

　　特此通知。

**Vland Inc.**
2020年1月30日

000265

**Vland Inc.** 通知信

Wang Chun <zhanglijun2012@outlook.com>
周四 2020/1/30 10:21
收件人：keyang@usvland.com <keyang@usvland.com>

📎 1 个附件(13 KB)
公司通知信-Dan-20200130.docx;

**Dan Wang你好，**

　　因劳工合同双方无法就公司管理模式达成一致意见， 现解除Vland Inc. 于
2020年 1月13日与Dan Wang签订的Employment Agreement。 公司将支付
Dan Wang至2020年1月1日至2020年1月30日期间劳务薪水，您的最后工作日
为2020年1月30日。

　　　　特此通知。

Dear Dan Wang,
Due to disagreement on business managerment, Vland Inc. is terminating emplyement agreement with
Dan Wang signed on Jan 13, 2020. Company will pay Dan Wang salary from Jan 1,2020 to Jan 30, 2020.
Your last day with Vland Inc. is Jan 30, 2020.

**Vland Inc.**
2020年1月30日

000266

# Danielle Wang

**Vice President of Investment**

San Jose, CA 95130

danwang XXXXXXX@XXXXXXXXXXXX.com   Sorry privacy

XXXXXXXXX   Sorry privacy

Dedicated healthcare professional with more than ten years of experience in healthcare investment, marketing, and project management. Equipped with strong expertise and interpersonal skills in addition to a solid background in effectively fostering positive relationships with others.

Willing to relocate to: Palo Alto, CA - San Mateo, CA - Sunnyvale, CA

## Work Experience

### Vice President of Investment

**Taikang Healthcare Investment Holdings Co., Ltd**

April 2016 to March 2019

• Taikang Beijing Proton Radiotherapy Center project. Directed the project site selection, assessed the facility design proposals, oversaw the selection of the equipment providers, conducted the financial appraisement process, and created the investment plan.

• National Medical Center partnership project. Conducted due diligence assessment, negotiated the partnership with government agencies and the public hospital, and managed the project schedule, the cost reduction, the human resources, the stakeholder communication, the risk management, and the procurement.

• Post Investment Management on Huaihai hospital group. Assisted the strategy formulation, reviewed the expansion plans and IT system improvements; Developed the training program for hospital management, coordinated the healthcare insurance design process, conducted financial analysis, and oversaw shareholder relations.

• Administered international projects, such as the Aetna Health Insurance Cooperation Project.

• Coordinated the child cancer insurance and healthcare management design.

• Conducted medical service industry research regarding cancer treatments, radiotherapy, orthopedics, dentistry, ophthalmology, obstetrics and gynecology.

### Director of Investment

**LeBox Capital**

July 2014 to April 2016

• Screened over hundreds of prospective tech startups, developed a vetting process through effective communication and informative assessment.

• Led the post-investment supervision involving aiding the startups in product to market strategy development, recruiting, and next term fundraising.

• Contributed in developing and maintaining a network in the VC and PE community; Expanded opportunities in a financing context, and coordinated a cross-functional team as required.

### Brand Manager of Infant Nutrition

**Nestle (China) Ltd**

September 2012 to June 2014

• Developed and implemented marketing strategies and plans for the NA series of products through research, analysis, planning, execution, control and evaluation for medical channels through Mainland of China.

• Led key projects including the Marketing Events Management Systems and the government-led infant nutrition survey which made innovative breakthroughs in history at country level;

• Designed and produced eight sets of digital detailing and educational materials for professionals and consumers.

• Cooperated with Key Opinion Leaders and built the KOL network.

• Managed and supervised the Product Fixed Marketing Expenditure.

**Product Manager of TP-HE Enteral Nutrition**

**Fresenius Kabi (China) Ltd**

July 2008 to September 2012

• Established proper product position and strategy, revised product formulas and marketing plans;

• Provided innovative solutions to the sales team in terms of educational materials, newsletter, BBS, training, and promotional programs.

• Controlled the budget of a product, optimized marketing promotion efficiency, and achieved the business target.

Education

**MBA**

**Peking University and Vlerick Business School**

2014

**BS in Medical Science in Medical Science**

**Capital Medical University**

2008

000268

# EXHIBIT C-4

000269

Form **941 for 2019:** Em~~ploy~~er's QUARTERLY Federal Ta~~x Re~~turn

950117

(Rev. January 2019)   Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

Employer identification number (EIN) | 83-2402844

Name (not your trade name) | VLand Inc

Trade name (if any) |

Address | 1999 S Bascom Ave.   #753
Number        Street                          Suite or room number

Campbell | CA | 95008
City          State      ZIP code

Foreign country name | Foreign province/county | Foreign postal code

**Report for this Quarter of 2019**
(Check one.)

☐ **1:** January, February, March
☒ **2:** April, May, June
☐ **3:** July, August, September
☐ **4:** October, November, December

Go to *www.irs.gov/Form941* for instructions and the latest information.

REV 06/25/19 OSP

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**   **Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4)   **1** | 1

2  Wages, tips, and other compensation   **2** | 144,396.00

3  Federal income tax withheld from wages, tips, and other compensation   **3** | 36,026.63

4  If no wages, tips, and other compensation are subject to social security or Medicare tax   ☐ Check and go to line 6.

| | Column 1 | | Column 2 |
|---|---|---|---|
| 5a  Taxable social security wages | 132,900.00 | × 0.124 = | 16,479.60 |
| 5b  Taxable social security tips | | × 0.124 = | |
| 5c  Taxable Medicare wages & tips. | 144,396.00 | × 0.029 = | 4,187.48 |
| 5d  Taxable wages & tips subject to Additional Medicare Tax withholding | | × 0.009 = | |

5e  Add Column 2 from lines 5a, 5b, 5c, and 5d   **5e** | 20,667.08

5f  Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions)   **5f** |

6  Total taxes before adjustments. Add lines 3, 5e, and 5f   **6** | 56,693.71

7  Current quarter's adjustment for fractions of cents   **7** |

8  Current quarter's adjustment for sick pay   **8** |

9  Current quarter's adjustments for tips and group-term life insurance   **9** |

10  Total taxes after adjustments. Combine lines 6 through 9   **10** | 56,693.71

11  Qualified small business payroll tax credit for increasing research activities. Attach Form 8974   **11** |

12  Total taxes after adjustments and credits. Subtract line 11 from line 10   **12** | 56,693.71

13  Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter   **13** | 56,693.71

14  Balance due. If line 12 is more than line 13, enter the difference and see instructions   **14** |

15  Overpayment. If line 13 is more than line 12, enter the difference | | Check one: ☐ Apply to next return. ☐ Send a refund.

▶ **You MUST complete both pages of Form 941 and SIGN it.**

Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.   BAA

Form **941** (Rev. 1-2019)

950217

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| VLand Inc | 83-2402844 |

### Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16   Check one: ☐   Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒   **You were a monthly schedule depositor for the entire quarter.** Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

Tax liability:   Month 1   | 31,722.73 |

Month 2   | 13,198.24 |

Month 3   | 11,772.74 |

Total liability for quarter   | 56,693.71 |   Total must equal line 12.

☐   **You were a semiweekly schedule depositor for any part of this quarter.** Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

### Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

17   If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . .   ☐ Check here, and

enter the final date you paid wages   | |

18   If you are a seasonal employer and you don't have to file a return for every quarter of the year   . . ☐ Check here.

### Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes.  Designee's name and phone number   | |   | |

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   | |

☐ No.

### Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

REV 06/25/19 OSP

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X   **Sign your name here**   | |   Print your name here   | |

Print your title here   | |

Date   | |   Best daytime phone   | |

### Paid Preparer Use Only

Check if you are self-employed   . . . ☐

| Preparer's name | | PTIN | |
| Preparer's signature | | Date | |
| Firm's name (or yours if self-employed) | | EIN | |
| Address | | Phone | |
| City | | State | | ZIP code | |

Form **941 for 2019:** Employer's QUARTERLY Federal Tax Return
(Rev. January 2019)     Department of the Treasury — Internal Revenue Service

950117

OMB No. 1545-0029

Employer identification number (EIN)   83-2402844

Name (not your trade name)   VLand Inc

Trade name (if any)

Address   1999 S Bascom Ave.   #753
Number          Street                                    Suite or room number

Campbell                     CA    95008
City                              State        ZIP code

Foreign country name      Foreign province/county      Foreign postal code

**Report for this Quarter of 2019**
(Check one.)

☐ 1: January, February, March

☐ 2: April, May, June

☒ 3: July, August, September

☐ 4: October, November, December

Go to *www.irs.gov/Form941* for
instructions and the latest information.

REV 10/01/19 OSP

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:**   **Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4) | 1 | 2 |
| 2 | Wages, tips, and other compensation | 2 | 117,297.00 |
| 3 | Federal income tax withheld from wages, tips, and other compensation | 3 | 23,759.16 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | ☐ Check and go to line 6. | |

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | 9,000.00 | × 0.124 = | 1,116.00 |
| 5b | Taxable social security tips | | × 0.124 = | |
| 5c | Taxable Medicare wages & tips | 117,297.00 | × 0.029 = | 3,401.61 |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | 52,693.00 | × 0.009 = | 474.24 |

| | | | |
|---|---|---|---|
| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d | 5e | 4,991.85 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) | 5f | |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f | 6 | 28,751.01 |
| 7 | Current quarter's adjustment for fractions of cents | 7 | 0.01 |
| 8 | Current quarter's adjustment for sick pay | 8 | |
| 9 | Current quarter's adjustments for tips and group-term life insurance | 9 | |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 | 10 | 28,751.02 |
| 11 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11 | |
| 12 | Total taxes after adjustments and credits. Subtract line 11 from line 10 | 12 | 28,751.02 |
| 13 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter | 13 | 28,751.02 |
| 14 | Balance due. If line 12 is more than line 13, enter the difference and see instructions | 14 | |
| 15 | Overpayment. If line 13 is more than line 12, enter the difference | | Check one: ☐ Apply to next return. ☐ Send a refund. |

▶ **You MUST complete both pages of Form 941 and SIGN it.**

Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.   BAA

Form **941** (Rev. 1-2019)

950217

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| VLand Inc | 83-2402844 |

**Part 2:** Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

16  Check one: ☐    **Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter.** If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒    **You were a monthly schedule depositor for the entire quarter.** Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

Tax liability:    Month 1    8,721.98

            Month 2    10,427.33

            Month 3    9,601.71

Total liability for quarter    28,751.02    Total must equal line 12.

☐    **You were a semiweekly schedule depositor for any part of this quarter.** Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3:** Tell us about your business. If a question does NOT apply to your business, leave it blank.

17  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [            ]

18  If you are a seasonal employer and you don't have to file a return for every quarter of the year . . ☐ Check here.

**Part 4:** May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes.  Designee's name and phone number [                    ] [                ]

     Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. [            ]

☐ No.

**Part 5:** Sign here. You MUST complete both pages of Form 941 and SIGN it.     REV 10/01/19 OSP

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X**    Sign your name here [                    ]    Print your name here [                    ]

                                                  Print your title here [                    ]

          Date                             Best daytime phone [                    ]

**Paid Preparer Use Only**                Check if you are self-employed . . . ☐

| Preparer's name | [                    ] | PTIN | [                    ] |
|---|---|---|---|
| Preparer's signature | [                    ] | Date | [                    ] |
| Firm's name (or yours if self-employed) | [                    ] | EIN | [                    ] |
| Address | [                    ] | Phone | [                    ] |
| City | [                    ] State [            ] | ZIP code | [                    ] |

Form **941** (Rev. 1-2019)

000273

Form **941 for 2019:** Employer's QUARTERLY Federal Tax Return
(Rev. January 2019)     Department of the Treasury — Internal Revenue Service

950117

OMB No. 1545-0029

| | |
|---|---|
| **Employer identification number (EIN)** | 83-2402844 |
| **Name** *(not your trade name)* | VLand Inc |
| **Trade name** *(if any)* | |
| **Address** | 1999 S Bascom Ave.  #753 |
| | Number        Street                               Suite or room number |
| | Campbell                           CA      95008 |
| | City                                 State        ZIP code |
| | Foreign country name      Foreign province/county      Foreign postal code |

**Report for this Quarter of 2019**
(Check one.)

- [ ] **1:** January, February, March
- [ ] **2:** April, May, June
- [ ] **3:** July, August, September
- [x] **4:** October, November, December

Go to *www.irs.gov/Form941* for
instructions and the latest information.

REV 01/09/20 OSP

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:    Answer these questions for this quarter.**

| | | |
|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4)   **1** | 3 |
| 2 | Wages, tips, and other compensation  .  .  .  .  .  .  .  .  .  .  .  .  .  **2** | 125,470.73 |
| 3 | Federal income tax withheld from wages, tips, and other compensation  .  .  .  .  .  .  **3** | 23,948.27 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax  [ ] Check and go to line 6. | |

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages  .  . | 17,173.73 | × 0.124 = | 2,129.54 | |
| 5b | Taxable social security tips  .  .  . | | × 0.124 = | | |
| 5c | Taxable Medicare wages & tips.  .  . | 125,470.73 | × 0.029 = | 3,638.65 | |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | 108,297.00 | × 0.009 = | 974.67 | |

| | | |
|---|---|---|
| 5e | Add Column 2 from lines 5a, 5b, 5c, and 5d  .  .  .  .  .  .  .  .  .  **5e** | 6,742.86 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions)  .  .  **5f** | |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f  .  .  .  .  .  .  .  **6** | 30,691.13 |
| 7 | Current quarter's adjustment for fractions of cents  .  .  .  .  .  .  .  .  **7** | 0.01 |
| 8 | Current quarter's adjustment for sick pay  .  .  .  .  .  .  .  .  .  .  **8** | |
| 9 | Current quarter's adjustments for tips and group-term life insurance  .  .  .  .  .  **9** | |
| 10 | Total taxes after adjustments. Combine lines 6 through 9  .  .  .  .  .  .  .  **10** | 30,691.14 |
| 11 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974   **11** | |
| 12 | Total taxes after adjustments and credits. Subtract line 11 from line 10  .  .  .  .  .  **12** | 30,691.14 |
| 13 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter   **13** | 30,691.14 |
| 14 | Balance due. If line 12 is more than line 13, enter the difference and see instructions  .  .  .  **14** | |
| 15 | Overpayment. If line 13 is more than line 12, enter the difference [            ]  Check one: [ ] Apply to next return.  [ ] Send a refund. | |

▶ **You MUST complete both pages of Form 941 and SIGN it.**

Next ▶▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.   BAA

Form **941** (Rev. 1-2019)

950217

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| VLand Inc | 83-2402844 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

**16** Check one:

☐ Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter. If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you are a monthly schedule depositor, complete the deposit schedule below; if you are a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☒ **You were a monthly schedule depositor for the entire quarter.** Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

| Tax liability: | Month 1 | 9,864.42 |
|---|---|---|
| | Month 2 | 10,362.19 |
| | Month 3 | 10,464.53 |
| Total liability for quarter | | 30,691.14 | Total must equal line 12.

☐ **You were a semiweekly schedule depositor for any part of this quarter.** Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

**17** If your business has closed or you stopped paying wages . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages _____

**18** If you are a seasonal employer and you don't have to file a return for every quarter of the year . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name and phone number _____

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. _____

☐ No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

REV 01/09/20 OSP

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here

Print your name here _____

Print your title here _____

Date _____    Best daytime phone _____

### Paid Preparer Use Only

Check if you are self-employed . . . ☐

| Preparer's name | | PTIN | |
|---|---|---|---|
| Preparer's signature | | Date | |
| Firm's name (or yours if self-employed) | | EIN | |
| Address | | Phone | |
| City | | State | ZIP code |

Form **941** (Rev. 1-2019)

000275

**QUARTERLY CO\_\_\_\_\_BUTION**
**RETURN AND REPORT OF WAGES**

| QUARTER ENDED 06 30 19 | DUE 07 01 19 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY 07 31 19 | YR QTR 19 2 |

EMPLOYER ACCOUNT NUMBER
111 9452 9

VLAND INC
1999 S BASCOM AVE.   #753

CAMPBELL CA 95008

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

REV 06/25/19 OSP

FEIN 83 2402844      A. NO WAGES PAID THIS QUARTER ☐   B. OUT OF BUSINESS/NO EMPLOYEES ☐

B1.   OUT OF BUSINESS DATE

ADDITIONAL FEINS

C. TOTAL SUBJECT WAGES PAID THIS QUARTER ................................. 144396.00

D. UNEMPLOYMENT INSURANCE (UI) (Total Employee Wages up to $ **7,000**   per employee per calendar year)

| (D1) UI Rate % | (D2) UI TAXABLE WAGES FOR THE QUARTER | (D3) UI CONTRIBUTIONS |
|---|---|---|
| 3.40 | TIMES  7000.00  = | 238.00 |

E. EMPLOYMENT TRAINING TAX (ETT)

| (E1) ETT Rate % | | (E2) ETT CONTRIBUTIONS |
|---|---|---|
| 0.10 | TIMES  UI Taxable Wages for the Quarter (D2) ...... = | 7.00 |

### KEEP FOR YOUR RECORDS - DO NOT MAIL!

F. STATE DISABILITY INSURANCE (SDI) (Total Employee Wages up to $        per employee per calendar year)

| (F1) SDI Rate % | (F2) SDI TAXABLE WAGES FOR THE QUARTER | (F3) SDI EMPLOYEE CONTRIBUTIONS WITHHELD |
|---|---|---|
| 1.00 | TIMES  118371.00  = | 1183.71 |

G. CALIFORNIA PERSONAL INCOME TAX (PIT) WITHHELD ......................... 15458.20

H. **SUBTOTAL** (Add Items D3, E2, F3, and G) ......................................... 16886.91

I. LESS: CONTRIBUTIONS AND WITHHOLDINGS PAID FOR THE QUARTER ....... 16886.91
(**DO NOT** INCLUDE PENALTY AND INTEREST PAYMENTS)

J. TOTAL TAXES DUE OR OVERPAID   (Item H minus Item I) ......................... 0.00

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

000276

## QUARTERLY CO\.....BUTION
## RETURN AND REPORT OF WAGES

| | | | | | | YR  QTR |
|---|---|---|---|---|---|---|
| QUARTER ENDED. 09 30 19 | DUE 10 01 19 | | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY 10 31 19 | | | 19 3 |

EMPLOYER ACCOUNT NUMBER

111 9452 9

VLAND INC
1999 S BASCOM AVE.   #753

CAMPBELL CA 95008

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

REV 10/01/19 OSP

FEIN  83 2402844            A. NO WAGES PAID THIS QUARTER ☐    B. OUT OF BUSINESS/NO EMPLOYEES ☐

B1.  OUT OF BUSINESS DATE

ADDITIONAL FEINS

C. TOTAL SUBJECT WAGES PAID THIS QUARTER .................................. 117297.00

D. UNEMPLOYMENT INSURANCE (UI) (Total Employee Wages up to $ **7,000** per employee per calendar year)

| (D1) UI Rate % | | (D2) UI TAXABLE WAGES FOR THE QUARTER | | (D3) UI CONTRIBUTIONS |
|---|---|---|---|---|
| 3.40 | TIMES | 7000.00 | = | 238.00 |

E. EMPLOYMENT TRAINING TAX (ETT)

| (E1) ETT Rate % | | | | (E2) ETT CONTRIBUTIONS |
|---|---|---|---|---|
| 0.10 | TIMES | UI Taxable Wages for the Quarter (D2) ...... = | | 7.00 |

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

F. STATE DISABILITY INSURANCE (SDI) (Total Employee Wages up to $              per employee per calendar year)

| (F1) SDI Rate % | | (F2) SDI TAXABLE WAGES FOR THE QUARTER | | (F3) SDI EMPLOYEE CONTRIBUTIONS WITHHELD |
|---|---|---|---|---|
| 1.00 | TIMES | 9000.00 | = | 90.00 |

G. CALIFORNIA PERSONAL INCOME TAX (PIT) WITHHELD ......................... 11020.05

H. **SUBTOTAL** (Add Items D3, E2, F3, and G) ......................................... 11355.05

I. LESS:  CONTRIBUTIONS AND WITHHOLDINGS PAID FOR THE QUARTER ....... 11355.05
         (**DO NOT** INCLUDE PENALTY AND INTEREST PAYMENTS)

J. TOTAL TAXES DUE OR OVERPAID   (Item H minus Item I) ......................... 0.00

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

000277

**QUARTERLY CO.....IBUTION
RETURN AND REPORT OF WAGES**

| | | | | | | YR   QTR |
|---|---|---|---|---|---|---|
| QUARTER ENDED   12 31 19 | | DUE  01 01 20 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY   01 31 20 | | | 19 4 |

EMPLOYER ACCOUNT NUMBER

111 9452 9

VLAND INC
1999 S BASCOM AVE.   #753

CAMPBELL CA 95008

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

REV 01/09/20 OSP

FEIN  83 2402844      **A.** NO WAGES PAID THIS QUARTER ☐   **B.** OUT OF BUSINESS/NO EMPLOYEES ☐

**B1.**    OUT OF BUSINESS DATE

ADDITIONAL FEINS

**C.** TOTAL SUBJECT WAGES PAID THIS QUARTER ................................      125470.73

**D.** UNEMPLOYMENT INSURANCE (UI) (Total Employee Wages up to $ **7,000**    per employee per calendar year)

| (D1)  UI Rate % | | (D2)  UI TAXABLE WAGES FOR THE QUARTER | | (D3)  UI CONTRIBUTIONS |
|---|---|---|---|---|
| 3.40 | TIMES | 7000.00 | = | 238.00 |

**E.** EMPLOYMENT TRAINING TAX (ETT)

| (E1)  ETT Rate % | | | | (E2)  ETT CONTRIBUTIONS |
|---|---|---|---|---|
| 0.10 | TIMES | UI Taxable Wages for the Quarter (D2) ...... = | | 7.00 |

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

**F.** STATE DISABILITY INSURANCE (SDI) (Total Employee Wages up to $      per employee per calendar year)

| (F1)  SDI Rate % | | (F2)  SDI TAXABLE WAGES FOR THE QUARTER | | (F3)  SDI EMPLOYEE CONTRIBUTIONS WITHHELD |
|---|---|---|---|---|
| 1.00 | TIMES | 17173.73 | = | 171.74 |

**G.** CALIFORNIA PERSONAL INCOME TAX (PIT) WITHHELD .........................      10933.16

**H. SUBTOTAL** (Add Items D3, E2, F3, and G) ........................................      11349.90

**I.** LESS:  CONTRIBUTIONS AND WITHHOLDINGS PAID FOR THE QUARTER .......      11349.90
          (**DO NOT** INCLUDE PENALTY AND INTEREST PAYMENTS)

**J.** TOTAL TAXES DUE OR OVERPAID   (Item H minus Item I) .........................      0.00

## KEEP FOR YOUR RECORDS - DO NOT MAIL!

000278

VLAND INC
1999 S BASCOM AVE.   #753

CAMPBELL CA 95008                         IMPORTANT TAX DOCUMENT ENCLOSED

CHUN WANG
998 CROCKETT AVE

CAMPBELL CA 95008

REV 01/16/20 OSP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019 or if income is earned for services provided while you were an inmate at a penal institution. For 2019 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You also may visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad  employer and more than $4,836.30 in Tier 2 RRTA tax  withheld, you also may be able to claim a credit. See your  Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 6.** This amount is not  included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see your  Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer.  By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2019, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess  deferrals, consider these amounts for the year shown, not the  current year. If no year is shown, the contributions are for the  current year.

**A—** Uncollected social security or RRTA tax on tips. Include this  tax on Form 1040. See the Form 1040 instructions.

**B—** Uncollected Medicare tax on tips. Include this tax on Form  1040. See the Form 1040 instructions.

**C—** Taxable cost of group-term life insurance over $50,000  (included in boxes 1, 3 (up to social security wage base), and 5)

**D—** Elective deferrals to a section 401(k) cash or deferred  arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—** Elective deferrals under a section 403(b) salary reduction agreement

**F—** Elective deferrals under a section 408(k)(6) salary  reduction SEP

**G—** Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—** Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—** Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K—** 20% excise tax on excess golden parachute payments.  See the Form 1040 instructions.

**L—** Substantiated employee business expense  reimbursements (nontaxable)

**M—** Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—** Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—** Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q—** Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—** Employer contributions to your Archer MSA. Report on Form 6853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—** Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—** Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to  compute any taxable and nontaxable amounts.

**V—** Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—** Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—** Deferrals under a section 409A nonqualified deferred compensation plan

**Z—** Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount also is included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—** Designated Roth contributions under a section 401(k) plan

**BB—** Designated Roth contributions under a section 403(b) plan

**DD—** Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE—** Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—** Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—** Income from qualified equity grants under section 83(i)

**HH—** Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C  of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect** your social security benefits,  keep Copy C  until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

000279

**W-2 Copy 1**

| b Employer's identification number | 83-2402i | 12a See instructions for Box 12 | 1 Wages, tips, other compensation 360990.00 | 2 Federal income tax withheld 82077.23 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | $ | | |
| VLAND INC | | 12b | 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| | | $ | | |
| 1999 S BASCOM AVE.  #753 | | 12c | 5 Medicare wages and tips 360990.00 | 6 Medicare tax withheld 6683.27 |
| | | $ | | |
| CAMPBELL CA 95008 | | 12d | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial    Last name | | $ | | |
| 10663575 | | This information is being furnished to the Internal Revenue Service | 9 Verification code | 10 Dependent care benefits |
| CHUN WANG | | | 11 Nonqualified plans | 13 Statutory employee  Retirement plan  Third-party sick pay |
| 998 CROCKETT AVE | | Copy B To Be Filed with Employee's FEDERAL Tax Return | | |
| | | | 14 Other CA SDI | 1183.71 |
| CAMPBELL CA 95008 | | a Employee's soc. sec. no 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 | | |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 360990.00 | 36870.52 | | | |

Form W-2 Wage and Tax Statement   2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy B To Be Filed With Employee's FEDERAL Tax Return

---

| b Employer's identification number | 83-2402844 | 12a See instructions for Box 12 | 1 Wages, tips, other compensation 360990.00 | 2 Federal income tax withheld 82077.23 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | $ | | |
| VLAND INC | | 12b | 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| | | $ | | |
| 1999 S BASCOM AVE.  #753 | | 12c | 5 Medicare wages and tips 360990.00 | 6 Medicare tax withheld 6683.27 |
| | | $ | | |
| CAMPBELL CA 95008 | | 12d | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial    Last name | | $ | | |
| 10663575 | | | 9 Verification code | 10 Dependent care benefits |
| CHUN WANG | | | 11 Nonqualified plans | 13 Statutory employee  Retirement plan  Third-party sick pay |
| 998 CROCKETT AVE | | Copy 2 for State, City, or Local Tax Departments | | |
| | | | 14 Other CA SDI | 1183.71 |
| CAMPBELL CA 95008 | | a Employee's soc. sec. no 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 | | |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 360990.00 | 36870.52 | | | |

Form W-2 Wage and Tax Statement   2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's STATE, CITY, or LOCAL Tax Departments

---

REV 01/16/20 OSP

| b Employer's identification number | 83-2402844 | 12a See instructions for Box 12 | 1 Wages, tips, other compensation 360990.00 | 2 Federal income tax withheld 82077.23 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | $ | | |
| VLAND INC | | 12b | 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| | | $ | | |
| 1999 S BASCOM AVE.  #753 | | 12c | 5 Medicare wages and tips 360990.00 | 6 Medicare tax withheld 6683.27 |
| | | $ | | |
| CAMPBELL CA 95008 | | 12d | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial    Last name | | $ | | |
| 10663575 | | | 9 Verification code | 10 Dependent care benefits |
| CHUN WANG | | | 11 Nonqualified plans | 13 Statutory employee  Retirement plan  Third-party sick pay |
| 998 CROCKETT AVE | | Copy 2 for State, City, or Local Tax Departments | | |
| | | | 14 Other CA SDI | 1183.71 |
| CAMPBELL CA 95008 | | a Employee's soc. sec. no 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 | | |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 360990.00 | 36870.52 | | | |

Form W-2 Wage and Tax Statement   2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's STATE, CITY, or LOCAL Tax Departments

---

| b Employer's identification number | 83-2402844 | 12a See instructions for Box 12 | 1 Wages, tips, other compensation 360990.00 | 2 Federal income tax withheld 82077.23 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | $ | | |
| VLAND INC | | 12b | 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| | | $ | | |
| 1999 S BASCOM AVE.  #753 | | 12c | 5 Medicare wages and tips 360990.00 | 6 Medicare tax withheld 6683.27 |
| | | $ | | |
| CAMPBELL CA 95008 | | 12d | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial    Last name | | $ | | |
| 10663575 | | This information is being furnished to the Internal Revenue Service.  If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 9 Verification code | 10 Dependent care benefits |
| CHUN WANG | | | 11 Nonqualified plans | 13 Statutory employee  Retirement plan  Third-party sick pay |
| 998 CROCKETT AVE | | Copy C for Employee's Records (see notice on Employee on back.) | | |
| | | | 14 Other CA SDI | 1183.71 |
| CAMPBELL CA 95008 | | a Employee's soc. sec. no 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 | | |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 360990.00 | 36870.52 | | | |

Form W-2 Wage and Tax Statement   2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy C for Employee's Records

VLAND INC
1999 S BASCOM AVE.   #753

CAMPBELL CA 95008                              IMPORTANT TAX DOCUMENT ENCLOSED

TIANYI WANG
20488 STEVENS CREEK BLVD
APT 1109
CUPERTINO CA 95014

REV 01/16/20 OSP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019 or if income is earned for services provided while you were an inmate at a penal institution. For 2019 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2019, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional elective amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the instructions for Form 1040.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—** Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**B—** Uncollected Medicare tax on tips. Include this tax on Form 1040. See the Form 1040 instructions.

**C—** Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)

**D—** Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—** Elective deferrals under a section 403(b) salary reduction agreement

**F—** Elective deferrals under a section 408(k)(6) salary reduction SEP

**G—** Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—** Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—** Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K—** 20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—** Substantiated employee business expense reimbursements (nontaxable)

**M—** Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—** Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—** Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q—** Nontaxable combat pay. See the instructions for Form 1040 for details on reporting this amount.

**R—** Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S—** Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T—** Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V—** Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W—** Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y—** Deferrals under a section 409A nonqualified deferred compensation plan

**Z—** Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount also is included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—** Designated Roth contributions under a section 401(k) plan

**BB—** Designated Roth contributions under a section 403(b) plan

**DD—** Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE—** Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF—** Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—** Income from qualified equity grants under section 83(i)

**HH—** Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

000281

**Form 1 (Copy B)**

| Field | Value |
|---|---|
| b Employer's identification number | 83-24028 |
| 2a See Instructions for Box 12 | $ |
| 1 Wages, tips, other compensation | 7048.73 |
| 2 Federal income tax withheld | 500.45 |
| 12b | $ |
| 3 Social security wages | 7048.73 |
| 4 Social security tax withheld | 437.02 |
| 12c | $ |
| 5 Medicare wages and tips | 7048.73 |
| 6 Medicare tax withheld | 102.21 |
| 12d | $ |
| 7 Social security tips | |
| 8 Allocated tips | |

c Employer's name, address, and ZIP code

VLAND INC

1999 S BASCOM AVE.  #753

CAMPBELL CA 95008

e Employee's first name and initial    Last name
10663575

TIANYI WANG
20488 STEVENS CREEK BLVD
APT 1109
CUPERTINO CA 95014

This information is being furnished to the Internal Revenue Service

Copy B To Be Filed with Employee's FEDERAL Tax Return

9 Verification code
10 Dependent care benefits
11 Nonqualified plans
13 Statutory employee / Retirement plan / Third-party sick pay
14 Other   CA SDI   70.49

a Employee's soc. sec. no
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

f Employee's address and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 7048.73 | 103.31 | | | |

Form W-2 Wage and Tax Statement  2019  Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy B To Be Filed With Employee's FEDERAL Tax Return

---

**Form 2 (Copy 2)**

| Field | Value |
|---|---|
| b Employer's identification number | 83-2402844 |
| 2a See Instructions for Box 12 | $ |
| 1 Wages, tips, other compensation | 7048.73 |
| 2 Federal income tax withheld | 500.45 |
| 12b | $ |
| 3 Social security wages | 7048.73 |
| 4 Social security tax withheld | 437.02 |
| 12c | $ |
| 5 Medicare wages and tips | 7048.73 |
| 6 Medicare tax withheld | 102.21 |
| 12d | $ |
| 7 Social security tips | |
| 8 Allocated tips | |

c Employer's name, address, and ZIP code

VLAND INC

1999 S BASCOM AVE.  #753

CAMPBELL CA 95008

e Employee's first name and initial    Last name
10663575

TIANYI WANG
20488 STEVENS CREEK BLVD
APT 1109
CUPERTINO CA 95014

Copy 2 for State, City, or Local Tax Departments

9 Verification code
10 Dependent care benefits
11 Nonqualified plans
13 Statutory employee / Retirement plan / Third-party sick pay
14 Other   CA SDI   70.49

a Employee's soc. sec. no
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

f Employee's address and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 7048.73 | 103.31 | | | |

Form W-2 Wage and Tax Statement  2019  Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's STATE, CITY, or LOCAL Tax Departments

---

REV 01/16/20 OSP

**Form 3 (Copy 2)**

| Field | Value |
|---|---|
| b Employer's identification number | 83-2402844 |
| 2a See Instructions for Box 12 | $ |
| 1 Wages, tips, other compensation | 7048.73 |
| 2 Federal income tax withheld | 500.45 |
| 12b | $ |
| 3 Social security wages | 7048.73 |
| 4 Social security tax withheld | 437.02 |
| 12c | $ |
| 5 Medicare wages and tips | 7048.73 |
| 6 Medicare tax withheld | 102.21 |
| 12d | $ |
| 7 Social security tips | |
| 8 Allocated tips | |

c Employer's name, address, and ZIP code

VLAND INC

1999 S BASCOM AVE.  #753

CAMPBELL CA 95008

e Employee's first name and initial    Last name
10663575

TIANYI WANG
20488 STEVENS CREEK BLVD
APT 1109
CUPERTINO CA 95014

Copy 2 for State, City, or Local Tax Departments

9 Verification code
10 Dependent care benefits
11 Nonqualified plans
13 Statutory employee / Retirement plan / Third-party sick pay
14 Other   CA SDI   70.49

a Employee's soc. sec. no
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

f Employee's address and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 7048.73 | 103.31 | | | |

Form W-2 Wage and Tax Statement  2019  Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's STATE, CITY, or LOCAL Tax Departments

---

**Form 4 (Copy C)**

| Field | Value |
|---|---|
| b Employer's identification number | 83-2402844 |
| 2a See Instructions for Box 12 | $ |
| 1 Wages, tips, other compensation | 7048.73 |
| 2 Federal income tax withheld | 500.45 |
| 12b | $ |
| 3 Social security wages | 7048.73 |
| 4 Social security tax withheld | 437.02 |
| 12c | $ |
| 5 Medicare wages and tips | 7048.73 |
| 6 Medicare tax withheld | 102.21 |
| 12d | $ |
| 7 Social security tips | |
| 8 Allocated tips | |

c Employer's name, address, and ZIP code

VLAND INC

1999 S BASCOM AVE.  #753

CAMPBELL CA 95008

e Employee's first name and initial    Last name
10663575

TIANYI WANG
20488 STEVENS CREEK BLVD
APT 1109
CUPERTINO CA 95014

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Copy C for Employee's Records (see notice on back.)

9 Verification code
10 Dependent care benefits
11 Nonqualified plans
13 Statutory employee / Retirement plan / Third-party sick pay
14 Other   CA SDI   70.49

a Employee's soc. sec. no
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

f Employee's address and ZIP code

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 111-9452-9 | 7048.73 | 103.31 | | | |

Form W-2 Wage and Tax Statement  2019  Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy C for Employee's Records

000282

VLAND INC
1999 S BASCOM AVE.  #753

CAMPBELL CA 95008                    IMPORTANT TAX DOCUMENT ENCLOSED


KE YANG
1294 CRISTINA AVE

SAN JOSE CA 95125-2309

REV 01/16/20 OSP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income credit (EIC).** You may be able to take the EIC for 2019 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EIC if your investment income is more than the specified amount for 2019 or if income is earned for services provided while you were an inmate at a penal institution. For 2019 income limits and more information, visit *www.irs.gov/EITC*. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You also may visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2019 and more than $8,239.80 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $4,836.30 in Tier 2 RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 instructions and Pub. 505, Tax Withholding and Estimated Tax.

## Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959, Additional Medicare Tax. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. On Form 4137 you will calculate the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $19,000 ($13,000 if you only have SIMPLE plans; $22,000 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $19,000. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2019, your employer may have allowed an additional deferral of up to $6,000 ($3,000 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Instructions for Form 1040.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**— Uncollected social security or RRTA tax on tips. Include this on Form 1040. See the Form 1040 instructions.

**B**— Uncollected Medicare tax on tips. Include this on Form 1040. See the Form 1040 instructions.

**C**— Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 up to social security wage base), and 5)

**D**— Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**— Elective deferrals under a section 403(b) salary reduction agreement

**F**— Elective deferrals under a section 408(k)(6) salary reduction SEP

**G**— Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**— Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**— Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**— 20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**— Substantiated employee business expense reimbursements (nontaxable)

**M**— Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**— Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**— Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**— Nontaxable combat pay. See the Instructions for Form 1040 for details on reporting this amount.

**R**— Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.

**S**— Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)

**T**— Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**V**— Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525, Taxable and Nontaxable Income, for reporting requirements.

**W**— Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889, Health Savings Accounts (HSAs).

**Y**— Deferrals under a section 409A nonqualified deferred compensation plan

**Z**— Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount also is included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**— Designated Roth contributions under a section 401(k) plan

**BB**— Designated Roth contributions under a section 403(b) plan

**DD**— Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**— Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**— Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**— Income from qualified equity grants under section 83(i)

**HH**— Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.