





000423



000424



000425



000426

