

000454



000456

licensingexpo.com

Informa▸

# LICENSING EXPO
### LAS VEGAS

Latest Updates to Global Licensing Group Events: COVID-19

## LICENSED VIDEO GAMES AND MOBILE APPS

## Get your share of the $20.7 billion industry for licensed video games and mobile apps

### But, why brand licensing?

Retail sales of licensed digital products including video games and mobile apps grew 6.1% to $20.7 billion* worldwide. The popularity of "freemium" smartphone games has especially boosted the industry, causing an additional 5.7% projected rise in retail sales from 2018 to 2022. For many, licensing has offered software and video game developers a competitive advantage in the ever-changing digital landscape.

*According to the 2019 Annual Global Licensing Industry Survey.





000457

licensingexpo.com

**LICENSING EXPO**
LAS VEGAS

# Where does Licensing Expo fit in?

Licensing Expo is the meeting place for the global licensing industry and your chance to connect with 5,000+ of the world's leading brands.



**CONNECT**

with more than 5,000 brands and properties exhibiting at Licensing Expo

**DEVELOP**

unique and exclusive collaborations, retail products, and programs

**BUILD**

new connections — over 4,900 meetings were made through the Matchmaking Service

**EXTEND**

your global reach with leaders in the licensing industry from more than 70 different countries

SOME EXHIBITING BRANDS LOOKING FOR MOBILE APP AND VIDEO GAMES






NFLPA   *Funko*   **billboard**

KONAMI

PBS KIDS

⊙CBS   STUDIOS

LEGO   Discovery   Rilakkuma   Sam

WHAT DEVELOPERS GET WITH REGISTRATION



GLOBAL NETWORKING OPPORTUNITIES

EDUCATIONAL INDUSTRY SEMINARS

DISCOUNTS TO LAS VEGAS ATTRACTIONS

Licensing Expo provides the best opportunity to secure the rights to thousands of consumer brands, entertainment icons, and more for your products or stores. If you're new to the industry, attending Licensing Expo is the most efficient way to learn about licensing and make connections that can benefit your bottom line.



000458

...licensingexpo.com

**informa** ∨

ATTENDEES   EXHIBITORS   AT THE EXPO   LEARN

RESOURCES

# LICENSING EXPO
LAS VEGAS

○ ................

📍 Mandalay Bay Convention Center

Latest Updates to Global Licensing Group Events - COVID-19




## WHY ATTEND?

Licensing Expo provides the best opportunity to secure the rights to thousands of consumer brands, entertainment icons, and more for your products or stores. If you're new to the industry, attending Licensing Expo is the most efficient way to learn about licensing and make connections that can last a lifetime.



### CONNECT

with more than 5,000 brands and properties exhibiting at Licensing Expo



### DEVELOP

unique and exclusive collaborations, retail products, and programs



### BUILD

new connections — over 4,900 meetings were made through the Matchmaking Service



### EXTEND

your global reach with leaders in the licensing industry from more than 70 different countries