

# VLAND INC. Expense Report

Employee Name: Ke Yang
Manager Name: Chun Wang

Department No. _____
Page 1 of 1

Business Purpose:

## EMPLOYEE DAILY EXPENSES

| Date (m/d/yr) | Description of Expenses | Airfare | Ground Transportation (Bus, Gas, Rental, Car, Taxi, Train) | Lodging | Meals | Entertainment | Toll & Parking | Phone & Internet | Miles | Mileage 0.58 (2019) | Office and Misc. Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2020 | Brother PT-H110 Label Maker and tape | | | | | | | | | | 42.57 | | 42.57 |
| 2/24/2020 | Duracell Optimum A Battery | | | | | | | | | | 17.47 | | 17.47 |
| 2/25/2020 | Business trip | | | 1,096.89 | | | | | | | | | 1,096.89 |
| 2/25/2020 | Business trip | | | 702.85 | | | | | | | | | 702.85 |
| 2/27/2020 | Business trip | 30.00 | | | | | | | | | | | 30.00 |
| 2/27/2020 | Business trip | 30.00 | | | | | | | | | | | 30.00 |
| 3/02/2020 | Business trip | | | | 4.00 | | | | | | | | 4.00 |
| 2/27/2020 | Business trip | | | | 3.50 | | | | | | | | 3.50 |
| 2/28/2020 | Business trip | | | | 14.12 | | | | | | | | 14.12 |
| 3/01/2020 | Business trip | | | | 6.14 | | | | | | | | 6.14 |
| 3/01/2020 | Business trip | | | | 7.00 | | | | | | | | 7.00 |
| 2/29/2020 | Business trip | | | | 14.00 | | | | | | | | 14.00 |
| 2/28/2020 | Business trip | | | | | | | | 90 | 52.20 | | | 52.20 |
| 3/02/2020 | round trip to airport(SF) | | | | | | | | | | | | 0.00 |

000500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| Sub Total | 60.00 | 0.00 | 1,799.74 | 48.76 | 0.00 | 0.00 | 90.00 | 52.20 | 60.04 | 0.00 |
| | | | | | | | | | Total (page 1) | $2,020.74 |
| | | | | | | | | | Total (page 2, if any) | |
| | | | | | | | | | Total (page 3, if any) | |
| | | | | | | | | | Total (all pages) | $2,020.74 |

Note: Attach all receipts to the expense report in chronological order, with description

**SUMMARY**

Company paid Airfare/Travel advance

Amount Due: Employee/Company
(Attach check for amount due if Company is circled)

**EMPLOYEE ADVANCES/COMPANY PAID EXPENSES**

| Date | Description | Amount |
|---|---|---|
| | | |
| | | |
| | Total | $0.00 |

Employee Signature _____ Date _____

**APPROVALS**

Department Manager _____ Accounting _____ Date Reimbursed _____

000501

行李费(去)
Bag Fees (to)

行李费(回)
Bag Fee (back)

# UNITED

## Baggage Receipt
Issue Date: 25 FEB 2020 SFO ATO

Baggage Document: 0161569273325
Ticket Number: 0167499857600
Confirmation: FEFS9P

| Description | Qty | Fees |
|---|---|---|
| First Bag Fee | 1 | $30.00 |

**Total Baggage Fees: USD $30.00**

A STAR ALLIANCE MEMBER

Method of Payment
MasterCard XXXXXXXXXXXX8057

Cardholder Name
KE YING

Carrier    Routing
UA         SFO - BOS

AGENT REFERENCE: GG ESC BAG

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

---

PASSENGER TICKET AND BAGGAGE CHECK
ALASKA AIRLINES
YANG/KE
NOT VALID FOR TRANSPORTATION
BOS/AS SFO30.00AS01/0GO30.00BGD
BAGFEE 30
USD 30.00
USD 30.00

PASSENGER RECEIPT
02MAR20 /BOSTON
RETAIN THIS RECEIPT THROUGHOUT YOUR JOURNEY
ALASKA AIRLINES
YANG/KE
BOSTON TO SAN FRANCISCO
AS 1357 X 02MAR XAS01/0GO
NOT VALID FOR TRAVEL
027 2157009237 1

0271484157760 1
027 2157009237 1

000502

Sheet1

## VLAND INC. Expense Report

| Employee Name | Tianyi Wang | | Department No. | Gaming |
|---|---|---|---|---|
| Manager Name | Ke Yang | | Page | 1 of 1 |

**Business Purpose:**

### EMPLOYEE DAILY EXPENSES

| Date (m/d/yr) | Description of Expenses | Airfare | Ground Transportation (Bus, Gas, Rental Car, Taxi, Train) | Lodging | Meals | Entertainment | Toll & Parking | Phone & Internet | Mileage Miles | 0.58 (2019) | Office and Misc. Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2020 | Hi-tide restaurant lunch for two | | | | 22.18 | | | | | | | | 22.18 |
| 2/27/2020 | juice | | | | 3.50 | | | | | | | | 3.50 |
| 2/27/2020 | | | | | 19.00 | | | | | | | | 19.00 |
| 2/28/2020 | Convention lunch for one | | | | 8.98 | | | | | | | | 8.98 |
| 2/28/2020 | snack and water | | | | 8.36 | | | | | | | | 8.36 |
| 2/29/2020 | snack and water | | | | 7.00 | | | | | | | | 7.00 |
| 2/29/2020 | snack and water | | | | 45.69 | | | | | | | | 45.69 |
| 2/29/2020 | pink taco lunch for two | | 30.00 | | | | | | | | | | 30.00 |
| 2/25/2020 | Baggage Fees | | | | 15.50 | | | | | | | | 15.50 |
| 3/1/2020 | Convention lunch for one | | | | 5.98 | | | | | | | | 5.98 |
| 3/1/2020 | snack and water | | | | 5.88 | | | | | | | | 5.88 |
| 3/2/2020 | snack and water | | | | 13.50 | | | | | | | | 13.50 |
| 3/2/2020 | Convention lunch for one | | | | 73.83 | | | | | | | | 73.83 |
| 3/3/2020 | Dinner for two | | | | 5.98 | | | | | | | | 5.98 |
| 3/3/2020 | snack and water | | | | 14.92 | | | | | | | | 14.92 |
| 3/4/2020 | snack and water | | | | | | | | | | | | 1{ |
| | | | | | | | | | | | | | 2{ |
| 2/26/2020 | Uber to Inn | | 16.44 | | | | | | | | | | 31.59 |
| 2/27/2020 | Uber to Convention | | 24.31 | | | | | | | | | | 19.75 |
| 2/27/2020 | Uber to Inn | | 31.59 | | | | | | | | | | 23.64 |
| 2/28/2020 | Uber to Convention | | 19.75 | | | | | | | | | | 21.21 |
| 2/28/2020 | Uber to Inn | | 23.64 | | | | | | | | | | 18.48 |
| 2/29/2020 | Uber to Convention | | 21.21 | | | | | | | | | | 18.06 |
| 2/29/2020 | Uber to Inn | | 18.48 | | | | | | | | | | 15.30 |
| 3/1/2020 | Uber to Convention | | 18.06 | | | | | | | | | | 8.36 |
| 3/1/2020 | Uber to Inn | | 15.30 | | | | | | | | | | 22.11 |
| 3/2/2020 | Uber to Inn | | 8.36 | | | | | | | | | | 14.86 |
| 3/5/2020 | Uber after Inn check-out | | 22.11 | | | | | | | | | | |
| 3/5/2020 | Uber to Airpot | | 14.86 | | | | | | | | | | |

000503

Sheet1

| Date | Description | | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/26/2020 | Uber Eats Dinner | | 10.00 | | | | | 10.00 |
| 2/27/2020 | Uber Eats Dinner for two | | 60.55 | | | | | 60.55 |
| 2/28/2020 | Uber Eats Dinner for two | | 56.73 | | | | | 56.73 |
| 2/28/2020 | Uber Eats Dinner for two | | 44.96 | | | | | 44.96 |
| 2/29/2020 | Uber Eats Dinner for two | | 10.00 | | | | | 10.00 |
| 3/1/2020 | Uber Eats Dinner for two | | 39.02 | | | | | 39.02 |
| 3/2/2020 | Uber Eats | | 37.82 | | | | | 37.82 |
| 3/3/2020 | Uber Eats | | 38.17 | | | | | 38.17 |
| 3/4/2020 | Uber Eats | | 32.15 | | | | | 32.15 |
| 3/4/2020 | Uber Eats | | 36.48 | | | | | 36 |
| 3/5/2020 | Uber Eats | | | | | | | |
| 3/6/2020 | Baggage Fee back to CA, lost receipt | | 30.00 | | | | | 30.00 |
| Sub Total | | 0.00 | 659.99 | 0.00 | 250.30 | 0.00 | 0.00 | 0.00 | 0.00 |

Note: Attach all receipts to the expense report in chronological order, with description

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Total (page 1) | $910.29 |
| | | | | | Total (page 2, if any) | |
| | | | | | Total (page 3, if any) | |
| | | | | | Total (all pages) | $910.29 |

**SUMMARY**

Company paid Airfare/Travel advance

| EMPLOYEE ADVANCES/COMPANY PAID EXPENSES | | | |
|---|---|---|---|
| Date | Description | Amount | |

Amount Due: Employee/Company  $910.29
(Attach check for amount due if Company is circled)

| Total | | $0.00 | |

Employee Signature _____ Date _____

**APPROVALS**

| | | | Date Reimbursed |
|---|---|---|---|
| | | Accounting | |
| Department Manager | | | |

000504

| Date | Description | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 3/3/20 | Uber Eats | | | | | | 37.82 |
| 3/4/20 | Uber Eats | | | | | | 38.17 |
| 3/4/20 | Uber Eats | | | | | | 32.15 |
| 3/5/20 | Uber Eats | | | | | | 36.48 |
| 3/6/20 | Baggage Fee back to CA, lost receipt | | | | | | 30.00 |
| Sub Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 659.99 |
| | | | | | | 250.30 | 0.00 |

Note: Attach all receipts to the expense report in chronological order, with description

Total (page 1): 
Total (page 2, if any): 
Total (page 3, if any): 
Total (all pages): 

## SUMMARY

| EMPLOYEE ADVANCES/COMPANY PAID EXPENSES | | Company paid Airfare/Travel advance | |
|---|---|---|---|
| Date | Description | Amount | Amount Due: Employee/Company |
| | | | (Attach check for amount due if Company is circled) |
| | | | |
| | | | Employee Signature / Date |
| Total | | $0.00 | |

## APPROVALS

| | | |
|---|---|---|
| Department Manager | Accounting | Date Reimbursed |

000505

east.paxsite.com

**PAX**

**BOSTON, MA**
FEB 27 – MAR 1, 2020



"The best Legacy game ever!" – ManVsMeeple
**BONUS PROMO CARDS!**
DON'T MISS OUT! RESERVE YOURS BY 10/7!

ACQUISITIONS INCORPORATED

# FEATURES



## PANELS

The best way to learn about the panels is to check out our schedule page, typically opened about a month before showtime. We strive to see all aspects of culture and the gaming community represented in our lineup.



## EXHIBIT HALL

This hall is packed with exhibitors ranging from AAA publishers and developers behind the latest blockbuster games, to the innovative indie teams disrupting the industry.

000506



## TOURNAMENTS

PAX features a full schedule of tournaments highlighting games from all genres and platforms. Expect the full schedule about a month before each event

TOURNAMENT SCHEDULE



## OMEGATHON

A mega-tournament spanning the entire length of PAX, this event features games of all platforms and genres. We start with 16 two-player teams of Omeganauts and run them through a gauntlet of carnage until there are only two teams left. And then we pit them against each other

OMEGATHON SCHEDULE

## PERFORMANCES

Rock out with a couple hundred of your friends at nightly concerts. Our performances represent the full spectrum of nerdy music.

MEET THE PERFORMERS



## DIVERSITY LOUNGE

The gaming community is a wonderfully diverse place and the Diversity Lounge is meant as a celebration of that. Whether you count yourself among the under-represented, or just want to learn a little more about your friends, the Diversity Lounge is well worth a visit.



## PIN TRADING

Pinny Arcade is an ecosystem of pins you can collect or trade with attendees, Enforcers, and staff members throughout PAX. Get started with your collection a variety of ways, including at the Official PAX Merch Booth.

BUY PINS



## AFK ROOM

The AFK Room is a place to regain your calm and take a break from the hustle of the show. Brought to you by our friends at TakeThis.org.

VISIT TAKE THIS

east.paxsite.com

000507



## PAX ARENA

The PAX Arena features the very best players from around the world competing for your amusement. You can expect the full schedule to be released in the weeks before each event.

PAX ARENA DETAILS



## PAX RISING

Our hand picked indie developer area displays great indie titles, each of which we think has something special to offer.

PAX RISING DETAILS



## HANDHELD LOUNGE

The PAX Handheld Lounges are excellent places to take a break, relax your tired feet, and lounge around in bean bag chairs. You can also play handheld games there.



## PC AREA

Bring in your personal computer to have available throughout PAX, or play on our computers already loaded with an array of the best LAN games we can find.

## PAX XP

Each PAX has a series of features for those who have activated their badges including the Arcadia scavenger hunt, instant win prize towers, photo stations, and more.

PAX XP DETAILS



## PAX EAST INDIE SHOWCASE

Featuring the best indie games we can find while providing free booth space to the ones most worthy of your attention.

INDIE SHOWCASE DETAILS

east.paxsite.com

000508

INDIE SHOWCASE DETAILS

PAX RISING DETAILS

## TABLETOP FREEPLAY

Tabletop Freeplay has hundreds of tables and a lending library where you can check out games similar to how you might check out books in one of those *other* libraries.

LAN games we can find.

east.paxsite.com

## CONSOLE FREEPLAY

We've created a free, easy-to-use console game checkout system for all PAX attendees.

## VR FREEPLAY

If you haven't seen the latest generation of VR technology, it's indistinguishable from magic. Let us prove it to you!

**GENERAL**

**FEATURES**

**RESOURCES**

**SOCIAL MEDIA**

@PAX_Lines

Copyright 2004 - 2020 Penny Arcade, Inc.

000509