The Washington Post

*Democracy Dies in Darkness*

# The best games at PAX East

By **Elise Favis**

March 2, 2020 at 8:17 a.m. PST

BOSTON — At PAX East, Animal Crossing: New Horizons was the undisputed winner. The annual video game convention on the east coast, which drew large crowds last week and over the weekend despite coronavirus concerns, was abuzz with Animal Crossing chatter. At Nintendo's PAX East booth, fans could wait for photo ops with Isabelle and KK Slider on a set filled with plastic trees, a yellow tent and an adorable home with a red door. It was a peaceful respite from the crowded and chaotic convention.

The long-awaited life simulator from Nintendo stole my heart, and I'll be sharing my impressions of the game later this week. But while, to me, Animal Crossing was the main event, there was plenty to be excited about at PAX East, between Annapurna Interactive showing off a suite of impressive indies and Baldur's Gate 3 front and center with its worldwide gameplay reveal.

Launcher saw plenty of games at PAX, some better than others. Here are the ones I loved.

## Maquette

Maquette, a game that is part love story and part puzzle game, was unveiled by Annapurna Interactive (creators of The Outer Wilds and What Remains of Edith Finch) at PAX East. It also has a concept we've never quite seen before: Puzzles involve objects that are simultaneously big and small. Confused? I was too, but it makes sense once you play.



MAQUETTE | Reveal Trailer

You make your way through a garden with walls occasionally superimposed with text, telling the story of a broken relationship. In the middle of the garden, you find a diorama model of the same garden you're in. To progress, you have to swap objects from the actual garden and from the diorama, and changes you make in one impact the other. For example, placing a key in the model garden to cover a gap makes it appears in your real garden as a bridge. I enjoyed what I saw, but it's easy to be confounded right from the start. Hopefully Annapurna plugs in a short tutorial to get players

acquainted with the concept.

## Doom Eternal

Combat in the Doom series has always been fast-paced, but its frenetic action feels more polished in Doom Eternal. This is thanks to a clever evolution of your character's mobility, like being able to nimbly swing on monkey bars and climb walls while fighting. Double jump lets you access better vantage points and dashing helps you escape enemy fire in a pinch. All these improvements make it easier to move around, which is important in a game that punishes you for standing still.

During my 20-minute demo, I mowed down one enemy after another, slicing through them with my chainsaw and executing glory kills, which are fancy finishers. Killing demons has never felt so good.

## Spiritfarer

Indie darling Spiritfarer, from developer Thunder Lotus Games, is a relaxing game with gorgeous 2D graphics. You play as Stella, who operates a boat for the deceased. You travel from one island to the next, befriending spirits in hopes that they'll join you on your ship. However, convincing them to hop aboard isn't always straightforward. Sometimes you have to complete quests for them, like gathering materials to build their dream home on your ship.

There's something heartwarming about Spiritfarer. You can hug spirits to improve their mood, a cute white cat follows you everywhere (which can be controlled by a second player in co-op), the islands are lush, and the boat you progressively build is eclectic but cozy, as you fill it with gardens and homes stacked over one another like towers.

## Hardspace: Shipbreaker

In Hardspace: Shipbreaker, you're at the mercy of your employer, who sends you on missions in space to salvage parts from valuable ships. It's a dangerous job, but you have cutting edge tools to make it through. If you're careful, that is.

Hardspace: Shipbreaker joins the popular trend of games that find entertainment in menial tasks, like Death Stranding's package deliveries and Stardew Valley's farming. Hardspace: Shipbreaker is surprisingly fun, too, and that's partly because of its unpredictability. I screamed while playing the game on the show floor, because I accidentally caused a spaceship to blow up while I was inside it.

## Fall Guys

Imagine 60 players tumbling through a virtual obstacle course. Some might get bonked on the head by a gigantic balloon shaped like a hammer and fall behind. Others will make it through unscathed, if they're careful.

Fall Guys is filled with chaotic moments like these, with swarms of players competing in arenas that look more like jungle gyms or bouncy castles. I tried four different mini-games. One of these included ramming my character into a series of doors to find out which open and which don't in order to get to a finish line, while a slew of competitors did the same. After each mini-game, a certain amount of players don't make the cut, and when you get to the final round, only one will emerge victorious.

Fall Guys is silly and humorous in its presentation, making it a fun experience for players of all ages.

## Baldur's Gate 3

Although we didn't get a chance to play Baldur's Gate 3, we still saw it in action as Larian Studios founder Swen Vincke played through a portion of the upcoming RPG in a presentation. It's an RPG with strong ties to Dungeons & Dragons (D&D), to the point where D&D veterans will recognize magic spells, creatures and dice rolls from the popular tabletop game. You can read my full impressions by heading here.

000511

# Fuser

Harmonix is no stranger to expertly blending music in its games. They're the creators of Rock Band and Guitar Hero, after all. But Fuser does something special with impressive technology that lets you, ahem, fuse songs together. You play as a festival DJ and blend together pieces of songs (instrumentals, vocals and so on) into something entirely new. Launcher had a chance to play it at PAX East and had a lot of fun making dubious decisions, like mixing Lady Gaga with Smash Mouth.

**Read more:**

Three women dreamed of joining the NBA 2K League. The road to the draft was a gauntlet of abuse and adversity.

Game Developers Conference postponed amid coronavirus fears, exhibitor withdrawals

How accessibility consultants are building a more inclusive video game industry behind the scenes

# EXHIBIT A-5

000513

8/10/2020

# About GDC

## What is the Game Developers Conference?

**GDC is the game industry's premier professional event, championing game developers and the advancement of their craft.**

The Game Developers Conference (GDC) brings the game development community together to exchange ideas, solve problems, and shape the future of the industry across five days of education, inspiration, and networking. Attendees include programmers, artists, producers, game designers, audio professionals, and business leaders. Some key features of GDC include:

- The market-defining conference has a comprehensive selection of lectures, panels, and roundtable discussions.
- The GDC Expo showcases the latest game development tools and services from leading technology companies such as Amazon, Epic, Google, Intel, Nvidia, Oculus, and Sony.
- Dedicated community spaces where GDC attendees can take a break from all of the learning to relax and meet new people in themed areas for playable indie games, retro games, alternative controllers, and more.

**GDC also hosts two awards ceremonies recognizing the creativity, artistry, and technical genius of the finest developers and games:**

- The **Game Developers Choice Awards (http://gamechoiceawards.com/)** is the leading peer-based video game awards show celebrating the industry's top games and developers.
- The **Independent Games Festival (https://igf.com/)** honors the most innovative and exemplary projects in indie game development.

## About GDC Summer

GDC Summer is a three-day celebration of the art, craft, and business of game development. Taking place August 4-6, 2020, GDC Summer will be an all-digital Game Developers Conference experience featuring multi-disciplinary educational and inspirational talks alongside high-quality technical content. The decidedly unique format will foster attendees and sponsors connecting around developer relations, the latest technology, and the industry itself.

# History of GDC

The Game Developers Conference began as an informal gathering of 25 developers in the living room of game designer Chris Crawford. Initially focused on computer games, GDC has grown and diversified along with the game industry to include a variety of platforms including consoles, mobile and handheld devices, tablets, online, and computer games and is expanding into the emerging VR and AR space for games and entertainment. In 2016, GDC commemorated the 30th edition of the conference. Year after year, GDC continues to define market innovations and provide insight into the future of games.



This site uses cookies to provide you w
By using Game Developers Conference

**(https://tech.informa.com/cookie-policy)** *Attendees of the first GDC – April 1988*

X

# GDC Advisory Board

The GDC Advisory Board is made up of seasoned game and VR/AR industry professionals that volunteer their time every year to help construct the GDC conference program and sessions. Advisors work to ensure that GDC content is compelling, relevant, and timely and their dedication is critical to the success of the conference. Read about the extraordinary members of the GDC Advisory Board.

ADVISORY BOARD (HTTPS://WWW.GDCONF.COM/ADVISORY-BOARD)

Advertisement




# Connecting the Global Game Development Community




(http://www.gdconf.com/vrdc)




(http://gamechoiceawards.com/)

This site uses cookies to provide you with the best user experience possible. By using Game Developers Conference, you accept our **use of cookies.**

**(https://tech.informa.com/cookie-policy)**

X

8/10/2020

GDC I About I Game Developers Conference



(http://igf.com/)



(https://www.gamasutra.com/)

**DISCOVER MORE FROM INFORMA TECH**

Gamasutra (https://www.gamasutra.com)

Gamasutra Jobs (https://jobs.gamasutra.com)

GDC Vault (https://gdcvault.com)

Game Career Guide (https://www.gamecareerguide.com)

Independent Games Festival (https://igf.com)

Game Developers Choice Awards (https://www.gamechoiceawards.com)

Omdia (https://www.omdia.com/)

**WORKING WITH US**

Contact Us (/contact-us)

About Us (/about-gdc)

**FOLLOW #GDCSUMMER ON SOCIAL**

LinkedIn Twitter (https://www.twitter.com/Official_GDC) YouTube Facebook Instagram (https://www.youtube.com/channel/UC0JB7TSe49lg56u6qH8y_MQ

(https://informatech.com/)

Home (https://tech.informa.com)      Cookies (https://tech.informa.com/cookie-policy)

CCPA: Do not sell my personal info (https://privacyportal-eu-cdn.onetrust.com/dsarwebform/c1f53e84-9f05-4169-a854-85052b63c50b/5f26b553-52cc-4973-a761-295d5634a6b6.html)

Privacy (https://informa.com/privacy-policy/)      Terms (https://tech.informa.com/terms-and-conditions)

Copyright © 2020 Informa PLC. Informa PLC is registered in England and Wales with company number 8860726 whose registered and head office is 5 Howick Place, London, SW1P 1WG.

X

This site uses cookies to provide you with the best user experience possible. By using Game Developers Conference, you accept our **use of cookies.**

**(https://tech.informa.com/cookie-policy)**

# GDC 2020 Receipt

Dear Tianyi Wang,

Thank you for registering for the GDC 2020. Below you will find your payment details. Please save this information for your records.

**Confirmation No:** 085485
**Pass Type:** Expo
**Registration Date:** January 22, 2020

Show this QR code on-site at GDC 2020 for expedited check-in.





Tianyi Wang
Crazy Sports

000517



Tianyi Wang

Crazy Sports

Cupertino

California

95014

America

@gmail.com

*Please note that this email address will be used to locate your record and print your badge on-site.

Charges

| Description | Amount |
| --- | --- |
| Expo | $199.00 |
| Charges | $199.00 |

Payments

| Date | Type | Amount |
| --- | --- | --- |
| 1/22/20 | Credit Card (Mastercard) | $199.00 |
| | Card Number: xxxxxxxxxxxx5382 | |
| | Name On Card: Tianyi Wang | |
| Payments | | $199.00 |

| Charges | | $199.00 |
| --- | --- | --- |

**Payments**

| Date | Type | Amount |
| --- | --- | --- |
| 1/22/20 | Credit Card (Mastercard) | $199.00 |
| | Card Number: xxxxxxxxxxx5382 | |
| | Name On Card: Tianyi Wang | |

| Payments | | $199.00 |
| --- | --- | --- |

 

**Registration Sponsor:** Save the date for Epic Games' annual "State of Unreal", returning to the Blue Shield of California Theater (formerly YBCA Theater) on March 18, 2020, to see the latest advancements in real-time technology and to learn more about what Epic is doing to help all developers be more successful. Plus, you're invited to join us on the expo floor throughout the week for all-new Unreal Engine tools demonstrations and learning sessions at South 349, and unwind at South 327, where you can find awesome games, tasty snacks, cold beer, and career opportunities.

## Registration Policies & Event Information

### Event Location

The Game Developers Conference will be held at the Moscone North, South, and West Halls, located on Howard Street between 3rd and 4th Street in San Francisco, CA.

2020/8/18

北京信任学习工业中国有限公司

tianyiwXXXX   XXXXXX   设置  我的客服  自助查询  Englis   机版 · 退设持持邮件全文檬案
Sorry privacy

| 首页 | 通讯录 | 应用中心 | 收件箱 | Things to k... | Your GDC ... |

收信   写信   << 返回   回复   回复全部   转发   删除   举报   标记为   移动到   更多

收件箱
　红旗邮件
　待办邮件
　星标联系人邮件
草稿箱 (1)
已发送
其他2个文件夹
邮箱标签
邮箱中心
文件中心

**Your GDC Summer 2020 Registration Receipt**                     精简信息 ≈

发件人: GDC Summer Registration <gdcregistration@informa.com> +
(由 bounces+9988102-217f-tianyiwang@crazysports.com@sendgrid.net 代发)
收件人: tianyiwang <tianyiwang@crazysports.com> + Sorry privacy
抄送人: neverXXXXXXXXXXXXXXXXXXXX@gmail.com> +
时 间: 2020年07月21日 02:04 (星期二)



# GDC Summer 2020 Receipt

Dear Tianyi Wang,

Thank you for registering for the GDC Summer 2020.  Below you will find your
payment details. Please save this information for your records.

**Confirmation No:** 8TH8TV3V
**Pass Type:** Discovery Pass
**Registration Date:** July 20, 2020

Tianyi Wang
(888)888 8888
CrazySports
XXXX XXXXXX XXXX XXXX XXX XXXX Sorry privacy
Cupertino, Cal XXXX XXXXX
United States of America
tianXXXXXXXXXXXXXXXXX

Charges

| Description | Amount |
| --- | --- |
| Discovery Pass | $129.00 |
| **Charges** | **$129.00** |

Payments

| Date | Type | Amount |
| --- | --- | --- |
| 7/20/20 | Credit Card (Visa) | $129.00 |

Card Number: xxxxxxxxxxxx6828
Name On Card: Tianyi Wang

<span style="color:red">000520</span>

https://hwmailhz.qiye.163.com/js6/main.jsp?sid=20OA07-84674s743Sp9FFycSwBxY86fw&hl=zh_CN#module=read.ReadModule%7C%7B"area"%3A...   1/1

**VLAND INC. Expense Report**

Employee Name   Ke Yang          Department No. _____

Manager Name   Chun Wang          Page   1 of 1

Business Pur GDC Summer 2020

**EMPLOYEE DAILY EXPENSES**

| Date (m/d/yr) | Description of Expenses | Airfare | Ground Transportation (Bus, Gas, Rental Car, Taxi, Train) | Lodging | Meals | Entertainment | Toll & Parking | Phone & Internet | Miles | Mileage 0.58 (2019) | Office and Misc. Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2020 | GDC Summer 2020 | | | | | | | | | - | | 129.00 | 129.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| | | | | | | | | | | - | | | 0.00 |
| Sub Total | - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | - | 0.00 | 129.00 | |

Note: Attach all receipts to the expense report in chronological order, with description

| | |
|---|---|
| Total (page 1) | $129.00 |
| Total (page 2, if any) | |
| Total (page 3, if any) | |
| Total (all pages) | $129.00 |

**EMPLOYEE ADVANCES/COMPANY PAID EXPENSES**

| Date | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| Total | | $0.00 |

**SUMMARY**

| | |
|---|---|
| Company paid Airfare/Travel advance | |
| Amount Due: Employee/Company | |
| (Attach check for amount due if Company is circled) | $129.00 |

Employee Signature _Yang Ke_          Date  08/16/2020

**APPROVALS**

Department Manager _____          Accounting _____          Date Reimbursed _____

000521

000522

2020/7/20                                    邮件 - yang ke - Outlook

## Your GDC Summer 2020 Registration Receipt

GDC Summer Registration <gdcregistration@informa.com>

时间 2020/7/20 18:22

收件人: yang0308@outlook.com <yang0308@outlook.com>
抄送: keyang@suviand.com <keyang@suviand.com>



## GDC Summer 2020 Receipt

Dear Ke Yang,

Thank you for registering for the GDC Summer 2020. Below you will find your payment details. Please save this information for your records.

**Confirmation No:** 9XCXGW9Y
**Pass Type:** Discovery Pass
**Registration Date:** July 20, 2020

Ke Yang
8885888885 Sorry privacy
Viand Inc
1999 S Bascom Ave. Suite 753
Campbell, California 95008
United States of America
yang0308@outlook.com

### Charges

| Description | Amount |
|---|---|
| Discovery Pass | $129.00 |
| **Charges** | **$129.00** |

### Payments

| Date   Type | Amount |
|---|---|
| 7/20/20 Credit Card (Visa) | $129.00 |

2020/7/20                                    邮件 - yang ke - Outlook

Name On Card: BUSHENG TANG

| Payments | $129.00 |
|---|---|
| **Balance Due** | **$0.00** |

## Event Information & Registration Policies

### Registration Policies

**Cancellations, Substitutions, Downgrades, and Upgrades**
To cancel, change, or substitute your pass, please email gdcregistration@informa.com.

Requests for registration refunds must be received before July 8, 2020. Refunds are not available after this date, and are not available for no-shows. Conference Passes are subject to a $75 service charge. Expo Passes are subject to a $25 service charge. Student Passes are subject to a $5 service charge. Passes transferred from GDC 2020 are not eligible for a refund or substitution.

Written requests for a downgraded pass must be received no later than July 8, 2020 for a refund on the difference of registration fees between the value of the original and downgraded pass. Conference Passes are subject to a $75 service charge. Expo Passes are subject to a $25 service charge. Student Passes are subject to a $5 service charge. Written requests for an upgraded pass will be accepted throughout the event. If you have any questions, please contact gdcregistration@informa.com.

### Discount/Promotion Code Usage

Only one discount/promotion code is allowed per registration at the time of registration, and no codes may be added after registration has been completed.

### Program Changes

Informa Tech, producers of GDC Summer 2020, reserves the right to make changes in the programs and speakers, or to cancel sessions if enrollment criteria are not met, or when conditions beyond its control prevail.

### Session Recording Policy

Audio and/or video recording of conference sessions, including recording on mobile phone devices and screen recording software is allowed for the first five minutes only. Recording after the first five minutes is strictly prohibited.

### Virtual Attenance Policy

Informa (and any third party platform provider acting on our behalf) will use your personal information provided during the registration process to host and manage this digital event and for analyzing visitor traffic, with a view to improving the