# EXHIBIT A-6

000523

# 战略合作协议

## Strategic Cooperation Agreement

甲　　方：北京疯狂体育产业管理有限公司

Party A: Beijing CrazySports Industry Management Co., Ltd

联系地址：北京市朝阳区望京东路 8 号锐创国际中心 A 座 16 层

Address: F16 Bldg. A, No.8 Wang Jing East Rd. Chaoyang District, Beijing, 10012, PR China

联 系 人：彭锡涛

Contact:

联系电话：8610 64757988

Contact number: 8610 64757988

联系人 Email: pe xxxxxx@xxxxx ang.cn　Sorry, privacy

Email: peng xxxxx@xxxxx ang.cn

乙　　方：

Party B:　Vland Inc.

联系地址：

Address:　1999 S Bascom Ave., Ste. 753, Campbell, CA 95008, The USA.

联 系 人：

Contact:　Chun Wang

联系电话：

Contact number:

联系人 Email:　wangchun@v1.cn

Email:

　　甲乙双方就乙方为甲方引入符合甲方标准的游戏事宜，根据《中华人民共和国合同法》及相关法律法规的规定，本着互恩互利、共同发展的原则，经友好协商，达成以下合作协议：

Regarding the matter of Party B introducing Party A games conforming to Party A's standards, Party A and Party B have entered into the following cooperation agreement through friendly negotiation in accordance with the "Contract Law of the People's Republic of China" and relevant laws and regulations, and in the principle of mutual benefit and common development:

1、本条款项下可能涉及之名词解释

Definitions of terms that may be referred to under this agreement

000524

（1）用户：是指使用授权游戏或授权游戏相关增值服务的用户，

User means the user who uses licensed games or value-added services related to licensed games.

（2）游戏流水：是指用户为授权游戏或授权游戏内相关增值服务支付的实际金额，具体包括：

Game flow refers to the actual amount paid by users for licensed games or related value-added services within the licensed game, including:

①授权游戏面向用户收取费用后，用户基于授权游戏内容进行充值的总金额。

The total amount charged by the user based on the content of the licensed game after the licensed game charges a fee to the user.

②因用户购买授权游戏增值服务支付的金额。

The amount paid by the user for the value-added services of the licensed game.

（3）渠道：指为授权游戏在授权区域提供分发、下载、充值等服务的第三方厂商，如：iOS App Store, Google Play Store, 360, UC, 百度、小米、华为、OPPO、VIVO 等苹果、安卓应用市场；

Channels refer to third-party vendors that provide distribution, download, recharge and other services for licensed games in authorized areas, such as iOS App Store, Google Play Store, 360, UC, Baidu, Xiaomi, Huawei, OPPO, VIVO and other iOS, Android application markets;

（4）渠道费：指为授权游戏在授权区域提供分发、下载、充值等服务的第三方厂商收取的推广费用，实际收取比例根据各渠道实际情况而定，如：iOS App Store, Google Play Store, 360, UC, 百度、小米、华为、OPPO、VIVO 等；

Channel fees refer to the promotion fees charged by third-party vendors that provide distribution, download, recharge, and other services for licensed games in the authorized area. The actual charging rate depends on the actual situation of each channel, such as: iOS App Store, Google Play Store, 360, UC, Baidu, Xiaomi, Huawei, OPPO, VIVO, etc.

（5）支付渠道：指为了向用户销售游戏货币、游戏道具而在授权游戏中接入的第三方支付方式，可能的支付渠道包括但不限于支付宝、微信、财付通、银联、PayPal、话费支付等。

Payment channels refer to third-party payment ways accessed in licensed games in order to sell game currency and game props to users. Possible payment channels include, but are not limited to, Alipay, WeChat, Tenpay, PayPal, UnionPay, and telephone payment, etc.

（6）通道费：指授权游戏为了商用化而使用支付渠道，从而应当向支付渠道支付的费用。

Payment channel fee refers to the fee that should be paid to the payment channel for the purpose of

000525

commercial use of the licensed game.

（7）净收入：在所有授权区域，甲乙双方以甲方收到的游戏流水扣除渠道费及通道费、坏账、研发分成、IP 授权费后的含税收入作为分成基础，对于甲乙双方因获取该分成收入而产生的当地增值税、营业税或其他流转税性质的税费应由双方各自承担。

Net income refers to the tax-inclusive income of the game flow received by Party A after deducting channel fees and payment channel fees, bad debts, r&d sharing and IP licensing fees in all authorized areas. Both parties shall share on the basis of tax-inclusive income. The local VAT, business tax, or other turnover taxes incurred by Party A and Party B as a result of obtaining this share of revenue shall be borne by the parties respectively.

（8）授权游戏：指乙方为甲方引入的符合甲方标准的游戏。

Licensed game refers to a game that meets Party A's standards introduced by Party B to Party A.

2、合作内容与形式

Contents and forms of cooperation

（1）乙方为甲方引入符合甲方标准的移动端、主机端、PC 端、云游戏及其他类型游戏。

Party B shall introduce to Party A mobile, host, PC, cloud games and other types of games conforming to Party A's standards.

（2）若该授权游戏通过甲方审核标准，则在甲方与第三方公司签订该授权游戏合作协议，且该授权游戏商业化运营（面向游戏用户收费）后，甲方根据每月收到的实际净收入，向乙方按本协议约定比例进行分成结算。

If the licensed game passes Party A's test standards, Party A shall, after signing the cooperation agreement with a third party for the licensed game and the commercial operation of the licensed game (charging game users), make settlement to Party B in the proportion agreed herein according to the actual net income received by Party A each month.

（3）在甲方与第三方公司签订该授权游戏的合作协议后，甲乙双方签订游戏引入确认单，确认该游戏的后期权益。

After Party A and a third party sign the cooperation agreement for the licensed game, Party A and Party B shall sign a game introduction confirmation form to confirm the later rights and interests of the game.

3、双方的权利和义务

Rights and obligations of both parties

000526

（1）甲方权利和义务：

**Party A's rights and obligations**

①甲方具有相应的资质并具备足够的技术力量及人员配备，具备运营、推广产品的能力，能根据自身的渠道和其他市场资源积极对授权游戏进行宣传推广。如果在授权区域运行本授权游戏需要当地主管部门或运营渠道（包括但不限于 iOS 渠道、Android 渠道等）的审查、备案或登记，甲方应负责办理并负担相应费用，保证授权游戏在授权区域合法运营。

Party A shall have corresponding qualifications, sufficient technical force and personnel, the ability to operate and promote products, and the ability to actively promote the licensed games based on its own channels and other market resources. If operating the licensed game in the authorized area requires the review, filing or registration of the local authority or operation channel (including but not limited to iOS channel, Android channel, etc.), Party A shall be responsible for handling and paying the corresponding fees to ensure the legitimate operation of the licensed game in the authorized area.

②甲方应每月向乙方提供本授权游戏相关真实有效的运营分成数据。

Party A shall provide Party B with true and valid operating share data related to the licensed game every month.

（2）乙方权利和义务

**Party B's rights and obligations**

①乙方有义务按照甲方要求的游戏标准在本协议有效期内为甲方引入符合标准的游戏。

Party B shall be obliged to provide Party A with games conforming to the standards required by Party A within the validity period of this agreement.

②乙方应按时完成协议约定的内容，并按照甲方的要求及时汇报工作进展。

Party B shall complete the content agreed in this agreement on time and report the work progress in time as required by Party A.

③乙方应勤勉、尽责地履行本协议，未经甲方事先书面同意，不得擅自将本协议约定之义务转委托给其他任何第三方，否则应向甲方承担违约责任。若因此造成甲方损失的，应向甲方承担损失赔偿责任。

Party B shall perform this agreement diligently and conscientiously, and shall not delegate the obligations hereunder to any other third party without the prior written consent of Party A, otherwise Party B shall be liable to Party A for breach of contract. Party B shall indemnify Party A for any loss

000527

caused thereby.

4、关于结算和支付

About settlement and Payment

（1）自授权游戏正式商业化运营（面向游戏用户收费）之日起，甲方及乙方按照以下比例按月分配当月及之后每月授权游戏的净收入（以下简称"每月净收入"）：

From the date of the official commercial operation of the licensed game (charging game users), Party A and Party B shall distribute the monthly net income of the licensed game (hereinafter referred to as "monthly net income") according to the following proportion:

每月净收入=每月游戏流水-每月渠道费-每月通道费-每月坏账-每月研发分成-每月 IP 授权费-税

Monthly net income = monthly game flow - monthly channel fee - monthly payment channel fee - monthly bad debt - monthly r&d share - monthly IP licensing fee - tax

甲方分成收入= 每月净收入* 85%;

Party A's share income = monthly net income * 85%;

乙方分成收入= 每月净收入* 15%;

Party B's share income = monthly net income * 15%;

（2）税金：甲乙双方就各自获得的分成收入按国家相关法律、法规之规定各自承担其所需向税务机关缴纳的税金。甲方应尽快把代乙方完税的英文证书发给乙方以便乙方在美国报税。

Taxes——Party A and Party B shall bear the taxes required to be paid to the tax authorities by each party in accordance with the relevant state laws and regulations regarding their respective share of income. Party A should send the English certificate of tax payment on behalf of Party B to Party B as soon as possible so that Party B can file tax in the United States

（3）渠道费率：渠道费率以各个渠道实际比例为准。

Channel rate——The channel rate shall be subject to the actual ratio of each channel.

（4）为了游戏营销推广所需及测试需要，甲方自费充值的测试金额不列入本游戏的收入计算分成。每月月初，甲方需以正式邮件形式将当月计划使用的自费充值预算金额发给乙方。每月结算时，甲方在正式对账单中列明此类自费充值测试项目的实际发生的账户信息明细及对应金额，不计入游戏流水。

For the purposes of game marketing and testing, Party A's self-funded test amount is not included in the calculation and sharing of the game's revenue. At the beginning of each month, Party A shall send to

000528

Party B the budget amount of self-funded recharge planned to be used in that month by formal email. At the time of monthly settlement, Party A shall list the actual account information details and corresponding amounts of such self-funded charge test items in the official statement, which shall not be included in the game flow.

(5) 每月分成收入的对账及结算：

Reconciliation and settlement of monthly income sharing:

结算方式为：最晚于每自然月的 25 日前，双方对上一自然月分成收益进行核对，在 5 个工作日内完成核对。甲方应送交对账确认函（注明该月各渠道的充值金额、渠道费率及金额、应付之分成金额及当月的综合渠道费率；各项数据需包含计算公式等明细），提供给乙方核对。如乙方有异议，应在 5 个工作日日内提出，如乙方未回应，视为乙方核对无误。乙方核对无误并开具合法有效的发票后，甲方应付乙方的上一自然月之分成金额于该核对月的次月 30 日前支付给乙方。如：1 月分成应最晚在 2 月 25 日前开始核对，并在 3 月 30 日前由甲方支付给乙方。

The settlement method——No later than the 25th of each natural month, both parties shall check the revenue of the previous natural month and complete the check within 5 working days. Party A shall send a reconciliation confirmation letter (indicating the charge amount, channel rate and channel fee, the share amount payable and the comprehensive channel rate of that month; all data shall include details such as calculation formulas) to Party B for verification. If Party B has any objection, it shall be filed within 5 working days. If Party B does not respond, it shall be deemed that Party B has verified it. After Party B checks and issues legal and valid special VAT invoices, Party A will pay Party B's share of the previous natural month before the 30th of the month following the check month. For example, the share of January should be checked no later than February 25 and paid by Party A to Party B before March 30.

(6) 以上条款中涉及到对数据的要求的，应以授权游戏真实数据为依据，不包含甲方优化数据。

The data requirements mentioned in the above terms shall be based on the real data of the licensed game and shall exclude the optimized data of Party A.

(7) 乙方应在甲方支付各项项款前提供相应的发票给甲方，如乙方未提供合法有效的发票，甲方有权顺延支付且不承担违约责任。

Party B shall provide Party A with the corresponding invoices before Party A pays each payment. If Party B fails to provide legal and valid invoices, Party A shall have the right to postpone payment and shall not be liable for breach of contract.

(8) 甲方向乙方支付各项款项时，采用美元形式支付。

Party A shall make all payments to Party B in the form of CNY.

(9) 乙方账户信息：

Account information of Party B:

中文收款账户信息：

Chinese bank account information:

账户名称：

Account name: VLAND INC

开户银行：

BANK NAME:   Bank of America

BANK ADDRESS: 20563 Stevens Creek Blvd, Cupertino, CA 95014, USA.

Account number: 3250 8480 1489

SWIFT CODE:   BOFAUS3N

(10) 如果双方对当月分成收入的统计数据存在异议，双方先结算无差异部分，对于有差异部分，双方核对沟通后，再行结算。

If both parties disagree on the statistical data of income sharing for the current month, the two parties shall settle the non-differential part first, and the differentiated part shall be settled after verification and communication between the two parties.

(11) 甲方给付分成时，应附上经双方同意及接受之内容、格式做成的对账确认函。乙方对授权游戏流水有异议的，甲方积极配合核实及出具说明，如仍有异议的，双方可以聘请第三方审计机构进行审核，由此产生的费用由提供错误数据的一方承担；如果双方均有错误，由双方平均分担第三方审计产生的费用。因处理该争议导致甲方付款延迟的，甲方不承担任何违约责任。

At the time of payment sharing, Party A shall attach a reconciliation confirmation letter in the form and content agreed and accepted by both parties. If Party B has any objection to the game flow, Party A shall actively cooperate with Party B to verify and issue a statement. If there are still objections, both parties may hire a third-party auditing agency for review, and the expenses incurred shall be borne by the party providing the wrong data. If both parties are at fault, the costs of third-party audits are shared equally between the two parties. If Party A's payment is delayed due to the handling of such objection,

Party A shall not bear any liability for breach of contract.

5、违约与终止

**Breach and Termination**

（1）如任何一方违反本协议所约定的义务，违约方在收到守约方要求纠正其违约行为的书面通知之日，应立即停止其违约行为，并在十(10)个工作日内赔偿守约方因此受到的所有损失。如违约方继续进行违约行为或不履行其义务，守约方有权在书面通知违约方后解除本协议，并有权就其所有损失要求违约方赔偿。

If either party breaches its obligations under this agreement, the breaching party shall immediately cease its breach upon receipt of the written notice from the non-breaching party requesting correction of its breach, and shall indemnify the non-breaching party for all losses incurred thereby within ten (10) business days. If the breaching party continues the breach or fails to perform its obligations, the non-breaching party shall have the right to terminate this agreement upon written notice to the breaching party, and shall have the right to claim compensation from the breaching party for all its losses.

（2）在协议有效期内如一方要求终止协议，须提前两个月向另一方提出解除本协议的书面通知，经双方一致同意并签订书面终止协议且结清全部费用后，本协议终止。

If either party requests to terminate this agreement during the validity period of this agreement, it shall give a written notice of termination to the other party two months in advance. This agreement shall be terminated after both parties have agreed and signed the written termination agreement and settled all fees.

（3）除本协议有明确约定外，本协议的提前终止不应该影响双方于本协议提前终止日之前根据本协议已产生的权利和义务。

Except as expressly agreed herein, the early termination of this agreement shall not affect the rights and obligations of the parties arising under this agreement prior to the date of the early termination of this agreement.

6、合作期限

**Term of cooperation**

本协议有效期限为___3___年，自_2020_年_01_月_01_日至_2022_年_12_月_31_日止。

000531

This agreement shall be valid for three (3) years, from <u>January 1st, 2020</u> to <u>December 31, 2022.</u>

7、保密义务

**Confidentiality**

（1）双方有义务对用户资料予以保密。

Both parties are obliged to keep user information confidential.

（2）双方同意因履行本协议所提供给对方的相关程序、档案、文件、图文件、技术、数据、商业秘密及本协议等均属于机密资料。双方同意，未经信息提供方同意，另一方不得将机密资料散布、泄漏或以其它方式提供给其他任何第三方。双方承诺就机密资料采取合理的保密措施，包括但不限于确保与本协议之签订、履行无关的人员不能接触机密资料等措施。

Both parties agree that the relevant procedures, files, documents, drawings, technologies, data, trade secrets and this agreement provided to the other party in the performance of this agreement are confidential information. Both parties agree that the other party shall not distribute, leak or otherwise provide the confidential information to any third party without the consent of the disclosing party. Both parties undertake to take reasonable confidentiality measures with respect to the confidential information, including but not limited to ensuring that persons not related to the execution or performance of this agreement cannot access the confidential information.

（3）若根据政府机关或法院的合法要求，本协议任一方可披露机密资料，但在披露前，任一方应通知协议另一方。

Either party may disclose the confidential information at the lawful request of a government agency or court, but prior to disclosure, either party shall notify the other party.

（4）本协议期限内，双方需对合作内容严格保密，在未事先取得另一方书面同意的情况下，任意一方不得向任何第三方披露本次合作相关信息，否则应承担对方因此受到的全部损失。

During the term of this agreement, both parties shall keep the cooperation contents strictly confidential. Without the prior written consent of the other party, either party shall not disclose the information related to the cooperation to any third party, otherwise, it should bear all losses suffered by the other party.

（5）乙方知晓授权游戏所具有的保密性质，并承认其是甲方的商业机密之一。乙方同意采取同对待自身机密信息相同程度的关注和谨慎态度来引导其员工合理地保守授权游戏的机密性。

000532

Party B is aware of the confidential nature of the licensed game and acknowledges that it is one of Party A's trade secrets. Party B agrees to take the same degree of attention and caution with which it treats its own confidential information to guide its employees to reasonably preserve the confidentiality of licensed games.

（6）本条义务在本协议终止或期限届满后继续有效，直至信息所有方自行披露而为公众所知悉。

The obligation under this article shall survive the termination or expiration of this agreement until the disclosure to the public by the owner.

（7）任一方（违约方）违反本条约定的，应向另一方（守约方）一次性支付违约金【 】，若违约金不足以弥补守约方损失的，违约方还应赔偿守约方相应的损失。

If either party (the breaching party) violates this article, it shall pay the other party (the non-breaching party) liquidated damages in a lump sum [ ]. If the liquidated damages are insufficient to cover the losses of the non-breaching party, the breaching party shall also compensate the non-breaching party for the corresponding losses.

8、 不可抗力

Force majeure

由于自然灾害、暴动、意外事故、恐怖攻击、战争、政府行为等不能预见并且发生的后果不能克服、不可避免的不可抗力事件，致使一方遭受经济损失或致使本协议不能履行或不能完全履行时，遭受不可抗力事件的一方对另一方的损失不承担责任。遇有上述不可抗力事件的一方，应立即于事件发生后尽快以书面方式通知对方情况，并应于 1 个月内提出事件详情及协议不能履行或不能完全、或需要延期履行的理由的有效证明文件。按照事件对协议的履行的影响程度，由双方协商决定是否继续履行本协议或终止协议。

If either party suffers from economic losses or is unable to perform or fully perform this agreement due to force majeure events that cannot be foreseen and the consequences of which are insurmountable and inevitable, such as natural disasters, riots, accidents, terrorist attacks, wars, government actions, etc., the party affected by the force majeure event shall not be liable for the losses of the other party. In the event of such force majeure event, the party shall immediately notify the other party in writing as soon as possible after the occurrence of the event, and shall, within one month, provide details of the event and valid supporting documents for reasons of non-performance or incomplete performance of the agreement or the need to postpone the performance. According to the impact of the incident on the performance of this agreement, the parties will negotiate whether to continue to perform this agreement

or terminate this agreement.

9、法律适用及争议解决

**Application of law and dispute resolution**

（1）本协议的订立、效力、解释、履行和争议的解决均适用中华人民共和国大陆地区法律。

The conclusion, validity, interpretation, performance and dispute resolution of this agreement shall be governed by the laws of mainland of the People's Republic of China.

（2）与本协议有关的或因履行本协议而发生的任何争议，双方应以善意通过协商解决；如协商不成，任何一方均有权将与本协议有关的纠纷、主张及争议递交甲方所在地人民法院通过诉讼方式解决。

Any disputes related to this agreement or arising from the performance of this agreement shall be resolved in good faith through negotiation. If the negotiation fails, either party has the right to submit the controversy, claims and disputes related to this agreement to the people's court of the place where Party A is located for the resolution through litigation.

10、一般条款

**General terms**

（1）任一方未取得对方同意，不得将本协议之任何权利或义务转让与第三方，任何违反本项约定之转让均属无效。

Either party shall not assign any rights or obligations hereunder to any third party without the consent of the other party. Any assignment in violation of this article shall be invalid.

（2）本协议不得修改、取消或有任何形式的变更。除非经双方之修改合意以书面方式列为本协议之附件或补充协议。

This agreement may not be modified, cancelled or altered in any way. Except as amended by both parties and agreed in writing to be an annex to or supplement to this agreement.

（3）双方同意本协议为双方针对此项合作之唯一完整协议，本协议取代双方于交涉过程中的任何承诺、记录或协议。

Both parties agree that this agreement is the sole and complete agreement regarding the cooperation between the two parties, and this agreement supersedes any commitments, records or

agreements between the two parties during the negotiation.

（4）本协议内若有需要通知对方的义务，双方应按照协议约定的联系方式以电子邮件、传真方式、通过商业快递或以挂号邮件方式送交。

If there is an obligation to notify the other party in this agreement, both parties shall send it by e-mail, fax, commercial express or registered mail as agreed herein.

（5）本协议之签署并不表示双方有任何联盟或合伙关系，任何一方无权利、能力代替对方做任何宣示或保证。

The execution of this agreement shall not imply any alliance or partnership between the two parties, and neither party shall have the right or ability to make any representations or warranties on behalf of the other party.

（6）任何一方放弃执行本协议所赋予之权利，并不能视为放弃本协议其它权利，同时该次放弃权利亦不得视为以后亦放弃该项权利。

Any waiver by either party of the rights conferred by this agreement shall not be deemed as a waiver of other rights of this agreement, nor shall such waiver be deemed a waiver of such right in the future.

（7）若本协议中任何条款遭管辖机构判定为无效，将不影响本协议其它条款之效力，同时该条款应由双方另行协议处理。

The invalidity of any provision of this agreement by the authority shall not affect the validity of any other provision of this agreement, and such provision shall be subject to a separate agreement between the parties.

（8）本协议以中文书就，一式肆份，甲方和乙方各执贰份，肆份文本具有同等法律效力。本协议经甲方、乙方授权代表或授权代表签字且加盖公章（或合同章）后生效。

This agreement is written in Chinese, in four copies, Party A and Party B each hold two copies, and the four copies have the same legal effect. This agreement shall come into force upon being signed by the authorized representatives of Party A and Party B and affixed with the official seal (or contract seal).

（9）本协议所有附件作为本协议不可分割的一部分，具有与本协议相同的法律效力。本协议未尽事宜，可由双方友好协商达成书面补充协议，补充协议具有优先效力，补充协议有约定的，以补充协议为准，补充协议未有约定的，以本协议为准。

All attachments to this agreement shall be an integral part of this agreement and shall have the same legal effect as this agreement. Anything not covered herein shall be subject to a written

supplementary agreement reached by both parties through friendly negotiation. The supplementary agreement shall have the precedence effect. If there is an agreement in the supplementary agreement, the supplementary agreement shall prevail; if there is not, this agreement shall prevail.

为昭信守，双方将会由其各自合法授权的公司人员或代于文末所列日期签订本协议。

In witness whereof, both parties will execute this agreement by their respective duly authorized officers or representatives as of the date set forth at the end of this document.

（以下无正文）

（No text below）


甲方：北京疯狂体育产业管理有限公司

Party A: Beijing CrazySports Industry Management Co., Ltd.

法定代表人或授权代表（签字）：

Legal representative or authorized representative (signature):

签署日期：  2019 - 11 - 29

Date of signing:


乙方：

Party B: VLAND INC.

法定代表人或授权代表（签字）：CHUN WANG

Legal representative or authorized representative (signature):

签署日期：

Date of signing:

supplementary agreement reached by both parties through friendly negotiation. The supplementary agreement shall have the precedence effect. If there is an agreement in the supplementary agreement, the supplementary agreement shall prevail; if there is not, this agreement shall prevail.

为昭信守，双方将会由其各自合法授权的公司人员或代表于文末所列日期签订本协议。

In witness whereof, both parties will execute this agreement by their respective duly authorized officers or representatives as of the date set forth at the end of this document.

（以下无正文）

（No text below）

甲方：北京疯狂体育产业管理有限公司

Party A: Beijing CrazySports Industry Management Co., Ltd

法定代表人或授权代表（签字）：

Legal representative or authorized representative (signature)

签署日期：   2019-11-29

Date of signing:

乙方：

Party B: VLAND INC.

法定代表人或授权代表（签字）：CHUN WANG

Legal representative or authorized representative (signature)

签署日期：   2019. 11. 29

Date of signing:

000537

T-Mobile    4G
T-Mobile|CMCC          13:44

〈　美国分公司沟通(7) 🔇　　　···



@XXXXX@XXXXX✅ 别忘了
把和我们美国公司的游戏
引进合同发我。谢谢！

Sorry, Privacy

2月20日 晚上18:55



Sorry, Privacy  好的，王总

2月20日 晚上19:01

Sorry, Privacy  好的

2月20日 晚上20:14

谢谢  

2月25日 上午08:57



Sorry, Privacy  ，贵司，今天天艺他们
就去展会，昨天给你们发
了展商信息，你们有相中

　　　　　　　 

000538

T-Mobile
T-MobileⅠCMCC   4G .ıll  4G R .ıll

👁 97 Ⅰ 13:37

⟨   美国分公司沟通(7) 👂

• • •


4人专刊

Sorry, Privacy


@~~X XX X X~~ 加州部 工作职
责重点主要有三个：
1.游戏引入部分：需要搜
集行业信息，寻找榜单上
有潜力的游戏及对应游戏
公司
2.社区运营部分：需要在
北美社交媒体上
（Facebook/Twitter）更
新我们发行游戏的动态及
用户的活跃维护。
3.渠道及数据运营部分：
必要时协助我们进行游戏

000539

数据统计及必要分析工

作，同时也要熟悉海外游

戏上架流程（google

play）



 

000540

T-Mobile  4G
T-Mobile|CMCC

17:47

‹ 美国分公司沟通(7)

•••



Sorry, Privacy

XXX保龄球合同研发已经签了，已经拉好了skype对接组，现在研发替换中文文案，还有申请版号所需的游戏详细介绍及演示视频

周三 12:14

最后还要在签合同吗？ 

 这家合同已经签好了王总

 保龄球这个


Sorry, Privacy
我在写回复 XXXXX 的 email XXXXX 有两个游戏先引入网球 之后足球 现

  

000541

T-Mobile
T-Mobile|CMCC   4G R .ıll 😊 🌐 📷   🔋77 17:47

‹   美国分公司沟通(7) 👤   ···



Sorry, Privacy

XXX保龄球合同研发已经
签了，已经拉好了skype
对接组，现在研发替换中
文文案，还有申请版号所
需的游戏详细介绍及演示
视频

XX Bowling R&D Contract has been
signed, Skype discuss group is set up,
working on R&D replacement chinese
copywriter,and game detail introduction
and demo for version number application.

周三 12:14

👍 最后还要在签合同
吗？ Do we need to sign contract at end?   



这家合同已经签好了王总 Contract with this company has
been signed, Chun Wang.



保龄球这个 Bowling project.



Sorry, Privacy

我在写回复 xxxx 的
email xxxxx 有两个游戏
先引入网球 之后足球 现

I am emailing back xxxx,
there are two games,
introduce tennis game,
then soccer game.

    

000542

T-Mobile    4G.ₐₗₗ 4G R.ₐₗₗ ○    👁 74 18:34
T-Mobile|CMCC

< 美国分公司沟通(7) 👂            • • •

Sorry, Privacy


Sorry, Privacy
Slovak Republic

18:13


Sorry, Privacy


就是这封

Sorry, Privacy
@XXXX 美国公司 这个
没有问题，同意他们 sort
code 替换成 IBAN


好的 那他这个咱们签完转

000543



成 pdf 就给他们

18:25

Sorry, Privacy

 好的



 

000544

T-Mobile
T-Mobile|CMCC

👁 74 18:34

‹ 美国分公司沟通(7) 👂

•••



Sorry, Privacy

Sorry, ~~XXXXXX~~ Privacy
Slovak Republic

18:13

Sorry, Privacy





就是这封          It is this one.



Sorry, Privacy

@~~XXXX~~ 美国公司 这个
没有问题，同意他们 sort
code 替换成 IBAN

The US company, they don't have
issue, consent they replace sort code
by IBAN.



好的 那他这个咱们签完转

OK, after we sign the
contract then send ther
the pdf.

000545



成 pdf 就给他们

18:25

Sorry, Privacy

  好的          OK.



  

000546