# CORPORATE INFORMATION

## BOARD OF DIRECTORS

### EXECUTIVE DIRECTORS

Dr. Zhang Lijun *(Chairman)*
Ms. Wang Chun
Mr. Ji Qiang

### INDEPENDENT NON-EXECUTIVE DIRECTORS

Dr. Loke Yu (alias Loke Hoi Lam)
Prof. Gong Zhankui
Mr. Wang Linan

## AUDIT COMMITTEE

Dr. Loke Yu (alias Loke Hoi Lam)
 *(Chairman)*
Prof. Gong Zhankui
Mr. Wang Linan

## NOMINATION COMMITTEE AND REMUNERATION COMMITTEE

Dr. Zhang Lijun
 *(Chairman of Nomination Committee)*
Dr. Loke Yu (alias Loke Hoi Lam)
 *(Chairman of Remuneration Committee)*
Ms. Wang Chun
Prof. Gong Zhankui
Mr. Wang Linan

## CORPORATE GOVERNANCE COMMITTEE

Prof. Gong Zhankui *(Chairman)*
Dr. Zhang Lijun
Dr. Loke Yu (alias Loke Hoi Lam)
Mr. Wang Linan

## COMPANY SECRETARY

Mr. Leung Wai Tong
 *(resigned on 16 February 2019)*
Mr. Lam Yau Yiu
 *(appointed on 16 February 2019)*

## AUDITOR

BDO Limited

## PRINCIPAL BANKERS

The Bank of East Asia, Limited
The Hongkong and Shanghai Banking
 Corporation Limited

## BERMUDA PRINCIPAL SHARE REGISTRAR AND TRANSFER OFFICE

MUFG Fund Services (Bermuda)
 Limited
The Belvedere Building
69 Pitts Bay Road
Pembroke HM08
Bermuda

## HONG KONG SHARE REGISTRAR AND TRANSFER OFFICE

Tricor Tengis Limited
Level 22
Hopewell Centre
183 Queen's Road East
Hong Kong

## REGISTERED OFFICE

Canon's Court, 22 Victoria Street
Hamilton HM12, Bermuda

## PRINCIPAL PLACE OF BUSINESS

16-18/F, Tower 1
Recero International Centre
No 8, Wang Jing East Road
Chao Yang District
Beijing, PRC 100102

Room 3506, 35th Floor
Edinburgh Tower
The Landmark
15 Queen's Road Central
Hong Kong

## WEBSITES AND E-MAIL ADDRESSES

http://www.v1.cn, http://ir.v1group.com.hk
http://ir.v1.cn
info@vodone.com.hk, ir@v1.cn

## STOCK CODE

00082



## Certificate of Translation

I, Andrea Chu certify that I am competent in both the Chinese and English language, the attached is a true and correct translation from Chinese into English to my best knowledge.

Andrea Chu

Date: 12 – 10 – 19

000850



Organizational Chart (1) of V1 Group



000852

 第一视频集团
V1 GROUP LIMITED

November 9, 2018

USCIS

California Service Center

PO Box 30111

Laguna Niguel, CA 92607

Re: Employment Verification Letter of Chun Wang in Support of L-1A Visa Application

Dear Sir:

This letter is written to verify the employment and duties of Ms. Wang.

Chun Wang has been the executive director and chief operating officer of the company since 2006.

She is a fulltime employee and her salary is $5.1 Million Hong Kong Dollars for the past year.

Ms. Wang's day to day duties are as follows:

Supervise the work of 6 high level managers of the company such as the CEO of the Media Business, GM of the Online Medicine Department, GM of the Online Life Style Department which has projects in transportation products such as automobile time share and bike rental., GM of Supply Chain Finance which deals with B2B business, Deputy Vice Director of HR and Administration, which deals with regulatory agencies and legal issues, and the Deputy Vice Director of Public Relations, which is in charge of event planning, liaison with government officials and agencies, and promote the company's media image. (Approx. 15 % of time spent)

Strategic planning and set goals for sales, execute contracts on behalf of the company. (10%)

Direct and oversee financial and budgetary activities in accordance with regulatory filings required of a publicly traded company. Help prepare annual reports. (10%)

In consultation with the CEO of the company, negotiate or approve contracts and agreements, report to the board as to changes in final contracts and any material factor related to ongoing ventures. (15%)

Review financial statements, sales reports, and other performance indicators as required to see if any adjustment will be needed in business forecasts ahead of earning reports. (15%)

Look for ways to cut costs and to improve performance of different departments. (5%)

Carry out the organization's guidelines on a day-to-day basis in terms of meeting goals and milestones, make forecasts next year's budget. (10%)

Attend meetings with investors and regulatory agencies, participate in industry conferences, visit company's China offices, attend trade shows and look for new investment opportunities. (20%)

Website : www.v1.cn , ir.v1group.com.hk
Tel: (852) 28698966 ( HK ) (86) 10 64757988 ( Beijing )   Fax : (852) 28698960 ( HK ) (86) 10 64758992 ( Beijing )
HK Address : Room 3506, 35th Floor, Edinburgh Tower, The Landmark, 15 Queen's Road Central, Hong Kong
香港地址 : 香港中环皇后大道中15号置地广场公爵大厦35楼3506室
BJ Address : 16-18/F, Tower 1, Recero International Centre, No 8, Wang Jing East Rd., Chao Yang District, Beijing, 100102, PR China
北京地址 : 北京市朝阳区望京东路8号锐创国际中心1号楼16-18层 (邮编：100102)



000853



V1 GROUP LIMITED

As COO of the company, Ms. Wang has full authority to hire and fire, promote and grant bonuses according to individual performance of all executives in the company.

Lastly, we wish to confirm that as the COO, Ms. Wang has been responsible for the daily operations of the business with full discretion as to the tasks outlined above.


Yours Faithfully,

For and on behalf of V1 Group Limited

Leung Wai Tong

Financial Controller and Company Secretary

Website：www.v1.cn , ir.v1group.com.hk
Tel: (852) 28698966 ( HK )  (86) 10 64757988 ( Beijing )   Fax : (852) 28698960 ( HK )  (86) 10 64758992 ( Beijing )
HK Address : Room 3506, 35th Floor, Edinburgh Tower, The Landmark, 15 Queen's Road Central, Hong Kong
香港地址：香港中环皇后大道中15号置地广场公爵大厦35楼3506室
BJ Address : 16-18/F, Tower 1, Recero International Centre, No 8, Wang Jing East Rd., Chao Yang District, Beijing, 100102, PR China
北京地址：北京市朝阳区望京东路8号锐创国际中心1号楼16-18层 (邮编：100102)

000854

Certificate of Translation

I, Andrea Chu certify that I am competent in both the Chinese and English language, the attached is a true and correct translation from Chinese into English to my best knowledge.

Andrea Chu

Date: 12-10-19

000855

## Organizational Chart (2) of V1 Group



COO of V1 Group
Chun Wang

CEO of Media Business Cluster
Wei Yang

General Manager of Internet Medicine
Hao Xu

General Manager of Internet Life
Xingsheng Chen

General Manager of Supply Chain Finance
Peigang Tian

Deputy Vice Director
Wenjie Wang

Deputy Vice Director
Meng Wang

CEO of Media Business Cluster (Wei Yang) – Responsible for the full operation and management of the V1 new media and China-Arabia Satellite TV. The goal is to improve the competitiveness of the website and to tap the value of the business. Responsible for the transformation and upgrading of the entire content platform and the formation of differentiated content advantages in the industry; Responsible for the overall management of the TV station and adhering to the correct direction of public opinion; and Responsible for the daily operation and management of the TV station.

General Manager of Internet Medicine (Hao Xu) – Responsible for the overall operation and management of internet medical projects such as internet hospitals and Medical Care in Families. Establish a sound operation system and management system; Organize and implement company strategy, lead the team to explore new product models and profit models, explore tipping points, and enhance product visibility; Manage internal resources and cross-sectoral resources to create mobile medical products with industry competitiveness and social values.

General Manager of Internet Life (Xingsheng Chen) – Formulate and implement the company's overall strategy, research and innovate the company's operating model and profit model; Responsible for the company's two major business segments "Automobile Time-sharing Rental" and "Bike Sharing" overall operations, as well as market and brand communication management; implement and organize the company's phased business plan, lead the team to achieve business objectives; establish a good communication channel to create a good operating environment for the company.

General Manager of Supply Chain Finance (Peigang Tian) – Carry out the company's B2B business and be responsible for the company's business operation and performance. Establish a B2B workflow and complete the sales goals set by the company.

Deputy Vice Director (Wenjie Wang) – Comprehensively plan the Group's human resources strategy, administrative management, corporate management and legal work. Establish and improve the human resources management system; Responsible for the group's administrative management, office environment and other administrative coordination, the Group's qualifications, license maintenance applications and other overall management, as well as Group related legal management.

Deputy Vice Director (Meng Wang) – Responsible for promotion of Group and corporate leaders' characters, media relations maintenance, public relations communication, important event planning and execution, daily public opinion monitoring, and public relations crisis; Responsible for establishing good relations with government agencies, establishing a network of relationships with the government, and developing and implementing Party building work.

000856



000857



Vland, Inc. Organization Chart

Chun Wang
President/CEO
$433,188/Year

Business Development
Specialist
[TBD]
$35,000/Year

Business Development
Specialist
Ke Yang
$36,000/Year

Marketing Associate
Tianyi Wang
$35,000/Year

Legal Team
MT Law PC
[OUTSOURCED]

Financial Team
Sopheleus Associates & Co.
[OUTSOURCED]

000858

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:11/30/2019
NET PAY:$12,003.43

Chun Wang
998 Crockett Ave
Campbell CA 95008

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**
Period Beginning                11/16/2019
Period Ending:                  11/30/2019
Pay Date:                       11/30/2019

**EMPLOYEE**
Chun Wang
998 Crockett Ave
Campbell CA 95008

SS#: ...8050

**NET PAY:**                                        **$12,003.43**

**MEMO:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAY | Hours | Rate | Current | YTD |
|-----|-------|------|---------|-----|
| Salary | - | - | 18,049.50 | 324,891.00 |

| DEDUCTIONS | Current | YTD |
|------------|---------|-----|

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 3,837.55 | 74,402.13 |
| Social Security | 0.00 | 8,239.80 |
| Medicare | 424.16 | 5,834.94 |
| CA Income Tax | 1,784.36 | 33,301.80 |
| CA State Disability Ins | 0.00 | 1,183.71 |

| SUMMARY | Current | YTD |
|---------|---------|-----|
| Total Pay | $18,049.50 | $324,891.00 |
| Taxes | $6,046.07 | $122,962.38 |
| Deductions | $0.00 | $0.00 |

**Net Pay**              **$12,003.43**



VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:11/15/2019
NET PAY:$12,003.42

Chun Wang
998 Crockett Ave
Campbell CA 95008

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 11/01/2019 |
| Period Ending: | 11/15/2019 |
| Pay Date: | 11/15/2019 |

**EMPLOYEE**
Chun Wang
998 Crockett Ave
Campbell CA 95008

SS#: ...8050

| | |
|---|---|
| **NET PAY:** | **$12,003.42** |
| Acct#....0203: | $12,003.42 |

**MEMO:**
11.15.2019 Payroll

---

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Salary | - | - | 18,049.50 | 306,841.50 | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 3,837.55 | 70,564.58 |
| Social Security | 0.00 | 8,239.80 |
| Medicare | 424.17 | 5,410.78 |
| CA Income Tax | 1,784.36 | 31,517.44 |
| CA State Disability Ins | 0.00 | 1,183.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $18,049.50 | $306,841.50 |
| Taxes | $6,046.08 | $116,916.31 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$12,003.42**

000860

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:10/31/2019
NET PAY:$12,003.43

Chun Wang
998 Crockett Ave
Campbell CA 95008

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**
Period Beginning          10/16/2019
Period Ending:            10/31/2019
Pay Date:                 10/31/2019

**EMPLOYEE**
Chun Wang
998 Crockett Ave
Campbell CA 95008

SS#: ...8050

NET PAY:                  $12,003.43
Acct#....0203:            $12,003.43

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|-----|-------|------|---------|-----|------------|---------|-----|
| Salary | - | - | 18,049.50 | 288,792.00 | | | |

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 3,837.55 | 66,727.03 |
| Social Security | 0.00 | 8,239.80 |
| Medicare | 424.16 | 4,986.61 |
| CA Income Tax | 1,784.36 | 29,733.08 |
| CA State Disability Ins | 0.00 | 1,183.71 |

| SUMMARY | Current | YTD |
|---------|---------|-----|
| Total Pay | $18,049.50 | $288,792.00 |
| Taxes | $6,046.07 | $110,870.23 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$12,003.43**

000861

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:10/15/2019
NET PAY:$12,003.43

Chun Wang
998 Crockett Ave
Campbell CA 95008

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**EMPLOYEE**
Chun Wang
998 Crockett Ave
Campbell CA 95008

SS#: ...8050

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 10/01/2019 |
| Period Ending: | 10/15/2019 |
| Pay Date: | 10/15/2019 |

| **NET PAY:** | **$12,003.43** |
|---|---|
| Acct#....0203: | $12,003.43 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salary | - | - | 18,049.50 | 270,742.50 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 3,837.55 | 62,889.48 |
| Social Security | 0.00 | 8,239.80 |
| Medicare | 424.16 | 4,562.45 |
| CA Income Tax | 1,784.36 | 27,948.72 |
| CA State Disability Ins | 0.00 | 1,183.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $18,049.50 | $270,742.50 |
| Taxes | $6,046.07 | $104,824.16 |
| Deductions | $0.00 | $0.00 |

| **Net Pay** | **$12,003.43** |
|---|---|

000862

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:09/30/2019
NET PAY:$12,003.42

Chun Wang
998 Crockett Ave
Campbell CA 95008

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/16/2019 |
| Period Ending: | 09/30/2019 |
| Pay Date: | 09/30/2019 |

**EMPLOYEE**
Chun Wang
998 Crockett Ave
Campbell CA 95008

SS#: ...8050

| | |
|---|---|
| **NET PAY:** | **$12,003.42** |
| Acct#....0203: | $12,003.42 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 18,049.50 | 252,693.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 3,837.55 | 59,051.93 |
| Social Security | 0.00 | 8,239.80 |
| Medicare | 424.17 | 4,138.29 |
| CA Income Tax | 1,784.36 | 26,164.36 |
| CA State Disability Ins | 0.00 | 1,183.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $18,049.50 | $252,693.00 |
| Taxes | $6,046.08 | $98,778.09 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$12,003.42**

000863

VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:09/15/2019
NET PAY:$12,003.43

Chun Wang
998 Crockett Ave
Campbell CA 95008

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 09/01/2019 |
| Period Ending: | 09/15/2019 |
| Pay Date: | 09/15/2019 |

**EMPLOYEE**
Chun Wang
998 Crockett Ave
Campbell CA 95008

SS#: ...8050

| | |
|---|---|
| **NET PAY:** | **$12,003.43** |
| Acct#....0203: | $12,003.43 |

**MEMO:**

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 18,049.50 | 234,643.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 3,837.55 | 55,214.38 |
| Social Security | 0.00 | 8,239.80 |
| Medicare | 424.16 | 3,714.12 |
| CA Income Tax | 1,784.36 | 24,380.00 |
| CA State Disability Ins | 0.00 | 1,183.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $18,049.50 | $234,643.50 |
| Taxes | $6,046.07 | $92,732.01 |
| Deductions | $0.00 | $0.00 |

| **Net Pay** | **$12,003.43** |
|---|---|

000864

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:11/30/2019
NET PAY:$1,587.07

Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

| PAY PERIOD | |
|---|---|
| Period Beginning | 11/16/2019 |
| Period Ending: | 11/30/2019 |
| Pay Date: | 11/30/2019 |

**EMPLOYEE**
Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

SS#: ...0511

| NET PAY: | $1,587.07 |
|---|---|
| Acct#....8723: | $1,587.07 |

**MEMO:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salary | - | - | 1,875.00 | 12,375.00 | | | |
| Other Earnings | - | - | 0.00 | 3,000.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 92.92 | 970.54 |
| Social Security | 116.25 | 953.25 |
| Medicare | 27.19 | 222.94 |
| CA Income Tax | 32.82 | 371.94 |
| CA State Disability Ins | 18.75 | 153.75 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,875.00 | $15,375.00 |
| Taxes | $287.93 | $2,672.42 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$1,587.07**

000865

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**Pay Stub Detail**
PAY DATE:11/15/2019
NET PAY:$1,313.92

Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 11/01/2019 |
| Period Ending: | 11/15/2019 |
| Pay Date: | 11/15/2019 |

**EMPLOYEE**
Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

SS#: ...0511

| | |
|---|---|
| **NET PAY:** | **$1,313.92** |
| Acct#....8723: | $1,313.92 |

**MEMO:**
11.15.2019 Payroll

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 10,500.00 |
| Other Earnings | - | - | 0.00 | 3,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.92 | 877.62 |
| Social Security | 93.00 | 837.00 |
| Medicare | 21.75 | 195.75 |
| CA Income Tax | 8.41 | 339.12 |
| CA State Disability Ins | 15.00 | 135.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $13,500.00 |
| Taxes | $186.08 | $2,384.49 |
| Deductions | $0.00 | $0.00 |

**Net Pay**        **$1,313.92**

000866

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:10/31/2019
NET PAY:$1,313.92

Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 10/16/2019 |
| Period Ending: | 10/31/2019 |
| Pay Date: | 10/31/2019 |

**EMPLOYEE**
Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

SS#: ...0511

| | |
|---|---|
| **NET PAY:** | **$1,313.92** |
| Acct#....8723: | $1,313.92 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 9,000.00 |
| Other Earnings | - | - | 0.00 | 3,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.92 | 829.70 |
| Social Security | 93.00 | 744.00 |
| Medicare | 21.75 | 174.00 |
| CA Income Tax | 8.41 | 330.71 |
| CA State Disability Ins | 15.00 | 120.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $12,000.00 |
| Taxes | $186.08 | $2,198.41 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$1,313.92**

000867

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:10/15/2019
NET PAY:$1,313.92

Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

| PAY PERIOD | |
|---|---|
| Period Beginning | 10/01/2019 |
| Period Ending: | 10/15/2019 |
| Pay Date: | 10/15/2019 |

**EMPLOYEE**
Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

SS#: ...0511

| **NET PAY:** | **$1,313.92** |
|---|---|
| Acct#....8723: | $1,313.92 |

**MEMO:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 7,500.00 |
| Other Earnings | - | - | 0.00 | 3,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.92 | 781.78 |
| Social Security | 93.00 | 651.00 |
| Medicare | 21.75 | 152.25 |
| CA Income Tax | 8.41 | 322.30 |
| CA State Disability Ins | 15.00 | 105.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $10,500.00 |
| Taxes | $186.08 | $2,012.33 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$1,313.92**

000868

VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:09/30/2019
NET PAY:$1,313.92

Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/16/2019 |
| Period Ending: | 09/30/2019 |
| Pay Date: | 09/30/2019 |

**EMPLOYEE**
Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

SS#: ...0511

| | |
|---|---|
| **NET PAY:** | **$1,313.92** |
| Acct#....8723: | $1,313.92 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 6,000.00 |
| Other Earnings | - | - | 0.00 | 3,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.92 | 733.86 |
| Social Security | 93.00 | 558.00 |
| Medicare | 21.75 | 130.50 |
| CA Income Tax | 8.41 | 313.89 |
| CA State Disability Ins | 15.00 | 90.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $9,000.00 |
| Taxes | $186.08 | $1,826.25 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,313.92** | |

000869

VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:09/15/2019
NET PAY:$1,313.92

Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

**EMPLOYER**
VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

**PAY PERIOD**
Period Beginning        09/01/2019
Period Ending:          09/15/2019
Pay Date:               09/15/2019

**EMPLOYEE**
Ke Yang
1294 Cristina Ave
San Jose CA 95125-2309

SS#: ...0511

NET PAY:                 $1,313.92
Acct#....8723:           $1,313.92

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|-----|-------|------|---------|-----|
| Salary | - | - | 1,500.00 | 4,500.00 |
| Other Earnings | - | - | 0.00 | 3,000.00 |

| DEDUCTIONS | Current | YTD |
|------------|---------|-----|

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 47.92 | 685.94 |
| Social Security | 93.00 | 465.00 |
| Medicare | 21.75 | 108.75 |
| CA Income Tax | 8.41 | 305.48 |
| CA State Disability Ins | 15.00 | 75.00 |

| SUMMARY | Current | YTD |
|---------|---------|-----|
| Total Pay | $1,500.00 | $7,500.00 |
| Taxes | $186.08 | $1,640.17 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,313.92** | |

000870

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:11/30/2019
NET PAY:$1,203.46

Tianyi Wang
20488 Stevens Creek Blvd
Apt 1109
Cupertino CA 95014

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 11/16/2019 |
| Period Ending: | 11/30/2019 |
| Pay Date: | 11/30/2019 |

**EMPLOYEE**
Tianyi Wang
20488 Stevens Creek Blvd
Apt 1109
Cupertino CA 95014
SS#: ...4408

| | |
|---|---|
| **NET PAY:** | **$1,203.46** |
| Acct#....9365: | $1,203.46 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,458.33 | 4,132.07 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 105.92 | 288.61 |
| Social Security | 90.42 | 256.19 |
| Medicare | 21.15 | 59.92 |
| CA Income Tax | 22.80 | 57.71 |
| CA State Disability Ins | 14.58 | 41.32 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,458.33 | $4,132.07 |
| Taxes | $254.87 | $703.75 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,203.46** | |

VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:11/15/2019
NET PAY:$1,203.46

Tianyi Wang
20488 Stevens Creek Blvd
Apt 1109
Cupertino CA 95014

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave.  #753
Campbell CA 95008

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 11/01/2019 |
| Period Ending: | 11/15/2019 |
| Pay Date: | 11/15/2019 |

**EMPLOYEE**
Tianyi Wang
20488 Stevens Creek Blvd
Apt 1109
Cupertino CA 95014
SS#: ...4408

| | |
|---|---|
| **NET PAY:** | **$1,203.46** |
| Acct#....9365: | $1,203.46 |

**MEMO:**
11.15.2019 Payroll

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,458.33 | 2,673.74 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 105.92 | 182.69 |
| Social Security | 90.41 | 165.77 |
| Medicare | 21.15 | 38.77 |
| CA Income Tax | 22.80 | 34.91 |
| CA State Disability Ins | 14.59 | 26.74 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,458.33 | $2,673.74 |
| Taxes | $254.87 | $448.88 |
| Deductions | $0.00 | $0.00 |

**Net Pay**      **$1,203.46**

000872

VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

Pay Stub Detail
PAY DATE:10/31/2019
NET PAY:$1,021.40

Tianyi Wang
20488 Stevens Creek Blvd
Apt 1109
Cupertino CA 95014

---

**EMPLOYER**
VLand Inc
1999 S Bascom Ave. #753
Campbell CA 95008

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 10/16/2019 |
| Period Ending: | 10/31/2019 |
| Pay Date: | 10/31/2019 |

**EMPLOYEE**
Tianyi Wang
20488 Stevens Creek Blvd
Apt 1109
Cupertino CA 95014
SS#: ...4408

| NET PAY: | $1,021.40 |
|---|---|
| Acct#....9365: | $1,021.40 |

**MEMO:**
10.31.2019 Payroll

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,215.41 | 1,215.41 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 76.77 | 76.77 |
| Social Security | 75.36 | 75.36 |
| Medicare | 17.62 | 17.62 |
| CA Income Tax | 12.11 | 12.11 |
| CA State Disability Ins | 12.15 | 12.15 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,215.41 | $1,215.41 |
| Taxes | $194.01 | $194.01 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,021.40** | |

000873

Certificate of Translation

I, Andrea Chu certify that I am competent in both the Chinese and English language, the attached is a true and correct translation from Chinese into English to my best knowledge.

Andrea Chu

Date: 12-10-19

000874

Master's degree Certificate

This is to certify that Chun Wang, a native of Dezhou City, Shangdong Province, was born on 1-23-1965. (She) studied at our University majored in World Economy, passed all exams and oral defense. Base on the Regulations of the People's Republic of China on Academic Degrees, (she) is awarded a master's degree of Economy.

Principal of Kainan University   Zixin Hou (signature)

Chairman of Academic Degree Evaluation Committee

000875