# Resume

Name: Yang Ke   Gender: Female

Date of Birth: March 8, 1955

Place of Birth: Beijing, China

1978.9—1982.9  Student of French Department, Beijing Institute of Foreign Language No. 2

1982.10—1987.3  Clerk at Beijing Light Industry Import and Export Corporation

1987.4—1991.3  Attaché, Third Secretary at the Commercial Office of the Chinese Embassy in Denmark

1991.5—  Clerk of China Resources Group Co., Ltd. (Beijing), retired since 2010

# EXHIBIT C-2

000880



## Vland Inc. Tianyi Wang 职位说明书

| 职位名称 | 市场 | 所属部门 | 游戏 | 职位等级 | |
|---|---|---|---|---|---|
| 直属上级 | Vland Inc. 经理 | 直接下级 | | | |

职位概要：

特协筹设公司相关游戏业务及市场运作，协助制定相关销售策略，积极推广和拓展组织管理用户，完成既定的财务指标。导极、按时、准确地完成领导交办的其他工作。

工作内容：

1) 完成团队既定销售额：(35%)
2) 客户拓展与客户关系，不断开发新客户并维护老客户：(30%)
3) 督促完成合作客户的回款款：(15%)
4) 协助制定和执行营销策略：(10%)
5) 导极、控时、准确地完成领导交办的其他工作。(10%)

任职资格：

教育程度：

◆ 专业本科及以上学历。

薪级条件：1-5 档

在考虑本人的技能、资历、学历、经验和工作效率等因素的前提下，来确定在一个职位等级中所处的位置。

本人已认真阅读职位说明书和绩效考核表，并将严格按照说明书中规定的岗位职责执行。

签字：王天艺    日期：01/10/2020

Tianyi Wang



# Vland Inc. <u>Tianyi Wang</u> Job Description

| Job Title | Market | Department | Game | Job Level | |
|---|---|---|---|---|---|
| Supervisor | Vland Inc. Manager | Direct Subordinate | | | |

**Job Summary:**

Proficiency in the company's game business and market operations, assist in formulating relevant sales strategies, and actively promote and expand the organization and management of users, Complete the established financial indicators, and complete other tasks assigned by the leader actively, on time and accurately.

**Work content:**

1. Complete the set sales of the team; (35%)
2. Expand the relationship between customers and customers, continuously develop new customers and maintain old customers; (30%)
3. Supervise and urge the completion of cooperating customers' receivables; (15%)
4. Assist in the formulation and execution of marketing Strategy; (10%)
5. Actively, on time and accurately complete other tasks assigned by the leader. (10%)

**Qualifications:**

<u>Education background:</u>

- Bachelor degree or above.

**Promoting conditions:** 1-5 grades

Determine the position in a position in consideration of factors such as my skills, qualifications, education, experience and work efficiency.

I have carefully read the job description and performance appraisal form, and will strictly follow the job responsibilities specified in the description.

Signature:            Date:

000882

★密

## 2020年 ___月 Tianyi Wang 绩效考核评估表

| 被考核人姓名 | Tianyi Wang | 入职时间 | | 考核人姓名 | Ke Yang |
|---|---|---|---|---|---|
| 部门 | 游戏 | 职位 | | 考核周期 | (3个月) |

| 维度 | 指标名称 | 考核标准 | 权重% | 指标属性 | 自评 | 主管领导评分 | 扣分原因 |
|---|---|---|---|---|---|---|---|
| | | 2020年目标USD.$□万。Sorry, Business | 权重% | | | | |
| | | 第一季度5%，USD.□.5万 | 90% | | | | |
| 完成公司经营目标 | | 第二季度15%，USD.□.5万 | 90% | 定量 | | | |
| | | 第三季度50%，USD.□.5万 | 90% | | | | |
| | | 第四季度30%，USD.□万 | 90% | | | | |
| 维护公司客户，维护公司经营秩序 | | 积极开拓并维护公司客户。自觉维护公司日常经营秩序和环境。 | 5% | 定性 | | | |
| 保护公司数据安全，不外泄 | | 自觉保护公司数据安全，不外泄。 | 5% | 定性 | | | |

绩效得分汇总：

绩效改进措施：

| 被考核人：Tianyi Wang | 考核人：Ke Yang |
|---|---|
| 签字： | 签字： |
| 日期： | 日期： |

CEO签字： 日期：

月度绩效考核评估表

# 2020年 ___月___ Tianyi Wang Evaluation Form

*Confidential

| Employee Name | Tianyi Wang | Employee Starting Date | | Supervisor Name | Ke Yang |
|---|---|---|---|---|---|
| Department | Games | Job | | Evaluation Period | 3 months |

| 维度 | Name | Evaluation Standard (Business Secret) | Percentage | | Self Evaluation | Supervisor Comment | Deduction Causes |
|---|---|---|---|---|---|---|---|
| | | 2020 Target Revenue USD.$xx | 90% | | | | |
| | | Q1 5%, USD.$x | 90% | | | | |
| | Complete company operation target | Q2 15%, USD.$xx | 90% | Quantitative | | | |
| | | Q3 50%, USD.$xx | 90% | | | | |
| | | Q4 30%, USD.$xx | 90% | | | | |
| | Maintain company customers and maintain company business operation | Actively develop and maintain company customers relationship. Consciously maintain the company's daily operating order and environment. | 5% | Qualitative | | | |
| | Protect company data | Consciously protect the company data | 5% | Qualitative | | | |

## Evaluation Result

## Improvement

| Employee : Tianyi Wang | | Supervisor : Ke Yang |
|---|---|---|
| Signature : | | Signature : |
| Date : | | Date : |

CEO Signature : _____ Date : _____

000884

Vland Inc. Offer Letter

[Tianyi Wang]

[10/18/2019]

Address ~~20488 Stevens Creek Blvd, Suite 1100~~
~~Cupertino, CA 98814~~

**Re: Position of Marketing**

Dear [Tianyi Wang],

VLAND INC. is pleased to offer you the position of __Marketing Specialist__, reporting to the Manager, Ke Yang. This is a [full-time],[exempt] position. The wage is $35,000.00USD per year. Your start date will be October,18, 2019. You will be eligible for our company's standard benefit including vacation days after an initial 90-day probationary employment period.

Please note that this letter and your response are not meant to constitute a contract of employment for a specific term. Upon acceptance of this offer, both you and VLAND INC. retain the right to terminate your employment at any time, with or without cause.

You agree not to use on behalf of VLAND INC. or its affiliates, or disclose to VLAND INC. or its affiliates, any information known to you which any of your prior employers may reasonably assert to be confidential and proprietary to that employer.

This offer will remain valid until __October 23, 2019.__ You may indicate your agreement with the terms and accept this offer by signing and dating this offer letter returning them to me. Your employment and start date are also contingent upon successful completion of the background check process. We are enthusiastic about the prospect of your joining VLAND INC. We believe that your qualifications will enable you to make a significant contribution to the future and we look forward to our association with you.

Very Truly Yours,
VLAND INC.

_____
[Chun Wang], [President]

I have read and understood this offer letter and hereby acknowledge, accept, and agree to the terms as set forth above and further acknowledge that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

__Tianyi Wang__          Date signed: __Oct 22nd 2019__
[Name of Employee]

000885

# Fwd: 通知

admin@usvland.com <admin@usvland.com>

周二 2020/7/14 11:49

收件人：zhanglijun2012@outlook.com <zhanglijun2012@outlook.com>

📎 1 个附件(4 KB)

Forwarded Message;

----- Forwarded message from admin@usvland.com -----
   Date: Tue, 04 Feb 2020 02:16:23 +0800
   From: admin@usvland.com
Subject: 通知
      To: tianyiwang@usvland.com

----- End forwarded message -----

000886

# Tianyi Wang

~~nexxxxxxxxxxxxxxxxxxxxxxxxx~~xxx

~~8888888888888~~ Sorry privacy

## Education

**University of California, Santa Cruz** — Santa Cruz, CA
B.S. in Biology — June 2017

**De Anza College** — Cupertino, CA
A.A. in Biology — June 2015

**Monta Vista High School** — Cupertino, CA
H.S. Diploma — June 2012

## Scholarships and Awards

Regent Scholar, University of California, Santa Cruz

Member, Phi Theta Kappa, De Anza College

Purple and Gold Award, Monta Vista High School

## Employment

**Marketing Editor, Cheers Publishing** — December 2018 to April 2019
Beijing, China

Planned book signing events, and created social media content for newly released books. Represented the company to meet foreign authors to coordinate events. Hosted special speakers event with over one hundred audience, and planned a three hundred people book fan event.

**Student Associate, SRI International** — June 2016 to September 2016
Menlo Park, CA

消息

Assisted in viral oncology research. Sorted and digitized cancer cell line inventory. Learned safety protocols for working with human tissue samples. Prepared

equipment for experiments. Processed human blood and tissue samples for experiments.

**Cashier, Happy Lemon**  September 2017 to Augest 2018 Cupertino, CA

Provided excellent customer service as cashier and also delivered drinks and food, trained new employees. Worked in kitchen food preparation, managed stocked food material. did both opening preparation and closing clean ups.

**Waiter, China Café**  September 2014 to March 2015
Mountain View, CA

Provided excellent customer service, with the goal of making customers feel happy, comfortable and satisfied. Learned and applied food safety protocols.

## Languages

Fluent in both Mandarin and English

# Vland Inc. 工作单

填表人:　　　王天艺　　　填表时间:　　~~1月30~~　2/18/2020

上级经理:　　　杨柯

汇报事项:

合同 ☐　　差旅 ☐　　请客户用餐 ☑　　　参加会议 ☑

其他 ☑　　硬盘外壳

汇报事项说明:

1. 通过魏总介绍, 第一次与蓝叠 BlueStack 中国区 CEO Amy Chen 会面. 中午在 Orchard City Kitchen 用餐 后在 Campbell 办公室沟通未来合作. 用餐 $82.86
2. 2月波士顿 Pax 游戏展会 门票二张. $454
3. 3月旧金山 GDC 游戏展会 门票一张. $199.
4. 硬盘外壳 $26.15.

填表人签字:　　王天艺

直属经理意见:　　杨柯　同意.

直属经理签字:　　杨柯

总经理意见:　　同意　[签名]　2/18/2020

000889

Sheet1

## Vland Inc. Work Sheet

| Applicant Name | Tianyi Wang | Date | 18-Feb-20 |
|---|---|---|---|
| Supervisor | Ke Yang | | |
| Report Topic | | | |
| Contract ☐ | Business Trip ☐ | Customer Invitation ☒ | Participate Conference ☒ |
| Others ☒ | Hard Drive Case | | |

Explanations :

1. Meeting with CEO of Blue Stack China, Amy Chen; Lunch at Orchard City Kitchen; Conference at Campbell office after lunch; Lunch expense $82.86; 2. Feb Boston PAX Gaming Exhibition tickets *2, $454; 3. Mar San Francisco GDC Gaming Exhibition ticket, $199; 4. Hard Drive Case, $ 26.15.

| Applicant Signature | Tianyi Wang |
|---|---|

000890

Sheet1

| | | | |
|---|---|---|---|
| Supervisor Comments | | | |
| Supervisor Signature | Approved | | |
| | Ke Yang | | |
| General Manager Comments | Approved | | |
| General Manager Signature | Chun Wang | | |
| | | | |

Note :

WorkSheet : Applicant should fill out this form and get approval by CEO before contract signing, invite customers, business trip, including reimburse extra business expenses. submit this form to CEO with contract or reimbursement.

000891



```
     ORCHARD CITY KITCHEN
   1875 South Bascom Ave Ste 190
          Campbell, CA 95008

Server: PALOMA M
                 01/30/20  12:11 PM
Check #16                  Table 11


KFC                            $8.50
Rice Rice Baby                $13.50
KALBI                         $17.50
Swordfish                     $22.00
Living Wage Surcharge (5.00%)
                               $3.08

Subtotal                      $64.58
Sales Tax                      $5.98
Tip                           $12.30
Total                         $82.86

Input Type     C (EMV Chip Read)
MasterCard          xxxxxxxx5382
Time                      1:27 PM

Transaction Type            Sale
Authorization           Approved
Approval Code             009192
Payment ID         ChKwHWwPMgTK
Application ID   A0000000041010
Application Label     MasterCard
Terminal ID    e6bb15fe1cfb5dba
Card Reader      MAGTEK_EDYNAMO
            TIANYI WANG
```

000892

# EXHIBIT C-3

000893



# Vland Inc. Dan Wang 职位说明书

| 职位名称 | 市场和秘书 | 所属部门 | 医疗服务 | 职位等级 | |
|---|---|---|---|---|---|
| 直属上级 | Vland Inc.经理 | 直接下级 | | | |
| 职位概要：<br>　　熟练掌握公司相关医疗服务业务及市场运作，协助制定相关销售策略，积极推广和拓展组织管理用户，完成既定的财务指标。协助公司领导处理各项行政事宜，积极、按时、准确地完成领导交办的其他工作。 ||||||
| 工作内容：<br>　　1) 完成团队既定销售额；(25%)<br>　　2) 客户拓展与客户关系，不断开发新客户并维护老客户；(20%)<br>　　3) 督促完成合作客户的应收款；(15%)<br>　　4) 协助制定和执行营销策略；(10%)<br>　　5) 协助总裁和经理处理行政事宜。(30%) ||||||
| 任职资格：<br>　　<u>教育背景：</u><br>　　◆ 专业本科及以上学历。 ||||||
| 晋级条件：1-5 档 ||||||
| 在考虑本人的技能、资历、学历、经验和工作效率等因素的前提下，来确定在一个职位等级中所处的位置。 ||||||

本人已认真阅读职位说明书和绩效考核表，并将严格按照说明书中规定的岗位职责执行。

签字：　　　　　　　　　　　　　　日期：

000894



# Vland Inc. <u>Dan Wang</u> Job Description

| Job Title | Market and Secretary | Department | Medical Service | Job Level | |
|---|---|---|---|---|---|
| Supervisor | Vland Inc. Manager | Direct Subordinate | | | |

**Job Summary:**

Proficient in the company's relevant medical service business and market operations, assist in formulating relevant sales strategies, and actively promote and expand Organize and manage users and complete established financial indicators. Assist company leaders to deal with various administrative matters, and complete other tasks assigned by the leaders in a positive, timely and accurate manner.

**Work content:**

1. Complete the team's established sales; (25%)
2. Expand the relationship between customers and customers, continuously develop new customers and maintain old customers; (20%)
3. Supervise and urge the completion of cooperating customers' receivables; (15%)
4. Assist in formulating and executing marketing Strategy; (10%)
5. Assist the president and manager in administrative matters. (30%)

**Qualifications:**

Education background:

Bachelor degree or above.

**Promoting conditions: 1-5 grades**

Determine the position in a position in consideration of factors such as my skills, qualifications, education, experience and work efficiency.

I have carefully read the job description and performance appraisal form, and will strictly follow the job responsibilities specified in the description.

Signature:                              Date:

000895

★密

2020年___月 ___Dan Wang___ 绩效考核评估表

| 被考核人姓名 | Dan Wang | 入职时间 | | | | 考核人姓名 | Ke Yang |
|---|---|---|---|---|---|---|---|
| 部门 | 医疗服务 | 职位 | | | | 考核周期 | (3个月) |

| 维度 | 指标名称 | 考核标准 | 权重% | 指标属性 | 自评 | 主管领导评分 | 扣分原因 |
|---|---|---|---|---|---|---|---|
| | | 2020年目标USD.$1◻。 | Business secrets | | | | |
| | 完成公司经营目标 | 第一季度5%，USD.$◻万 | 90% | | | | |
| | | 第二季度15%，USD.◻5万 | 90% | | | | |
| | | 第三季度50%，USD.◻万 | 90% | 定量 | | | |
| | | 第四季度30%，USD.◻万 | 90% | | | | |
| | 维护公司客户，维护公司经营秩序 | 积极开拓并维护公司客户。自觉维护公司日常经营秩序和环境。 | 5% | 定性 | | | |
| | 保护公司数据安全，不外泄 | 自觉保护公司数据安全，不外泄。 | 5% | 定性 | | | |

绩效得分汇总：

绩效改进措施：

被考核人：Dan Wang        考核人：Ke Yang

签字：_____         签字：_____

日期：_____         日期：_____

CEO签字：_____        日期：_____

000896

月度绩效考核评估表

# 2020年 ___月___ Dan Wang Evaluation Form

★Confidential

| Employee Name | Dan Wang | Employee Starting Date | | Supervisor Name | Ke Yang |
|---|---|---|---|---|---|
| Department | Medical Service | Job | | Evaluation Period | 3 months |

| | Name | Evaluation Standard | Percentage | | Self Evaluation | Supervisor Comment | Deduction Causes |
|---|---|---|---|---|---|---|---|
| 继度 | | 2020 Target Revenue USD.$xxJ | 90% | | | | |
| | | Q1 5%, USD.$x | 90% | | | | |
| | Complete company operation target | Q2 15%, USD.$xx | 90% | Quantitative | | | |
| | | Q3 50%, USD.$xx | 90% | | | | |
| | | Q4 30%, USD.$xx | 90% | | | | |
| | Maintain company customers and maintain company business operation | Actively develop and maintain company customers relationship. Consciously maintain the company's daily operating order and environment. | 5% | Qualitative | | | |
| | Protect company data | Consciously protect the company data | 5% | Qualitative | | | |

## Evaluation Result

## Improvement

Employee : Dan Wang                    Supervisor : Ke Yang

Signature :                             Signature :

Date :                                  Date :

CEO Signature : _____ Date : _____

000897