**SOPHELEUS ASSOCIATES & CO**

**Termination**
This agreement shall remain effective until termination. Either of us may terminate it upon 30 days' advance written notice to the other. In addition, we may terminate this agreement Immediately upon written notice to you if we reasonably determine that we can no longer provide the Services in accordance with applicable law or professional obligation. Likewise, Client may terminate this agreement immediately upon written notice to Sopheleus if service rendered to Client is not acceptable within the scope of reasonable judge.

We appreciate the opportunity to be of service to you. Please indicate Client's acceptance of these terms and conditions by executing this agreement in the space provided below.

Vland Inc.

By: _____ Date: 12/20/2018
Chun Wang, CEO

Sopheleus Associates & Co.

By: _____ Date: 12/20/2018
Ilia Tsai

**3431 CORK OAK WAY**
**PALO ALTO, CA 94303**
**USA**

000976

Balance Sheet

## Vland Inc
## Balance Sheet
### As of December 31, 2019

| | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | | | | |
| 1100000 Cash and Cash Equivalents | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1100010 Checking, BOA | 171,180.94 | 167,306.76 | 164,010.55 | 195,216.79 | 187,315.91 | 127,873.91 | 153,815.38 | 420,465.26 | 413,598.64 | 405,165.76 | 392,709.02 | 331,868.23 |
| Total 1100000 Cash and Cash Equivalents | $ 171,180.94 | $ 167,306.76 | $ 164,010.55 | $ 195,216.79 | $ 187,315.91 | $ 127,873.91 | $ 153,815.38 | $ 420,465.26 | $ 413,598.64 | $ 405,165.76 | $ 392,709.02 | $ 331,868.23 |
| Total Bank Accounts | $ 171,180.94 | $ 167,306.76 | $ 164,010.55 | $ 195,216.79 | $ 187,315.91 | $ 127,873.91 | $ 153,815.38 | $ 420,465.26 | $ 413,598.64 | $ 405,165.76 | $ 392,709.02 | $ 331,868.23 |
| **Other Current Assets** | | | | | | | | | | | | |
| 1500000 Prepaid Expenses | 2,997.35 | 3,234.49 | 3,043.49 | 3,843.49 | 3,847.98 | 3,843.49 | 3,843.49 | 3,844.09 | 3,843.68 | 3,856.56 | 3,890.32 | 8,686.14 |
| Total Other Current Assets | $ 2,997.35 | $ 3,234.49 | $ 3,043.49 | $ 3,843.49 | $ 3,847.98 | $ 3,843.49 | $ 3,843.49 | $ 3,844.09 | $ 3,843.68 | $ 3,856.56 | $ 3,890.32 | $ 8,686.14 |
| Total Current Assets | $ 174,178.29 | $ 170,541.25 | $ 167,054.04 | $ 199,060.28 | $ 191,163.89 | $ 131,717.40 | $ 157,658.87 | $ 424,309.35 | $ 417,442.32 | $ 409,022.32 | $ 396,599.34 | $ 340,554.37 |
| **Fixed Assets** | | | | | | | | | | | | |
| 1600000 Property & Equipment | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 |
| 1700000 Accumulated Depreciation | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -188.71 | -215.67 | -242.63 | -269.59 | -296.55 | -323.51 |
| Total Fixed Assets | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,617.53 | 1,428.82 | 1,401.86 | 1,374.90 | 1,347.94 | 1,320.98 | 1,294.02 |
| **Other Assets** | | | | | | | | | | | | |
| 1800000 Deposits | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 | 5,423.58 |
| Total Other Assets | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 | $ 5,423.58 |
| **TOTAL ASSETS** | $ 181,219.40 | $ 177,582.36 | $ 174,095.15 | $ 206,101.39 | $ 198,205.00 | $ 138,758.51 | $ 164,511.27 | $ 431,134.79 | $ 424,240.80 | $ 415,793.84 | $ 403,343.90 | $ 347,271.97 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | |
| 2100000 Accounts Payable | 17,738.72 | 17,738.72 | 17,738.72 | 17,738.72 | 17,738.72 | 59,192.46 | 53,102.46 | 53,102.46 | 53,102.46 | 53,102.46 | 53,102.46 | 61,333.35 |
| Total Accounts Payable | $ 17,738.72 | $ 17,738.72 | $ 17,738.72 | $ 17,738.72 | $ 17,738.72 | $ 59,192.46 | $ 53,102.46 | $ 53,102.46 | $ 53,102.46 | $ 53,102.46 | $ 53,102.46 | $ 61,333.35 |
| **Other Current Liabilities** | | | | | | | | | | | | |
| 2300000 Other Payables | 1,000.00 | 2,000.00 | 3,000.00 | 76,198.00 | 113,297.00 | 108,297.00 | 181,525.00 | 218,654.00 | 255,783.00 | 292,912.00 | 330,041.00 | 6,180.00 |
| 2500000 Accrued Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,799.95 | 3,599.90 | 5,399.85 | 7,199.80 | 8,999.75 | 9,154.75 |
| 2500200 Accrued Payroll Expense | | 0.00 | 0.00 | 0.00 | 21,732.61 | 21,732.61 | 24,732.61 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 |
| 2500300 Accrued payroll Tax | | 0.00 | 0.00 | 41,052.46 | 17,414.96 | 287.00 | 42.00 | 288.00 | 329.00 | 133.83 | 253.41 | 371.00 |
| Total Other Current Liabilities | $ 1,000.00 | $ 2,000.00 | $ 3,000.00 | $ 117,250.46 | $ 152,444.57 | $ 130,316.61 | $ 208,099.56 | $ 222,541.90 | $ 261,511.85 | $ 302,245.63 | $ 339,294.16 | $ 15,705.75 |
| Total Current Liabilities | $ 18,738.72 | $ 19,738.72 | $ 20,738.72 | $ 134,989.18 | $ 170,183.29 | $ 189,509.07 | $ 261,202.02 | $ 275,644.36 | $ 314,614.31 | $ 355,348.09 | $ 392,396.62 | $ 77,039.10 |
| **Total Liabilities** | $ 18,738.72 | $ 19,738.72 | $ 20,738.72 | $ 134,989.18 | $ 170,183.29 | $ 189,509.07 | $ 261,202.02 | $ 275,644.36 | $ 314,614.31 | $ 355,348.09 | $ 392,396.62 | $ 77,039.10 |
| **Equity** | | | | | | | | | | | | |
| 3000000 Owner's Investment | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | 824,891.00 |
| 3300000 Retained Earnings | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 | -26,567.99 |
| Net Income | -10,951.33 | -15,588.37 | -20,075.58 | -102,319.80 | -145,410.30 | -224,182.57 | -270,122.76 | -317,941.58 | -363,805.52 | -412,986.26 | -462,484.73 | -528,090.14 |
| **Total Equity** | $ 162,480.68 | $ 157,843.64 | $ 153,356.43 | $ 71,112.21 | $ 28,021.71 | -$ 50,750.56 | -$ 96,690.75 | $ 155,490.43 | $ 109,626.49 | $ 60,465.75 | $ 10,947.28 | $ 270,232.87 |
| **TOTAL LIABILITIES AND EQUITY** | $ 181,219.40 | $ 177,582.36 | $ 174,095.15 | $ 206,101.39 | $ 198,205.00 | $ 138,758.51 | $ 164,511.27 | $ 431,134.79 | $ 424,240.80 | $ 415,793.84 | $ 403,343.90 | $ 347,271.97 |

000977

000978



Balance Sheet

**Viand Inc**
**Profit and Loss**
**January - December 2019**

| | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Gross Profit** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Expenses** | | | | | | | | | | | | | |
| **6100000 HR** | | | | | | | | | | | | | |
| 6100010 Salary/Wages | | | | 72,198.00 | 36,099.00 | 36,099.00 | 39,099.00 | 39,099.00 | 39,099.00 | 42,314.41 | 42,390.66 | 40,785.66 | 387,163.73 |
| 6100020 Payroll Tax - Federal | | | | 5,565.15 | 2,761.57 | 2,048.82 | 523.44 | 1,018.43 | 758.94 | 653.20 | 1,124.34 | 1,151.02 | 15,604.91 |
| 6100030 Payroll Tax - State | | | | 245.00 | | | | 210.00 | 35.00 | 42.54 | | | 532.54 |
| 6100050 Health Insurance | | | | | | | 1,644.95 | 1,644.95 | 1,644.95 | 1,644.95 | 1,644.95 | 5,059.56 | 13,284.31 |
| 6100060 Continued Education | | | | | | 10,557.00 | | | | | | | 10,557.00 |
| **Total 6100000 HR** | | | | 78,008.15 | 38,860.57 | 48,704.82 | 41,267.39 | 41,972.38 | 41,537.89 | 44,655.10 | 45,159.95 | 46,976.24 | $427,342.49 |
| **6200000 Outside Services** | | | | | | | | | | | | | 0.00 |
| 6200010 Consulting Services | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 2,308.70 | 1,000.00 | 1,000.00 | 1,000.00 | 5,367.53 | 17,676.23 |
| 6200020 Accounting/Tax Services | 5,000.00 | | | | | 22,625.00 | | | | | | 1,029.00 | 28,654.00 |
| 6200030 Legal & Professional Fees | | | | | | | | | | | | | 6,000.00 |
| **Total 6200000 Outside Services** | | | | | | | | | | | | | $52,330.23 |
| **6300000 Travel** | | | | | | | | | | | | | 0.00 |
| 6300010 Travel | 532.14 | 9.00 | 4.00 | | | 223.84 | | | | | | | 768.98 |
| 6300020 Local Transportation | 214.00 | | | | | 183.47 | | | | | | | 397.47 |
| 6300040 Travel Meals | 748.14 | 9.00 | 4.00 | | | 407.31 | | | | | | | 1,166.45 |
| **Total 6300000 Travel** | | | | | | | | | | | | | 2,332.90 |
| **6500000 Facilities** | | | | | | | | | | | | | 0.00 |
| 6500010 Rent & Lease | 2,854.61 | 2,997.35 | 3,234.49 | 3,043.49 | 3,043.49 | 3,047.98 | 3,043.49 | 3,043.49 | 3,044.09 | 3,043.68 | 3,056.56 | 3,090.32 | 36,543.04 |
| 6500020 Phone/Internet | | | | | | 1,085.00 | 155.00 | 155.00 | 155.00 | 155.00 | 155.00 | 155.00 | 2,015.00 |
| 6500030 Repairs & Maintenance | | 50.00 | | | | | | | | | | | 50.00 |
| **Total 6500000 Facilities** | 2,854.61 | 3,047.35 | 3,234.49 | 3,043.49 | 3,043.49 | 4,132.98 | 3,198.49 | 3,198.49 | 3,199.09 | 3,198.68 | 3,211.56 | 3,245.32 | $38,608.04 |
| **6600000 Office & Corporate** | | | | | | | | | | | | | 0.00 |
| 6600010 Bank Charges & Fees | 2.70 | | | | | | | | | | | | 2.70 |
| 6600020 Registration, License, Fees | 59.98 | | | | | | | | | | | | 84.98 |
| 6600000 Hiring Expenses | | | | | | | | | | | | | 500.36 |
| 6600030 Insurance | | | | | | | | | | | | | 1,009.00 |
| 6600040 Office Supplies & Software | 127.30 | 44.99 | | 17.58 | | 127.85 | 30.50 | | | | | 11.35 | 314.59 |
| 6600045 Software/Business Tools Subscription | | 30.00 | | 60.00 | 60.00 | 150.01 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 351.64 | 1,256.64 |
| 6600050 Expensed Equipment/Fixture | | | | 115.00 | | 516.98 | 76.88 | | | | | 887.72 | 1,404.70 |
| 6600060 Meals | | | | | | 724.35 | | | | | | | 2,310.79 |
| 6600055 Team Building | | | | | | | | | | | | 175.28 | 259.70 |
| 6600070 Freight | | | | | | | | | | | | | 1,175.96 |
| **Total 6600000 Office & Corporate** | | | | | | | | | | | | | $8,319.42 |
| **Total Expenses** | $10,951.33 | $4,637.04 | $4,487.21 | $82,244.22 | $43,090.50 | $78,772.27 | $45,751.48 | $47,791.86 | $45,835.98 | $49,153.78 | $49,471.51 | $65,578.45 | $527,766.63 |
| **Net Operating Income** | -$10,951.33 | -$4,637.04 | -$4,487.21 | -$82,244.22 | -$43,090.50 | -$78,772.27 | -$45,751.48 | -$47,791.86 | -$45,835.98 | -$49,153.78 | -$49,471.51 | -$65,578.45 | -$527,766.63 |
| **Other Expenses** | | | | | | | | | | | | | |
| 6700000 Depreciation | | | | | | | 188.71 | 26.96 | 26.96 | 26.96 | 26.96 | 26.96 | 323.51 |
| **Total Other Expenses** | | | | | | | 188.71 | 26.96 | 26.96 | 26.96 | 26.96 | 26.96 | $323.51 |
| **Net Other Income** | | | | | | | -$188.71 | -$26.96 | -$26.96 | -$26.96 | -$26.96 | -$26.96 | -$323.51 |
| **Net Income** | -$10,951.33 | -$4,637.04 | -$4,487.21 | -$82,244.22 | -$43,090.50 | -$78,772.27 | -$45,940.19 | -$47,818.82 | -$45,862.94 | -$49,180.74 | -$49,498.47 | -$65,605.41 | -$528,090.14 |



000980

Statement of Cash Flows

000981

# Vland Inc

## Statement of Cash Flows

### January - December 2019

|  | | Total |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| Net Income | | -528,090.14 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | |
| 1500000 Prepaid Expenses | | -5,831.53 |
| 1700000 Accumulated Depreciation | | 323.51 |
| 2100000 Accounts Payable | | 43,594.63 |
| 2300000 Other Payables | | 6,180.00 |
| 2500000 Accrued Expenses | | 8,154.75 |
| 2500200 Accrued Payroll Expense | | 0.00 |
| 2500300 Accrued payroll Tax | | 371.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | $ | 52,792.36 |
| Net cash provided by operating activities | -$ | 475,297.78 |
| **INVESTING ACTIVITIES** | | |
| 1600000 Property & Equipment | | -1,617.53 |
| Net cash provided by investing activities | -$ | 1,617.53 |
| **FINANCING ACTIVITIES** | | |
| 300000 Owner's Investment | | 624,891.00 |
| Net cash provided by financing activities | $ | 624,891.00 |
| Net cash increase for period | $ | 147,975.69 |
| Cash at beginning of period | | 183,892.54 |
| Cash at end of period | $ | 331,868.23 |

Wednesday, Jan 22, 2020 04:58:44 PM GMT-8

General Ledger

## Vland Inc
### General Ledger
January - December 2019

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **1100000 Cash and Cash Equivalents** | | | | | | | | |
| **1100010 Checking, USA** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 01/02/2019 | Bill Payment (Check) | 1005 | | Corporate Association | Bank Fee | 7100000 Accounts Payable | -1,000.00 | |
| 01/15/2019 | Journal Entry | 30 | | | | -Split- | -3.73 | |
| 01/02/2019 | Bill Payment (Check) | Vend21118 | | | | 1100000 Accounts Payable | -2,987.25 | |
| 01/02/2019 | Bill Payment (Check) | 1006 | | | | 2100000 Accounts Payable | -4,000.00 | |
| 01/03/2019 | Journal Entry | 9 | | | Inst-QuickBooks Subscription | -Split- | -30.00 | |
| 01/01/2019 | Journal Entry | 10 | | | CC - VP9 Incoming CS Labs | -Split- | -5.00 | |
| 01/01/2019 | Journal Entry | 11 | | | CC - 101 104 Gas Station | -Split- | -5.00 | |
| 01/01/2019 | Journal Entry | 12 | | | CC - 102 Church | -Split- | -3.00 | |
| 01/01/2019 | Journal Entry | 13 | | | CC - 108 Kent Movers | -Split- | -14.00 | |
| 01/01/2019 | Journal Entry | 14 | | | CC - 108 ADM Parking | -Split- | -4.00 | |
| 01/01/2019 | Journal Entry | 15 | | | CC - 108 ADM Parking | -Split- | -71.14 | |
| 01/01/2019 | Journal Entry | 16 | | | CC - 117 Fares | -Split- | -23.00 | |
| 01/01/2019 | Journal Entry | 17 | | | CC - 117 Yang Qiang | -Split- | -133.04 | |
| 01/01/2019 | Journal Entry | 18 | | | CC - 118 Natrities | -Split- | -68.00 | |
| 01/01/2019 | Journal Entry | 19 | | | CC - 108 Bing Kart Station | -Split- | -68.00 | |
| 01/01/2019 | Journal Entry | 20 | | | CC - 103 Burger Auction Labor | -Split- | -8.21 | |
| 01/01/2019 | Journal Entry | 21 | | | CC - 114 Mercury Farm | -Split- | -29.99 | |
| 01/01/2019 | Journal Entry | 22 | | | CC - 114 Change of Address | -Split- | -29.99 | |
| 01/01/2019 | Journal Entry | 23 | | | CC - 114 Change of Address | -Split- | -8.50 | |
| 01/01/2019 | Journal Entry | 24 | | | CC - 111 Mercury Farm | -Split- | -41.00 | |
| 01/01/2019 | Journal Entry | 25 | | | CC - VP9 Dream City Kitchen | -Split- | -1,917.53 | |
| 01/01/2019 | Journal Entry | 26 | | | CC - VP Best Buy | -Split- | -73.00 | |
| 01/01/2019 | Journal Entry | 27 | | | CC - VP Dud Chepsuls | -Split- | -144.95 | |
| 01/01/2019 | Journal Entry | 28 | | | CC - 103 Sushi Box | -Split- | -218.95 | |
| 01/01/2019 | Journal Entry | 29 | | | CC - 102 Costco Sanford | -Split- | -8.80 | |
| 01/01/2019 | Journal Entry | 30 | | | CC - 102 Instapay Mentor | -Split- | -536.30 | |
| 01/01/2019 | Journal Entry | 31 | | | CC - 102 Mercury Aquarium | -Split- | -23.13 | |
| 01/01/2019 | Journal Entry | 32 | | | CC - 103 Inventions Forms | -Split- | -14.89 | |
| 01/01/2019 | Journal Entry | 33 | | | CC - 103 Intl Payroll | -Split- | -107.84 | |
| 01/01/2019 | Journal Entry | 34 | | | CC - 103 Dia Deng Charm | -Split- | -44.65 | |
| 01/01/2019 | Journal Entry | 35 | | | CC - 104 Jang Sudeng | -Split- | -112.13 | |
| 01/01/2019 | Journal Entry | 36 | | | CC - 104 Napoh 39 | -Split- | -27.30 | |
| 01/01/2019 | Journal Entry | 37 | | | CC - 103 Lefu's | -Split- | -50.60 | |
| 01/01/2019 | Journal Entry | 38 | | | CC - 103 Amexa Complex Movie | -Split- | -43.14 | |
| 01/01/2019 | Journal Entry | 39 | | | CC - 104 Chevron | -Split- | -15.17 | |
| 01/01/2019 | Journal Entry | 40 | | | CC - 103 Gijo Salary | -Split- | -35.00 | |
| 01/01/2019 | Journal Entry | 41 | | | CC - 104 Black 3 Packing Lot | -Split- | -27.20 | |
| 01/01/2019 | Journal Entry | 42 | | | CC - 103 Burger Lounge | -Split- | -43.67 | |
| 01/01/2019 | Journal Entry | 43 | | | CC - 100 UPS | -Split- | -3,254.49 | |
| 01/03/2019 | Journal Entry | Vend21118 | | Pages | Inst-QuickBooks Subscription | 2100000 Accounts Payable | -30.00 | |
| 02/07/2019 | Journal Entry | 20 | | | CC - 204 Costco City Kitchen | -Split- | -7.00 | |
| 02/06/2019 | Journal Entry | 21 | | | CC - 204 LAZ Parking | -Split- | -32.03 | |
| 02/06/2019 | Journal Entry | 22 | | | CC - 204 Cohn Sanford | -Split- | -43.00 | |
| 02/06/2019 | Journal Entry | 23 | | | CC - 204 Nambria | -Split- | -41.04 | |
| 02/06/2019 | Journal Entry | 24 | | | CC - 211 Parker | -Split- | -42.50 | |
| 02/06/2019 | Journal Entry | 25 | | | CC - 211 Nangkova | -Split- | -7.20 | |
| 02/06/2019 | Journal Entry | 26 | | | CC - 204 Stanford Parking | -Split- | -3,543.49 | |
| 02/01/2019 | Bill Payment (Check) | 21 | | Pages | Inst-QuickBooks Subscription | 2100000 Accounts Payable | -40.00 | |
| 02/02/2019 | Journal Entry | 22 | | | CC - 302 Fees | -Split- | -40.60 | |
| 02/01/2019 | Journal Entry | 23 | | | CC - 302 LAZ Parking | -Split- | -2.00 | |
| 02/01/2019 | Journal Entry | 24 | | | CC - 303 PingLines | -Split- | -20.04 | |
| 02/01/2019 | Journal Entry | 25 | | | CC - 3/16 Mercurdzy Farm | -Split- | -38.65 | |
| 02/01/2019 | Journal Entry | 26 | | | CC - 3/15 Chrome Place | -Split- | -22.50 | |
| 02/01/2019 | Journal Entry | 27 | | | CC - 3-14 Smile Sta | -Split- | -33.32 | |
| 02/01/2019 | Journal Entry | 28 | | | CC - 304 Stanford Parking Motor | -Split- | -3.00 | |
| 02/01/2019 | Journal Entry | 29 | | | Pending from HD | -Split- | 38,000.00 | |
| 04/02/2019 | Journal Entry | 30 | | | Funding from HD | -Split- | 38,000.00 | |
| 04/25/2019 | Journal Entry | Vend21119 | | Pages | Deposit 3/9 ECA redemoth bin | 1100000 Accounts Payable | -110.00 | |
| 04/30/2019 | Journal Entry | 23 | | | CC - 4/13 Sheet's | -Split- | -40.00 | |
| 04/30/2019 | Journal Entry | 24 | | | CC - 4/20 Half-ClubWork | -Split- | -38,000.00 | |
| 04/30/2019 | Journal Entry | 25 | | | Chevk 3357 Jeff Salary | -Split- | -47.55 | |
| 04/30/2019 | Journal Entry | 30 | | | CC - 4/13 Delta 70 | -Split- | -31,772.73 | |
| 04/30/2019 | Bill Payment (Check) | Vend33319 | | Skjool | Partad Withholding and Payroll Tax, April | 1100000 Accounts Payable | -3,047.95 | |
| 04/30/2019 | Journal Entry | 37 | | | Funding from HD | -Split- | 38,000.00 | |

000982

General Ledger

000983

General Ledger

000984

General Ledger

000985

General Ledger

000986

General Ledger

000987

| Date | Type | | | | | Name | Memo | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Journal Entry | | | | | | To accrue Ms Yang July salary paid in August | | | -2,000.00 | |
| | Journal Entry | | | | | | W03 Payroll - Salary | | | 19,948.50 | 19,948.50 |
| | Journal Entry | | | | | | W09 Payroll - Salary | | | 19,948.50 | 19,948.50 |
| | Journal Entry | | | | | | W15 Payroll - Salary | | | 7,500.00 | |
| | Journal Entry | | | | | | To accrue Ms Yang September salary paid in November | | | 20,764.91 | |
| | Journal Entry | | | | | | 09/03 Payroll - Salary | | | 21,097.63 | |
| | Journal Entry | | | | | | 11/15 Payroll - Salary | | | 21,363.63 | |
| | Journal Entry | | | | | | 11/30 Payroll - Salary | | | 21,363.63 | |
| | Journal Entry | | | | | | Ms Yang accounting fee accrued to Oct, should reclass to consultant fee | | | -2,000.00 | |
| | Journal Entry | | | | | | 12/31 Payroll - Salary | | | 21,363.63 | 201,163.73 |

| | | | | | | | Health and Audit Payroll Tax - FUTA | | | 42.00 | 42.00 |
| | Journal Entry | | | | | | March and April Payroll Tax - Federal | | | 9,523.15 | 9,565.15 |
| | Journal Entry | | | | | | May Payroll - Payroll Tax - Federal | | | 2,191.50 | 3,256.72 |
| | Journal Entry | | | | | | 9/03 Payroll - Payroll Tax | | | 1,363.76 | 8,707.20 |
| | Journal Entry | | | | | | 9/09 Payroll - Payroll Tax | | | 964.04 | 10,215.54 |
| | Journal Entry | | | | | | 10/11 Payroll - Payroll Tax | | | 191.72 | 10,637.26 |
| | Journal Entry | | | | | | 9/15 Payroll - Payroll Tax | | | 291.72 | 10,492.06 |
| | Journal Entry | | | | | | 9/30 Payroll - Payroll Tax | | | 832.87 | 11,531.95 |
| | Journal Entry | | | | | | 10/11 Payroll - Payroll Tax | | | 245.48 | 11,917.41 |
| | Journal Entry | | | | | | 11/15 Payroll - Payroll Tax | | | 321.47 | 12,962.95 |
| | Journal Entry | | | | | | 11/30 Payroll - Payroll Tax | | | 376.47 | 12,876.35 |
| | Journal Entry | | | | | | 12/15 Payroll - Payroll Tax | | | 376.47 | 13,002.87 |
| | Journal Entry | | | | | | 12/31 Payroll - Payroll Tax | | | 426.73 | 13,579.60 |
| | Journal Entry | | | | | | 12/31 Payroll - Payroll Tax | | | 444.77 | 14,027.37 |
| | Journal Entry | | | | | | 11/15 Payroll - Payroll Tax | | | 376.32 | 14,403.69 |
| | Journal Entry | | | | | | 11/00 Payroll - Payroll Tax | | | 376.00 | 15,230.38 |
| | Journal Entry | | | | | | 12/15 Payroll - Payroll Tax | | | 574.53 | 15,804.91 |

**Total for 919000 Payroll Tax - Federal**

| | | | | | | | 919010 Payroll Tax - State | | | | 245.00 |
| | Journal Entry | | | | | | March and April Payroll Tax - State | | | 215.00 | 460.50 |
| | Journal Entry | | | | | | 9/15 Payroll - Payroll Tax | | | 55.50 | 456.50 |
| | Journal Entry | | | | | | 9/30 Payroll - Payroll Tax | | | 35.00 | 490.00 |
| | Journal Entry | | | | | | 9/15 Payroll - Payroll Tax | | | 42.54 | 532.54 |
| | Journal Entry | | | | | | 11/30 Payroll - Payroll Tax | | | 533.54 | |

**Total for 919010 Payroll Tax - State**

| | | | | | | | 919000 Payroll Tax - Federal | | | 1,844.95 | 1,844.95 |
| | Journal Entry | | | | | | Chen Wang monthly insurance est. | | | 1,844.95 | 3,358.90 |
| | Journal Entry | | | | | | Chen Wang monthly insurance est. | | | 1,844.95 | 4,834.85 |
| | Journal Entry | | | | | | Chen Wang monthly insurance est. | | | 1,844.95 | 6,579.80 |
| | Journal Entry | | | | Chen Wang | | Chen Wang monthly insurance est. | | | 1,844.95 | 8,224.75 |
| | Journal Entry | | | | Chen Wang | | Chen Wang monthly insurance est. | | | 4,713.24 | 12,941.99 |
| | Journal Entry | | | | Chen Wang | | Chen Wang monthly insurance est. | 343.25 | | 342.53 | 13,784.51 |
| | | | | Detail Healthcare | | | 12/31 Detail Payroll for September 2019 | | | | 13,784.51 |

| | | | | Med Data | | | | | | | |

**Total for 919000 Health Insurance**

| | Journal Entry | | | | Chen Wang | | ADI Sx Langway Center | 710000 Accounts Payable | | 1,882.00 | 1,882.00 |
| | Journal Entry | | | | Chen Wang | | ADI Sx Langway Center | 710000 Accounts Payable | | 8,000.00 | 10,927.00 |
| | Journal Entry | | | | Chen Wang | | ADI Sx Langway Center 2 weeks | 710000 Accounts Payable | | 10,163.00 | |

**Total for 919000 Consultant Education**

| | | | | | | | LA Tax consulting fee accrued in Oct, should reclass to consultant fee | | | 2,000.00 | 2,000.00 |
| | Journal Entry | | | | Yes LA | | Consulting service for Nov, 2019 | 710000 Accounts Payable | | 2,000.00 | 4,000.00 |
| | Journal Entry | | | | Yes LA | | Consulting service for Dec, 2019 | 710000 Accounts Payable | | 8,000.00 | |

**Total for 919000 Consulting Services**

| | | | | | | | Accrue January accounting fee | | | 1,000.00 | 1,000.00 |
| | Journal Entry | | | | | | Accrue February accounting fee | | | 1,000.00 | 2,000.00 |
| | Journal Entry | | | | | | Accrue March accounting fee | | | 1,000.00 | 3,000.00 |
| | Journal Entry | | | | | | Accrue April accounting fee | | | 1,000.00 | 4,000.00 |
| | Journal Entry | | | | | | Accrue May accounting fee | | | 1,000.00 | 5,000.00 |
| | Journal Entry | | | | | | Accrue June accounting fee | | | 1,000.00 | 6,000.00 |
| | Journal Entry | | | | SPOTT, LUCEY & SHALL, INC. | | Accrue July accounting fee | 710000 Accounts Payable | | 1,000.00 | 7,000.00 |
| | Journal Entry | | | | | | Accrue June accounting fee | | | 1,000.00 | 8,000.00 |
| | Journal Entry | | | | | | Accrue August accounting fee | | | 1,000.00 | 9,000.00 |
| | Journal Entry | | | | | | Accrue September accounting fee | | | 1,000.00 | 10,306.00 |
| | Journal Entry | | | | | | Accrue November accounting fee | | | 1,000.00 | 11,306.00 |
| | Journal Entry | | | | | | Accrue December accounting fee | | | 1,000.00 | 12,306.00 |
| | Journal Entry | | | | SPOTT, LUCEY & SHALL, INC. | | 3/14/2019 30hr License fee, CPart I State | 710000 Accounts Payable | | 150.00 | 12,456.00 |

General Ledger

000988

686000

General Ledger

| Account / Date | Type | Ref | Memo | Name | Description | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 6000000 Bank Charges & Fees | | | | | | | | |
| 6000000 Registration, License, Fees | | | | | | | | |
| 12/31/2018 | Journal Entry | | | | | | 94.38 | 94.38 |

General Ledger

000990

Journal

# Vland Inc
## Journal
### January - December 2019

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 01/01/2019 | Journal Entry | 15 | No | | Runs January prepaid rent | 1050000 Prepaid Expenses | 2,254.61 | |
| | | | No | | Runs January prepaid rent | 6200010 Facilities/Rent & Lease | | 2,254.61 |
| | | | | | | | $ 2,254.61 | $ 2,254.61 |
| 01/01/2019 | Bill | | No | MT Law | Retainer | 2100000 Accounts Payable | 5,000.00 | |
| | | Retainer | No | | | 6200020 Outside Services/Legal & Professional Fees | 5,000.00 | |
| | | | | | | | $ 5,000.00 | $ 5,000.00 |
| 01/04/2019 | Bill | | No | Sophianus Associates | December 2018 Accounting Fees | 2100000 Accounts Payable | | 1,000.00 |
| | | 738182 | No | | | 2500000 Accrued Expenses | 1,000.00 | |
| | | | | | | | $ 1,000.00 | $ 1,000.00 |
| 01/10/2019 | Bill Payment (Check) | 1005 | No | Sophianus Associates | | 1100010 Cash and Cash Equivalents/Checking_BOA | | 1,000.00 |
| | | | No | | | 2100000 Accounts Payable | 1,000.00 | |
| | | | | | | | $ 1,000.00 | $ 1,000.00 |
| 01/15/2019 | Journal Entry | 30 | No | | Bank Fee | 1100010 Cash and Cash Equivalents/Checking_BOA | | 2.70 |
| | | | No | | Bank Fee | 6600010 Office & Corporate/Bank Charges & Fees | 2.70 | |
| | | | | | | | $ 2.70 | $ 2.70 |
| 01/22/2019 | Bill | | No | Regus | February rent | 2100000 Accounts Payable | 2,697.35 | |
| | | | No | | | 1050000 Prepaid Expenses | | 2,697.35 |
| | | | | | | | $ 2,697.35 | $ 2,697.35 |
| 01/22/2019 | Journal Entry | 18 | No | | Issue QuickBooks Subscription | 6200045 Office & Corporate/Software/Business Tools Subscription | 30.00 | |
| | | | No | | Issue QuickBooks Subscription | 1100010 Cash and Cash Equivalents/Checking_BOA | | 30.00 |
| | | | | | | | $ 30.00 | $ 30.00 |
| 01/22/2019 | Bill Payment (Check) | WireD2118 | No | Regus | | 1100010 Cash and Cash Equivalents/Checking_BOA | | 2,697.35 |
| | | | No | | | 2100000 Accounts Payable | 2,697.35 | |
| | | | | | | | $ 2,697.35 | $ 2,697.35 |
| 01/22/2019 | Bill Payment (Check) | 1006 | No | MT Law | | 1100010 Cash and Cash Equivalents/Checking_BOA | | 5,000.00 |
| | | | No | | | 2100000 Accounts Payable | 5,000.00 | |
| | | | | | | | $ 5,000.00 | $ 5,000.00 |
| 01/31/2019 | Journal Entry | 9 | No | | Accrue January accounting fee | 2500000 Other Payables | | 1,000.00 |
| | | | No | | Accrue January accounting fee | 6200020 Outside Services/Accounting/Tax Services | 1,000.00 | |
| | | | | | | | $ 1,000.00 | $ 1,000.00 |
| 01/31/2019 | Journal Entry | 22 | No | | Active January accounting fee | | | 144.00 |
| | | | No | | CC - 1/3 Sushi Raku | 1100010 Cash and Cash Equivalents/Checking_BOA | 144.00 | |
| | | | No | | CC - 1/3 Sushi Raku | 6300040 Travel/Travel Meals | 70.00 | |
| | | | No | | CC - 1/7 Red Chopsticks | 1100010 Cash and Cash Equivalents/Checking_BOA | | 70.00 |
| | | | No | | CC - 1/7 Red Chopsticks | 6300040 Travel/Travel Meals | 70.00 | |
| | | | No | | CC - 1/7 Red Chopsticks | 1100010 Cash and Cash Equivalents/Checking_BOA | | 1,617.53 |
| | | | No | | CC - 1/7 Best Buy | 6300040 Travel/Travel Meals | 1,617.53 | |
| | | | No | | CC - 1/9 Delrext City Kitchen | 1500000 Property & Equipment | 42.00 | |
| | | | No | | CC - 1/9 Delrext City Kitchen | 1100010 Cash and Cash Equivalents/Checking_BOA | | 42.00 |
| | | | No | | CC - 1/11 Mendocino Farms | 1100010 Cash and Cash Equivalents/Checking_BOA | | 30.00 |
| | | | No | | CC - 1/11 Mendocino Farms | 6600000 Office & Corporate/Meals | 30.00 | |
| | | | No | | CC - 1/14 Change of Address | 1100010 Cash and Cash Equivalents/Checking_BOA | | 29.99 |
| | | | No | | CC - 1/14 Change of Address | 6200070 Office & Corporate/Registration, License, Fees | 29.99 | |
| | | | No | | CC - 1/14 Change of Address | 1100010 Cash and Cash Equivalents/Checking_BOA | | 29.99 |
| | | | No | | CC - 1/14 Change of Address | 6200070 Office & Corporate/Registration, License, Fees | 29.99 | |
| | | | No | | CC - 1/14 Mendocino Farm | 1100010 Cash and Cash Equivalents/Checking_BOA | 45.31 | |
| | | | No | | CC - 1/14 Mendocino Farm | 6600000 Office & Corporate/Meals | 45.31 | |
| | | | No | | CC - 1/15 Paymenta Import.com | 1100010 Cash and Cash Equivalents/Checking_BOA | | 90.00 |
| | | | No | | CC - 1/15 Paymenta Import.com | 6300000 Travel/ Local Transportation | 90.00 | |
| | | | No | | CC - 1/15 Paymenta Import.com | 1100010 Cash and Cash Equivalents/Checking_BOA | | 50.00 |
| | | | No | | CC - 1/16 Borg Nyun Sen him | 6600000 Office & Corporate/Meals | 50.00 | |
| | | | No | | CC - 1/16 Borg Nyun Sen him | 1100010 Cash and Cash Equivalents/Checking_BOA | 133.54 | |
| | | | No | | CC - 1/16 Holiday | | | 133.54 |
| | | | No | | CC - 1/16 Holiday | 6600000 Office & Corporate/Meals | | |

000991

Journal

000992

| Date | Type | Num | Name | Memo | Account | Account Name | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | CC: 1/17 Young Dang | 1100010 | Cash and Cash Equivalents:Checking_BOA | 32.00 | 32.00 |
| | | | | CC: 1/17 Young Dang | 5600000 | Office & Corporate:Meals | 74.14 | 74.14 |
| | | | | CC: 1/17 Fedex | 1100010 | Cash and Cash Equivalents:Checking_BOA | 4.00 | 4.00 |
| | | | | CC: 1/17 Fedex | 5400070 | Office & Corporate:Freight | 4.00 | 4.00 |
| | | | | CC: 1/18 Aha Parking | 1100010 | Cash and Cash Equivalents:Checking_BOA | 14.00 | 14.00 |
| | | | | CC: 1/18 Aha Parking | 5200070 | Travel:Local Transportation | 14.00 | 14.00 |
| | | | | CC: 1/18 Aha Parking | 1100010 | Cash and Cash Equivalents:Checking_BOA | 35.00 | 35.00 |
| | | | | CC: 1/18 Aha Parking | 5200070 | Travel:Local Transportation | 35.00 | 35.00 |
| | | | | CC: 1/18 Mona Bianca | 1100010 | Cash and Cash Equivalents:Checking_BOA | 43.00 | 43.00 |
| | | | | CC: 1/18 Mona Bianca | 5600000 | Office & Corporate:Meals | 43.00 | 43.00 |
| | | | | CC: 1/23 Uber/rx | 1100010 | Cash and Cash Equivalents:Checking_BOA | 88.00 | 88.00 |
| | | | | CC: 1/23 Uber/rx | 5200070 | Travel:Local Transportation | 88.00 | 88.00 |
| | | | | CC: 1/23 T&K Gas Station | 1100010 | Cash and Cash Equivalents:Checking_BOA | 15.00 | 15.00 |
| | | | | CC: 1/23 T&K Gas Station | 5200030 | Travel:Local Transportation | 15.00 | 15.00 |
| | | | | CC: 1/22 Monterey CR Labs | 1100010 | Cash and Cash Equivalents:Checking_BOA | 215.00 | 2.15.00 |
| | | | | CC: 1/22 Monterey CR Labs | 5200020 | Travel:Local Transportation | 215.00 | 215.00 |
| | | | | CC: 1/22 Scales Seafood | 1100010 | Cash and Cash Equivalents:Checking_BOA | 5.00 | 5.00 |
| | | | | CC: 1/22 Scales Seafood | 5200070 | Travel:Local Transportation | 5.00 | 5.00 |
| | | | | CC: 1/22 Heritage Harbor | 1100010 | Cash and Cash Equivalents:Checking_BOA | 299.70 | 299.70 |
| | | | | CC: 1/23 Heritage Harbor | 5600000 | Office & Corporate:Meals | 299.70 | 299.70 |
| | | | | CC: 1/23 Monterey Aquarium | 1100010 | Cash and Cash Equivalents:Checking_BOA | 107.84 | 107.84 |
| | | | | CC: 1/23 Monterey Aquarium | 5600000 | Office & Corporate:Meals | 107.84 | 107.84 |
| | | | | CC: 1/23 Ghi Tang Charm | 1100010 | Cash and Cash Equivalents:Checking_BOA | 14.09 | 14.09 |
| | | | | CC: 1/23 Ghi Tang Charm | 5600000 | Office & Corporate:Selburin/Business Trade Subscription | 14.09 | 14.09 |
| | | | | CC: 1/23 Iron Payroll | 1100010 | Cash and Cash Equivalents:Checking_BOA | 28.11 | 28.11 |
| | | | | CC: 1/23 Iron Payroll | 5600000 | Office & Corporate:Meals | 28.11 | 28.11 |
| | | | | CC: 1/23 Mendocino Farms | 1100010 | Cash and Cash Equivalents:Checking_BOA | 84.00 | 84.00 |
| | | | | CC: 1/23 Mendocino Farms | 5600000 | Office & Corporate:Meals | 84.00 | 84.00 |
| | | | | CC: 1/24 Jang Su Jang | 1100010 | Cash and Cash Equivalents:Checking_BOA | 112.13 | 112.13 |
| | | | | CC: 1/24 Jang Su Jang | 5600000 | Office & Corporate:Meals | 112.13 | 112.13 |
| | | | | CC: 1/24 Bench 89 | 1100010 | Cash and Cash Equivalents:Checking_BOA | 27.20 | 27.20 |
| | | | | CC: 1/24 Bench 89 | 5600000 | Office & Corporate:Meals | 27.20 | 27.20 |
| | | | | CC: 1/25 Lufx | 1100010 | Cash and Cash Equivalents:Checking_BOA | 50.00 | 50.00 |
| | | | | CC: 1/25 Lufx | 5600000 | Office & Corporate:Meals | 50.00 | 50.00 |
| | | | | CC: 1/25 Famous Dumpling House | 1100010 | Cash and Cash Equivalents:Checking_BOA | 83.14 | 83.14 |
| | | | | CC: 1/25 Famous Dumpling House | 5600000 | Office & Corporate:Meals | 83.14 | 83.14 |
| | | | | CC: 1/25 Chevron | 1100010 | Cash and Cash Equivalents:Checking_BOA | 15.17 | 15.17 |
| | | | | CC: 1/25 Chevron | 5200030 | Travel:Local Transportation | 15.17 | 15.17 |
| | | | | CC: 1/26 Bijou Bakery | 1100010 | Cash and Cash Equivalents:Office Supplies & Software | 18.00 | 18.00 |
| | | | | CC: 1/26 Bijou Bakery | 5600000 | Office & Corporate:Office Supplies & Software | 18.00 | 18.00 |
| | | | | CC: 1/26 Block 2 Parking Lot | 1100010 | Cash and Cash Equivalents:Checking_BOA | 27.20 | 27.20 |
| | | | | CC: 1/26 Block 2 Parking Lot | 5200070 | Travel:Local Transportation | 27.20 | 27.20 |
| | | | | CC: 1/26 Budget Lovalga | 1100010 | Cash and Cash Equivalents:Checking_BOA | 63.67 | 63.67 |
| | | | | CC: 1/26 Budget Lovalga | 5600000 | Office & Corporate:Meals | 63.67 | 63.67 |
| | | | | CC: 1/26 UPS | 1100010 | Cash and Cash Equivalents:Checking_BOA | 3,681.55 | 3,681.55 |
| | | | | CC: 1/26 UPS | 5600070 | Office & Corporate:Freight | 3,681.55 | 3,681.55 |
| 02/01/2018 | Journal Entry | 15 | | Rent February prepaid rent | 1500000 | Prepaid Expenses | 2,097.25 | 2,097.25 |
| | | | | Rent February prepaid rent | 5500010 | Facilities:Rent & Lease | 2,097.25 | 2,097.25 |
| 02/06/2018 | SI8 | Report | | March rent | 2100000 | Accounts Payable | 3,234.49 | 3,234.49 |
| | | | | | 1500000 | Prepaid Expenses | 3,234.49 | 3,234.49 |
| 02/21/2018 | Bill Payment (Check) | Wire021118 | Renan | | 1100010 | Cash and Cash Equivalents:Checking_BOA | 3,234.49 | 3,234.49 |
| | | | | | 2100000 | Accounts Payable | 3,234.49 | 3,234.49 |
| 02/27/2018 | Journal Entry | 28 | | Insul QuickBooks Subscription | 1100010 | Cash and Cash Equivalents:Checking_BOA | 20.00 | 20.00 |
| | | | | Insul QuickBooks Subscription | 5600045 | Office & Corporate:Software/Business Trade Subscription | 39.89 | 39.89 |
| 02/28/2018 | Journal Entry | 19 | | Accrual February accounting fee | 2100000 | Other Payables | 1,000.00 | 1,000.00 |
| | | | | Accrual February accounting fee | 5200020 | Outside Services:Accounting/Tax Services | 1,000.00 | 1,000.00 |

Journal

| Date | Type | Num | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|
| 02/29/2019 | Journal Entry | 23 | | CC: 301 Magglione | 1100010 Cash and Cash Equivalents:Checking_BOA | 52.00 |
| | | | | CC: 301 Magglione | 6000000 Office & Corporate:Meals | 419.04 |
| | | | | CC: 301 Target | 6000000 Office & Corporate:Meals | 47.00 |
| | | | | CC: 3rd Danbant City Kitchen | 1100010 Cash and Cash Equivalents:Checking_BOA | 47.00 |
| | | | | CC: 3rd Danbant City Kitchen | 6000000 Office & Corporate:Meals | 7.00 |
| | | | | CC: 3rd LAZ Parking | 1100010 Cash and Cash Equivalents:Checking_BOA | 7.00 |
| | | | | CC: 3rd LAZ Parking | 5300000 Travel:Land Transportation | 2.00 |
| | | | | CC: 3rd Stanford Parking | 1100010 Cash and Cash Equivalents:Checking_BOA | 2.00 |
| | | | | CC: 3rd Stanford Parking | 5300000 Travel:Land Transportation | 32.05 |
| | | | | CC: 306 Coho Stanford | 1100010 Cash and Cash Equivalents:Checking_BOA | 32.05 |
| | | | | CC: 306 Coho Stanford | 6000000 Office & Corporate:Meals | 50.00 |
| | | | | CC: 304 Mercedes | 1100010 Cash and Cash Equivalents:Checking_BOA | 50.00 |
| | | | | CC: 304 Mercedes | 6500000 Facilities:Repairs & Maintenance | 626.09 |
| | | | | | | $  626.09 |
| 03/01/2019 | Journal Entry | 17 | | Rocti March prepaid rent | 1500000 Prepaid Expenses | 3,234.49 |
| | | | | Rocti March prepaid rent | 6500010 Facilities:Rent & Lease | 3,234.49 |
| | | | | | | $  3,234.49 |
| 03/21/2019 | Bill | 1012-32153 | Regus | April rent | 2100000 Accounts Payable | 3,043.49 |
| | | | | | 1500000 Prepaid Expenses | 3,043.49 |
| | | | | | | $  3,043.49 |
| 03/21/2019 | Bill Payment (Check) | | Regus | | 1100010 Cash and Cash Equivalents:Checking_BOA | 3,043.49 |
| | | | | | 2100000 Accounts Payable | 3,043.49 |
| | | | | | | $  3,043.49 |
| 03/22/2019 | Journal Entry | 21 | | Intuit QuickBooks Subscription | 1100010 Cash and Cash Equivalents:Checking_BOA | 60.00 |
| | | | | Intuit QuickBooks Subscription | 6000045 Office & Corporate:Software/Business Tools:Subscription | 60.00 |
| | | | | | | $  60.00 |
| 03/31/2019 | Journal Entry | 11 | | Accruia March accounting fee | 2000000 Other Payables | 1,000.00 |
| | | | | Accruia March accounting fee | 6000005 Durable Services:Accounting/Tax Services | 1,000.00 |
| | | | | | | $  1,000.00 |
| 03/31/2019 | Journal Entry | 24 | | CC: 346 Stanford Parking Meter | 1100010 Cash and Cash Equivalents:Checking_BOA | 2.00 |
| | | | | CC: 346 Stanford Parking Meter | 5300000 Travel:Local Transportation | 33.32 |
| | | | | CC: 314 Pizza Bar | 1100010 Cash and Cash Equivalents:Checking_BOA | 33.32 |
| | | | | CC: 314 Pizza Bar | 6000000 Office & Corporate:Meals | 22.50 |
| | | | | CC: 3/18 Cheviot Plaza | 1100010 Cash and Cash Equivalents:Checking_BOA | 22.50 |
| | | | | CC: 3/18 Cheviot Plaza | 6000000 Office & Corporate:Meals | 39.93 |
| | | | | CC: 3/18 Islandcafe Farms | 1100010 Cash and Cash Equivalents:Checking_BOA | 39.93 |
| | | | | CC: 3/18 Islandcafe Farms | 6000000 Office & Corporate:Meals | 30.04 |
| | | | | CC: 305 Pho Vinpoo | 1100010 Cash and Cash Equivalents:Checking_BOA | 30.04 |
| | | | | CC: 317 Pho Village | 6000000 Office & Corporate:Meals | 2.00 |
| | | | | CC: 3/20 LAZ Parking | 1100010 Cash and Cash Equivalents:Checking_BOA | 2.00 |
| | | | | CC: 3/20 LAZ Parking | 5300000 Travel:Local Transportation | 62.53 |
| | | | | CC: 3/22 Fedex | 1100010 Cash and Cash Equivalents:Checking_BOA | 62.53 |
| | | | | CC: 3/22 Fedex | 6000010 Office & Corporate:Freight | 193.72 |
| | | | | | | $  193.72 |
| 04/01/2019 | Journal Entry | 18 | | Rocti April prepaid rent | 1500000 Prepaid Expenses | 3,043.49 |
| | | | | Rocti April prepaid rent | 6500010 Facilities:Rent & Lease | 3,043.49 |
| | | | | | | $  3,043.49 |
| 04/22/2019 | Journal Entry | 25 | | Funding From HQ | 1100010 Cash and Cash Equivalents:Checking_BOA | 36,990.00 |
| | | | | Funding From HQ | 2300000 Other Payables | 36,990.00 |
| | | | | Funding From HQ | 1100010 Cash and Cash Equivalents:Checking_BOA | 38,990.00 |
| | | | | Funding From HQ | 2300000 Other Payables | 38,990.00 |
| | | | | | | $  71,185.00 |
| 04/22/2019 | Bill | 1012-32058 | Regus | Stay rent | 2100000 Accounts Payable | 3,043.49 |
| | | | | Stay rent | 1500000 Prepaid Expenses | 3,043.49 |
| | | | | | | $  3,043.49 |
| 04/22/2019 | Bill Payment (Check) | Vend42019 | Regus | | 1100010 Cash and Cash Equivalents:Checking_BOA | 3,043.49 |
| | | | | | 2100000 Accounts Payable | 3,043.49 |

000993

Journal

000994

| Date | Type | Num | | Memo/Description | Account | Account Name | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3,643.45 | 3,643.45 |
| 04/30/2019 | Journal Entry | 5 | No | March and April Salary | 5100010 | 5100010 HR Salary/Wages | 72,196.00 | |
| | | | No | March and April Payroll Tax - Federal | 6100020 | 6100020 HR Payroll Tax - Federal | 5,123.15 | |
| | | | No | March and April Payroll Tax - SUTA | 6100020 | 6100020 HR Payroll Tax - Federal | 42.00 | |
| | | | No | March and April Payroll Tax - State | 6100020 | 6100020 HR Payroll Tax - State | 245.00 | |
| | | | No | March and April Acct Deposit | 2500090 | 2500090 Accrued Payroll Expense | | 36,955.00 |
| | | | No | March and April Payroll/Withholding Tax | 2500090 | 2500090 Accrued payroll Tax | | 41,032.45 |
| | | | | | | | 78,098.15 | 78,098.15 |
| 04/30/2019 | Journal Entry | 12 | No | Accrue April accounting fee | 7000000 | 7000000 Other Payables | | 1,000.00 |
| | | | No | Accrue April accounting fee | 6000000 | 6000000 Outside Services/Accounting/Tax Services | 1,000.00 | |
| | | | | | | | 1,600.00 | 1,600.00 |
| 04/30/2019 | Journal Entry | 26 | No | Prepaid 2019 CA maximum tax | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 800.00 |
| | | | No | Prepaid 2019 CA maximum tax | 1000000 | 1000000 Prepaid Expenses | 800.00 | |
| | | | No | CC - 4/15 Khanh's | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 115.00 |
| | | | No | CC - 4/15 Khanh's | 6000090 | 6000090 Office & Commerce Meals | 115.00 | |
| | | | No | CC - 4/15 Dollar Tr | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 17.58 |
| | | | No | CC - 4/15 Dollar Tr | 6000040 | 6000040 Office & Corporate/Office Supplies & Software | 17.58 | |
| | | | No | CC - 4/22 Imid QuickBooks | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 60.00 |
| | | | No | CC - 4/22 Imid QuickBooks | 6000040 | 6000040 Office & Corporate/Internet/Software/Business Trade Subscription | 60.00 | |
| | | | | | | | 992.58 | 992.58 |
| 04/30/2019 | Journal Entry | 13 | No | Check 1007 April Salary | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 36,855.03 |
| | | | No | Check 1007 April Salary | 2500090 | 2500090 Accrued Payroll Expense | 36,855.03 | |
| | | | | | | | 36,855.03 | 36,855.03 |
| 05/06/2019 | Bill | 1012-24151 | No | June rent | 2100000 | 2100000 Accounts Payable | | 3,047.98 |
| | | | Rogue | June rent | 1000000 | 1000000 Prepaid Expense | 3,047.98 | |
| | | | | | | | 3,047.98 | 3,047.98 |
| 05/15/2019 | Journal Entry | 31 | No | Federal Withholding and Payroll Tax - April | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 31,722.73 |
| | | | No | Federal Withholding and Payroll Tax - April | 2500090 | 2500090 Accrued payroll Tax | 31,722.73 | |
| | | | | | | | 31,722.73 | 31,722.73 |
| 05/22/2019 | Bill Payment (Check) | Wire052619 | No | | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 3,047.98 |
| | | | Rogue | | 2100000 | 2100000 Accounts Payable | 3,047.98 | |
| | | | | | | | 3,047.98 | 3,047.98 |
| 05/28/2019 | Journal Entry | 27 | No | Funding from HQ | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 38,099.00 |
| | | | No | Funding from HQ | 2300000 | 2300000 Other Payables | 38,099.00 | |
| | | | | | | | 38,099.00 | 38,099.00 |
| 05/31/2019 | Journal Entry | 6 | No | May Payroll - Salary | 5100010 | 5100010 HR Salary/Wages | 38,269.00 | |
| | | | No | May Payroll - Payroll Tax Federal | 6100020 | 6100020 HR Payroll Tax - Federal | 3,751.37 | |
| | | | No | May Payroll - Direct Deposit | 2500090 | 2500090 Accrued Payroll Expense | | 21,732.81 |
| | | | No | May Payroll - Withholding and Payroll Tax_CA | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 9,043.73 |
| | | | No | May Payroll - Withholding and Payroll Tax_Fed | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 8,063.23 |
| | | | No | | 2500090 | 2500090 Accrued payroll Tax | | 38,896.57 |
| | | | | | | | 38,896.57 | 38,896.57 |
| 05/31/2019 | Journal Entry | 13 | No | Accrue May accounting fee | 2300000 | 2300000 Other Payables | | 1,000.00 |
| | | | No | Accrue May accounting fee | 6000000 | 6000000 Outside Services/Accounting/Tax Services | 1,000.00 | |
| | | | | | | | 1,000.00 | 1,000.00 |
| 05/31/2019 | Journal Entry | 25 | No | CC - 5/01 QuickBooks | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 60.00 |
| | | | No | CC - 5/01 QuickBooks | 6000040 | 6000040 Office & Corporate/Software/Business Trade Subscription | 60.00 | |
| | | | No | CC - 5/08 Fedex | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 63.32 |
| | | | No | CC - 5/08 Fedex | 6000070 | 6000070 Office & Corporate/Freight | 63.32 | |
| | | | No | CC - 5/29 Fedex | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 63.32 |
| | | | No | CC - 5/29 Fedex | 6000070 | 6000070 Office & Corporate/Freight | 63.32 | |
| | | | | | | | 188.64 | 188.64 |
| 05/31/2019 | Journal Entry | 24 | No | Reclass May prepaid rent | 1000000 | 1000000 Prepaid Expenses | | 3,043.49 |
| | | | No | Reclass May prepaid rent | 6500010 | 6500010 Facilities/Rent & Lease | 3,043.49 | |
| | | | | | | | 3,043.49 | 3,043.49 |
| 05/31/2019 | Journal Entry | 32 | No | May CA Withholding and Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents/Checking_BOA | | 3,626.72 |

Journal

000995

| Date | Type | Num | Name | Memo | Clr | Account | Account Name | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | May CA Withholding and Payroll Tax | No | 2500000 | 2500000 Accrued payroll Tax | | 3,920.72 | 13,166.34 |
| | | | | May Federal Withholding and Payroll Tax | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 13,166.34 | 17,127.06 |
| | | | | May Federal Withholding and Payroll Tax | No | 2500000 | 2500000 Accrued payroll Tax | | 17,127.06 | |
| 06/06/2019 | Bill | | Rligot | | No | 2100000 | 2100000 Accounts Payable | | 3,943.49 | |
| | | | | Job rent | No | 1500000 | 1500000 Prepaid Expenses | | 3,943.49 | 3,943.49 |
| | | | | | | | | | 3,943.49 | 3,943.49 |
| 06/15/2019 | Journal Entry | 7 | | 9/15 Payroll - Salary | No | 6100010 | 6100010 HR Salary/Wages | | 16,505.50 | |
| | | | | 9/15 Payroll - Payroll Tax | No | 6100020 | 6100020 HR Payroll Tax - Federal | | 1,380.76 | 10,048.97 |
| | | | | 9/15 Payroll - Direct Deposit | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | | 1,895.10 |
| | | | | 9/15 Payroll - State Withholding/Payroll Tax | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | | 6,005.11 |
| | | | | 9/15 Payroll - State Withholding/Payroll Tax | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 16,438.26 | 15,459.28 |
| | | | | | | | | | | 3,943.49 |
| 06/22/2019 | Bill Payment (Check) | Info261219 | | | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 3,943.49 | 3,943.49 |
| | | | | | | 2100000 | 2100000 Accounts Payable | | 3,943.49 | |
| | | | | | | | | | | 16,949.50 |
| 06/22/2019 | Journal Entry | 8 | | 9/26 Payroll - Salary | No | 6100010 | 6100010 HR Salary/Wages | | 16,949.50 | 528.04 |
| | | | | 9/26 Payroll - Payroll Tax | No | 6100020 | 6100020 HR Payroll Tax - Federal | | | 11,759.25 |
| | | | | 9/26 Payroll - Direct Deposit | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | | 1,764.36 |
| | | | | 9/26 Payroll - State Withholding/Payroll Tax | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | | 5,173.83 |
| | | | | 9/26 Payroll - State Withholding/Payroll Tax | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 18,717.54 | 18,717.54 |
| 06/30/2019 | Journal Entry | 14 | | Approx June wonkontary fee | No | 7000000 | 7000000 Other Payables | | 1,000.00 | 1,000.00 |
| | | | | Approx June accounting fee | No | 6200020 | 6200020 Outside Services Accounting/Tax Services | | 1,000.00 | |
| | | | | Approx April - June payroll processing Fee | No | 7000000 | 7000000 Other Payables | | 90.00 | 90.00 |
| | | | | Approx April - June payroll processing Fee | No | 6000045 | 6000045 Office & Corporate Software/Business Tools Subscription | | 90.00 | 1,090.00 |
| | | | | | | | | | 1,090.00 | |
| | | | | | | | | | | 6,090.00 |
| 06/30/2019 | Bill | | Segheas Associates | January - June 2019 Accounting Fees | No | 2100000 | 2100000 Accounts Payable | | 6,090.00 | 310.00 |
| | | | | April - June 2019 Payroll Processing Fee | No | 7000000 | 7000000 Other Payables | | 6,000.00 | 90.00 |
| | | | | | | 7000000 | 7000000 Other Payables | | 6,090.00 | 6,090.00 |
| 06/30/2019 | Journal Entry | 35 | | CC - 5/6 UPS Store | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 310.00 | 310.00 |
| | | | | CC - 5/6 UPS Store | No | 6000070 | 6000070 Office & Corporate/Freight | | 3.10 | 1.05 |
| | | | | CC - 6/7 UPS.com | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 1.05 | 1.05 |
| | | | | CC - 6/7 UPS.com Mover's Coffee | No | 6000040 | 6000040 Office & Corporate/Office Supplies & Software | | 1.05 | 3.12 |
| | | | | CC - 6/7 UPS.com Mover's Coffee | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 1.05 | 0.01 |
| | | | | CC - 6/7 UPS.com Mover's Coffee | No | 6000040 | 6000040 Office & Corporate/Office Supplies & Software | | 3.12 | 3.12 |
| | | | | CC - 6/10 Shell | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 3.12 | 0.01 |
| | | | | CC - 6/10 Shell | No | 5200000 | 5200000 Travel/Local Transportation | | 0.01 | 124.00 |
| | | | | CC - 6/13 Intuit | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 0.01 | 72.87 |
| | | | | CC - 6/13 Intuit | No | 6000045 | 6000045 Office & Corporate Software/Business Tools Subscription | | 124.00 | 6.00 |
| | | | | CC - 6/11 Hilton TDL Restaurant Washington DC | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 124.00 | |
| | | | | CC - 6/11 Hilton TDL Restaurant Washington DC | No | 5200040 | 5200040 Travel/Travel Meals | | 72.87 | |
| | | | | CC - 6/18 Fedex | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 72.87 | |
| | | | | CC - 6/18 Fedex | No | 6000040 | 6000040 Office & Corporate/Freight | | 6.00 | |
| | | | | CC - 6/00 LAZ Parking | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 6.00 | 516.60 |
| | | | | CC - 6/00 LAZ Parking | No | 5200000 | 5200000 Travel/Local Transportation | | 8.00 | 24.55 |
| | | | | CC - 6/00 Best Buy | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 516.60 | 60.00 |
| | | | | CC - 6/00 Best Buy | No | 6000010 | 6000010 Office & Corporate/Equipment/Equipment/Fixture | | 516.60 | |
| | | | | CC - 6/00 Best Buy | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 24.55 | |
| | | | | CC - 6/00 Best Buy | No | 6000040 | 6000040 Office & Corporate/Office Supplies & Software | | 24.55 | |
| | | | | CC - 6/21 QuickBooks | No | 1100010 | 1100010 Cash and Cash Equivalences/Checking_BOA | | 60.00 | 1,132.73 |
| | | | | CC - 6/21 QuickBooks | No | 6000045 | 6000045 Office & Corporate Software/Business Tools Subscription | | 60.00 | 3,047.96 |
| | | | | | | | | | 1,132.73 | 1,132.73 |
| 06/30/2019 | Journal Entry | 35 | | Route June projekt rent | No | 1500000 | 1500000 Prepaid Expenses | | 3,047.96 | 3,047.96 |
| | | | | Route June projekt rent | No | 6500010 | 6500010 Facilities/Rent & Lease | | 5,047.96 | 628.21 |
| | | | | | | | | | 5,047.96 | 628.21 |
| 06/30/2019 | Bill | | Chun Wang | 6th Packing - wikk to bank | No | 2100000 | 2100000 Accounts Payable | | 2.00 | |
| | | | | | | 5200000 | 5200000 Travel/Local Transportation | | 2.00 | |

Journal

| Memo | Account | Amount |
|---|---|---|
| 2J Parking - visit to bank | 6300000 · Travel:Local Transportation | 7.00 |
| 3A Parking - visit to bank | 5300005 · Travel:Local Transportation | 2.00 |
| 3H Cell Phone | 6300020 · Facilities:Phone/Internet | 125.00 |
| 3I Cell Phone | 6300001 · Facilities:Phone/Internet | 155.00 |
| TaijuiPan | 5300000 · Office & Corporate Meals | 108.60 |
| Furious - business meal with Mr. Zhong | 5300000 · Office & Corporate Meals | 33.00 |
| | 5300000 · Office & Corporate Meals | 80.00 |
| Korean Grille | 5300000 · Office & Corporate Meals | 57.80 |
| Meal in New York - DC trip | 5300000 · Travel:Travel Meals | 8.05 |
| Standard parking garage | 6300040 · Office & Corporate:Office Supplies & Software | 25.00 |
| | 2100000 · Accounts Payable | 639.35 | 34,724.48 |

| Memo | Account | Amount |
|---|---|---|
| 1/22 Jie Jia Modern business meet Chun Wang and Tong | 6200000 · Office & Corporate:Meals | 35.20 |
| 1/18 Stadowns Chun Wang, Ke Yang, Tong - purchased computer, phone and office supplies | 6200000 · Office & Corporate:Meals | 104.00 |
| 1/8 Furious Dumpling House business meal Chun Wang and Tong | 6200000 · Office & Corporate:Meals | 41.00 |
| 1/1 Cell Phone | 6200020 · Facilities:Phone/Internet | 155.00 |
| 2d Cell Phone | 5200000 · Facilities:Phone/Internet | 155.00 |
| 2/13 Meeting meals Chun Wang, Tong, Ke Yang marketing strategy discussion | 6200000 · Office & Corporate:Meals | 100.00 |
| 3/13 Parking | 5300000 · Travel:Local Transportation | 6.00 |
| 3d Driving Chairman at the Board to meeting at Stanford | 5300000 · Travel:Local Transportation | 17.40 |
| 3a parking at Stanford | 5300000 · Travel:Local Transportation | 3.00 |
| V5 Driving Chairman of the Board to meeting at Stanford | 5300000 · Travel:Local Transportation | 17.40 |
| 3a Driving Chairman of the Board to meeting at Stanford | 5300000 · Travel:Local Transportation | 17.40 |
| 3a Trip to Stanford and DMV | 5300000 · Travel:Local Transportation | 34.88 |
| 3d Parking at Stanford | 5300000 · Travel:Local Transportation | 2.00 |
| 3/7 Parking at Stanford | 5300005 · Travel:Local Transportation | 2.37 |
| 3/10 Mileage for AT Education Project | 6300000 · Office & Corporate:Meals | 105.00 |
| 3/12 meals after trip to visit attorney Chun Wang and Zhong | 5300000 · Travel:Local Transportation | 52.48 |
| 3/13 mileage to visit corporate attorney | 5300000 · Travel:Local Transportation | 16.56 |
| 3/13 Drivers Chun Wang, Chairman and visitors, Hsieh | 5300000 · Travel:Local Transportation | 7.02 |
| 3/16 Mileage to Apple Store | 5300000 · Travel:Local Transportation | 52.48 |
| 3/19 meeting meet Chun Wang and Chairman | 5300000 · Travel:Local Transportation | 8.81 |
| 3/21 Trip to apply | 5300000 · Travel:Local Transportation | 7.52 |
| 3/27 Trip to project driving Chairman | 5300000 · Travel:Local Transportation | 2.56 |
| 3/19 mileage for personal project | 5300000 · Travel:Local Transportation | 105.00 |
| 4/1 Cell Phone | 5300020 · Facilities:Phone/Internet | 155.00 |
| 4/26 Elk Language Center | 6100000 · HR:Continued Education | 1,988.00 |
| 4/9 Elk Language Center | 6100000 · HR:Continued Education | 1,600.00 |
| 5/19 Dollar Tree | 6200000 · Facilities:Phone/Internet | 31.66 |
| 5d Cell Phone | 5300020 · Facilities:Phone/Internet | 155.00 |
| 5/9 mileage to airport - pick up Chairman | 5300000 · Travel:Local Transportation | 8.12 |
| 5/4 Meal at Stanford for meetings attended by Chun Wang and Chairman | 6300000 · Office & Corporate:Office Supplies & Software | 26.71 |
| 5/10 | 5300000 · Travel:Local Transportation | 44.52 |
| 5/3 Parking at airport - pick up Chairman | 5300000 · Travel:Local Transportation | 8.00 |
| 5/4 Travel meal Visiting New York | 5300000 · Travel:Travel Meals | 3.08 |
| 5/21 Elk Language Center 4 sessions | 6300000 · Travel:Local Transportation | 28.11 |
| 5/2 Cell Phone | 5300040 · Travel:Travel Meals | 6,000.00 |
| Law Office at Peter Chu - Invoice 80453; Paid by Chun | 6150000 · Facilities:Phone/Internet | 155.00 |
| | 6400000 · Outside Services:Legal & Professional Fees | 22,025.00 | 34,724.48 |

| | Account | Amount |
|---|---|---|
| 8wds July prepaid rent | 1300000 · Prepaid Expenses | 3,042.45 |
| 8wds July prepaid rent | 5300010 · Facilities:Rent & Lease | 3,042.45 | 3,043.45 |

| | Account | Amount |
|---|---|---|
| Payroll Tax w/holdings in 7/12 CA state | 2200300 · Accrued payroll Tax | 245.00 |
| Payroll Tax w/holdings in 7/12 CA state | 1100010 · Cash and Cash Equivalents:Checking_BOA | 245.03 | 245.03 |

| | Account | Amount |
|---|---|---|
| 7/15 Payroll - Salary | 6100010 · HR:Salary/Wages | 18,049.50 |
| 7/15 Payroll - Salary | 6100020 · HR:Payroll Tax - Federal | 281.72 |
| 7/15 Payroll - Payroll Tax | 1100010 · Cash and Cash Equivalents:Checking_BOA | 12,485.02 |
| 7/15 Payroll - Direct Deposit | 1100010 · Cash and Cash Equivalents:Checking_BOA | 1,784.38 |
| 7/15 Payroll - State Withholding/Payroll Tax | 1100010 · Cash and Cash Equivalents:Checking_BOA | 4,280.00 |
| 7/15 Payroll - IRS Withholdings/Payroll Tax | 1100010 · Cash and Cash Equivalents:Checking_BOA | 16,311.23 | 18,311.23 |

| | Account | Amount |
|---|---|---|
| August rent | 2100000 · Accounts Payable | 3,043.45 |
| | 1300000 · Prepaid Expenses | 3,043.45 |

000996

Journal

000997

| Date | Type | Num | | Name | Memo | Account | | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/2019 | Bill Payment (Check) | CXR010-04528 | Rogue | No | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 3,043.49 | 3,043.49 | |
| | | | | No | | 2100000 | 7000000 Accounts Payable | 3,043.49 | | 3,043.49 |
| 07/24/2019 | Bill Payment (Check) | Cxr1009 | Signature Associates | No | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 6,000.00 | 6,000.00 | 6,000.00 |
| | | | | No | | 2100000 | 5000000 Accounts Payable | 6,000.00 | | 6,000.00 |
| 07/25/2019 | Journal Entry | 54 | | No | Funding from HD 7/25/19 | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 38,000.00 | 38,000.00 | 38,000.00 |
| | | | | No | Funding from HD 7/25/19 | 2200000 | 2200000 Other Payables | 38,000.00 | | 38,000.00 |
| | | | | No | Funding from HD 7/25/19 | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 72,188.00 | 72,188.00 | 72,188.00 |
| | | | | No | Funding from HD 7/25/19 | 2900000 | 2900000 Other Payables | 72,188.00 | | 72,188.00 |
| 07/31/2019 | Journal Entry | 57 | | No | 7/31 Payroll - Salary | 6100010 | 6100010 HR:Salary/Wages | 18,043.50 | 18,043.50 | 12,133.67 |
| | | | | No | 7/31 Payroll - Payroll Tax | 6100000 | 6100000 HR:Payroll Tax - Federal | 281.71 | | 1,784.30 |
| | | | | No | 7/31 Payroll - Benefit Deposit | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | | | 4,393.99 |
| | | | | No | 7/31 Payroll - State Withholding/Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | | | 18,311.23 |
| | | | | No | 7/31 Payroll - Fed Withholding/Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 18,311.23 | 18,311.23 | 18,311.23 |
| 07/31/2019 | Journal Entry | 40 | | No | CC - 7/5 Best Buy | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 27.25 | 27.25 | 27.25 |
| | | | | No | CC - 7/5 Best Buy | 5200040 | 5200040 Office & Corporate:Office Supplies & Software | 27.25 | | 3.24 |
| | | | | No | CC - 7/6 Best Buy | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 3.24 | | 3.24 |
| | | | | No | CC - 7/6 Best Buy | 5200040 | 5200040 Office & Corporate:Office Supplies & Software | 3.24 | | 76.85 |
| | | | | No | CC - 7/5 Best Buy | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 76.85 | | 76.85 |
| | | | | No | CC - 7/5 Polar Paradise | 6000060 | 6000060 Office & Corporate:Meals | 76.85 | | 76.24 |
| | | | | No | CC - 7/5 Polar Paradise | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 76.24 | | 76.24 |
| | | | | No | CC - 7/15 FedEx | 5200070 | 5200070 Office & Corporate:Freight | 78.24 | | 70.00 |
| | | | | No | CC - 7/18 FedEx | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 70.00 | | 70.00 |
| | | | | No | CC - 7/22 Intuit | 6600040 | 6600040 Office & Corporate:Software/Business Tools Subscription | 255.03 | | 255.03 |
| | | | | No | CC - 7/22 Intuit | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 255.03 | | 255.03 |
| 07/31/2019 | Journal Entry | 63 | | No | To accrue for 7/31g July salary paid in August | 6100010 | 6100010 HR:Salary/Wages | 3,000.00 | 3,000.00 | 3,000.00 |
| | | | | No | To accrue for 7/31g July salary paid in August | 2400000 | 2400000 Accrued Payroll Expense | 3,000.00 | | 3,069.00 |
| 07/31/2019 | Journal Entry | 60 | | No | Accrue July accounting fee | 2200000 | 2200000 Other Payables | 1,000.00 | 1,000.00 | 1,000.00 |
| | | | | No | Accrue July accounting fee | 6200010 | 6200010 Outside Services:Accounting/Tax Services | 36.00 | | 36.00 |
| | | | | No | Accrue July payroll processing Fee | 2200000 | 2200000 Other Payables | 36.00 | | 1,030.00 |
| | | | | No | Accrue July payroll processing Fee | 6600045 | 6600045 Office & Corporate:Software/Business Tools Subscription | 1,030.00 | | 1,030.00 |
| 07/31/2019 | Journal Entry | 66 | | No | Period/Open $1817.53 (Jan 2019 - Dec. 2022) | 6700000 | 6700000 Depreciation | 188.71 | 188.71 | 188.71 |
| | | | | No | Period/Open $1817.53 (Jan 2019 - Dec. 2022) | 1700000 | 1700000 Accumulated Depreciation | 188.71 | | 188.71 |
| 07/31/2019 | Journal Entry | 70 | | No | Chun Wang company cell phone exp. | 6000000 | 6000000 Facilities:Phone/Internet | 155.00 | | 1,844.95 |
| | | | | No | Chun Wang company insurance exp. | 6100000 | 6100000 HR:Health Insurance | 1,844.95 | | 1,799.95 |
| | | | | No | Chun Wang July 50% | 2500000 | 2500000 Accrued Expenses | 1,799.95 | 1,799.95 | 1,799.95 |
| 08/01/2019 | Journal Entry | 65 | | No | Reclib August prepaid rent | 1500000 | 1500000 Prepaid Expenses | 3,043.49 | 3,043.49 | 3,043.49 |
| | | | | No | Reclib August prepaid rent | 6500010 | 6500010 Facilities:Rent & Lease | 3,043.49 | | 3,043.49 |
| 08/06/2019 | Bill | 22138 | SPOTT, LUCEY & WALL, INC. | No | Tax filing charge | 2100000 | 2100000 Accounts Payable | 1,306.70 | | 1,306.70 |
| | | | | No | | 6200000 | 6200000 Outside Services:Accounting/Tax Services | 1,359.30 | | 1,306.70 |
| 08/08/2019 | Bill Payment (Check) | CXR1010 | SPOTT, LUCEY & WALL, INC. | No | Book check (Pmnt for CXR1009 in BO) | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 1,306.70 | | 1,306.70 |
| | | | | No | | 2100000 | 7000000 Accounts Payable | 1,308.70 | | 1,308.70 |
| 08/13/2019 | Journal Entry | 54 | | No | Book check (Pmnt for CXR1009 in BO) | 2500000 | 2900000 Accrued Payroll Expense | | | 21,732.61 |
| | | | | No | Book check (Pmnt for CXR1009 in BO) | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 21,732.61 | | 21,732.61 |

Journal

| Date | Type | Num | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|
| | | | | | | $ 21,732.51 |
| | | | | | | 22,540.50 |
| | | | | | | 872.87 |
| 08/15/2019 | Journal Entry | 28 | | 8/15 Payroll - Salary | 6100010 HR Salary/Wages | 157.50 |
| | | | | 8/15 Payroll - Payroll Tax | 6100020 HR Payroll Tax - Federal | |
| | | | | 8/15 Payroll - Payroll Tax | 6100030 HR Payroll Tax - State | 12,155.07 |
| | | | | 8/15 Payroll - Direct Deposit | 1100010 Cash and Cash Equivalents-Checking_BOA | 2,118.02 |
| | | | | 8/15 Payroll - Salary Withholding/Payroll Tax | 1100010 Cash and Cash Equivalents-Checking_BOA | 5,933.93 |
| | | | | 8/15 Payroll - IRS Withholding/Payroll Tax | 1100010 Cash and Cash Equivalents-Checking_BOA | 3,210.00 |
| | | | | 8/15 Payroll - Direct Deposit | 1100010 Cash and Cash Equivalents-Checking_BOA | 157.50 |
| | | | | 8/15 Payroll - Direct Deposit | 2500200 Accrued payroll Tax | 27.00 |
| | | | | 8/15 CA SUI/ETT | 2500300 Accrued payroll Tax | 23,339.37 |
| | | | | 8/15 Federal Unemployment | | |
| | | | | | | $ 23,339.37 |
| | | | | | | 3,000.00 |
| 08/15/2019 | Journal Entry | 52R | | To accrue Kin Yong July salary paid in August | 6100010 HR Salary/Wages | 3,000.00 |
| | | | | To accrue Kin Yong July salary paid in August | 2500700 Accrued Payroll Expense | 3,000.00 |
| | | | | | | $ 3,000.00 |
| | | | | | | 3,044.05 |
| 08/22/2019 | Bill | 96 | Regus | September rent | 2100000 Accounts Payable | 3,044.05 |
| | | | | | 1300000 Prepaid Expenses | 3,044.05 |
| | | | | | | $ 3,044.05 |
| | | | | | | 3,044.05 |
| 08/22/2019 | Bill Payment (Check) | CK4101042758 | Regus | | 1100010 Cash and Cash Equivalents-Checking_BOA | 3,044.05 |
| | | | | | 2100000 Accounts Payable | 3,044.05 |
| | | | | | | $ 3,044.05 |
| | | | | | | 300,000.00 |
| 08/25/2019 | Journal Entry | 98 | | Funding from HO in 8/16/19 | 1100010 Cash and Cash Equivalents-Checking_BOA | 300,000.00 |
| | | | | Funding from HO in 8/16/19 | 3000000 Retained Earnings | 36,000.00 |
| | | | | Funding from HO in 8/29/19 | 1100010 Cash and Cash Equivalents-Checking_BOA | 36,000.00 |
| | | | | Funding from HO in 8/29/19 | 2200000 Other Payables | 336,000.00 |
| | | | | | | $ 336,000.00 |
| | | | | | | 19,503.52 |
| 08/30/2019 | Journal Entry | 99 | | 8/29 Payroll - Salary | 6100010 HR Salary/Wages | 385.48 |
| | | | | 8/29 Payroll - Payroll Tax | 6100020 HR Payroll Tax - Federal | 52.50 |
| | | | | 8/29 Payroll - Payroll Tax | 6100030 HR Payroll Tax - State | |
| | | | | 8/29 Payroll - Direct Deposit | 1100010 Cash and Cash Equivalents-Checking_BOA | 12,616.53 |
| | | | | 8/29 Payroll - State Withholding/Payroll Tax | 1100010 Cash and Cash Equivalents-Checking_BOA | 1,607.77 |
| | | | | 8/29 Payroll - IRS Withholding/Payroll Tax | 1100010 Cash and Cash Equivalents-Checking_BOA | 4,797.74 |
| | | | | 8/29 Payroll - Direct Deposit | 1100010 Cash and Cash Equivalents-Checking_BOA | 1,313.02 |
| | | | | 8/29 CA SUI/ETT | 2500300 Accrued payroll Tax | 52.50 |
| | | | | 8/29 Federal Unemployment (Bell) | 2500200 Accrued payroll Tax | 9.00 |
| | | | | | | $ 19,967.46 |
| | | | | | | 1,000.00 |
| 08/29/2019 | Journal Entry | 61 | | Accrue August accounting fee | 2200000 Other Payables | 1,000.00 |
| | | | | Accrue August accounting fee | 6200000 Outside Services/Accounting/Tax Services | 30.00 |
| | | | | Accrue August payroll processing Fee | 2200000 Other Payables | 30.00 |
| | | | | Accrue August payroll processing Fee | 6800045 Office & Corporate:Software/Business Tools Subscription | 1,030.00 |
| | | | | | | $ 1,030.00 |
| | | | | | | 25.66 |
| 08/30/2019 | Journal Entry | 67 | | Prorate Copier $16173.03 (Jan 2019 - Dec 2023) | 6700000 Depreciation | 25.66 |
| | | | | Prorate Copier $16173.03 (Jan 2019 - Dec 2023) | 1700000 Accumulated Depreciation | 25.66 |
| | | | | | | $ 25.66 |
| | | | | | | 100.00 |
| 08/29/2019 | Journal Entry | 71 | | Chun Wang monthly cell phone exp. | 6000030 Facilities:Phone/Internet | 1,644.65 |
| | | | | Chun Wang monthly insurance exp. | 6000040 HR:Health Insurance | |
| | | | | Chun Wang August EPR | 2500000 Accrued Expenses | 1,799.65 |
| | | | | | | $ 1,799.65 |
| | | | | | | 89.72 |
| 08/31/2019 | Journal Entry | 50 | | CC - 9/1 Fedex | 1100010 Cash and Cash Equivalents-Checking_BOA | 89.72 |
| | | | | CC - 9/1 Fedex | 6000070 Office & Corporate:Freight | 70.00 |
| | | | | CC - 9/2 incl QuickBooks | 1100010 Cash and Cash Equivalents-Checking_BOA | 70.00 |
| | | | | CC - 9/2 incl QuickBooks | 6800045 Office & Corporate:Software/Business Tools Subscription | 28.87 |
| | | | | CC - 9/3 Fedex | 1100010 Cash and Cash Equivalents-Checking_BOA | 28.87 |
| | | | | CC - 9/3 Fedex | 6000070 Office & Corporate:Freight | 82.70 |
| | | | | CC - 9/28 Fedex | 1100010 Cash and Cash Equivalents-Checking_BOA | 82.70 |
| | | | | CC - 9/28 Fedex | 6000070 Office & Corporate:Freight | 283.29 |
| | | | | | | $ 283.29 |
| | | | | | | 3,044.05 |
| 08/31/2019 | Journal Entry | 45 | | Book September prepaid rent | 1300000 Prepaid Expenses | 3,044.05 |

Journal

000099

| Date | Type | Num | | | Memo/Description | Acct | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 6000010 | 5000010 Facilities/Rent & Lease | 3,044.05 | 3,044.05 |
| 08/13/2018 | Journal Entry | 40 | | No | Burls September projects rent | 8100010 | 6100010 HR-Salary/Wages | 15,549.00 | |
| | | | | No | 9/13 Payroll - Salary | 8100000 | 6100020 HR-Payroll Tax - Federal | 282.47 | |
| | | | | No | 9/13 Payroll - Payroll Tax | 8100000 | 6100020 HR-Payroll Tax - State | 35.00 | |
| | | | | No | 9/13 Payroll - Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 12,003.43 / 1,607.77 |
| | | | | No | 9/13 Payroll - Direct Deposit | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 4,000.53 |
| | | | | No | 9/13 Payroll - State Withholding/Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 1,313.00 |
| | | | | No | 9/13 Payroll - IRS Withholding/Payroll Tax | 2500300 | 2500300 Accrued payroll Tax | | 35.00 |
| | | | | No | 9/13 CA EDD ETT | 2500300 | 2500300 Accrued payroll Tax | | 8.00 |
| | | | | No | 9/13 Federal Unemployment (940) | | | 19,856.87 | 19,856.87 |
| | | | | | | 2100000 | 5100000 Accounts Payable | 3,043.55 | |
| 09/20/2018 | Bill | | Rogue | No | October rent | 1500000 | 1500000 Prepaid Expense | 3,043.55 | 3,043.55 |
| 09/20/2018 | Bill Payment (Check) | CR#1013-24952 | Rogue | No | | 1100010 | 1100010 Cash and Cash Equivalents Checking_BOA | 3,043.55 | 3,043.55 |
| | | | | | | 2100000 | 2100000 Accounts Payable | | |
| | | | | | | 8100010 | 6100010 HR-Salary/Wages | 19,549.00 | |
| 09/20/2018 | Journal Entry | 41 | | No | 9/20 Payroll - Salary | 8100020 | 6100020 HR-Payroll Tax - Federal | 376.47 | |
| | | | | No | 9/20 Payroll - Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 12,003.43 |
| | | | | No | 9/20 Payroll - Direct Deposit | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 1,607.77 |
| | | | | No | 9/20 Payroll - State Withholding/Payroll Tax | 1100013 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 4,000.53 |
| | | | | No | 9/20 Payroll - IRS Withholding/Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 1,313.00 |
| | | | | No | 9/20 Payroll - Direct Deposit | | | 19,629.97 | 19,629.97 |
| | | | | No | CC - 9/23 Intuit QuickBooks | 1100010 | 1100010 Cash and Cash Equivalents Checking_BOA | | 70.00 |
| 09/20/2018 | Journal Entry | 51 | | No | CC - 9/23 Intuit QuickBooks | 6000045 | 6000045 Office & Corporate Software/Business Fees Subscription | 70.00 | |
| | | | | | | | | 0.00 | |
| | | | | No | FundBox Item HQ in 9/2018 | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | 70.00 | 70.00 |
| 09/20/2018 | Journal Entry | 52 | | No | FundBox Item HQ in 9/2018 | 2300000 | 2300000 Other Payables | 36,095.00 | |
| | | | | | | | | 36,095.00 | 36,095.00 |
| | | | | No | Accrue September accounting fee | 2300000 | 2300000 Other Payables | | 1,000.00 |
| 09/20/2018 | Journal Entry | 52 | | No | Accrue September accounting fee | 6000005 | 6000005 Outside Services Accounting/Tax Services | 1,000.00 | |
| | | | | No | Accrue September payroll processing Fee | 2300000 | 2300000 Other Payables | | 30.00 |
| | | | | No | Accrue September payroll processing Fee | 6000045 | 6000045 Office & Corporate Software/Business Tools Subscription | 30.00 | 30.00 |
| | | | | | | | | 1,232.00 | 1,232.00 |
| | | | | No | Printer/Copier $1617.53 (Jan 2018 - Dec 2023) | 6700000 | 6700000 Depreciation | 25.86 | |
| 09/20/2018 | Journal Entry | 68 | | No | Printer/Copier $1617.53 (Jan 2018 - Dec 2023) | 1700000 | 1700000 Accumulated Depreciation | | 25.86 |
| | | | | | | | | 25.86 | 25.86 |
| | | | | No | Chun Wang monthly cell phone svc | 5000000 | 5000000 Facilities/Rent&Interest | 153.00 | |
| 09/30/2018 | Journal Entry | 72 | | No | Chun Wang monthly insurance svc | 6100000 | 6100000 HR/Health Insurance | 1,646.95 | |
| | | | | No | Chun Wang September Gil | 2500000 | 2500000 Accrued Expenses | | 1,799.95 |
| | | | | | | | | 1,799.95 | 1,799.95 |
| | | | | No | Rock October prepaid rent | 1500000 | 1500000 Prepaid Expense | 3,043.55 | |
| 10/01/2018 | Journal Entry | 47 | | No | Rock October prepaid rent | 6000010 | 5000010 Facilities/Rent & Lease | | 3,043.55 |
| | | | | | | | | 3,043.55 | 3,043.55 |
| | | | | No | Payroll Tax withdrew in 10/4 from CA State | 2500300 | 2500300 Accrued payroll Tax | 245.00 | |
| 10/04/2018 | Journal Entry | 50 | | No | Payroll Tax withdrew in 10/4 from CA State | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 245.00 |
| | | | | | | | | 245.00 | 245.00 |
| | | | | | | 8100010 | 6100010 HR-Salary/Wages | 19,549.00 | |
| 10/12/2018 | Journal Entry | 42 | | No | 10/15 Payroll - Salary | 8100000 | 6100020 HR-Payroll Tax - Federal | 376.47 | |
| | | | | No | 10/15 Payroll - Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 12,003.43 |
| | | | | No | 10/15 Payroll - Direct Deposit | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 1,607.77 |
| | | | | No | 10/15 Payroll - State Withholding/Payroll Tax | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 4,000.53 |
| | | | | No | 10/15 Direct Deposit | 1100010 | 1100010 Cash and Cash Equivalents-Checking_BOA | | 1,313.92 |

Journal

| Date | Type | Num | Rep | | | Memo | Account | Name | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ 19,925.87 | $ 19,925.87 |
| 10/21/2019 | Bill | | 10-5-29-57 | Rogers | No No | November rent | 2100000 2000000 Accounts Payable / 1500000 1000000 Prepaid Expenses | | 3,056.56 / 3,056.56 | 3,056.56 / 3,056.56 |
| 10/21/2019 | Bill Payment (Check) | C08-10-5-29-57 | Rogers | No No | | 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 2100000 2000000 Accounts Payable | | 3,056.56 / 3,056.56 | 3,056.56 / 3,056.56 |
| 10/25/2019 | Journal Entry | 56 | No No | | Funding from HQ in 10/25/19 / Funding from HQ in 10/25/19 | 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 2000000 2000000 Other Payables | | 38,099.00 / 38,099.00 | 38,099.00 / 38,099.00 |
| 10/31/2019 | Journal Entry | 43 | No No | | 10/31 Payroll - Salary / 10/31 Payroll - Payroll Tax / 10/31 Payroll - Payroll Tax / 10/31 Payroll - Direct Deposit / 10/31 Payroll - State Withholding/Payroll Tax / 10/31 Payroll - IRS Innovation/Payroll Tax / 10/31 Payroll - Direct Deposit / 10/31 Payroll - Direct Deposit / 10/31 CA SUI/ETT / 10/31 Federal Unemployment (940) | 6100010 5000010 HR:Salary/Wages / 6100020 6000020 HR:Payroll Tax - Federal / 6100030 6000030 HR:Payroll Tax - State / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 2500000 2500000 Accrued payroll Tax / 2500000 2500000 Accrued payroll Tax | | 20,754.81 / 476.73 / 42.54 / 12,003.43 / 1,832.03 / 5,063.37 / 1,318.92 / 1,521.42 / 42.54 / 7.35 | 21,294.15 |
| 10/31/2019 | Journal Entry | 51 | No No | | QC - 10/31 Intuit QuickBooks / QC - 10/31 Intuit QuickBooks | 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 6600045 6600045 Office & Corporate Software/Business Tools Subscription | | 70.00 / 0.00 / 70.00 | 70.00 / 70.00 |
| 10/31/2019 | Journal Entry | 60 | No No | | Accrue October accounting fee / Accrue October accounting fee / Accrue October payroll processing Fee / Accrue October payroll processing Fee | 2000000 2000000 Other Payable / 6200010 6200010 Outside Services:Accounting/Tax Services / 2200000 2200000 Other Payables / 6600045 6600045 Office & Corporate Software/Business Tools Subscription | | 1,000.00 / 30.00 / 1,030.00 | 1,000.00 / 26.00 / 4,030.00 |
| 10/31/2019 | Journal Entry | 58 | No No | | To accrue Lin Yao October salary paid in November / To accrue Lin Yao October salary paid in November | 6100010 6100010 HR:Salary/Wages / 2500000 2500000 Accrued Payroll Expenses | | 2,000.00 / 2,000.00 | 2,000.00 / 2,000.00 |
| 10/31/2019 | Journal Entry | 60 | No No | | Prepaid Copier $1017.33 (Jan 2019 - Dec. 2023) / Prepaid Copier $1017.33 (Jan 2019 - Dec. 2023) | 6700000 6700000 Depreciation / 1700000 1700000 Accumulated Depreciation | | 26.98 / 25.68 | 26.98 / 25.68 |
| 10/31/2019 | Journal Entry | 73 | No No | | Chun Wang monthly cell phone exp. / Chun Wang monthly insurance exp. / Chun Wang December IGR | 6000020 6000020 Facilities:Phone/Internet / 6100060 6100060 HR:Health Insurance / 2500000 2500000 Accrued Expenses | | 133.00 / 1,644.63 / 1,799.93 | 1,799.93 / 1,799.93 |
| 11/01/2019 | Journal Entry | 48 | No No | | Rocla November prepaid rent / Rocla November prepaid rent | 1500000 1500000 Prepaid Expenses / 6500010 6500010 Facilities:Rent & Lease | | 3,056.56 / 3,056.56 | 3,056.56 / 3,056.56 |
| 11/15/2019 | Journal Entry | 74 | No No | | 11/15 Payroll - Salary / 11/15 Payroll - Payroll Tax / 11/15 Payroll - Direct Deposit / 11/15 Payroll - State Withholding/Payroll Tax / 11/15 Payroll - IRS Withholding/Payroll Tax / 11/15 CA SUI/ETT / 11/15 Federal Unemployment (940) | 6100010 6100010 HR:Salary/Wages / 6100020 6100020 HR:Payroll Tax - Federal / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 1100010 1000010 Cash and Cash Equivalents:Checking_BOA / 2500000 2500000 Accrued payroll Tax / 2500000 2500000 Accrued payroll Expenses | | 21,007.83 / 547.82 / 14,520.50 / 1,945.16 / 5,129.80 / 51.84 / 8.75 | 21,555.65 / 21,555.65 |
| 11/20/2019 | Bill | | No No | | Already accrued in Oct, exp paid in Nov. consulting service for Oct. 2019 | 2100000 2000000 Accounts Payable / 2500000 2500000 Accrued Payroll Expense | | 2,000.00 / 2,000.00 | 2,000.00 / 2,000.00 |
| 11/20/2019 | Bill Payment (Check) | | No No | Yes Lin | | 1100010 1000010 Cash and Cash Equivalents:Checking_BOA | | 2,000.00 | 2,000.00 |

001000

Journal

| Date | Type | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|
| | | | | | 2100000 · 1000000 Accounts Payable | 2,000.00 | 2,000.00 |
| | | | | | | | 3,050.32 |
| | | | | | 2100000 · 2100000 Accounts Payable | | |
| 11/21/2019 | Bill | Repair | | December rent | 1500000 · 1900000 Prepaid Expense | 3,050.32 | 3,050.32 |
| | | | | | | 3,050.32 | 3,050.32 |
| 11/21/2019 | Bill Payment (Check) | Wurn11/21/2010 | Repair | | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | 3,050.32 | 3,050.32 |
| | | | | | 2100000 · 2100000 Accounts Payable | 3,050.32 | 3,050.32 |
| 11/21/2019 | Journal Entry | 78 | | CC - 11/21 Intuit QuickBooks | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | 70.00 | 70.00 |
| | | | | CC - 11/21 Intuit QuickBooks | 6000045 · 6000045 Office & Corporate Software/Business Tools Subscription | 70.00 | 70.00 |
| 11/26/2019 | Journal Entry | 79 | | Funding loan HD in 11/26/19 | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | 38,099.00 | 38,099.00 |
| | | | | Funding loan HD in 11/26/19 | 2300000 · 2300000 Other Payables | 38,099.00 | 38,099.00 |
| 11/26/2019 | Journal Entry | 80 | | Accrue November accounting fee | 2200000 · 2200000 Other Payables | 1,000.00 | 1,000.00 |
| | | | | Accrue November accounting fee | 6200000 · 6200000 Outside Services Accounting/Tax Services | 1,000.00 | |
| | | | | Accrue November payroll processing fee | 2300000 · 2300000 Other Payables | 30.00 | 30.00 |
| | | | | Accrue November payroll processing Fee | 6000045 · 6000045 Office & Corporate Software/Business Tools Subscription | 1,030.00 | 1,030.00 |
| 11/26/2019 | Journal Entry | 81 | | Prepar/Depar $1617.53 (Jan 2019 - Dec 2020) | 1700000 · 1700000 Depreciation | 26.96 | 26.96 |
| | | | | Prepar/Depar $1617.53 (Jan 2019 - Dec 2020) | 1700000 · 1700000 Accumulated Depreciation | 26.96 | 26.96 |
| 11/26/2019 | Journal Entry | 82 | | Chun Wong monthly cell phone exp. | 6000020 · 6000020 Facilities/Phone/Internet | 155.00 | |
| | | | | Chun Wong monthly insurance exp. | 6100000 · 6100000 Insurance | 1,644.85 | |
| | | | | Chun Wong November ER | 2000000 · 2000000 Accrued Expense | 1,799.85 | 1,799.85 |
| | | | | | | 1,799.85 | 1,799.85 |
| 11/30/2019 | Journal Entry | 15 | | 11/30 Payroll - Salary | 6100000 · 6100000 HR Salary/Wages | 21,392.83 | |
| | | | | 11/30 Payroll - Payroll Tax - Federal | 6100020 · 6100020 HR Payroll Tax - Federal | 578.52 | |
| | | | | 11/30 Payroll - Direct Deposit | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | | 14,705.96 |
| | | | | 11/30 Payroll - State Withholding/Payroll Tax | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | | 1,673.31 |
| | | | | 11/30 Payroll - JSD Withholding/Payroll Tax | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | | 5,232.25 |
| | | | | 11/30 CA SUI/ETT | 2600000 · 2600000 Accrued payroll Tax | | 51.54 |
| | | | | 11/30 Federal Unemployment (SMS) | 2600000 · 2600000 Accrued payroll Tax | | 8.75 |
| | | | | | | 21,959.33 | 21,959.33 |
| 12/02/2019 | Journal Entry | 76 | | Book December prepaid rent | 1500000 · 1500000 Prepaid Expenses | 3,090.32 | 3,090.32 |
| | | | | Book December prepaid rent | 6200010 · 6200010 Facilities/Rent & Lease | 3,690.32 | 3,690.32 |
| 12/03/2019 | Bill | | United Healthcare | 12/3 bill for December 2019 | 2100000 · 2100000 Accounts Payable | 4,717.24 | 4,717.24 |
| | | | | | 6100060 · 6100060 HR/Health Insurance | 4,717.24 | 4,717.24 |
| 12/04/2019 | Bill | | The Hartford | Workers Comp. insurance paid in 12/5/2019, confirmation # G327095085 | 2100000 · 2100000 Accounts Payable | 938.00 | 938.00 |
| | | | | | 6000050 · 6000050 Office & Corporate Insurance | 938.00 | 938.00 |
| 12/04/2019 | Bill Payment (Check) | 190062(3)-2019 | The Hartford | 19565212 | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | 938.00 | 938.00 |
| | | | | | 2100000 · 2100000 Accounts Payable | 938.00 | 938.00 |
| 12/06/2019 | Journal Entry | 83 | | 12/15 Payroll - Salary | 6100010 · 6100010 HR Salary/Wages | 21,392.83 | |
| | | | | 12/15 Payroll - Payroll Tax - Federal | 6100020 · 6100020 HR/Payroll Tax - Federal | 578.52 | |
| | | | | 12/15 Payroll - Direct Deposit | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | | 14,705.96 |
| | | | | 12/15 Payroll - State Withholding/Payroll Tax | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | | 1,673.31 |
| | | | | 12/15 Payroll - JSD Withholding/Payroll Tax | 1100010 · 1100010 Cash and Cash Equivalents/Checking_BOA | | 5,232.25 |
| | | | | 12/15 CA SUI/ETT | 2600000 · 2600000 Accrued payroll Tax | | 51.54 |
| | | | | 12/15 Federal Unemployment (SMS) | 2600000 · 2600000 Accrued payroll Tax | | 8.75 |
| | | | | | | 21,959.33 | 21,959.33 |

001001

Journal

| Date | Type | Num | | Name | Memo | Account | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 692.72 |
| 12/16/2019 | Bill | Ex xr 2019.12 | No | Ke Yang | 12.4 Samsung - 14.6" Chromebook - Intel Celeron - 4GB Memory - 32GB eMMC Flash Memory (Platinum Titan, cgg 2 | 2100000 | 2:00000 Accounts Payable | 556.05 |
| | | | No | | 12.4 Samsung - Plus 2-in-1 12.2" Touch-Screen Chromebook - Intel Celeron - 4GB Memory - 32GB eMMC Flash Memory - Sceek Silver | 5000030 | 5000030 Office & Corporate:Expense/Equipment/Fixture | 331.67 |
| | | | | | | | | 887.72 |
| 12/19/2019 | Bill | 8G045414445 | No | United Healthcare | 1219 bill for January 2020 | 2100000 | 2100000 Accounts Payable | 4,717.24 |
| | | | No | | | 1000000 | 1000000 Prepaid Expenses | 4,717.24 |
| | | | | | | | | 4,717.24 |
| 12/19/2019 | Bill | | No | West Delta | aider to Chun Wang 1/8/2020 email | 2100000 | 2100000 Accounts Payable | 343.32 |
| | | | No | | 1219 - Delta Denial for December 2019 | 6100000 | 6100000 HR:Health Insurance | 343.32 |
| | | | | | | | | 343.32 |
| 12/18/2019 | Bill Payment (Check) | Auto12182019 | No | Allied Delta | | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 343.32 |
| | | | No | | | 2100000 | 2100000 Accounts Payable | 343.32 |
| | | | | | | | | 343.32 |
| 12/20/2019 | Bill | | No | Bogaa | January visit | 2100000 | 2100000 Accounts Payable | 3,168.50 |
| | | | No | | | 1000000 | 1000000 Prepaid Expenses | 3,168.50 |
| | | | | | | | | 3,168.50 |
| 12/20/2019 | Bill Payment (Check) | dev0xr122020019 | No | Regina | | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 3,168.50 |
| | | | No | | | 2100000 | 2100000 Accounts Payable | 3,168.50 |
| | | | | | | | | 3,168.50 |
| 12/20/2019 | Bill Payment (Check) | 22133 | No | SPOTT, LUCEY & WALL, INC. | 3/14/2019 Emailed Ms. Wang regarding her employment contract and provided clarification on her salary arrangement for federal tax; 8/20/2019 Discussion with client on the issues related to the additional funding from HK; 8/21/2019 Repeated review of the updated report; Provided comments; 6/21/2019 Review and approval of the 2018 India tax refund; 3/14/2019 Other License fee, filed 1 filing | 5200020 | 5200020 Outside Services:Accounting/Tax Services | 1,645.00 |
| | | | No | | | 5200020 | 5200020 Outside Services:Accounting/Tax Services | 2,752.53 |
| | | | No | | | 5200020 | 5200020 Outside Services:Accounting/Tax Services | 130.00 |
| | | | | | | | | 4,357.53 |
| 12/20/2019 | Bill | | No | MT Law | 2019 balance due - Please see attached invoice for detail; and service for 2019 is $4223 minus retainer fee $2K, there's $1229 due | 2100000 | 2100000 Accounts Payable | 1,059.00 |
| | | | No | | | 5200030 | 5200030 Outside Services:Legal & Professional Fees | 1,229.00 |
| | | | | | | | | 1,229.00 |
| 12/20/2019 | Bill Payment (Check) | | No | Yes Lin | | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 2,000.00 |
| | | | No | | | 2100000 | 2100000 Accounts Payable | 2,000.00 |
| | | | | | | | | 2,000.00 |
| 12/20/2019 | Journal Entry | 10 | No | | Lin Yao penalizing fee accrued in Oct. should reclass to consultant fee | 6100010 | 6100010 HR:Salary/Wages | 2,000.00 |
| | | | No | | Lin Yao penalizing fee removed in Oct. should reclass to consultant fee | 5200010 | 5200010 Outside Services:Consulting Services | 2,000.00 |
| | | | | | | | | 2,000.00 |
| 12/22/2019 | Journal Entry | 88 | No | | CC - 1223 Intuit QuickBooks | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 70.00 |
| | | | No | | CC - 1223 Intuit QuickBooks | 5600045 | 5600045 Office & Corporate:Software/Business Tools Subscription | 70.00 |
| | | | | | | | | 70.00 |
| 12/25/2019 | Bill Payment (Check) | Auto12262019 | No | United Healthcare | Pay Bill's 1220 email; we have paid the December and January invoices. Please see the attached screenshot. | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 9,434.48 |
| | | | No | | | 2100000 | 2100000 Accounts Payable | 9,434.48 |
| | | | | | | | | 9,434.48 |
| 12/27/2019 | Bill | | No | The Hartford | Pay Chun Wang's 12/27/19 email; Insurer's Comp, Insurance - 1077 email balance | 2100000 | 2100000 Accounts Payable | 71.00 |
| | | | No | | | 5000030 | 5000030 Office & Corporate:Insurance | 71.00 |
| | | | | | | | | 71.00 |
| 12/31/2019 | Journal Entry | 84 | No | | 1231 Payroll - Salary | 6100010 | 6100010 HR:Salary/Wages | 21,395.63 |
| | | | No | | 1231 Payroll - Payroll Tax | 6100020 | 6100020 HR:Payroll Tax - Federal | 574.02 |
| | | | No | | 1231 Payroll - Direct Deposit | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 14,193.95 |
| | | | No | | 1231 Payroll - State Withholding/Payroll Tax | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 1,912.32 |
| | | | No | | 1231 Payroll - IRS Withholding/Payroll Tax | 1100000 | 1100010 Cash and Cash Equivalents:Checking_BOA | 5,222.28 |
| | | | No | | 1231 CA SUI/ETT | 5300000 | 5300000 Accrued Payroll Tax | 49.34 |
| | | | No | | 1291 Federal Unemployment [640] | 5300000 | 5300000 Accrued Payroll Tax | 8.40 |
| | | | | | | | | 21,937.35 |

001002

Journal

001003

| Date | Type | Ref | Name | Acct | Account | Amount | Amount |
|---|---|---|---|---|---|---|---|
| | | | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | | 837.72 |
| | | | | 2100000 | 2100000 Accounts Payable | 837.72 | 837.72 |
| 12/31/2019 | Bill Payment (Check) | SP-12002000 | Ke Yang | | paid in 12/31 payroll | 837.72 | |
| | | | | | | | 1,000.00 |
| 12/31/2019 | Journal Entry | 37 | | No | | 1,000.00 | |
| | | | | 2000000 | 7200000 Other Payables | | |
| | | | | 5200010 | 5200010 Outside Services:Accounting/Tax Services | | 30.00 |
| | | | | 2200000 | 7200000 Other Payables | 30.00 | |
| | | | | 6000045 | 6000045 Office & Corporate:Software/Business Tools Subscription | 1,030.00 | 1,030.00 |
| | | | | | accrue December accounting fee | | |
| | | | | | accrue December accounting fee | | |
| | | | | | accrue December payroll processing fee | | |
| | | | | | | 155.00 | 155.00 |
| 12/31/2019 | Journal Entry | 68 | | No | | 155.00 | 155.00 |
| | | | | 6200020 | 6200020 Facilities:Phone/Internet | | |
| | | | | 2200000 | 7200000 Accrued Expenses | | |
| | | | | | Chen Wang monthly cell phone exp. | | |
| | | | | | Chen Wang December ER | | |
| | | | | | | 39.69 | 39.69 |
| 12/31/2019 | Journal Entry | 69 | | No | | | |
| | | | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 39.69 | 62.75 |
| | | | | 6900070 | 6900070 Office & Corporate:Freight | 62.75 | |
| | | | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 87.75 | |
| | | | | 6900070 | 6900070 Office & Corporate:Freight | | 72.80 |
| | | | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | 72.80 | |
| | | | | 6900070 | 6900070 Office & Corporate:Freight | 175.28 | 175.28 |
| | | | | | CC - 12/31 Fedex | | |
| | | | | | CC - 12/31 Fedex | | |
| | | | | | CC - 12/26 Fedex | | |
| | | | | | CC - 12/05 Fedex | | |
| | | | | | CC - 12/23 Fedex | | |
| | | | | | CC - 12/03 Fedex | | |
| | | | | | | 25.00 | 25.00 |
| 12/31/2019 | Journal Entry | 90 | | No | | 25.00 | 25.00 |
| | | | | 6200000 | 6200000 Office & Corporate:Registration, License, Fees | | |
| | | | | 1100010 | 1100010 Cash and Cash Equivalents:Checking_BOA | | |
| | | | | | CC - 12/31 CA Secretary of State | | |
| | | | | | CC - 12/31 CA Secretary of State | | |
| | | | | | | 26.96 | 26.96 |
| 12/31/2019 | Journal Entry | 92 | | No | | 26.96 | 26.96 |
| | | | | 6700000 | 6700000 Depreciation | | |
| | | | | 1700000 | 1700000 Accumulated Depreciation | | |
| | | | | | Printer/Copier $1517.53 (Jan 2019 - Dec. 2022) | | 4,000.00 |
| | | | | | Printer/Copier $1517.53 (Jan 2019 - Dec. 2022) | | |
| 12/31/2019 | 93 | | Yac Lin | | | 2,000.00 | 2,000.00 |
| | | | | 2100000 | 2100000 Accounts Payable | 2,000.00 | 4,000.00 |
| | | | | 5200010 | 5200010 Outside Services:Consulting Services | | |
| | | | | 5200010 | 5200010 Outside Services:Consulting Services | | |
| | | | | | consulting service for Nov. 2019 | | |
| | | | | | consulting service for Dec. 2019 | | |
| | | | | | | 324,891.00 | 324,891.00 |
| 12/31/2019 | Journal Entry | 94 | | No | | 324,891.00 | 324,891.00 |
| | | | | 2300000 | 2300000 Other Payables | | |
| | | | | 300000 | 300000 Owner's Investment | | |
| | | | | | Reclassify funding from HQ to Investment | | |
| | | | | | Reclassify funding from HQ to Investment | | |
| | | | | | | 174.75 | 500.38 |
| 12/31/2019 | 98 | ER KY 2019.11 | Ke Yang | | | 25.? | |
| | | | | 2100000 | 2100000 Accounts Payable | 300.00 | |
| | | | | 6000025 | 6000025 Office & Corporate:Hiring Expense | 500.38 | 500.38 |
| | | | | 6000025 | 6000025 Office & Corporate:Hiring Expense | | |
| | | | | 6000025 | 6000025 Office & Corporate:Hiring Expense | | |
| | | | | | Advertising on Indeed for open position - October | | |
| | | | | | Advertising on Indeed for open position - October | | |
| | | | | | Advertising on World Journal for open position - November | | |
| | | | | | | 253.64 | 253.00 |
| 12/31/2019 | 98 | | Ke Yang | | | 11.36 | |
| | | | | 2100000 | 2100000 Accounts Payable | 253.00 | 253.00 |
| | | | | 6000045 | 6000045 Office & Corporate:Software/Business Tools Subscription | | |
| | | | | 6000040 | 6000040 Office & Corporate:Office Supplies & Software | | |
| | | | | | GoDaddy Website Registration | | |
| | | | | | Website | | |
| TOTAL | | | | | | 1,712,841.78 | 1,712,841.78 |

# EXHIBIT C-9

001004

Online Office Agreement

English (US)

Agreement Date : November 7, 2018          Reference No : 32768-740461

| Business Center Details | | Client Details | |
|---|---|---|---|
| CA, Campbell - Pruneyard (HQ) | | Company Name | Chun wang |
| Address | 1999 S. Bascom Avenue<br>Suite 700<br>Campbell<br>California<br>95008<br>United States of America | Contact Name | Chun wang |
| | | Address | 998 crockett ave |
| | | Town/City | Campbell |
| | | County/State/Province * | California |
| | | Post Code * | 95008 |
| | | Country * | United States of Ameri |

**Office Payment Details (exc. tax and exc. services)**

| Office Number | Price per Person per Day | Discount on Initial Term | Discounted Price per Person per Day | x People | Discounted Price per Office per Day |
|---|---|---|---|---|---|
| 753 | $ 22.15 | 15% | $ 18.83 | 5 | $ 94.15 |

| | |
|---|---|
| Total Average Monthly Price per Person per Month | $ 564.91 |
| Total Monthly Price | $ 2,824.55 |

Service Provision :          Start Date          December 1, 2018          End Date          November 30, 2020

- Invoices/Fees are charged on a monthly basis which is calculated based on a 30-day month. i
- All agreements end on the last calendar day of the month. i
- A refundable service retainer equivalent to 2 x monthly office fee will be payable. i

**Terms and Conditions**

We are Regus Management Group, LLC, the "Provider". This Agreement incorporates our terms of business set out on attached Terms and Conditions, attached House Rules and Service Price Guide (where available) which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Cancellation" section of your terms and conditions

AGREEMENT TO ARBITRATE; CLASS ACTION WAIVER: Any dispute or claim relating in any way to this agreement shall be resolved by binding arbitration administered by the American Arbitration Association in accord with its Commercial Arbitration Rules (available at www.adr.org), except that you or the Provider may assert claims in small claims court and the Client and the Provider may pursue court actions to remove you, or prevent your removal, from the Center if you do not leave when this agreement terminates. The arbitrator shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this agreement. The arbitrator shall not conduct arbitration as a class or representative action. The Client and the Provider acknowledge that this agreement is a transaction in interstate commerce governed by the Federal Arbitration Act. The Client and the Provider agree to waive any right to pursue any dispute relating to this agreement in any class, private attorney general, or other representative action.

☐ I accept the terms and conditions          Download the terms and conditions

Download the house rules

Please enter your VAT number, so that we can process your order:

Not VAT Registered ☐

**Confirm by typing your name in the box below**

Name :                              on behalf of Chun wang          **> Accept Agreement**

**I confirm these details are correct to the best of my knowledge**

This website is secure. Your personal details are protected at all times.          Print Agreement

Copyright © Regus Group Companies 2009. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Regus plc is prohibited.

001005

## 1. This Agreement

1.1 Nature of this agreement:  This agreement is the commercial equivalent of an agreement for accommodation(s) in a hotel.  The whole of the Center remains in the Provider's possession and control. THE CLIENT ACCEPTS THAT THIS AGREEMENT CREATES NO TENANCY INTEREST, LEASEHOLD ESTATE OR OTHER REAL PROPERTY INTEREST IN THE CLIENT'S FAVOUR WITH RESPECT TO THE ACCOMMODATION(S).  The Provider is giving the Client the right to share with the Provider the use of the Center on these terms and conditions, as supplemented by the House Rules, so that the Provider can provide the services to the Client.  This Agreement is personal to the Client and cannot be transferred to anyone else without prior consent from the Provider unless such transfer is required by law.  The Provider will not unreasonably withhold its consent to assignment to a parent, subsidiary or affiliate of Client provided that Client and assignee execute the Provider's form of Assignment of License Agreement which will require assignee to assume all Client obligations and will not release the Client.  This agreement is composed of the front page describing the accommodation(s), the present terms and conditions, the House Rules and the Service Price Guide (where available).

1.2 Comply with House Rules:  The Client must comply with any House Rules which the Provider imposes generally on users of the Center.  The House Rules vary from country to country and from Center to Center and these can be requested locally.

1.3 AUTOMATIC RENEWAL:  THIS AGREEMENT LASTS FOR THE PERIOD STATED IN IT AND **THEN WILL BE EXTENDED AUTOMATICALLY FOR SUCCESSIVE PERIODS EQUAL TO THE CURRENT TERM BUT NO LESS THAN 3 MONTHS** (UNLESS LEGAL RENEWAL TERM LIMITS APPLY) UNTIL TERMINATED BY THE CLIENT OR BY THE PROVIDER PERSUANT TO SECTION 1.4.  UNTIL BROUGHT TO AN END BY THE CLIENT OR BY THE PROVIDER.  ALL PERIODS SHALL RUN TO THE LAST DAY OF THE MONTH IN WHICH THEY WOULD OTHERWISE EXPIRE.  THE FEES ON ANY RENEWAL WILL BE AT THE THEN PREVAILING MARKET RATE. THIS CLAUSE DOES NOT APPLY TO MONTH TO MONTH AGREEMENTS.

1.4 **CANCELLATION:**  EITHER THE PROVIDER OR THE CLIENT CAN TERMINATE THIS AGREEMENT AT THE END DATE STATED IN IT, OR AT THE END OF ANY EXTENSION OR RENEWAL PERIOD, BY GIVING AT LEAST THREE MONTHS WRITTEN NOTICE TO THE OTHER.  HOWEVER, IF THIS AGREEMENT, EXTENSION OR RENEWAL IS FOR THREE MONTHS OR LESS AND EITHER THE PROVIDER OR THE CLIENT WISHES TO TERMINATE IT, THE NOTICE PERIOD IS TWO MONTHS IF THIS AGREEMENT, EXTENSION OR RENEWAL IS FOR TWO MONTHS OR LESS, NOTICE MUST BE GIVEN WITHIN ONE WEEK OF THE START DATE OF THE CURRENT TERM.IF THE CLIENT IS ON A MONTH TO MONTH AGREEMENT EITHER PARTY MAY TERMINATE THIS AGREEMENT BY GIVING NO LESS THAN ONE MONTHS' NOTICE TO THE OTHER (EFFECTIVE FROM THE START OF ANY CALENDAR MONTH).

1.5 Ending this agreement immediately:  To the maximum extent permitted by applicable law, the Provider may put an end to this agreement immediately by giving the Client notice and without need to follow any additional procedure if (a) the Client becomes insolvent, bankrupt, goes into liquidation or becomes unable to pay its debts as they fall due, or (b) the Client is in breach of one of its obligations which cannot be put right or which the Provider have given the Client notice to put right and which the Client has failed to put right within fourteen (14) days of that notice, or (c) its conduct, or that of someone at the Center with its permission or invitation, is incompatible with ordinary office use and (i) such conduct is repeated despite the Client having been given a warning or (ii) such conduct is material enough (in the Provider's opinion) to warrant immediate termination.

If the Provider puts an end to this agreement for any of these reasons it does not put an end to any outstanding obligations, including additional services used, requested or required under the agreement and the monthly office fee for the remainder of the period for which this agreement would have lasted if the Provider had not ended it.

1.6  If the Center is no longer available:  In the event that the Provider is permanently unable to provide the services and accommodation(s) at the Center stated in this agreement then this agreement will end and the Client will only have to pay monthly office fees up to the date it ends and for the additional services the Client has used.· The Provider will try to find suitable alternative accommodation(s) for the Client at another Provider Center.

1.7 When this agreement ends the Client is to vacate the accommodation(s) immediately, leaving the accommodation(s) in the same condition as it was when the Client took it.  Upon the Client's departure or if the Client, at its option, chooses to relocate to different rooms within the Center, the Provider will charge an Office Restoration Service fee to cover normal cleaning and testing and to return the accommodation(s) to its original state.  This fee will

differ by country and           d in the House Rules.  The Provider reserves the right to charge additional reasonable fees for any repairs needed above and beyond normal wear and tear.  If the Client leaves any property in the Center the Provider may dispose of it at the Client's cost in any way the Provider chooses without owing the Client any responsibility for it or any proceeds of sale.  If the Client continues to use the accommodation(s) when this agreement has ended the Client is responsible for any loss, claim or liability the Provider incurs as a result of the Client's failure to vacate on time.  The Provider may, at its discretion, permit the Client an extension subject to a surcharge on the monthly office fee.

1.8 Employees:  While this agreement is in force and for a period of six months after it ends, neither the Provider nor the Client may knowingly solicit or offer employment to any of the other's staff employed in the Center.  This obligation applies to any employee employed at the Center up to that employee's termination of employment, and for three months thereafter.  It is stipulated that the breaching party shall pay the non-breaching party the equivalent of six months' salary for any employee concerned.  Nothing in this clause shall prevent either party from employing an individual who responds in good faith and independently to an advertisement which is made to the public at large.

1.9 Notices:  All formal notices must be in writing, which may include by email, to the address first written above.

1.10 Confidentiality:  The terms of this agreement are confidential.  Neither the Provider nor the Client must disclose them without the other's consent unless required to do so by law or an official authority.  This obligation continues for a period of 3 years after this agreement ends.

1.11 Applicable law:  This agreement is interpreted and enforced in accordance with the law of the place where the relevant Center is located.  All dispute resolution proceedings will be conducted in the country, state or province where the Center is located. If any provision of these terms and conditions is held void or unenforceable under the applicable law, the other provisions shall remain in force.  In the case of Japan all agreements will be interpreted and enforced by the Tokyo District Court, and in the case of France, any dispute regarding this agreement will be settled by the relevant courts of the Paris jurisdiction.

## 2. Services and Obligations

2.1 Office accommodation(s):  The Provider is to provide the number of serviced office accommodation(s) for which the Client has agreed to pay in the Center stated in this agreement.  This agreement lists the accommodation(s) the Provider has initially allocated for the Client's use.  The Client will have a non-exclusive right to the rooms allocated to it.  Occasionally the Provider may need to allocate different accommodation(s), but these accommodation(s) will be of reasonably equivalent size and the Provider will notify the Client with respect to such different accommodation(s) in advance.

2.2 Office Services:  The Provider is to provide during normal opening hours the services, if requested, described in the relevant service description (which is available on request).  If the Provider decides that a request for any particular service is excessive, it reserves the right to charge an additional fee.

2.3 THE PROVIDER'S IT:  WHILST THE PROVIDER HAS INTERNET SECURITY PROTOCOLS, THE PROVIDER DOES NOT MAKE ANY REPRESENTATIONS AS TO THE SECURITY OF THE PROVIDER'S NETWORK (OR THE INTERNET) OR OF ANY INFORMATION THAT THE CLIENT PLACES ON IT.  The Client should adopt whatever security measures (such as encryption) it believes are appropriate to its circumstances.  The Provider cannot guarantee that a particular degree of availability will be attained in connection with the Client's use of the Provider's network (or the internet). The Client's sole and exclusive remedy shall be the remedy of such failure by the Provider within a reasonable time after written notice.

## 3. Providing the Services

3.1  Access to the accommodation(s):  The Provider may need to enter the Client's accommodation(s) and may do so at any time. However, unless there is an emergency or the Client has given notice to terminate, the Provider will attempt to notify the Client verbally or electronically in advance when the Provider needs access to carry out testing, repair or works other than routine inspection, cleaning and maintenance.  The Provider will also endeavor to respect reasonable

001006

security procedures to protect the confidentiality       Client's business.

3.2 Availability at the start of this agreement:  If for any reason the Provider cannot provide the accommodation(s) stated in this agreement by the date when this agreement is due to start it has no liability to the Client for any loss or damages but the Client may cancel this agreement without penalty.  The Provider will not charge the Client the monthly office fee for accommodation(s) the Client cannot use until it becomes available.  The Provider may delay the start date of this agreement provided it provides to the Client alternative accommodation(s) that shall be at least of equivalent size to the accommodation(s) stated in this agreement.

## 4. Accommodation(s)

4.1  The Client must not alter any part of its accommodation and must take good care of all parts of the Center, its equipment, fixtures, fittings and furnishings which the Client uses.  The Client is liable for any damage caused by it or those in the Center with the Client's permission or at the Client's invitation whether express or implied, including but not limited to all employees, contractors, agents or other persons present on the premises.

4.2  Office equipment: The Client must not install any cabling, IT or telecom connections without the Provider's consent, which the Provider may refuse at its absolute discretion.

As a condition to the Provider's consent, the Client must permit the Provider to oversee any installations (for example IT or electrical systems) and to verify that such installations do not interfere with the use of the accommodation(s) by other Clients or the Provider or any landlord of the building.

4.3  Insurance:  It is the Client's responsibility to arrange insurance for its own property which it brings in to the Center and for its own liability to its employees and to third parties.  The Provider strongly recommends that the Client put such insurance in place.

## 5. Use

5.1  The Client must only use the accommodation(s) for office purposes.  Office use of a "retail" or "medical" nature, involving frequent visits by members of the public, is not permitted.

5.2  The Client must not carry on a business that competes with the Provider's business of providing serviced office accommodation(s) or its ancillary services.

5.3  The Client's name and address:  The Client may only carry on that business in its name or some other name that the Provider previously agrees.

5.4  Use of the Center Address:  The Client may use the Center address as its business address.  Any other uses are prohibited without the Provider's prior written consent.

## 6. Compliance

6.1  Comply with the law:  The Client and the Provider must comply with all relevant laws and regulations in the conduct of its business in relation to this agreement.  The Client must do nothing illegal in connection with its use of the Business Center.  The Client must not do anything that may interfere with the use of the Center by the Provider or by others, (including but not limited to political campaigning or immoral activity), cause any nuisance or annoyance, increase the insurance premiums the Provider has to pay, or cause loss or damage to the Provider (including damage to reputation) or to the owner of any interest in the building which contains the Center the Client is using.  Both the Client and the Provider shall comply at all times with all relevant anti-bribery and anti-corruption laws.  The Provider confirms that in providing the services it has not employed or used any labor in contravention of the requirements of any anti-slavery laws.

6.2 If the Provider has been advised by any government authority or other legislative body that it has reasonable suspicion that the Client is conducting criminal activities from the Center then the Provider shall be entitled to terminate this agreement with immediate effect.

6.3 The Client acknowledges that (a) the terms of this clause are a material inducement in the Provider's execution of this agreement and (b) any violation by the Client of this clause shall constitute a material default by the Client hereunder, entitling the Provider to terminate this agreement, without further notice or procedure.

6.4 The Provider may collect and process personal data from and of the Client to administer contractual relationship, ensure compliance with applicable laws and regulations, and enable the Provider to provide its services and to manage its business. The Client acknowledges and accepts that such personal data may be transferred or made accessible to all entities

of the Provider's grou     erever located, for the purposes of providing the services herein.

## 7. The Provider's Liability

7.1  The extent of the Provider's liability:  To the maximum extent permitted by applicable law, the Provider is not liable to the Client in respect of any loss or damage the Client suffers in connection with this agreement, with the services or with the Client's accommodation(s) unless the Provider has acted deliberately or negligently in causing that loss or damage.  The Provider is not liable for any loss as a result of the Provider's failure to provide a service as a result of mechanical breakdown, strike, termination of the Provider's interest in the building containing the Center or otherwise unless the Provider does so deliberately or is negligent.  In no event shall the Provider be liable for any loss or damage until the Client provides the Provider written notice and gives the Provider a reasonable time to put it right.     If the Provider is liable for failing to provide the Client with any service under this agreement then subject to the exclusions and limits set out immediately below the Provider will pay any actual and reasonable expenses the Client has incurred in obtaining that service from an alternative source.  If the Client believes the Provider has failed to deliver a service consistent with these terms and conditions the Client shall provide the Provider written notice of such failure and give the Provider a reasonable period to put it right.

7.2. EXCLUSION OF CONSEQUENTIAL LOSSES, ETC.: THE PROVIDER WILL NOT IN ANY CIRCUMSTANCES HAVE ANY LIABILITY FOR LOSS OF BUSINESS, LOSS OF PROFITS, LOSS OF ANTICIPATED SAVINGS, LOSS OF OR DAMAGE TO DATA, THIRD PARTY CLAIMS OR ANY CONSEQUENTIAL LOSS UNLESS THE PROVIDER OTHERWISE AGREES IN WRITING. THE PROVIDER STRONGLY ADVISES THE CLIENT TO INSURE AGAINST ALL SUCH POTENTIAL LOSS, DAMAGE, EXPENSE OR LIABILITY.

7.3. Financial limits to the Provider's liability:  In all cases, the Provider's liability to the Client is subject to the following limits:

• Without limit for personal injury or death;

• Up to a maximum of £1 million / USD$2 million / €1.3 million (or local equivalent) for any one event or series of connected events for damage to the Client's personal property;

• Up to a maximum equal to 125% of the total fees paid between the date the Client moved into its accommodation(s) and the date on which the claim in question arises or £50,000 / USD$100,000 / €66,000 (or local equivalent) whichever is the higher, in respect of any other loss or damage.

## 8. Fees

8.1  Taxes and duty charges: The Client agrees to pay promptly all sales, use, excise, consumption and any other taxes and license fees which it is required to pay to any governmental authority (and, at the Provider's request, will provide to the Provider evidence of such payment) and (ii) any taxes paid by the Provider to any governmental authority that are attributable to the accommodation(s), including, without limitation, any gross receipts, rent and occupancy taxes, tangible personal property taxes, stamp tax or other documentary taxes and fees.

8.2 Service Retainer/Deposit: The Client will be required to pay a service retainer/deposit equivalent to two months' of the monthly office fee (plus VAT/Tax where applicable) upon entering into this agreement unless a different amount is specified on the front of this agreement. This will be held by the Provider without generating interest as security for performance of all the Client's obligations under this agreement. The service retainer/deposit or any balance will be returned to the Client when the Client has settled its account which includes deducting outstanding fees and other costs due to the Provider.

8.3  The Provider may require the Client to pay an increased retainer if outstanding fees exceed the service retainer/deposit held and/or the Client frequently fails to pay the Provider when due.

8.4  Payment:  The Provider is continually striving to reduce its environmental impact and supports its clients in doing the same. Therefore the Provider will send all invoices electronically (where allowed by law) and the Client will make payments via an automated method such as Direct Debit or Credit Card, wherever local banking systems permit unless another form of payment is offered to the Client as a qualified and current Key Account. All amounts payable by the

001007

Client under this agreement may be assigne        ther members of the Provider's group.

8.5  Late payment:  If the Client does not pay fees when due, a fee will be charged on all overdue balances.  This fee will differ by country and is listed in the House Rules.  If the Client disputes any part of an invoice the Client must pay the amount not in dispute by the due date or be subject to late fees.  The Provider also reserves the right to withhold services (including for the avoidance of doubt, denying the Client access to its accommodation(s)) while there are any outstanding fees and/or interest or the Client is in breach of this agreement.

8.6  Insufficient Funds:  The Client will pay a fee for any returned check or any other declined payments due to insufficient funds.  This fee will differ by country and is listed in the House Rules.

8.7 If this agreement is for a term of more than 12 months, the Provider will increase the monthly office fee on each anniversary of the start date.  This increase will be by the local Consumer Price Index or such other broadly equivalent index where a consumer price index is not available locally.  If there is a negative index rate, prices will not be decreased.  Renewals are calculated separately from annual indexation increases. Month to Month agreements will use the above stated index or the current month to month office price, whichever is the greater.

8.8  Standard services:  The monthly office fee and any recurring services requested by the Client are payable monthly in advance.  Unless otherwise agreed in writing, these recurring services will be provided by the Provider at the specified rates for the duration of this Agreement (including any renewal).  Specific due dates will differ by country and are listed in the House Rules.  Where a daily rate applies, the charge for any such month will be 30 times the daily fee.  For a period of less than a month the fee will be applied on a daily basis.

8.9  Pay-as-you-use and Additional Variable Services:  Fees for pay-as-you-use services, plus applicable taxes, in accordance with the Provider's published rates which may change from time to time, are invoiced in arrears and payable the month following the calendar month in which the additional services were provided.  Specific due dates will differ by country and are listed in the House Rules.

8.10   Discounts, Promotions and Offers:  If the Client benefited from a special discount, promotion or offer, the Provider may discontinue that discount, promotion or offer without notice if the Client breaches these terms and conditions or becomes past due on two or more occasions.

*Global Terms & Conditions, Iveber, Jan-17*

001008

# OFFICE HOUSE RULES | United States

*Jun-2018*

*These are the Provider's House Rules which may change from time to time and which apply between the Provider and the Customer (defined in the House Rules as "the Customer") in relation to a Business Center.*

## Accommodation(s)

1. <u>Upon Move-In:</u>  The Provider will ask the Customer to sign an inventory of all accommodation, furniture and equipment the Customer is permitted to use, together with a note of its condition, and details of the keys or entry cards issued to the Customer.

2. <u>Signage:</u>  The Customer may not put up any signs on the doors of their accommodation or anywhere else visible from outside the room(s) the Customer is using without written approval from the local Business Center team. The Provider reserves the right to charge a fee for any signage and to specify its design to ensure it remains in keeping with the Center's design.

3. <u>Provider's Property:</u>  The Customer must take good care of all parts of the Business Center, its equipment, fittings and furnishings they use.  The Customer must not alter any part of it.

4. <u>Keys and Security:</u>  Any keys or entry cards which the Provider lets the Customer use remain the Provider's property at all times.  The Customer must not make any copies of the keys and/or entry cards or allow anyone else to use them without the Provider's consent.  Any loss must be reported to the Provider immediately and the Customer must pay a reasonable fee for replacement keys or cards and of changing locks, if required.  This rule improves security levels of the Business Center.  If the Customer is permitted to use the Business Center outside normal working hours, it is the Customer's responsibility to lock the doors to their accommodation and to the Business Center when they leave.  This is to ensure the safety of individuals and property at the Business Center.

## Use of the Business Center

5. <u>Entrances and Exits:</u>  The Customer shall not leave open any corridor doors, exit doors or door connecting corridors during or after business hours for security purposes; and if the Customer does so, it will be at the Customer's own risk. All corridors, halls, elevators and stairways shall not be obstructed by the Customer or used for any purpose other than entering and exiting.  The Customer can only use public areas with the consent of the Provider and those areas must be kept neat and attractive at all times.

6. <u>Name and Address:</u>  At the Customer's request and cost, the Provider is happy to include the Customer's name in the house directory at the Business Center, where this facility is available.  The Customer must not use the name of the Provider in any way in connection with their business.  The Customer may not use the Business Center as the Customer's registered address for service-of-process.

7. <u>Phone Number:</u>  The Customer agrees the phone number(s) assigned to the Customer are for the Customer's use during the term of the Customer's agreement. The phone numbers remain the property of the Provider and the Customer has no contractual or vested interests in the present telephone service or telephone numbers provided by the Provider. If the Customer chooses to have the phone number listed in the local 411 or directory assistance, the Customer authorises the Provider to procure and arrange the listing for the Customer and the Customer agrees to pay any fees for such listing. The Customer agrees not to list the phone number in any "white or yellow" pages.

8. <u>Employees and Guests:</u>  The Customer's employees and guests shall conduct themselves in a business-like manner; proper business attire shall be worn at all times; the noise level will be kept to a level so as not to interfere with or annoy other customers; and the Customer will abide by the Provider's directives regarding security, keys, parking and other such matters common to all occupants. No part of the office or Business Center may be used for overnight accommodation.

9. <u>Equipment:</u>  The Customer shall not, without the Provider's prior written consent, store or operate in their office(s) or the Business Center(s), any computer (excepting a personal computer) or any other large business machine, reproduction equipment, heating equipment, stove, radio, stereo equipment or other mechanical amplification equipment, vending or coin operated machine, refrigerator, boiler or coffee equipment.  Additionally, the Customer must not conduct a mechanical business therein, do any cooking therein, or use or allow to be used in the building where the Business Center is located, oil burning fluids, gasoline, kerosene for heating, warming or lighting. No article deemed hazardous on account of fire or any explosives shall be brought into the Business Center. No offensive gases, odours or liquids shall be permitted. No weapons concealed or otherwise, shall be permitted.  The Business Center is intended to be used solely for office use.

001009

10. Electrical:  The electrical current shall be used for ordinary lighting, powering personal computers and small appliances only unless written permission to do otherwise was first obtained from the Provider at an agreed cost to the Customer.  If the Customer requires any special installation or wiring for electrical use, telephone equipment or otherwise, such wiring shall be done at the Customer's expense by the personnel designated by the Provider.

11. Common Areas:  The Customer may not conduct business in the hallways or reception area without the prior written consent of the Provider.

12. Shared Space: Customers shall not use the co-working shared space for meetings or free guests. Day offices or meeting rooms should be used to accommodate these needs.

13. Animals:  The Customer shall bring no animals into the Building other than service animals covered under the Americans with Disabilities Act (ADA).  Service animals are defined as animals who have been trained to perform a specific job or task.  If a service animal becomes disruptive and the Customer does not take effective action to control it, the Provider may request the animal to be removed from the premises.

14. Membership:  The Customer's complimentary Membership can be used in any of the Provider's locations outside of your home center where your office/virtual office is located.  Use of the Provider's Business Lounges will be governed by the terms and conditions which are conveniently located on the Provider's website.

15. Manufacturing and Storage:  The Customer shall not use the Business Center for manufacturing or storage of merchandise except as such storage may be incidental to general office purposes.  The Customer shall not occupy or permit any portion of the Business Center to be occupied or used for the manufacture, sale, gift or use of liquor, narcotics or tobacco in any form.

16. Locks:  No additional locks or bolts of any kind shall be placed upon any of the doors or windows of the Business Center by the Customer nor shall any changes be made to existing locks or the mechanisms thereof.

17. Soliciting:  Customers may only solicit other customers for business or any other purpose through center approved channels (e.g. notice-boards, networking events…)

18. Customer's Property:  All property belonging to the Customer or any of the Customer's employees, agents or invitees shall be at the risk of such person only and the Provider shall not be liable for damages thereto or for theft or misappropriation thereof.

19. Smoking:  Smoking of any type i.e. nicotine or electronic or any other form, shall be prohibited in all public areas, including conference and training rooms. No smoking shall be permitted at any time in any area of the Business Center (including open or closed offices).

20. Harassment:  The Customer or the Customer's officers, directors, employees, shareholders, partners, agents, representatives, contractors, customers, or invitees shall be prohibited from participating in any type of harassing, discriminatory or abusive behavior to the Provider's team members, other customers or invitees, verbal or physical in the Business Center for any reason. Any breach of this rule is a material breach of your agreement (not capable of remedy) and your agreement may be terminated immediately and services will be suspended without further notice.

21. Free relocation:  If the Customer would like to relocate to any of the centers in the Provider's network, the Provider will do its utmost to accommodate the relocation (subject to availability), free of charge.  Any change to deal terms, which includes but is not limited to office type, price and terms of agreement are at the Provider's discretion. Moving costs are the sole responsibility of the Customer and will not be reimbursed by the Provider.

22. Health and Safety:  In order to ensure all Center users have a safe and secure working environment, the Customer, their employees and visitors must comply with all health and safety requirements set out by the Provider, by law and as are otherwise applicable to the Center.

23. Money back guarantee:  If the Customer is not satisfied with their office(s) or co-working product, and there are no other options in center or any other center that are satisfactory, the Provider will cancel the Customer's agreement and return the initial payment (pro-rated first month office fee and retainer) received as long as the Customer has given written notice to the Provider within the first seven days after the start date of the agreement. The Provider has a period of an additional seven days from the date of such notice to find an alternative arrangement agreeable to both parties.  This only applies to new Customer sales and not to renewals, transfers or expansions into additional offices. Any award under the Money Back Guarantee is ultimately at the sole discretion of the Provider.

001010

## Services and Obligations

24. <u>Furnished Office Accommodation:</u> The Customer shall not affix anything to the windows, walls or any other part of the office or the Business Center or make alterations or additions to the office or the Business Center without the prior written consent of the Provider.

25. <u>Office Services:</u> The Provider is happy to discuss special arrangements for the use of the facilities outside the Business Center standard business opening hours or, the standard working days where the Business Center is located. There may be an additional charge for such special arrangements. This can be discussed at the time of arrangement.

26. <u>Pay-As-You-Use Services:</u> All of the pay-as-you-use services are subject to the availability of the Business Center staff at the time of any service request. The Provider will endeavour to deal with a service request at the earliest opportunity and provide the additional service the Customer requires, but the Provider will not be held responsible for any delay.

    - If in the Provider's opinion, the Provider decides a request for any pay-as-you-use service is excessive; the Provider reserves the right to charge an additional fee at the Provider's usual published rates based on the time taken to complete the service. This will be discussed and agreed between the Provider and the Customer at the time the Customer makes such request.

27. <u>Service Availability:</u> Services will be available during standard business opening hours. Internet access and phone lines are available after hours and weekends.

28. <u>Community Meeting Room [In Regus centers only]:</u> Customer use of the Community meeting room is subject to availability. It can only be booked on the day of use via the daily sign-up sheet on a first come, first served basis. The Community meeting room must be returned to the state in which it was originally found following the meeting. Cancellation of usage is at the Provider's discretion if any one customer's use is deemed to be excessive.

## The Provider's Services Agreement

29. <u>The Provider's Services Agreement:</u> The Provider may transfer the benefit of your agreement and our obligation under it at any time. This clause reflects the fact the Customer is taking a serviced office agreement and not a lease and the Provider retains overall control of the Business Center. the Customer has no real-property or commercial property interest of any kind in the building where the Business Center is located. Where the Customer is a company and it merges with another or the Customer needs to allow an affiliate to use the services provided under the Services Agreement, the Customer will explain the need for any change to the Provider and the Provider will give careful consideration in each case. The Provider needs to make sure the Provider knows and is satisfied with the identity of each occupant of the Business Center.

30. <u>Data Protection:</u> The Provider requests the Customer provides, as and when requested by the Provider, documentation and personnel information as the Provider may reasonably require to enable the provision of the services. Such personal data will be used by the Provider in accordance with the law.

    The Customer agrees we may process, disclose or transfer (including outside the EEA-European Economic Area to other countries which are part of our international network from time to time) any personal data which we hold on or in relation to the Customer provided in doing so we take such steps as we consider reasonable to ensure it is used only

    - To fulfill our obligations under your agreement;

    - For work assessment and fraud prevention; or

    - To make available information about new or beneficial products and services offered by us and other organizations which we consider   may be of interest to the Customer.

    Please be aware countries outside the EEA - European Economic Area - may not have laws in force to protect the Customer's personal data. To the extent the Provider (i) processes personal data of the Client, and (ii) the General Data Protection Regulations ("GDPR") apply to such processing, then Article 28 of the GDPR shall be deemed to be incorporated into the Agreement, and the Provider shall charge a reasonable fee in the event the Client makes a request in relation to the same.

31. <u>Cross Default:</u> The Customer agrees a default by the Customer under this agreement is a default by the Customer under all other agreements between the Provider and the Customer ("Other Agreements") and a default under Other Agreements by the Customer is a default under this agreement by the Customer. The Customer agrees the retainer held by the Provider under this agreement secures the obligations of the Customer under Other Agreements and is available for use by the Provider to satisfy unfulfilled obligations of the Customer under those Other Agreements.

32. <u>Company Name Change:</u> If there is a need to change the name of your company, requests must be made in writing and addressed to the Center Manager or made through your portal (after login to your account on the Provider's website). Please note these requests will be processed 60 days from the beginning of the next calendar month. Any invoices prior will be in the current company name and cannot be changed.

001011

33. Subordination:  This agreement is subordinate to the Provider's lease with the Provider's landlord and to any other agreements to which the Provider's lease with the landlord is subordinate.

34. Termination:  The Provider has the right to terminate the Agreement immediately if the Customer is or becomes (i) identified on the Specially Designated Nationals and Blocked Persons List maintained by the U.S Department of the Treasury Office of Foreign Assets Control ("OFAC") or on any similar list (collectively, the "List"), or (ii) a person, entity, or government with whom a citizen of the United States is prohibited from engaging in transactions by any trade embargo, economic sanction, or other prohibition of United States law, regulation, or Executive Order of the President of the United States. The Provider reserves the right to immediately suspend services and/or terminate the agreement if the Provider determines the Provider's facility or address is being used in connection with possible fraudulent activity or activity potentially in violation of laws or governmental regulations. The Provider reserves the right to immediately suspend services and/or terminate the agreement if the Provider determines the Provider's facility or address is being used in connection with possible fraudulent activity or activity potentially in violation of laws or governmental regulations.

## Fees

35. Standard Services:  The standard fee and any fixed, recurring services requested by the Customer are billed in advance and payable upon receipt of the invoice. Where a daily rate applies, the charge for any such month will be 30 times the standard fee. For a period of less than a month the standard fee will be applied on a daily basis. All services will renew automatically at the prevailing market rate. If a recurring service needs to be cancelled, the Customer simply needs to request this to the center team. However, please note any service already invoiced will remain payable (no credit will be raised).

36. Pay-as-you-use (one-off) Services:  Fees for pay-as-you-use services, plus applicable taxes, in accordance with our published rates which may change from time to time, are billed in arrears and payable upon receipt of the invoice. For the Customer's convenience, the Service Price Guide, which may change from time to time, lists many commonly requested services and their costs. If you require a service not shown in the Service Price Guide, such as postage, shipping labels, courier or overnight delivery services, please ask a center team member for the cost as it may include a convenience and administrative fee. Additional services are subject to the availability of the Provider's center staff to accommodate such requests at the time each such request is made.

37. Unlimited Coffee & Tea/Kitchen Amenity Service:  Allows the Customer and their visitors access to unlimited self-service coffee and hot beverages and is charged per office occupant

38. Office Restoration Service:  A fee of $2.50 per square foot for each occupied office will be charged upon the Customer's departure or if the Customer, at the Customer's option, chooses to relocate to different rooms within the Center. The Provider reserves the right to charge additional reasonable fees for any repairs needed above and beyond normal wear and tear.

39. Annual Indexation:  For all agreements with a term greater than 12 months the indexation applied (on the 13th month to the monthly office rate) of the All Items Retail Prices Index +2% will be substituted by CPI or 4%, whichever is greater.

40. Business Continuity Service:  Business Continuity is a service provided for 3 months following the departure (agreement end date) of the Customer from the business center, to cover the management of mail, fax, calls and visitors. Prices can be obtained upon request.

Description:

- We will provide a pre-recorded message on the Customer's existing phone confirming the Customer's new number.

- Should any visitors come to the center, our professional receptionist team will give them the new office address. Also provided is a one-page flyer with the Customer's new contact information to make it easy for visitors to find them.

- We will continue to collect mail and faxes to ensure correspondence is not missed. If the Customer chooses to have them forwarded to the new address, we will do so at the preferred customer rates and a credit card must be on file.

- For Customers who sign an office agreement dated December 7, 2015 to present, the Business Continuity service is optional.

- If the Business Continuity package is not purchased:

   - Phones will be disabled with no forwarding message.

   - Mail will be returned to sender.

   - No information will be given to the Customer's guests other than they no longer have space there

001012

41. **Late Payment and Penalty:** All invoices are due upon receipt. Late fee dates will vary based on the type of service/invoice provided. At any time, the Customer may ask the center team on what date a late fee will be assessed. If the Customer does not pay fees when due, a service fee of $25 plus 5% penalty will be charged on all overdue balances under $1,000. For balances equal to or greater than $1,000 a fee of $50 plus 5% penalty will apply. If the Customer disputes any part of an invoice, the Customer must pay the amount not in dispute by the due date or be subject to such late fee and penalty.

   - The Provider also reserves the right to withhold services (including for the avoidance of doubt, denying the Customer access to the Customer's accommodation) while there are any outstanding fees, penalties and interest or the Customer is in breach of the Service Agreement which, for the avoidance of doubt, includes these House Rules.

42. **Insufficient Funds:** The Customer will pay a fee of $50, or the maximum amount permitted by law, for any returned cheque or any other declined payment due to insufficient funds.

43. **Retainer/Deposit:** For security, the Provider will only return retainers/deposits via bank transfer or ACH. To ensure the Provider returns the retainer/ deposit in a timely manner, the Provider requires the Customer confirm the end of their agreement and request their retainer refund via their online account.

44. **Retainer Maintenance Fee:** Any retainer not claimed after 120 days will be charged a monthly $25 account maintenance fee.

## Liability

45. **Mail:** The Customer releases the Provider from any liability arising out of or incurred in connection with any mail or packages received on the Customer's behalf.

46. **Services:** The Customer is liable for all fees and any other amounts for which services are requested or rendered regardless of whether a payment made by any particular medium is declined or rejected in whole or in part. If requested by the Provider, the Customer will immediately pay by an alternate form of payment accepted by the Provider.

## Force Majeure

47. **Force Majeure:** The Provider shall have no liability to the Customer under this agreement if it is prevented from, or delayed in, performing its obligations under this agreement or from carrying on its business by acts, events, omissions or accidents beyond its reasonable control, including (without limitation) strikes, failure of a utility service or transport network, act of God, war, riot, civil commotion, malicious damage, disease or quarantine restrictions compliance with any law or governmental order, rule, regulation or direction, accident, fire, flood, storm or default of suppliers or subcontractors. The Provider's obligation to perform its obligations shall be suspended during the period required to remove such force majeure event. The Provider shall notify the Customer as soon as reasonably possible of the force majeure event and propose a suitable alternative accommodation (if any) in the same Business Center or in another available business centers.

001013

## IT and Technology Policy

48. <u>Introduction:</u>  This Policy forms part of the Provider's Internet Connectivity Order and applies where the Customer wishes to use the Provider's Telecommunication and Internet connectivity services and equipment.

   The Provider is considered a Downstream Service Provider (DSP), which means the Provider provides a personalised connection to the Internet which is managed and protected via a firewall.

   - The Provider's Internet service provides the Customer with an Internet connection supporting regular business activity such as web browsing, the ability to send and receive electronic communications, access to business applications and the like.

   - The Provider's internet service is based on a symmetrical leased line connection or similar technology shared with other individual Provider's Customers within the same Provider's office building.

   - The Provider can provide the Customer with reserved bandwidth in various capacities, subject to availability. This provides an uncontended, symmetrical connection of the selected size. The service provides the Customer with the following capability:

       - The ability to deploy public IP addressing.

       - The option to run server based solutions requiring inbound connectivity (e.g. an FTP, web or mail server).

       - The option to run "site to site" VPN connections.

       - The Customer is also able to deploy its own "firewall" to manage its own LAN and VPN connections should the Customer wish to do so.

49. <u>The Provider's Internet and Telecommunications Policy</u>

   a. <u>Content:</u>  The Customer acknowledges the Provider does not monitor the content of information transmitted through the Provider's telecommunications lines or equipment, which includes, but is not limited to, Internet access, telephone, fax lines and data lines ("Telecommunications Lines").  The Customer further acknowledges the Provider is merely providing a conduit for the Customer's Internet transmissions, similar to a telephone company, and the Provider accepts no liability for the content of transmissions by the Customer.

   b. <u>Restrictions:</u>  The Provider Internet service may be used only for lawful purposes and shall not be used in connection with any criminal or civil violations of state, federal, or international laws, regulations, or other government requirements. Such violations include without limitation theft or infringement of copyrights, trademarks, trade secrets, or other types of intellectual property; fraud; forgery; theft or misappropriation of funds, credit cards, or personal information; violation of export control laws or regulations; libel or defamation; threats of physical harm or harassment; or any conduct constituting a criminal offence or gives rise to civil liability. The Customer is responsible for maintaining the basic security and virus protection of the Customer's systems to prevent their use by others in a manner which violates the Service Agreement. The Customer is responsible for taking corrective actions on vulnerable or exploited systems to prevent continued abuse.

   c. <u>The Provider's Internet Access - Per User Basis:</u>  The Provider grants the Customer access to the Provider's Internet service on a per user access basis. In the event of the Customer increasing the number of users by utilizing a proxy server or by other means, the Customer agrees to pay the Provider a fee for each user who accesses the Internet, either directly or through a proxy server.

   d. <u>Unauthorized Access:</u>  In no event may the Customer increase its authorized access points to the Telecommunications/Data lines by means of wire splitting or any other method including wireless devices. In the event of the Customer breaching paragraph 48.c the Provider Internet Access - Per User Basis), above, or this paragraph, the Provider may disconnect all of the Customer's access to the Telecommunications/Data lines upon three (3) business days prior written notice to the Customer.  The Customer shall pay all the Provider fees for any unauthorized Telecommunications/Data Lines use upon invoice from the Provider. The Provider shall have no obligation to reconnect the Customer to the Telecommunications/Data Lines until such fees have been paid in full and the Customer has ceased to make unauthorized access.

   e. <u>Customer Installed Telecommunications Lines:</u>  It is part of the Provider's business model to provide Telecommunications Lines to its Customers. The Customer may not bypass the use of the Provider's Telecommunications Lines by installing its own direct Telecommunications Lines. On a case by case basis, the Provider may grant the Customer authorization to install direct Telecommunications Lines upon written request by the Customer. This permission will only be granted on the agreement of the Customer, to make a monthly payment of a direct access fee as set by the Provider which will be equal to the monthly Provider's Internet fee, the Telecoms package fee or both.

001014

f. Security Violations: The Customer is prohibited from engaging in any violations of system or network security. The Provider Internet service may not be used in connection with attempts - whether or not successful - to violate the security of a network, service, or other system. Examples of prohibited activities include, without limitation, hacking, cracking into, monitoring, or using systems without authorization; scanning ports; conducting denial of service attacks; and distributing viruses or other harmful software. The Provider reserves the right to suspend the Internet access upon notification from a recognized Internet authority or ISP regarding such abuse. The Provider may disconnect the Customer's equipment and withhold services if the Provider considers the Customer's hardware or software is, or has become, inappropriate for connection to the Provider's network. The Customer is responsible for the Customer's own virus protection on the Customer's systems and hardware.

g. The Provider's Internet: Services are only available at the Provider's locations and connection to the Provider's network is only permitted at those locations or via the Provider's provided services. The Customer must not create any links between the Provider's network and any other network or any telecommunications service without the Provider's consent.

h. Revisions to this Policy: The Provider may modify this Policy at any time, with or without notice.

i. Special Requirements:

    i. Where the Customer is using its own wireless access points, the Customer requires written approval from the Provider, prior to implementation. The use of the Customer's own wireless router will result in a service charge based upon the total number of users (the total number of contracted work stations being the minimum) in the Customer's designated office space.

    ii. It is to note the following ports are blocked through the Provider's firewall for outbound traffic: H323, Napster_8888, Nbdatagram, Nbname, RealPlayer-grp, TCP-135, TCP-139, TCP-1433, TCP-1434, UDP-1434.

    iii. Video conferencing services are not allowed on the Provider's' Data Network without written approval from the Provider's IT Director. If approval is gained, then the Customer will be required to take Reserved Bandwidth to support the solution.

    iv. The Provider's Mail relay server is limited to 128 recipients / 32MB per message. It cannot be used as a smarthost.

j. DISCLAIMER OF LIABILITY FOR THIRD PARTY PRODUCTS: As part of its services to the Customer, the Provider may provide third party Internet access and computer hardware and software ("Third Party Services"). THE PROVIDER DISCLAIMS ANY AND ALL LIABILITY, INCLUDING ANY EXPRESS OR IMPLIED WARRANTIES, WHETHER ORAL OR WRITTEN, FOR SUCH THIRD PARTY SERVICES. THE CUSTOMER ACKNOWLEDGES THAT NO REPRESENTATION HAS BEEN MADE BY THE PROVIDER AS TO THE FITNESS OF THE THIRD PARTY SERVICES FOR THE CUSTOMER'S INTENDED PURPOSE.

k. DISCLAIMER OF LIABILITY FOR THE CUSTOMER'S EQUIPMENT: ALL THE CUSTOMER EQUIPMENT STORED IN THE PROVIDER'S TELECOMMUNICATIONS ROOM IS STORED AT THE CUSTOMER'S OWN RISK. THE PROVIDER DISCLAIMS ANY AND ALL LIABILITY FOR SUCH EQUIPMENT AND SHALL NOT BE LIABLE FOR ANY LOSSES OR DAMAGE TO SUCH EQUIPMENT.

l. DISCLAIMER OF INDIRECT DAMAGES FROM LOSS OF SERVICE: The Provider does not provide any service level agreement to the Customer in regard to provision or loss of service for its Internet services. The Provider shall not be liable for any indirect damages, including lost profits, arising out or resulting from any loss of service or degradation of connectivity/access to the Internet with the Service Agreement, even if the other party has been advised of the possibility of such damages. The foregoing shall apply, to the fullest extent permitted by law, regardless of the negligence or other fault of either party.

m. DISCLAIMER OF INDIRECT DAMAGES: The Provider shall not be liable for any indirect damages, including lost profits, arising out or resulting from the Service Agreement even if the other party has been advised of the possibility of such damages. The foregoing shall apply, to the fullest extent permitted by law, regardless of the negligence or other fault of either party.

001015

## Additional Clauses for SPACES Branded Locations

50. Business Club:

   a. <u>Access:</u> All members will have access to the Business Club between 8am – 6pm Monday to Friday, or such time as is agreed with the Provider. Outside of these hours the area will be closed and secured. The Provider, however, is entitled to reserve parts of the Business Club at any time.

   b. <u>Fair usage:</u> The Business Club is designed to be enjoyed by members and guests for temporary use and not as a place for continuous everyday work. If we feel that a member's use of the space is impeding other members from having fair use of the space, we might ask they adjust their membership or moderate their use. If you are leaving a seat you are working from for any length of time, please take your belongings with you or place them in a locker. We reserve the right to move a member's belongings if left too long and taking up required seats.

   c. <u>Meeting rooms:</u> All members have access to the business club which includes a number of informal meeting room spaces. We do not allow members to host informal meetings of more than 4 people in the business club, if a group exceeds more than 4 people we kindly ask the Member to hire one of our great meeting rooms.

   d. <u>Events:</u> Events can be hosted in various areas within the business club. If you are interested in holding an event, please ask reception for further details. Setting up and dismantling an area of the business club for an evening event should only take place after 3pm in order to prevent noise disturbing other members.

51. <u>Café-deli:</u> Where available the Café deli is generally open during office hours. Typical hours of operation will vary by location. Each member is required to clear away consumed food and drinks and leave the area clean for other members and guests. Alcohol purchased from the Café deli may only be consumed on the premises. We do not allow alcohol to be consumed in the business club that has been bought off the premises. All members consuming alcohol must be above the local legally approved drinking age. The Provider is not responsible for injury, damage or other incidents related to alcohol consumption within the Business Club. Anyone who appears to be intoxicated will be asked to leave the premises.

001016