7/27/2020  Serviced Office Space for Rent | Regus

Ways to work  Regus



# Serviced Offices.

Fully equipped, private office space in one of our buildings that gives you an established base for your business. Your workspace comes with access to meeting rooms, business lounges worldwide, with office amenities included. All our serviced offices are fully supported by our professional in-house team, enabling you to focus on your business.

Call us  +1 888-221-1353

Our serviced offices come furnished, ready to move into with all the essential services provided. So you can walk in today and hit the ground running.

We use cookies to improve your experience and deliver personalized content.

Serviced Office Space for Rent I Regus

7/27/2020

Your workspace comes furnished, with all the essential services and amenities taken care of. Our on-site support teams are available throughout the day to help you with anything you need.

- Professional reception team to greet guests
- Security, cleaning, utilities, & maintenance
- Member discounts and networking events
- Complimentary global business lounge access
- Business-grade WiFi & secure IT infrastructure
- Mail notifications, handling, sorting, and storage

Custom workspace

# Personalize your space.

Personalize your office to reflect how your team wants to work. Choose a layout that works for your business and add space to focus or collaborate. Customize it further, with a choice of high-quality, ergonomic furniture, accessories, and storage options.

- Wide choice of layouts, including offices and open plan
- Reception, collaboration, focus, and meeting spaces
- Bespoke, business-grade technology
- Personalized design
- High-quality, ergonomic furniture
- Office accessories and storage options

We use cookies to improve your experience and deliver personalized content. Cookie policy

YES, I AGREE

Serviced Office Space for Rent I Regus

change. Take space for a day, a month, or longer, wherever you need to be, and benefit from our professional, inspiring working environments.

- Scale quickly and easily
- Access our global network
- Flexible terms
- Simple contracts

# Answers to your serviced office questions.

### What's included in the price of my office?          ⌃

Our serviced offices come fully furnished with desks and chairs, a professional reception team to greet guests, 24/7/365 access, and a secure, business-grade IT and telephony infrastructure. All the utilities, cleaning, maintenance, and security are included too. You're also able to use the business address, a communal kitchen, printers, two hours of a community meeting room a day, and unlimited access to our global network of business lounges – all in one simple inclusive price.

### What services do you offer as an extra?          ⌃

You have the option of adding on administrative support, call handling, mail forwarding, fresh tea and coffee, catering, and additional IT solutions. You can reserve meeting rooms or take a dedicated desk in one of our coworking environments. You can also completely customize your office with bespoke layouts, design, furniture, and accessories.

### I don't want to commit to a long lease. Can I still secure a Serviced Office for my small team?          ⌄

We use cookies to improve your experience and deliver personalized content. Cookie policy

YES, I AGREE

001019

We need to work from many different locations, can I access workspace wherever we need it?   ⌄

What if we need to reduce or increase our office size?   ⌄

Price & availability

## Let's find the right workspace for your business.

We have serviced offices and more for teams of all sizes, in every city of the world. Our advisers are ready to help you find the right place for you.

SET A QUOTE

## More ways to work.

## Office Space

Give your team a place to focus, thrive, and grow, while we take care of all the details.

Learn more

## Coworking

Be part of a vibrant coworking community with dedicated desk or hot desking options.

Learn more

We use cookies to improve your experience and deliver personalized content. Cookie policy

YES, I AGREE

001020      4/6

Serviced Office Space for Rent I Regus

7/27/2020

Learn more

## Membership

Access our global network of workspaces and business lounges as often as you need.

Learn more

## Meeting Rooms

Professional rooms for your next training session, interview, or pitch, wherever you need it.

Learn more

**What's included**      **Custom workspace**      **flexibility**      **FAQs**

o

Home   ›   Office Space   ›   Serviced Offices

Ways to work

Office Space

Coworking

Virtual Office

Membership

Meeting Rooms

About

About Regus

Careers

We use cookies to improve your experience and deliver personalized content. Cookie policy

YES, I AGREE

001021

Email Us

Customer Service

Magazine

Agents

Franchise

Landlord

Download the Regus app.

 

© Regus Group Companies 2020      Privacy Policy      Terms and Conditions      Cookie Policy      Governance, Conduct, and Ethics      Sitemap

English (US)

We use cookies to improve your experience and deliver personalized content. Cookie policy

YES, I AGREE



# STATEMENT OF ACCOUNT

| | |
|---|---|
| Statement date: | 08 January 2019 |
| Account number: | 9344073 |
| Account name: | VLAND |
| Center name: | CA, Campbell - Pruneyard (HQ) |
| Due date: | Due Immediately |

| | Amount |
|---|---|
| Outstanding balance on 08 December 2018 | $2,854.61 |
| Payment received | -$2,854.61 |
| January invoice 1012-23364 | $2,997.35 |
| **Total payment due  -  (Quote Invoice 1012-23364)** | **$2,997.35** |

## USEFUL INFORMATION

- Recent payments may not yet be reflected in the above statement balance, please log into your account for the most up to date status.
- Please note that late payment fees will be applied to your account if payment is not received promptly.
- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you receive more than one invoice please pay them separately so that we can ensure payment is properly applied to your account.

If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

Log into your account and simply go to the HELP section.
or call on                                                    +1 8888669799



**VLAND**

Attn:: Ms. Chun Wang

998 crockett ave
Campbell, California 95008
United States of America

| | |
|---|---|
| Invoice date: | 08 January 2019 |
| Account number: | 9344073 |
| Invoice number: | 1012-23364 |
| Due date: | Due Immediately |

## INVOICE

Center name: CA, Campbell - Pruneyard (HQ)

| Description of Charges | From Date | To Date | Qty | Price (exc. TAX) | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|---|
| **Standing charges** | | | | | | |
| Office | 1 Feb 2019 | 28 Feb 2019 | 1.0000 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | 5 Dec 2018 | 31 Dec 2018 | 4.3548 | $ 130.65 | $ 12.09 | $ 142.74 |
| **Total Standing Charges** | | | | | | **$ 2,997.35** |
| **Total Charges** | | | | | | **$ 2,997.35** |

| | |
|---|---|
| Total (excl. TAX) | $ 2,955.20 |
| TAX | $ 42.15 |
| invoice total (inc. TAX) | $ 2,997.35 |

| | |
|---|---|
| Invoice number: | 1012-23364 |
| Invoice date: | 08 January 2019 |

## YOUR INVOICE DETAILS

Center name: CA, Campbell - Pruneyard (HQ)

| RECURRING CHARGES | | | | |
|---|---|---|---|---|
| Item Description | To Date | Price (exc. TAX) | TAX | Total (inc. TAX) |
| **Office** | | | | |
| Office - Monthly Charge - Office 753 | Feb 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | |
| Total | | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| **Kitchen Amenities** | | | | |
| Unlimited Coffee/Tea - Office 753 | Dec 2018 | $ 130.65 | $ 12.09 | $ 142.74 |
| Booked by: Ms. Chun Wang | | | | |
| Total | | $ 130.65 | $ 12.09 | $ 142.74 |

| | | | |
|---|---|---|---|
| Total Charges | $ 2,955.20 | $ 42.15 | $ 2,997.35 |

001025



# STATEMENT OF ACCOUNT

| | |
|---|---|
| Statement date: | 08 February 2019 |
| Account number: | 9344073 |
| Account name: | VLAND |
| Center name: | CA, Campbell - Pruneyard (HQ) |
| Due date: | Due Immediately |

| | Amount |
|---|---|
| Outstanding balance on 08 January 2019 | $2,997.35 |
| Payment received | -$2,997.35 |
| | $3,234.49 |
| February invoice 1012-23566 | |
| | $3,234.49 |
| Total payment due    (Quote Invoice 1012-23566) | |

## USEFUL INFORMATION

- Recent payments may not yet be reflected in the above statement balance, please log into your account for the most up to date status.
- Please note that late payment fees will be applied to your account if payment is not received promptly.
- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you receive more than one invoice please pay them separately so that we can ensure payment is properly applied to your account.

If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

Log into your account and simply go to the HELP section.
or call on                                                          +1 8888669799



**VLAND**

Attn:: Ms. Chun Wang

998 crockett ave
Campbell, California 95008
United States of America

| | |
|---|---|
| Invoice date: | 08 February 2019 |
| Account number: | 9344073 |
| Invoice number: | 1012-23566 |
| Due date: | Due Immediately |

## INVOICE

Center name: CA, Campbell - Pruneyard (HQ)

| Description of Charges | From Date | To Date | Qty | Price (exc. TAX) | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|---|
| **Standing charges** | | | | | | |
| Office | 1 Mar 2019 | 31 Mar 2019 | 1.0000 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | 1 Jan 2019 | 31 Jan 2019 | 5.0000 | $ 150.00 | $ 13.88 | $ 163.88 |
| **Total Standing Charges** | | | | | | **$ 3,018.49** |
| **One-off charges incurred** | | | | | | |
| Signage | 5 Dec 2018 | 31 Mar 2019 | 4.8710 | $ 195.77 | $ 0.00 | $ 195.77 |
| Telephone Calls | 8 Jan 2019 | 8 Jan 2019 | 1.0000 | $ 19.65 | $ 0.59 | $ 20.24 |
| **Total One-Off Charges** | | | | | | **$ 216.01** |
| **Total Charges** | | | | | | **$ 3,234.49** |

| | |
|---|---|
| Total (excl. TAX) | $ 3,189.97 |
| TAX | $ 44.52 |
| invoice total (inc. TAX) | $ 3,234.49 |

Invoice number: 1012-23566
Invoice date: 08 February 2019

## YOUR INVOICE DETAILS

Center name: CA, Campbell - Pruneyard (HQ)

| RECURRING CHARGES | | | | |
|---|---|---|---|---|
| Item Description | To Date | Price (exc. TAX) | TAX | Total (inc. TAX) |
| **Office** | | | | |
| Office - Monthly Charge - Office 753 | Mar 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | |
| **Total** | | **$ 2,824.55** | **$ 30.06** | **$ 2,854.61** |
| **Kitchen Amenities** | | | | |
| Unlimited Coffee/Tea - Office 753 | Jan 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | |
| **Total** | | **$ 150.00** | **$ 13.88** | **$ 163.88** |

001028

| ONE-OFF CHARGES INCURRED | | | | |
|---|---|---|---|---|
| Item Description | To Date | Price (exc. TAX) | TAX | Total (inc. TAX) |
| **Signage** | | | | |
| Signage - Directory Board - Office 753 | 5 Dec 2018 | $ 21.77 | $ 0.00 | $ 21.77 |
| Booked by: Ms. Chun Wang | | | | |
| Signage - Directory Board - Office 753 | 1 Jan 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | |
| Signage - Directory Board - Office 753 | 1 Feb 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | |
| Signage - Directory Board - Office 753 | 1 Mar 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | |
| Signage Set Up Fee | 5 Dec 2018 | $ 99.00 | $ 0.00 | $ 99.00 |
| Booked by: Ms. Chun Wang | | | | |
| **Total** | | **$ 195.77** | **$ 0.00** | **$ 195.77** |
| **Telephone Calls** | | | | |
| Telephone Call - Local Calls - telephone charges for early move in. phone calls were made between dates nov16th-nov 30th | 8 Jan 2019 | $ 19.65 | $ 0.59 | $ 20.24 |
| **Total** | | **$ 19.65** | **$ 0.59** | **$ 20.24** |

| Total Charges | $ 3,189.97 | $ 44.52 | $ 3,234.49 |
|---|---|---|---|



# STATEMENT OF ACCOUNT

| Statement date: | 08 March 2019 |
|---|---|
| Account number: | 9344073 |
| Account name: | VLAND |
| Center name: | CA, Campbell - Pruneyard (HQ) |
| Due date: | Due Immediately |

|  | Amount |
|---|---|
| Outstanding balance on 08 February 2019 | $3,234.49 |
| Payment received | -$3,234.49 |
| March invoice 1012-23763 | $3,043.49 |
| Total payment due  -  **(Quote Invoice 1012-23763)** | $3,043.49 |

## USEFUL INFORMATION

- Recent payments may not yet be reflected in the above statement balance, please log into your account for the most up to date status.
- Please note that late payment fees will be applied to your account if payment is not received promptly.
- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you receive more than one invoice please pay them separately so that we can ensure payment is properly applied to your account.

If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

Log into your account and simply go to the HELP section.
or call on                                              +1 8888669799

0010736                1



**VLAND**

Attn:: Ms. Chun Wang

998 crockett ave
Campbell, California 95008
United States of America

| | |
|---|---|
| Invoice date: | 08 March 2019 |
| Account number: | 9344073 |
| Invoice number: | 1012-23763 |
| Due date: | Due Immediately |

## INVOICE

### Center name: CA, Campbell - Pruneyard (HQ)

| Description of Charges | From Date | To Date | Qty | Price (exc. TAX) | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|---|
| Standing charges | | | | | | |
| Office | 1 Apr 2019 | 30 Apr 2019 | 1.0000 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | 1 Feb 2019 | 28 Feb 2019 | 5.0000 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | 1 Apr 2019 | 30 Apr 2019 | 1.0000 | $ 25.00 | $ 0.00 | $ 25.00 |
| Total Standing Charges | | | | | | $ 3,043.49 |
| Total Charges | | | | | | $ 3,043.49 |

| | |
|---|---|
| Total (excl. TAX) | $ 2,999.55 |
| TAX | $ 43.94 |
| invoice total (inc. TAX) | $ 3,043.49 |

| Invoice number: | 1012-23763 |
|---|---|
| Invoice date: | 08 March 2019 |

## YOUR INVOICE DETAILS

### Center name: CA, Campbell - Pruneyard (HQ)

| RECURRING CHARGES | | | | |
|---|---|---|---|---|
| Item Description | To Date | Price (exc. TAX) | TAX | Total (inc. TAX) |
| **Office** | | | | |
| Office - Monthly Charge - Office 753 | Apr 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | |
| Total | | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| **Kitchen Amenities** | | | | |
| Unlimited Coffee/Tea - Office 753 | Feb 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | |
| Total | | $ 150.00 | $ 13.88 | $ 163.88 |
| **Signage** | | | | |
| Signage - Directory Board - Office 753 | Apr 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | |
| Total | | $ 25.00 | $ 0.00 | $ 25.00 |

| Total Charges | | $ 2,999.55 | $ 43.94 | $ 3,043.49 |
|---|---|---|---|---|

001032

# STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| Account name: | VLAND | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-23956 |
| | 998 crockett ave | Statement date: | 09 April 2019 |
| | Campbell, California 95008 | **Due date:** | **18 April 2019** |
| | United States of America | | |

---

**USEFUL INFORMATION**

- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

  or call on  **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

Center name:     CA, Campbell – Pruneyard (HQ)

| Account balance | Payments | Amount |
|---|---|---|
| Outstanding balance on 08 March 2019 | | $ 3,043.49 |
| Payment received - | $ 0.00 | |
| April 2019 invoice 1012-23956 | | $ 3,043.49 |
| **Total payment due** | | **$ 6,086.98** |



Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA

001033

# INVOICE

| | |
|---|---|
| Account name: | **VLAND** |
| Attn: | Ms. Chun Wang |
| | 998 crockett ave |
| | Campbell, California 95008 |
| | United States of America |

| | |
|---|---|
| Account number: | 9344073 |
| Invoice number: | 1012-23956 |
| Invoice date: | 09 April 2019 |
| **Due date:** | **18 April 2019** |
| Your TAX Number: | |

---

Center name:   CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | May 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | March 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | May 2019 | $ 25.00 | $ 0.00 | $ 25.00 |

| | |
|---|---|
| Total (excl. TAX) | $ 2,999.55 |
| TAX | $ 43.94 |
| **April invoice total (inc. TAX)** | **$ 3,043.49** |

See next page for details

**HQ**

001034

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-23956 |
| | | Invoice date: | 09 April 2019 |
| | | Due date: | **18 April 2019** |

Center name:   CA, Campbell – Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office – Monthly Charge – Office 753 | 1 May 2019 | 31 May 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea – Office 753 | 1 Mar 2019 | 31 Mar 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage – Directory Board – Office 753 | 1 May 2019 | 31 May 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |

| | | | | |
|---|---|---|---|---|
| | Total Charges | **$ 2,999.55** | **$ 43.94** | **$ 3,043.49** |



001035

# STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| Account name: | VLAND | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24151 |
| | 998 crockett ave | Statement date: | 08 May 2019 |
| | Campbell, California 95008 | **Due date:** | **18 May 2019** |
| | United States of America | | |

---

USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs
  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

| Center name: | CA, Campbell – Pruneyard (HQ) |
|---|---|

| Account balance | | Payments | Amount |
|---|---|---|---|
| Outstanding balance on 09 April 2019 | | | $ 6,086.98 |
| Payment received - | 23 April 2019 | -$ 3,043.49 | |
| | | | $ 3,047.98 |
| May 2019 invoice 1012-24151 | | | |

| **Total payment due** | **$ 6,091.47** |
|---|---|



001036

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24151 |
| | 998 crockett ave | Invoice date: | 08 May 2019 |
| | Campbell, California 95008 | **Due date:** | **18 May 2019** |
| | United States of America | Your TAX Number: | |

Center name:  CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | June 2019 | $ 2,824.55 | $ 33.05 | $ 2,857.60 |
| Kitchen Amenities | April 2019 | $ 150.00 | $ 15.38 | $ 165.38 |
| Signage | June 2019 | $ 25.00 | $ 0.00 | $ 25.00 |

| | |
|---|---|
| Total (excl. TAX) | $ 2,999.55 |
| TAX | $ 48.43 |
| **May invoice total (inc. TAX)** | **$ 3,047.98** |

See next page for details

**HQ**

001037

# YC_R INVOICE DETAILS

| Account name: | **VLAND** | Account number: | 9344073 |
|---|---|---|---|
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24151 |
| | | Invoice date: | 08 May 2019 |
| | | Due date: | **18 May 2019** |

**Center name:** CA, Campbell - Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Jun 2019 | 30 Jun 2019 | $ 2,824.55 | $ 33.05 | $ 2,857.60 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 Apr 2019 | 30 Apr 2019 | $ 150.00 | $ 15.38 | $ 165.38 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Jun 2019 | 30 Jun 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 48.43 | $ 3,047.98 |

| | | Total Charges | **$ 2,999.55** | **$ 48.43** | **$ 3,047.98** |
|---|---|---|---|---|---|

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001038

# STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| Account name: | VLAND | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24344 |
| | 998 crockett ave | Statement date: | 08 June 2019 |
| | Campbell, California 95008 | **Due date:** | **18 June 2019** |
| | United States of America | | |

---

**USEFUL INFORMATION**

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

Center name: CA, Campbell – Pruneyard (HQ)

| Account balance | | Payments | Amount |
|---|---|---|---|
| Outstanding balance on 08 May 2019 | | | $ 6,091.47 |
| Payment received – | 20 March 2019 | -$ 6,091.47 | |
| June 2019 invoice 1012-24344 | | | $ 3,043.49 |
| **Total payment due** | | | **$ 3,043.49** |



Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA

001039

# INVOICE

| | |
|---|---|
| Account name: | **VLAND** |
| Attn: | Ms. Chun Wang |
| | 998 crockett ave |
| | Campbell, California 95008 |
| | United States of America |

| | |
|---|---|
| Account number: | 9344073 |
| Invoice number: | 1012-24344 |
| Invoice date: | 08 June 2019 |
| **Due date:** | **18 June 2019** |
| Your TAX Number: | |

---

Center name: CA, Campbell - Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | July 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | May 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | July 2019 | $ 25.00 | $ 0.00 | $ 25.00 |

| | |
|---|---|
| Total (excl. TAX) | $ 2,999.55 |
| TAX | $ 43.94 |
| **June invoice total (inc. TAX)** | **$ 3,043.49** |

See next page for details

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001040

# YC\_R INVOICE DETAILS

| Account name: | **VLAND** | Account number: | 9344073 |
|---|---|---|---|
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24344 |
| | | Invoice date: | 08 June 2019 |
| | | Due date: | **18 June 2019** |

Center name: CA, Campbell – Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Jul 2019 | 31 Jul 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 May 2019 | 31 May 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Jul 2019 | 31 Jul 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |
| | | Total Charges | **$ 2,999.55** | **$ 43.94** | **$ 3,043.49** |

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001041

# STATEMENT OF ACCOUNT

| | | |
|---|---|---|
| Account name: | VLAND | |
| Attn: | Ms. Chun Wang | |
| | 998 crockett ave | |
| | Campbell, California 95008 | |
| | United States of America | |

| | |
|---|---|
| Account number: | 9344073 |
| Invoice number: | 1012-24538 |
| Statement date: | 09 July 2019 |
| **Due date:** | **18 July 2019** |

## USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs
  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

Center name:   CA, Campbell – Pruneyard (HQ)

| Account balance | Payments | Amount |
|---|---|---|
| Outstanding balance on 08 June 2019 | | $ 3,043.49 |
| Payment received -          25 June 2019 | -$ 3,043.49 | |
| July 2019 invoice 1012-24538 | | $ 3,043.49 |
| **Total payment due** | | **$ 3,043.49** |



Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA

001042

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24538 |
| | 998 crockett ave | Invoice date: | 09 July 2019 |
| | Campbell, California 95008 | **Due date:** | **18 July 2019** |
| | United States of America | Your TAX Number: | |

Center name:     CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | August 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | June 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | August 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| | | Total (excl. TAX) | | $ 2,999.55 |
| | | TAX | | $ 43.94 |
| | | **July invoice total (inc. TAX)** | | **$ 3,043.49** |

See next page for details

HQ

001043

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24538 |
| | | Invoice date: | 09 July 2019 |
| | | Due date: | **18 July 2019** |

Center name:     CA, Campbell - Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Aug 2019 | 31 Aug 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 Jun 2019 | 30 Jun 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Aug 2019 | 31 Aug 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |

|  | | | | | |
|---|---|---|---|---|---|
| | | Total Charges | **$ 2,999.55** | **$ 43.94** | **$ 3,043.49** |

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001044

# STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| Account name: | VLAND | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24738 |
| | 998 crockett ave | Statement date: | 08 August 2019 |
| | Campbell, California 95008 | **Due date:** | **18 August 2019** |
| | United States of America | | |

---

### USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

| Center name: | CA, Campbell – Pruneyard (HQ) |
|---|---|

| Account balance | | Payments | Amount |
|---|---|---|---|
| Outstanding balance on 09 July 2019 | | | $ 3,043.49 |
| Payment received - | 19 July 2019 | -$ 3,043.49 | |

| | | |
|---|---|---|
| August 2019 invoice 1012-24738 | | $ 3,044.09 |
| **Total payment due** | | **$ 3,044.09** |



Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA

001045

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24738 |
| | 998 crockett ave | Invoice date: | 08 August 2019 |
| | Campbell, California 95008 | **Due date:** | **18 August 2019** |
| | United States of America | Your TAX Number: | |

Center name: CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | September 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | July 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | September 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Postage and Franking | July 2019 | $ 0.60 | $ 0.00 | $ 0.60 |

| | | |
|---|---|---|
| Total (excl. TAX) | | $ 3,000.15 |
| TAX | | $ 43.94 |
| **August invoice total (inc. TAX)** | | **$ 3,044.09** |

See next page for details

HC

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24738 |
| | | Invoice date: | 08 August 2019 |
| | | Due date: | **18 August 2019** |

**Center name:** CA, Campbell - Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Sep 2019 | 30 Sep 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 Jul 2019 | 31 Jul 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Sep 2019 | 30 Sep 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Postage | 31 Jul 2019 | 31 Jul 2019 | $ 0.60 | $ 0.00 | $ 0.60 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 0.60 | $ 0.00 | $ 0.60 |

| | | | | | |
|---|---|---|---|---|---|
| | | Total Charges | **$ 3,000.15** | **$ 43.94** | **$ 3,044.09** |



001047

# STATEMENT OF ACCOUNT

| Account name: | VLAND | Account number: | 9344073 |
|---|---|---|---|
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24952 |
| | 998 crockett ave | Statement date: | 10 September 2019 |
| | Campbell, California 95008 | **Due date:** | **18 September 2019** |
| | United States of America | | |

---

**USEFUL INFORMATION**

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

| Center name: | CA, Campbell - Pruneyard (HQ) | | |
|---|---|---|---|

| Account balance | | Payments | Amount |
|---|---|---|---|
| Outstanding balance on 08 August 2019 | | | $ 3,044.09 |
| Payment received - | 21 August 2019 | -$ 3,044.09 | |

| September 2019 invoice 1012-24952 | $ 3,043.68 |
|---|---|
| **Total payment due** | **$ 3,043.68** |

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001048

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-24952 |
| | 998 crockett ave | Invoice date: | 10 September 2019 |
| | Campbell, California 95008 | **Due date:** | **18 September 2019** |
| | United States of America | Your TAX Number: | |

Center name:   CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | October 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | August 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | October 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Telephone Calls | August 2019 | $ 0.19 | $ 0.00 | $ 0.19 |

| | |
|---|---|
| Total (excl. TAX) | $ 2,999.74 |
| TAX | $ 43.94 |
| **September invoice total (inc. TAX)** | **$ 3,043.68** |

See next page for details

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA

HQ

001049

# YCUR INVOICE DETAILS

| | | |
|---|---|---|
| Account name: | **VLAND** | |
| Attn: | Ms. Chun Wang | |

| | |
|---|---|
| Account number: | 9344073 |
| Invoice number: | 1012-24952 |
| Invoice date: | 10 September 2019 |
| Due date: | **18 September 2019** |

**Center name:**   **CA, Campbell - Pruneyard (HQ)**

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Oct 2019 | 31 Oct 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 Aug 2019 | 31 Aug 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Oct 2019 | 31 Oct 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Telephone Call - National Calls - Ext: 2305 | 13 Aug 2019 | 13 Aug 2019 | $ 0.19 | $ 0.00 | $ 0.19 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 0.19 | $ 0.00 | $ 0.19 |

| | | | | |
|---|---|---|---|---|
| | Total Charges | **$ 2,999.74** | **$ 43.94** | **$ 3,043.68** |



001050

# STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| Account name: | VLAND | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-25167 |
| | 998 crockett ave | Statement date: | 09 October 2019 |
| | Campbell, California 95008 | **Due date:** | **18 October 2019** |
| | United States of America | | |

---

USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

Center name:   CA, Campbell – Pruneyard (HQ)

| Account balance | Payments | Amount |
|---|---|---|
| Outstanding balance on 10 September 2019 | | $ 3,043.68 |
| Payment received -            20 September 2019 | -$ 3,043.68 | |
| October  2019 invoice 1012-25167 | | $ 3,056.56 |
| **Total payment due** | | **$ 3,056.56** |



001051

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-25167 |
| | 998 crockett ave | Invoice date: | 09 October 2019 |
| | Campbell, California 95008 | **Due date:** | **18 October 2019** |
| | United States of America | Your TAX Number: | |

Center name:     CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | November 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | September 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | November 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Postage and Franking | September 2019 | $ 1.92 | $ 0.00 | $ 1.92 |
| Telephone Calls | September 2019 | $ 11.15 | $ 0.00 | $ 11.15 |

| | | |
|---|---|---|
| Total (excl. TAX) | | $ 3,012.62 |
| TAX | | $ 43.94 |
| **October invoice total (inc. TAX)** | | **$ 3,056.56** |

See next page for details



Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA

001052

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| **Account name:** | **VLAND** | Account number: | 9344073 |
| **Attn:** | Ms. Chun Wang | Invoice number: | 1012-25167 |
| | | Invoice date: | 09 October 2019 |
| | | Due date: | **18 October 2019** |

**Center name:** CA, Campbell - Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Nov 2019 | 30 Nov 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 Sep 2019 | 30 Sep 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Nov 2019 | 30 Nov 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |

## ONE-OFF CHARGES INCURRED

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001053

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Postage | 30 Sep 2019 | 30 Sep 2019 | $ 1.92 | $ 0.00 | $ 1.92 |
| Booked by: Ms. Chun Wang | | | | | |
| Telephone Call - Local Calls - Ext: 2305 | 12 Sep 2019 | 12 Sep 2019 | $ 0.07 | $ 0.00 | $ 0.07 |
| Booked by: Ms. Chun Wang | | | | | |
| Telephone Call - Local Calls - Ext: 2305 | 19 Sep 2019 | 19 Sep 2019 | $ 0.03 | $ 0.00 | $ 0.03 |
| Booked by: Ms. Chun Wang | | | | | |
| Telephone Call - Local Calls - Ext: 2305 | 20 Sep 2019 | 20 Sep 2019 | $ 0.03 | $ 0.00 | $ 0.03 |
| Booked by: Ms. Chun Wang | | | | | |
| Telephone Call - National Calls - Ext: 2305 | 15 Sep 2019 | 15 Sep 2019 | $ 0.19 | $ 0.00 | $ 0.19 |
| Booked by: Ms. Chun Wang | | | | | |
| Telephone Call - National Calls - Ext: 2305 | 19 Sep 2019 | 19 Sep 2019 | $ 5.32 | $ 0.00 | $ 5.32 |
| Booked by: Ms. Chun Wang | | | | | |
| Telephone Call - National Calls - Ext: 2305 | 21 Sep 2019 | 21 Sep 2019 | $ 5.51 | $ 0.00 | $ 5.51 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 13.07 | $ 0.00 | $ 13.07 |

|  | Total Charges | $ 3,012.62 | $ 43.94 | $ 3,056.56 |
|---|---|---|---|---|



001054

# STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| Account name: | VLAND | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-25397 |
| | 998 crockett ave | Statement date: | 08 November 2019 |
| | Campbell, California 95008 | **Due date:** | **18 November 2019** |
| | United States of America | | |

---

## USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have any questions about your invoices or payments, please feel free to log a case through your online account (Help section), where you can also check our FAQs

  or call on **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

Center name:     CA, Campbell - Pruneyard (HQ)

| Account balance | | Payments | Amount |
|---|---|---|---|
| Outstanding balance on 09 October 2019 | | | $ 3,056.56 |
| Payment received - | 18 October 2019 | -$ 3,056.56 | |
| November  2019 invoice 1012-25397 | | | $ 3,090.32 |
| | **Total payment due** | | **$ 3,090.32** |

Center Address: 1999 S. Bascom Avenue. • Suite 700 • Campbell• CA • 95008 • USA



001055

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **VLAND** | Account number: | 9344073 |
| Attn: | Ms. Chun Wang | Invoice number: | 1012-25397 |
| | 998 crockett ave | Invoice date: | 08 November 2019 |
| | Campbell, California 95008 | **Due date:** | **18 November 2019** |
| | United States of America | Your TAX Number: | |

Center name:     CA, Campbell – Pruneyard (HQ)

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Office | December 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Kitchen Amenities | October 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Signage | December 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Meeting Room | October 2019 | $ 39.00 | $ 0.00 | $ 39.00 |
| Telephone Calls | October 2019 | $ 7.81 | $ 0.02 | $ 7.83 |

| | | |
|---|---|---|
| | Total (excl. TAX) | $ 3,046.36 |
| | TAX | $ 43.96 |
| | **November invoice total (inc. TAX)** | **$ 3,090.32** |

See next page for details

HQ

001056

# YOUR INVOICE DETAILS

| | | |
|---|---|---|
| Account name: | **VLAND** | |
| Attn: | Ms. Chun Wang | |

| | |
|---|---|
| Account number: | 9344073 |
| Invoice number: | 1012-25397 |
| Invoice date: | 08 November 2019 |
| Due date: | **18 November 2019** |

---

Center name:     CA, Campbell - Pruneyard (HQ)

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Office - Monthly Charge - Office 753 | 1 Dec 2019 | 31 Dec 2019 | $ 2,824.55 | $ 30.06 | $ 2,854.61 |
| Booked by: Ms. Chun Wang | | | | | |
| Unlimited Coffee/Tea - Office 753 | 1 Oct 2019 | 31 Oct 2019 | $ 150.00 | $ 13.88 | $ 163.88 |
| Booked by: Ms. Chun Wang | | | | | |
| Signage - Directory Board - Office 753 | 1 Dec 2019 | 31 Dec 2019 | $ 25.00 | $ 0.00 | $ 25.00 |
| Booked by: Ms. Chun Wang | | | | | |
| | | Subtotal | $ 2,999.55 | $ 43.94 | $ 3,043.49 |

## ONE-OFF CHARGES INCURRED

