



001060



001061



001062





001004



001065

Some clerks file documents or answer phones ... rs enter data into computers or perform other tasks using s... pplications. They also frequently use photocopiers, scanners, fax machines, and ... fice equipment.

The specific duties assigned to clerks will depend on the type of office in which they work. For example, a general office clerk at a college or university may process application materials and answer questions from prospective students, while a clerk at a hospital may file and retrieve medical records.


Work Environment

# Work Environment

About this section

General office clerks held about 3.2 million jobs in 2018. The largest employers of general office clerks were as follows:

| | |
|---|---|
| Educational services; state, local, and private | 12% |
| Healthcare and social assistance | 11 |
| Government | 9 |
| Administrative and support services | 9 |
| Professional, scientific, and technical services | 8 |

General office clerks usually work in office settings.

## Work Schedules

Most general office clerks work full time.


General office clerks work in offices.

How to Become One

# How to Become a General Office Clerk

About this section

General office clerks typically need a high school diploma or equivalent and learn their skills on the job.

## Education

General office clerks usually need a high school diploma or equivalent.

Courses in using computer applications, such as word processing and spreadsheet software, may be helpful for those who aren't already familiar with them.

## Training

General office clerks usually learn their skills while on the job. Their training typically lasts up to one month and may include instructions on office procedures, proper phone etiquette, and the use of office equipment.

## Advancement

General office clerks may advance to other administrative positions with more responsibility, such as secretaries and administrative assistants.

Advancement opportunities often depend on work experience.

## Important Qualities

*Customer-service skills.* General office clerks often provide general information to company staff, customers, or the public. They should be courteous and prompt with their responses.

*Detail oriented.* General office clerks perform many clerical tasks that require attention to detail, such as preparing bills.

*Organizational skills.* General office clerks file and retrieve records. They need to keep records organized to be able to access them quickly and efficiently.


Pay



# Pay

About this section

The median hourly wage for general office clerks was $16.37 in May 2019. The median wage is the wage at which half the workers in an occupation earned more than that amount and half earned less. The lowest 10 percent earned less than $10.16, and the highest 10 percent earned more than $26.59.

In May 2019, the median hourly wages for general office clerks in the top industries in which they worked were as follows:

| | |
|---|---|
| Government | $17.90 |
| Professional, scientific, and technical services | 16.83 |
| Healthcare and social assistance | 16.14 |
| Educational services; state, local, and private | 15.33 |
| Administrative and support services | 15.16 |

**General Office Clerks**
Median hourly wages, May 2019





| | |
|---|---|
| Total, all occupations | $19.14 |
| Office and administrative support occupations | $18.07 |

001067

Most general office clerks work full time.

General office clerks      $16.37

Note: All Occupations includes all occupations in the U.S. Economy.
Source: U.S. Bureau of Labor Statistics, Occupational Employment Statistics

Job Outlook

# Job Outlook

About this section

Employment of general office clerks is projected to decline 4 percent from 2018 to 2028.

Some office clerks will be needed to handle administrative duties related to complex billing and healthcare insurance processing, but the increasing use of technology that automates document preparation tasks will result in fewer general office clerks needed to perform the work. For example, many organizations maintain electronic documents or use automated phone systems, reducing the need for some general office clerks. In addition, electronic filing systems and file sharing software allow other office workers to do the tasks of general office clerks, further decreasing employment of office clerks.

### General Office Clerks
Percent change in employment, projected 2018-28



Total, all occupations      5%



Office and administrative support occupations    -3%



General office clerks    -4%

Note: All Occupations includes all occupations in the U.S. Economy.
Source: U.S. Bureau of Labor Statistics, Employment Projections program

## Job Prospects

Job prospects are expected to be good because of the need to replace workers who leave the labor force or this large occupation.

### Employment projections data for general office clerks, 2018-28

| Occupational Title | SOC Code | Employment, 2018 | Projected Employment, 2028 | Percent | Numeric | Employment by Industry |
|---|---|---|---|---|---|---|
| Office clerks, general | 43-9061 | 3,158,500 | 3,047,800 | -4 | -110,600 | Get data |

SOURCE: U.S. Bureau of Labor Statistics, Employment Projections program

State & Area Data

# State & Area Data

About this section

## Occupational Employment Statistics (OES)

The Occupational Employment Statistics (OES) program produces employment and wage estimates annually for over 800 occupations. These estimates are available for the nation as a whole, for individual states, and for metropolitan and nonmetropolitan areas. The link(s) below go to OES data maps for employment and wages by state and area.

- Office clerks, general

## Projections Central

Occupational employment projections are developed for all states by Labor Market Information (LMI) or individual state Employment Projections offices. All state projections data are available at www.projectionscentral.com ⊡. Information on this site allows projected employment growth for an occupation to be compared among states or to be compared within one state. In addition, states may produce projections for areas; there are links to each state's websites where these data may be retrieved.

## CareerOneStop

CareerOneStop includes hundreds of occupational profiles ⊡ with data available by state and metro area. There are links in the left-hand side menu to compare occupational employment by state and occupational wages by local area or metro area. There is also a salary info tool⊡ to search for wages by zip code.

Similar Occupations

# Similar Occupations

About this section

This table shows a list of occupations with job duties that are similar to those of general office clerks.

| OCCUPATION | | JOB DUTIES | ENTRY-LEVEL EDUCATION | 2019 MEDIAN PAY |
|---|---|---|---|---|
|  | Bookkeeping, Accounting, and Auditing Clerks | Bookkeeping, accounting, and auditing clerks produce financial records for organizations and check financial records for accuracy. | Some college, no degree | $41,230 |
| | Customer Service Representatives | Customer service representatives interact with customers to handle complaints, process orders, and answer questions. | High school diploma or equivalent | $34,710 |

001068

| OCCUPATION | | JOB DUTIES | ENTRY JCATION | 2019 MEDIAN PAY |
|---|---|---|---|---|
| | Information Clerks | Information clerks perform routine clerical duties, maintain records, collect data, and provide information to customers. | See How to Become One | $35,390 |
| | Material Recording Clerks | Material recording clerks track product information in order to keep businesses and supply chains on schedule. | High school diploma or equivalent | $30,010 |
| | Receptionists | Receptionists do tasks such as answering phones, receiving visitors, and providing information about their organization to the public. | High school diploma or equivalent | $30,050 |
| | Secretaries and Administrative Assistants | Secretaries and administrative assistants perform routine clerical and administrative duties. | High school diploma or equivalent | $39,850 |

More Info

## Contacts for More Information

About this section ⊙

The *Handbook* does not have contacts for more information for this occupation.

O*NET

Office Clerks, General ☑

---

SUGGESTED CITATION:

Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, General Office Clerks, on the Internet at https://www.bls.gov/ooh/office-and-administrative-support/general-office-clerks.htm (visited *August 10, 2020*).

---

**Last Modified Date:** Friday, April 10, 2020

U.S. BUREAU OF LABOR STATISTICS   Office of Occupational Statistics and Employment Projections   PSB Suite 2135   2 Massachusetts Avenue NE Washington, DC 20212-0001

Telephone: 1-202-691-5700   www.bls.gov/ooh   Contact OOH

001069

ov/ooh/office-and-administrative-support/general-office-clerks.htm?view_full#tab-2    4/4

Align top of FedEx Express® shipping label here.

ORIGIN ID:RBKA        (415) 606-8317
ALISON YEW
LAW OFFICE OF ALISON YEW
1155 N. FIRST STREET
#210
SAN JOSE, CA 95112
UNITED STATES US

SHIP DATE: 19AUG20
ACTWGT: 9.00 LB
CAD: 105627280/INET4280

BILL SENDER

TO  ATTN: I-129 L RFE

USCIS - CALIFORNIA SERVICE CENTER

24000 AVILA RD

2ND FLOOR, RM 2312

LAGUNA NIGUEL CA 92677

(800) 375-5283            REF:VLAND INC
INV:
PO:                              DEPT:

568U7709/9766



FedEx
Express

OX

THU - 20 AUG 3:00P
STANDARD OVERNIGHT

TRK#
0201    7713 0645 5543

92 INSA                    92677
                   CA-US    SNA



CSC    8/20/2020        RFE    LIA
CA293
      CA085

001070