UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAND, INC., et al.,<br>    Plaintiffs,<br>v.<br>KATHY A BARAN, et al.,<br>    Defendants. | Case No. 20-cv-09254-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's September 24, 2021 order denying the motion for summary judgment of Plaintiffs Vland, Inc., et al. and granting the Government Defendants' cross-motion for summary judgment, judgment is entered in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: September 24, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge