UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAND, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>KATHY A BARAN, et al.,<br><br>  Defendants. | Case No. 20-cv-09254-SVK<br><br>**ORDER UNSEALING ORDER ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 27 |

On September 24, 2021, the Court issued a sealed order on the Parties' cross-motions for summary judgment. Dkt. 27. On the same date, the Court issued an order requiring the Parties to submit any proposed redactions to the summary judgment order by October 4, 2021. Dkt. 29. The redaction order stated that if no proposed redactions were received by the deadline, the Court would unseal the summary judgment order in its entirety. *Id.*

No proposed redactions have been received as of the date of this order, and therefore the Court **ORDERS** that the summary judgment order at Dkt. 27 be unsealed in its entirety.

**SO ORDERED.**

Dated: October 12, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge